STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-00353 CRB |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Kimberly Hopkins appears in this matter in substitution of AUSA William Frentzen.  Future ECF notices should be sent to Assistant United States Attorney Hopkins with the following contact information:

    AUSA Kimberly Hopkins
    U.S. Attorneys Office Northern District of California
    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Phone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kimberly.Hopkins@usdoj.gov

AUSA William Frentzen should be removed from the list of persons to be noticed.

DATED: January 10, 2022
               Respectfully submitted,

                     STEPHANIE M. HINDS
                     United States Attorney

                     */s/ Kimberly Hopkins*
                     KIMBERLY HOPKINS
                     Assistant United States Attorney