COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
WALKER NEWELL (282357)
(wnewell@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELLIS E. HERINGTON
(eherington@cooley.com)
ELLIE BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

CLARENCE DYER & COHEN LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
JOSH A. COHEN (217853)
(jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone: +1 415 749 1800
Facsimile: +1 415 749-1694

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 3:21-cr-00353-CRB<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE
AND EXCLUDE TIME
CASE NO. 3:21-CR-00353-CRB

The parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the parties to this matter are presently scheduled to appear before this Court for a status conference on March 16, 2022;

WHEREAS, the government has informed Defendant Manish Lachwani's defense attorneys (the "defense") that the government intends to seek a superseding indictment on or before June 10, 2022;

WHEREAS, the parties request that the Court vacate the hearing currently set for March 16, 2022, and reset the status conference to July 13, 2022, at which time the parties will be in a position to agree upon a motion schedule and/or trial setting;

WHEREAS, the defense is continuing to review voluminous discovery provided to the defense by the government and other parties, and the parties have been meeting and conferring with each other, and the defense with various third parties, regarding numerous outstanding discovery issues,

WHEREAS, if discovery motions are required, the defense intends to file such motions prior to July 13, 2022 to the extent possible;

WHEREAS, the parties further agree that it is appropriate to exclude time between March 16, 2022 and July 13, 2022 for the effective preparation of counsel and that the interests of justice outweigh the public's interest in a speedy trial;

NOW, THEREFORE, the parties hereby AGREE and STIPULATE that the status conference current scheduled for March 16, 2022 should be vacated and reset for July 13, 2022, or such other date as the Court may direct. The parties further AGREE and STIPULATE that the time between March 16, 2022 and July 13, 2022 should be excluded under the Speedy Trial Act to allow for effective preparation of counsel including the review of any superseding indictment. *See* 18 U.S.C. § 3161(h)(7)(b)(iv).

IT IS SO STIPULATED.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO CONTINUE
AND EXCLUDE TIME
CASE NO. 3:21-CR-00353-CRB

Dated: March 15, 2022

Respectively submitted,

COOLEY LLP

By: /s/
John Hemann

Attorneys for Defendant
MANISH LACHWANI

Dated: March 15, 2022

STEPHANIE M. HINDS
United States Attorney

By: /s/
Lloyd Farnham
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## ATTESTATION

I, John Hemann, am the ECF user whose ID and password are being used to file this Stipulation to Continue Status Hearing and Exclude Time Under the Speedy Trial Act, I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: March 15, 2022

By: /s/
John Hemann

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO CONTINUE
AND EXCLUDE TIME
CASE NO. 3:21-CR-00353-CRB

# [PROPOSED] ORDER

Based upon the facts set forth in the above stipulation and for good cause shown, the Court vacates the Status Conference currently set for March 16, 2022 and resets it for July 13, 2022 at 1:30 p.m. In addition, Court finds that failing to exclude the time from March 16, 2022 to July 13, 2022 would unreasonably deny counsel reasonable time to prepare for trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 16, 2022 through July 13, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE CHARLES R. BREYER
United States District Judge

266102021

Cooley LLP
Attorneys at Law
San Francisco

4

STIPULATION TO CONTINUE
AND EXCLUDE TIME
CASE NO. 3:21-CR-00353-CRB