1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  NOAH STERN (CABN 297476)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7320
7       FAX: (415) 436-7234
        Noah.Stern@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-cr-00353-CRB |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Noah Stern appears in this matter in substitution of AUSAs William Frentzen and Kimberly Eloise Hopkins. Future ECF notices should be sent to Assistant United States Attorney Stern with the following contact information:

AUSA Noah Stern
U.S. Attorney's Office Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Phone: (415) 436-7320
Fax: (415) 436-7234
Email: Noah.Stern@usdoj.gov

NOTICE OF SUBSTITUTION OF COUNSEL      1                                            v. 11/1/2018
3:21-cr-00353-CRB

1 AUSAs William Frentzen and Kimberly Eloise Hopkins should be removed from the list of persons to
2 be noticed. AUSA Lloyd A. Farnham remains as counsel for the government in this case.

4 DATED: March 16, 2022         Respectfully submitted,

                               STEPHANIE M. HINDS
                               United States Attorney


                               */s/ Noah Stern*
                               NOAH STERN
                               Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL      2                              v. 11/1/2018
3:21-cr-00353-CRB