COOLEY LLP
JOHN HEMANN (165823) (jhemann@cooley.com)
WALKER NEWELL (282357) (wnewell@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180) (ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 21-CR-00353-CRB (JCS)<br><br>**STIPULATED REQUEST FOR TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER** |

The parties stipulate to the following:

Manish Lachwani was released on a $3,000,000 bond secured by Mr. Lachwani's home and cash. Conditions of his release include that he not travel outside of the Northern District of California.

Mr. Lachwani should be permitted to travel outside the Northern District of California from San Francisco, California to Honolulu, Hawaii on Thursday, April 14, 2022, returning Tuesday, April 19, 2022, for the purpose of a family vacation. The details of this trip, including flights and hotel, have been provided to the government and Pretrial Services.

All other conditions of Mr. Lachwani's pretrial release remain in effect. Mr. Lachwani's release is being supervised by United States Pretrial Services Officer Brad Wilson. Mr. Wilson does not have an objection to Mr. Lachwani's request for this temporary modification

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. & [PROPOSED] ORDER RE REQUEST
FOR TRAVEL OUTSIDE THE NDCA
21-CR-00353-CRB (JCS)

of the pretrial release conditions.

**IT IS SO STIPULATED**.

Dated: March 28, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　*/s/ John Hemann*
　　　　　　　　　　　　　　　　　　　　John Hemann

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　MANISH LACHWANI

Dated: March 28, 2022　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Lloyd Farnham*
　　　　　　　　　　　　　　　　　　　　Lloyd Farnham
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: March 28, 2022　　　　　　　　　　UNITED STATES PRETRIAL SERVICES OFFICE

　　　　　　　　　　　　　　　　　　　　*/s/ Brad Wilson*
　　　　　　　　　　　　　　　　　　　　Brad Wilson
　　　　　　　　　　　　　　　　　　　　Officer

**ATTESTATION**

I, John Hemann, am the ECF user whose ID and password are being used to file this **Stipulation Request for Travel Outside the Northern District of California and [Proposed] Order**. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: March 28, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ John Hemann*
　　　　　　　　　　　　　　　　　　　　John Hemann

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER RE REQUEST
FOR TRAVEL OUTSIDE THE NDCA
21-CR-00353-CRB (JCS)

**[PROPOSED] ORDER**

Defendant Manish Lachwani is allowed to travel outside the Northern District of California to Honolulu, Hawaii on Thursday, April 14, 2022, returning Tuesday, April 19, 2022 for the purpose of taking a family vacation.

**IT IS SO ORDERED**.

Dated: _____, 2022     _____

266170113

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER RE REQUEST
FOR TRAVEL OUTSIDE THE NDCA
21-CR-00353-CRB (JCS)