COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
MANISH LACHWANI and Non-Party COOLEY LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MANISH LACHWANI,<br><br>        Defendant. | Case No. 21-cr-0353-CRB<br><br>**DECLARATION OF JOHN H. HEMANN IN SUPPORT OF NON-PARTY COOLEY LLP'S MOTION TO QUASH GRAND JURY SUBPOENA**<br><br>Date: August 10, 2022<br>Time: 1:30 p.m.<br>Dept.: Courtroom 6 – 17th Floor<br>Judge: Charles R. Breyer |

I, John H. Hemann, declare as follows:

1. I am an attorney licensed to practice law in the state of California, and a partner at Cooley LLP, counsel of record for Defendant Manish Lachwani in this matter. I submit this declaration in support of Non-Party Cooley LLP's Motion to Quash Grand Jury Subpoena. Except as otherwise noted, I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. The U.S. Attorney's Office and FBI have been investigating HeadSpin and Mr. Lachwani since at least August 2020, when the U.S. Attorney's Office served a grand jury subpoena on HeadSpin, seeking documents related to Mr. Lachwani and his role as founder and Chief Executive Officer of the company. I received a copy of the subpoena, dated August 7, 2020, from counsel for HeadSpin. Amongst 13 categories of documents sought by the government, the subpoena included a request specific to Mr. Lachwani: "All communications sent from, sent to, or copied to former CEO Manish Lachwani, including email, text or SMS messages, Slack, and any other messaging system or service."

3. The U.S. Attorney's Office filed a criminal complaint against Mr. Lachwani on August 20, 2021. He was arrested on August 25, 2021. Mr. Lachwani was indicted on September 7, 2021. In or around March 2022, the government informed the Court that it would seek a superseding indictment by mid-June, 2022.

4. On May 11, 2022, the government emailed a grand jury subpoena to me (the "Subpoena"). The Subpoena is attached hereto as Ex. 1.

5. On May 18, one week after serving the Subpoena, the government informed me it would not seek a superseding indictment by mid-June, but would instead do so at some unspecified date in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2022 in San Francisco, California.

| | |
|---|---|
| Dated: June 24, 2022 | COOLEY LLP |
| | By: */s/ John H. Hemann*<br>      John H. Hemann |
| | Attorneys for Defendant and<br>Non-Party Cooley LLP |

271070743