# Exhibit 1



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*  FAX:(415) 436-7234

May 11, 2022

Cooley LLP
ATTN: John H. Hemann, Esq.
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com

**Re: Grand Jury Subpoena Investigation #2020R01105**

Dear Sir or Madam:

You have received a grand jury subpoena <u>duces tecum</u> in connection with the above-numbered grand jury investigation.   The subpoena has been issued in furtherance of that investigation.

If you have any questions about this request, please call me at (415) 436-7200.

Very truly yours,

STEPHANIE M. HINDS
United States Attorney

NOAH STERN
Assistant United States Attorney

Enclosures: Grand jury subpoena

v. 7/10/18

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

TO:  Cooley LLP
ATTN: John H. Hemann, Esq.
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Grand Jury Room A - 17th Floor | Date and Time:<br><br>May 31, 2022 at 9:30 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:  Please see Attachment.

Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent listed below on or before the date listed above.

James Burstein, Special Agent
Federal Bureau of Investigation
1919 South Bascom Avenue, Suite 400
Campbell, CA 95008
Phone: (415) 271-2846
E-mail: jbburstein@fbi.gov

Date: May 10, 2022



*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

This subpoena is issued on application of the United States of America

STEPHANIE M. HINDS
United States Attorney

Noah Stern, AUSA
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7200

USAO No. 2020R01105 / GJ 21-3

ATTACHMENT TO GRAND JURY SUBPOENA

Cooley LLP
Attention: John H. Hemann, Esq.
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
jhemann@cooley.com

**DOCUMENT REQUEST**

This subpoena requires the production of the following books, papers, documents, data, or objects pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure:

1. One Apple MacBook Pro laptop computer bearing serial number CO2T53HDGTFL;
2. One Google Pixel 4 XL (model G020J) smartphone with associated IMEI number 3529301012498410; and
3. A digital copy of any forensic images, forensic copies, or data extractions of electronically-stored information on the aforementioned devices.

**Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the devices and data requested are provided to the point of contact listed below on or before the date of the of the subpoena.**

The point of contact is Special Agent James Burstein. In lieu of producing the devices and data to the grand jury, they may be delivered to:

James Burstein, Special Agent
Federal Bureau of Investigation
1919 South Bascom Avenue, Suite 400
Campbell, CA 95008
Phone:  (415) 271-2846
E-mail:  jbburstein@fbi.gov

DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____ .
(name of declarant)

I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by Assistant U.S. Attorney Noah Stern requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business/firm)

_____
(business address)

_____

**PROOF OF SERVICE**

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

❒   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒   I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: