COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 21-CR-00353-CRB (JCS)<br><br>**STIPULATED REQUEST FOR TRAVEL OUTSIDE CALIFORNIA AND [PROPOSED] ORDER** |

The parties stipulate to the following:

Manish Lachwani was released on a $3,000,000 bond secured by Mr. Lachwani's home and cash. The initial conditions of his release include that he not travel outside of the Northern District of California. On May 24, 2022 the Court granted a stipulated request to modify the conditions of Mr. Lachwani's release to allow travel throughout the State of California. (ECF No. 44).

Mr. Lachwani requests permission to travel outside of California from San Francisco, California to Whitefish, Montana and Glacier National Park on August 2, 2022, returning August 8, 2022, for the purpose of a family vacation. The details of this trip have been provided to the government and Pretrial Services.

All other conditions of Mr. Lachwani's pretrial release remain in effect. Mr. Lachwani's

release is being supervised by United States Pretrial Services Officer Brad Wilson. Mr. Wilson does not have an objection to Mr. Lachwani's request for this temporary modification of the pretrial release conditions. The government defers to Pretrial Services and does not object to the modification.

**IT IS SO STIPULATED**.

Dated: July 13, 2022                         Respectfully Submitted,

                                             COOLEY LLP


                                             */s/ John Hemann*
                                             John Hemann

                                             Attorneys for Defendant
                                             MANISH LACHWANI

Dated: July 13, 2022                         STEPHANIE M. HINDS
                                             Acting United States Attorney


                                             */s/ Noah Stern*
                                             Noah Stern
                                             Assistant United States Attorney

## ATTESTATION

I, John Hemann, am the ECF user whose ID and password are being used to file this **Stipulated Request for Travel Outside California and [Proposed] Order**. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: July 13, 2022

                                             */s/ John Hemann*
                                             John Hemann

**[PROPOSED] ORDER**

Defendant Manish Lachwani is allowed to travel outside of California to Whitefish, Montana and Glacier National Park on August 2, 2022, returning August 8, 2022 for the purpose of taking a family vacation.

**IT IS SO ORDERED**.

Dated:   July 14   , 2022

_____
JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE

271425529