STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD A. FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-353-CRB |
| Plaintiff, | **DECLARATION OF FBI SPECIAL AGENT JAMES BURSTEIN IN SUPPORT OF UNITED STATES' OPPOSITION TO COOLEY LLP'S MOTION TO QUASH GRAND JURY SUBPOENA** |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

I, James Burstein, declare and state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI"), a position I have held since January 2019.

2.    The facts set forth in this declaration are based on my personal knowledge or information I received from other law enforcement personnel. I make this declaration for the limited purpose of responding to non-party Cooley LLP's motion to quash a grand jury subpoena. This declaration does not include everything I know about the investigation of the defendant.

3.    In or about August 2020, the FBI began a fraud investigation relating to HeadSpin, Inc.'s business and accounting practices. On August 20, 2021, a federal complaint was filed charging

1  Headspin's co-founder and former CEO Manish Lachwani with wire fraud and securities fraud, and on

2  September 7, 2021, a federal grand jury returned an indictment charging Lachwani with wire fraud and

3  securities fraud.

4        4.     After the filing of the complaint and indictment, the FBI continued its investigation

5  relating to Headspin, including to determine whether any other crimes were committed in connection

6  with Headspin's accounting or business practices, and whether any other individuals other than

7  Lachwani committed fraud or aided and abetted criminal conduct.  I am the lead case agent for the

8  investigation and the investigation is continuing.

9        5.     In connection with the investigation, the government has been in communication with

10  attorneys at Fenwick & West LLP ("Fenwick"), the law firm representing Headspin in connection with

11  the government's investigation.  On or about September 21, 2021, an attorney at Fenwick told the

12  government that it had learned that Headspin provided Lachwani with a computer for Headspin

13  business, which Lachwani used.  Fenwick requested an image of the computer from Lachwani's

14  attorneys at Cooley LLP.  Cooley initially said it would provide a back-up of Lachwani's computer.

15  Cooley, however, never provided Fenwick with an image.

16        6.     On the same videoconference, Fenwick also reported that it had requested that Cooley

17  extract Lachwani's Headspin-related text messages and WhatsApp messages from Lachwani's cell

18  phone.  According to Fenwick attorneys, Cooley refused to provide these materials.

19        7.     Headspin produced a copy of the receipt for a computer that Lachwani purchased for

20  Headspin business, bearing Bates stamps HS00240887 through HS00240889.  The receipt, dated

21  February 21, 2017, is for an Apple MacBook Pro laptop computer with the serial number

22  C02T53HDGTFL.

23        8.     In addition, The FBI obtained bank records for business account held in the name of

24  Headspin that appeared to be used for business expenses of the company.  Records for an account at

25  Wells Fargo, account number ending in 3946, show a charge made at the Apple Store on a debit card

26  linked to the Wells Fargo account, in the same amount as the Apple Store receipt referenced above.  The

27  debit from the account was dated February 22, 2017.  I believe this information shows that Headspin

28  funds were used to purchase the laptop computer with the serial number C02T53HDGTFL.

9.     I believe this computer will contain evidence of Lachwani's scheme, including whether other individuals were involved in the scheme and committed crimes.  For example, I have reviewed invoices that Lachwani emailed to a Headspin contractor on May 17, 2019 that appear to have been altered and/or forged to artificially inflate Headspin's revenues.  Fenwick informed the government that these altered/forged invoices do not exist on Headspin's servers.  Therefore, I believe Lachwani likely created, altered, and/or stored these documents on his laptop locally prior to emailing them to the Headspin contractor.  Forensic analysis of Lachwani's computer is likely to reveal how the invoices were created or altered, the timing of the same, and who was involved in such conduct.  Based on my training and experience and conversations with other agents, I know that forensic analysis of electronic devices can reveal how a devices was used, who used it, when, and whether files were deleted from the device.

10.     I reviewed documents produced by Headspin, including numerous emails sent by Lachwani in which he stated that his phone number is 408-480-XXXX.  The documents I have reviewed in this case include WhatsApp communications between Lachwani and Headspin employees and investors.  Based on these communications it appears that WhatsApp was one of Lachwani's preferred modes of communication.  Based on my training and experience, I know that most individuals that communicate through WhatsApp do so through an application on their cell phone, and that typically WhatsApp users are identified in the application through the user's mobile phone number.  Based on my training and experience and participation in this investigation, I believe that Lachwani's cell phone contains WhatsApp communications that will provide evidence of his fraudulent scheme, including communications with Headspin employees and/or investors that the government has been unable to obtain from other sources.

11.     I reviewed records obtained from AT&T for the telephone number Lachwani said he used.  According to the records, Lachwani is the subscriber to that telephone number.  The records provide information about the cellular telephones that were using that telephone number over time.  According to the records, a Google Pixel 4 XL (model G0G0J) smartphone associated with IMEI number 3529301015014200 began using the telephone number on October 29, 2019.  On or about December 17, 2019, the IMEI changed to 3529301015014210, which, according to AT&T, means that

1   the device remained the same but the software version changed.  The number continued to be in use by

2   that phone until approximately March 13, 2020, at which point the phone number began using a

3   different Google Pixel 4 XL (model G0G0J), this one with IMEI number 3529301012498400.  Based on

4   my training and experience, I know that people who start using a new smart phone often transfer the

5   data from their old smartphone so that it is accessible to them on their new phone.  On or about March

6   14, 2020, the IMEI number for the second Google Pixel 4 XL changed to 3529301012498410,

7   indicating that Lachwani continued using the same phone that the account began using the day before,

8   but that the software version on the phone changed.  On approximately August 12, 2020, Lachwani's

9   number became registered to an earlier model Pixel phone that had previously been used on the account.

10  On approximately August 13, 2020, a different earlier model Pixel phone that had previously been used

11  on the account was registered to the phone number.  Based on my training and experience I know that

12  each cellular telephone has a unique IMEI number.

13          I swear under penalty of perjury that the foregoing is true and correct to the best of my

14  knowledge.  Signed this 15th day of July 2022, in San Jose, California

15

16  DATED:          July 15, 2022

17                                                          JAMES BURSTEIN
                                                            Special Agent
18                                                          Federal Bureau of Investigation

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FBI SA J. BURSTEIN          4
CR 21-353-CRB