1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LLOYD A. FARNHAM (CABN 202231)
   NOAH STERN (CABN 297476)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Noah.Stern@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )   **CASE NO. CR 21-353-CRB**
14                                       )
           Plaintiff,                    )   **DECLARATION OF AUSA LLOYD FARNHAM**
15                                       )   **IN SUPPORT OF UNITED STATES'**
        v.                               )   **OPPOSITION TO COOLEY LLP'S MOTION**
16                                       )   **TO QUASH GRAND JURY SUBPOENA**
   MANISH LACHWANI,                      )
17                                       )
           Defendant.                    )
18  _____ )

19

20       I, Lloyd Farnham, declare and state as follows:

21       1.       I am an Assistant United States Attorney in the Office of the United States Attorney for

22  the Northern District of California.  I respectfully submit this Declaration in Support of the United

23  States' Opposition to Cooley LLP's Motion to Quash a Grand Jury Subpoena.

24       2.       Attached hereto as Exhibit A is a true and correct copy of documents produced by

25  Headspin, Inc. to the government bearing Bates stamps HS00240887 through HS00240889.

26       3.       Attached hereto as Exhibit B is a true and correct redacted copy of an email sent by Jay

27  Pomerantz, an attorney representing Headspin, Inc., to me on September 29, 2021.  This document was

28  produced to the defense at Bates FBI-0001859.

DECLARATION OF AUSA FARNHAM          1
CR 21-353-CRB

1        4.      Attached hereto as Exhibit C is a true and correct redacted copy of an email sent by John

2   Hemann to me on March 17, 2022, and my reply email sent on April 6, 2022.

3        I swear under penalty of perjury that the foregoing is true and correct to the best of my

4   knowledge.  Signed this 15th day of July 2022, in San Francisco, California

5

6   DATED:        July 15, 2022                    ___/s/_____
                                                    LLOYD A. FARNHAM
7                                                   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AUSA FARNHAM                2
CR 21-353-CRB

# EXHIBIT A

| | |
|---|---|
| From: | paloalto@apple.com |
| Sent: | Tue 2/21/2017 12:28 PM (GMT-08:00) |
| To: | manish@headspin.io |
| Cc: | paloalto@apple.com |
| Bcc: | |
| Subject: | Your receipt from Apple Palo Alto |
| Attachments: | emailreceipt_20170221R0026232494.pdf |

Thank you for shopping at the Apple Store.

To tell us about your experience, click here.

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

HS00240887



**Apple Palo Alto**
340 University Ave.
Palo Alto, CA 94301
paloalto@apple.com
650-798-2800
Apple Store, Palo Alto

http://www.apple.com/retail/paloalto

---

**February 21, 2017 12:28 PM**

---

| | |
|---|---|
| **MBP 15.4 SpGr/2.6Ghz/RP 450/256GB** | **$ 2,399.00** |

Part Number: MLH32LL/A
Serial Number: C02T53HDGTFL
Return Date: Mar. 07, 2017
For Support, Visit: www.apple.com/support

| | | |
|---|---|---|
| Recycling Fee | $ 6.00 | N |
| Business Discount | ($ 168.00) | |

| | | |
|---|---|---|
| **APP FOR MACBOOK PRO** | **$ 349.00** | **N** |

Part Number: S3184LL/A
Agreement Number: 970002017003516
Plan End Date: Feb. 21, 2020
Sales Associate ID : 197200540
Serial Number: C02T53HDGTFL

This plan is registered automatically.
Verify your coverage at
apple.com/support/applecare/ww/

Terms & Conditions:
You may cancel at any time (restrictions apply). By purchasing, you
agree to receive the contract terms electronically by visiting http://
www.apple.com/legal/sales-support/applecare/appmacnaen.html
For Support, Visit:
www.apple.com/support

| | |
|---|---|
| Business Discount | ($ 52.00) |

| | |
|---|---|
| Sub-Total | $ 2,534.00 |
| Tax@8.5% | $ 189.64 |
| **Total** | **$ 2,723.64** |
| Amount Paid Via VISA DEBIT (I) | $ 2,723.64 |
| •••• 2513 | |
| 038464 | |

---

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\* R   0   0   2   6   2   3   2   4   9   4 \*

Please debit my account •••• 2513 by $ 2,723.64 (Sale)
Terminal ID: xxxx0072
Merchant ID: xxxxxxx32491
Application ID: A0000000031010
Application PAN Sequence Number: 0
TVR: 8000008000
TSI: 6800
Verified by Signature

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material　　　　　　　　HS00240888

http://apple.com/legal/sales-support/sales-policies/retail.html

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material
HS00240889

# EXHIBIT B

## Farnham, Lloyd (USACAN)

| | |
|---|---|
| **From:** | Jay Pomerantz ███████████████ |
| **Sent:** | Wednesday, September 29, 2021 5:51 PM |
| **To:** | Farnham, Lloyd (USACAN) |
| **Cc:** | Christopher Steskal; Marie Bafus |
| **Subject:** | [EXTERNAL] Lachwani cell phone and computer |

Lloyd,

We are still running down the requested computer and cellphone information.  That said, I want to confirm the following:  on August 10, 2020, John Hemann at Cooley confirmed to me in a phone conversation that Cooley had imaged Lachwani's computer and his cell phone.  Despite my repeated requests on behalf of HeadSpin to get copies of both of these images, Cooley and Lachwani refused.  They also refused my subsequent requests for Lachwani to export just the business-related text messages on the cell phone.

Regards,

Jay

1

FBI-0001859

# EXHIBIT C

| | |
|---|---|
| **From:** | Farnham, Lloyd (USACAN) |
| **To:** | Hemann, John H. |
| **Cc:** | Nanci Clarence; Josh Cohen; Newell, Walker S.; Stern, Noah (USACAN) |
| **Subject:** | RE: your request for devices--Manish Lachwani |
| **Date:** | Wednesday, April 6, 2022 10:31:27 AM |

John and all,

I'm copying Noah Stern, an AUSA who has joined this case here.

Can we talk Friday or Monday on the issue of the devices?  How about Friday at 11 am or noon?

To recap our discussions so far on this, I first raised in December the issue about the two devices, a phone and a computer that Mr. Lachwani used in connection with his employment at Headspin.  You confirmed then that Cooley had possession of the devices and intended to preserve them and any digital copies of the data from the devices.  What I still want to discuss is whether we could agree to a process for production or review of the contents of the devices.  There is no compulsory process pending in the criminal case regarding the devices, but I wanted to discuss further your position on the contents of the devices and any concerns you have as we consider this.

Lloyd

**From:** Hemann, John H. ██████████████████████
**Sent:** Thursday, March 17, 2022 5:21 PM
**To:** Farnham, Lloyd (USACAN) ███████████████████
**Cc:** Nanci Clarence ████████████████████████████; Josh Cohen ████████████████████████;
Newell, Walker S. ██████████████████████
**Subject:** [EXTERNAL] your request for devices

Lloyd,

We have been considering your request for the devices—telephone and computer—that Mr. Lachwani used while he was employed by Headspin.  Mr. Lachwani does not possess the devices himself at this time, but they have been appropriately stored and preserved.

We are willing to continue discussing this with you, but we need to understand the legal basis upon which you believe the government is entitled or would be able to procure the devices in the absence of a negotiated agreement.  In addition, we need to understand how you would propose to access and search the devices for relevant information were they to be obtained by you.  We do not believe that the answers to any of these questions are clear at this juncture.

Could we set up a time next week to discuss your position on these issues in more detail and proceed from there.

Best,
John

<span style="color:red">John H. Hemann</span>
Cooley LLP / San Francisco
Land: ███████████ • Mobile: ████████████
Bio:  [www.cooley.com/people/john-hemann](www.cooley.com/people/john-hemann)

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.