| | |
|---|---|
| COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>ELEANOR W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>COOLEY LLP<br>ELIZABETH H. SKEY (267852)<br>(eskey@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>MANISH LACHWANI | CLARENCE DYER & COHEN LLP<br>NANCI L. CLARENCE (122286)<br>(nclarence@clarencedyer.com)<br>JOSH A. COHEN (217853)<br>(jcohen@clarencedyer.com)<br>899 Ellis Street<br>San Francisco, California 94109<br>Telephone:   +1 415 749 1800<br>Facsimile:   +1 415 749 1694 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MANISH LACHWANI,<br><br>          Defendant. | Case No. 3:21-CR-00353 CRB<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING NON-PARTY HEADSPIN, INC.'S RESPONSE TO DEFENDANT'S SUBPOENA PURSUANT TO RULE 17(C)**<br><br>Judge:                Charles R. Breyer<br>Trial Date:         None Set<br>Date Action Filed:   August 20, 2021 |

Non-party HeadSpin, Inc. ("HeadSpin") and defendant Manish Lachwani ("Defendant"), by and through counsel, hereby stipulate to the following:

WHEREAS, on July 1, 2022, this Court entered an Order Issuing Subpoena Duces Tecum Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure ordering HeadSpin to produce any documents responsive to the subpoena to the Court for *in camera* inspection within 30 days of service of the subpoena (the "July 1 Order");

WHEREAS, on July 5, 2022, Defendant served the subpoena ("Subpoena") on HeadSpin;

WHEREAS, the Subpoena seeks documents relating to internal investigation materials that HeadSpin contends are protected from production by the attorney-client privilege and/or work product doctrine;

WHEREAS, HeadSpin notified Defendant that it intended to move to quash the Subpoena on the grounds that the Subpoena failed to comply with Rule 17(c) and sought attorney-client privilege and work product protected documents; and

WHEREAS, HeadSpin and Defendant subsequently met and conferred and have agreed to a production of documents to counsel for Defendant (the "Production") on terms set forth in a written agreement between the parties.

NOW, THEREFORE, HeadSpin and Defendant hereby stipulate and agree as follows:

1. That this Production will, if made in full, constitute a complete satisfaction of the Subpoena, and HeadSpin need not otherwise comply with the July 1 Order; and

2. Pursuant to Federal Rule of Evidence 502(d), nothing related to the Production constitutes a waiver of any privileges that HeadSpin or its counsel may hold, including, but not limited to attorney-client privilege or privileges pursuant to attorney work product doctrine.

Dated: September 7, 2022          FENWICK & WEST LLP

By: /s/ *Jay L. Pomerantz*
Jay L. Pomerantz

Attorneys for Non-Party HeadSpin, Inc.

Dated: September 7, 2022                           COOLEY LLP

                                                   By: */s/ John Hemann*
                                                   John Hemann
                                                   Elizabeth H. Skey
                                                   Max A. Bernstein
                                                   Eleanor W. Barczak

                                                   Attorneys for Defendant
                                                   MANISH LACHWANI

## **ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 7, 2022                           */s/ John Hemann*
                                                   John Hemann

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                   Hon. Charles R. Breyer
                                                   United States District Court Judge

274510129