COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ELIZABETH H. SKEY (267852)
(eskey@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
MANISH LACHWANI

CLARENCE DYER & COHEN LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
JOSH A. COHEN (217853)
(jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 3:21-CR-00353 CRB<br><br>**JOINT STIPULATION & [PROPOSED] ORDER SETTING CASE SCHEDULE** |

The parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the parties to this matter are presently scheduled to appear before this Court for a status conference on October 6, 2022;

WHEREAS, the government filed a Superseding Indictment on August 4, 2022 (ECF D060);

WHEREAS, the parties have met and conferred about setting a trial date;

WHEREAS, the parties agree that time should be excluded under the Speedy Trial Act in the interests of justice for effective preparation of counsel and that the interests of justice outweigh the public's interest in a speedy trial;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court make and enter an order setting the case schedule as follows:

1. **March 14, 2023**: Expert Disclosures;
2. **March 21, 2023**: Government's Witness/Exhibit Lists Due;
3. **March 28, 2023**: Defendant's Witness/Exhibit Lists Due;
4. **April 11, 2023**: Motions in Limine and Daubert Motions Due;
5. **April 18, 2023**: Oppositions to Motions in Limine and Daubert Motions Due; Jury Questionnaires and Voir Dire Questions Due;
6. **April 25, 2023**: Replies to Motions in Limine and Daubert Motions Due; Pre-trial Conference Statements, Jury Instructions, Witness/Exhibit Lists Due;
7. **May 2, 2023**: Pre-trial Conference; and
8. **May 15, 2023**: Trial.

The parties further AGREE and STIPULATE that the time between October 6, 2022 and May 15, 2023 should be excluded under the Speedy Trial Act to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(b)(iv).

The parties further AGREE and STIPULATE that the status conference scheduled for October 6, 2022 at 10:30 a.m. be vacated, unless the Court prefer the Parties appear to discuss the above proposed schedule.

**IT IS SO STIPULATED.**

Dated: October 5, 2022                                   Respectfully Submitted,

                                                         COOLEY LLP


                                                         By: */s/John Hemann*
                                                              John Hemann

                                                         Attorney for Defendant
                                                         MANISH LACHWANI


Dated: October 5, 2022                                   STEPHANIE M. HINDS
                                                         United States Attorney


                                                         By: */s/ Lloyd Farnham*
                                                              Lloyd Farnham
                                                              Assistant United States Attorney


## **ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence of all signatories in the filing of this document.

Dated: October 5, 2022                                   COOLEY LLP


                                                         By: */s/ John Hemann*
                                                              John Hemann

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court sets the following trial schedule:

**1.** **March 14, 2023**: Expert Disclosures;

**2.** **March 21, 2023**: Government's Witness/Exhibit Lists Due;

**3.** **March 28, 2023**: Defendant's Witness/Exhibit Lists Due;

**4.** **April 11, 2023**: Motions in Limine and Daubert Motions Due;

**5.** **April 18, 2023**: Oppositions to Motions in Limine and Daubert Motions Due; Jury Questionnaires and Voir Dire Questions Due;

**6.** **April 25, 2023**: Replies to Motions in Limine and Daubert Motions Due; Pre-trial Conference Statements; Jury Instructions, Witness/Exhibit Lists Due;

**7.** **May 2, 2023**: Pre-trial Conference; and

**8.** **May 15, 2023**: Trial.

Further, and with the consent of the parties, IT IS HEREBY ORDERED that the time between October 6, 2022 and May 15, 2023 should be excluded under the Speedy Trial Act to allow for effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(b)(iv).

**IT IS SO ORDERED.**

DATED: _____, 2022

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE