| | |
|---|---|
| COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>MAX A. BERNSTEIN (305722)0<br>(mbernstein@cooley.com)<br>ELEANOR W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California  94111-4004<br>Telephone:     +1 415 693 2000<br>Facsimile:      +1 415 693 2222 | CLARENCE DYER & COHEN LLP<br>NANCI L. CLARENCE (122286)<br>(nclarence@clarencedyer.com)<br>JOSH A. COHEN (217853)<br>(jcohen@clarencedyer.com)<br>899 Ellis Street<br>San Francisco, California 94109<br>Telephone:     +1 415 749 1800<br>Facsimile:      +1 415 749 1694 |

COOLEY LLP
ELIZABETH H. SKEY (267852)
(eskey@cooley.com)
3175 Hanover Street
Palo Alto, CA   94304-1130
Telephone:     +1 415 495 5000
Facsimile:      +1 415 495-7400

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANISH LACHWANI,<br><br>　　　　　　Defendant. | Case No. 3:21-cr-353-CRB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WALKER NEWELL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**NOTICE OF WITHDRAWAL OF COUNSEL WALKER NEWELL**
**CASE NO. 3:21-CV-353-CRB**

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Manish Lachwani files this Notice of Withdrawal of Walker Newell to notify the court that Walker Newell has withdrawn as attorney of record for Defendant Manish Lachwani.  Walker Newell is no longer employed at Cooley LLP. Cooley LLP and Clarence Dyer & Cohen LLP will continue to represent Defendant in the above-captioned matter.

Please continue to serve all pleadings, orders, notices, discovery and other documents on the following counsel:

COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ELIZABETH H. SKEY (267852)
(eskey@cooley.com)
3175 Hanover Street
Palo Alto, CA   94304-1130
Telephone:  +1 415 495 5000
Facsimile:  +1 415 495-7400

CLARENCE DYER & COHEN LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
JOSH A. COHEN (217853)
(jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone:  +1 415 749 1800
Facsimile:  +1 415 749 1694

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL OF
COUNSEL WALKER NEWELL
CASE NO. 3:21-CV-353-CRB

| | | |
|---|---|---|
| 1 | Dated: October 25, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/John Hemann* |
| 4 | | John Hemann |
| 5 | | Attorneys for Defendant<br>MANISH LACHWANI |

276710449

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NOTICE OF WITHDRAWAL OF
COUNSEL WALKER NEWELL
CASE NO. 3:21-CV-353-CRB