Case 3:21-cr-00353-CRB   Document 74   Filed 11/09/22   Page 1 of 3

```
COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
MANISH LACHWANI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00353-CRB (JCS) |
| Plaintiff, | **STIPULATED REQUEST FOR TRAVEL OUTSIDE CALIFORNIA AND [~~PROPOSED~~] ORDER** |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

The parties stipulate to the following:

Manish Lachwani was released on a $3,000,000 bond secured by Mr. Lachwani's home and cash. The initial conditions of his release include that he not travel outside of the Northern District of California. On May 24, 2022 the Court granted a stipulated request to modify the conditions of Mr. Lachwani's release to allow travel throughout the State of California. (ECF No. 44).

Mr. Lachwani requests permission to travel outside of California from San Francisco, California to the state of Hawaii on or after December 25, 2022, returning on or before January 2, 2023, for the purpose of a family vacation. The details of this trip have been provided to the government and Pretrial Services.

All other conditions of Mr. Lachwani's pretrial release remain in effect. Mr. Lachwani's

COOLEY LLP

1

STIP. & [~~PROPOSED~~] ORDER RE REQUEST
FOR TRAVEL OUTSIDE THE NDCA
21-CR-00353-CRB (JCS)

release is being supervised by United States Pretrial Services Officer Brad Wilson. Mr. Wilson does not have an objection to Mr. Lachwani's request for this temporary modification of the pretrial release conditions. The government defers to Pretrial Services and does not object to the modification.

**IT IS SO STIPULATED**.

Dated: November 8, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　*/s/ John Hemann*
　　　　　　　　　　　　　　　　　　　　John Hemann

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　MANISH LACHWANI

Dated: November 8, 2022　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Noah Stern*
　　　　　　　　　　　　　　　　　　　　Noah Stern
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ATTESTATION

I, John Hemann, am the ECF user whose ID and password are being used to file this **Stipulated Request for Travel Outside California and [Proposed] Order**. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: November 8, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ John Hemann*
　　　　　　　　　　　　　　　　　　　　John Hemann

**[PROPOSED] ORDER**

Defendant Manish Lachwani is allowed to travel outside of California to the state of Hawaii on or after December 25, 2022, returning on or before January 2, 2023 for the purpose of taking a family vacation.

**IT IS SO ORDERED**.

Dated: November 9, 2022

Joseph C. Spero
Chief Magistrate Judge

277456441