STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD A. FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov
    Noah.Stern@usdoj.gov
    Ross.Weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-353 CRB |
| Plaintiff, | |
| v. | UNITED STATES' EX PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO SEARCH ELECTRONIC MEDIA AND [PROPOSED] ORDER |
| MANISH LACHWANI, | |
| Defendant. | |

Pursuant to paragraph 7 of the "Protocol For Searching Devices Or Media That Store Data Electronically" (attached as Attachment C to the search warrant authorized by the Court on December 1, 2022 (Dkt. No. 75-3) (hereinafter "Attachment C")), the United States hereby applies for an order extending the time within which it may make a mirror image of the contents of the SUBJECT PHONE and complete an off-site search of electronic media as authorized by the search warrant.

Paragraph 3 of Attachment C allows the government to retain a device for 60 days in order to make a mirror image of the contents. The prior deadline for mirroring was February 6, 2023.

1  When the SUBJECT PHONE was obtained from Cooley, LLP during the execution of the search warrant on December 8, 2022, it was unlocked.  However, before the phone could be imaged by the Federal Bureau of Investigation ("FBI") it turned off and could not be fully imaged without a password.  The government subsequently requested, and Cooley, LLP agreed, to unlock the phone.  On February 7, 2023, the filter agent brought the phone to Cooley, LLP to have it unlocked and then returned it to FBI's forensic laboratory for imaging.

The government respectfully requests that the Court extend the deadline to permit the government to complete the mirror imaging to 30 days after the Court's order is filed and to complete the search of those images within 60 days after that mirror imaging is completed.  If the media contains evidence of 18 U.S.C. §§ 1343 or 1957 or 15 U.S.C. §§ 78j(b) and 78ff, it may be retained as evidence and forfeitable as instrumentalities of the crime.  If no such evidence is found, however, the SUBJECT PHONE will be returned as soon as possible.

DATED: February 7, 2023                                Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
LLOYD A. FARNHAM
NOAH STERN
ROSS  WEINGARTEN
Assistant United States Attorneys

**[PROPOSED] ORDER**

It is so ordered.

DATED: February __, 2023

HONORABLE CHARLES R. BREYER
Senior United States District Judge