COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

COOLEY LLP
ELIZABETH H. SKEY (267852)
(eskey@cooley.com)
3175 Hanover St.
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

CLARENCE DYER & COHEN LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
JOSH A. COHEN (217853)
(jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone: (415) 749 1800
Facsimile: (415) 749-1694

Attorneys for Defendant
MANISH LACHWANI

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
LLOYD FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7321
(lloyd.farnham@usdoj.gov)
(noah.stern@usdoj.gov)
(ross.weingarten@usdoj.gov)

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 3:21-CR-00353 CRB (JCS)<br><br>**STIPULATION & [~~PROPOSED~~] ORDER RE CASE SCHEDULE**<br><br>Judge: Charles R. Breyer<br>Trial Date: May 22, 2023<br>Date Action Filed: August 20, 2021 |

The parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the parties to this matter are presently scheduled to exchange Expert Disclosures by March 14, 2023 (ECF D070);

WHEREAS, the government is presently scheduled to send its Witness/Exhibit Lists to the defense by March 21, 2023 (ECF D070);

WHEREAS, Defendant is presently scheduled to send his Witness/Exhibit Lists to the government by March 28, 2023 (ECF D070);

WHEREAS, the parties are presently scheduled to file their Motions in Limine and Daubert Motions by April 11, 2023 (ECF D070);

WHEREAS, the parties are presently scheduled to file their Oppositions to Motions in Limine, Oppositions to Daubert Motions, Jury Questionnaires, and Voir Dire Questions by April 18, 2023 (ECF D070);

WHEREAS, the parties are presently scheduled to file their Replies to Motions in Limine, Replies to Daubert Motions, Pre-trial Conference Statements and Jury Instructions, and Witness/Exhibit lists by April 25, 2023 (ECF D070);

WHEREAS, the Pre-trial Conference is presently scheduled for May 4, 2023 (ECF D070); however, the parties understand that the Court may be available to reschedule this conference to May 11, 2023;

WHEREAS, Jury Selection is presently scheduled for May 22, 2023 (ECF D079);

WHEREAS, trial is presently scheduled to start on or following May 22, 2023 (ECF D079);

WHEREAS, as the Court reset these trial dates one week later than when the parties agreed to the above deadlines, the parties seek to extend the above deadlines by one week;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court make and enter an order setting the case schedule as follows;

1. **March 21, 2023**: Expert Disclosures Due;
2. **March 28, 2023**: Government's Witness/Exhibit Lists Due;
3. **April 4, 2023**: Defendant's Witness/Exhibit Lists Due;

4.   **April 18, 2023**: Motions in Limine and Daubert Motions Due;

   5.   **April 25, 2023**: Oppositions to Motions in Limine and Daubert Motions Due; Jury Questionnaires and Voir Dire Questions Due;

   6.   **May 2, 2023**: Replies to Motions in Limine and Daubert Motions Due; Pre-Trial Conference Statements and Jury Instructions, Witness/Exhibit Lists Due; and

   7.   **May 11, 2023**: Pre-trial Conference set. at 2:30 p.m.

**IT IS SO STIPULATED.**

Dated: March 15, 2023                    Respectively submitted,

                                         COOLEY LLP


                                         By: /s/ John Hemann
                                             John Hemann

                                         Attorneys for Defendant
                                         MANISH LACHWANI


Dated: March 15, 2023                    STEPHANIE M. HINDS
                                         Acting United States Attorney


                                         By: /s/ Lloyd Farnham
                                             Lloyd Farnham
                                             Assistant United States Attorney


## ATTESTATION OF SIGNATURES

In accordance with Civil L.R. 5-1(h)(3), I hereby attest that I have obtained concurrence of all signatories in the filing of this document.


Dated: March 15, 2023                    /s/ John Hemann
                                             John Hemann

**~~PROPOSED~~ ORDER**

Pursuant to stipulation, and good cause shown, the Court sets the following schedule:

1. **March 21, 2023**: Expert Disclosures Due;
2. **March 28, 2023**: Government's Witness/Exhibit Lists Due;
3. **April 4, 2023**: Defendant's Witness/Exhibit Lists Due;
4. **April 18, 2023**: Motions in Limine and Daubert Motions Due;
5. **April 25, 2023**: Oppositions to Motions in Limine and Daubert Motions Due; Jury Questionnaires and Voir Dire Questions Due;
6. **May 2, 2023**: Replies to Motions in Limine and Daubert Motions Due; Pre-Trial Conference Statements and Jury Instructions, Witness/Exhibit Lists Due; and
7. **May 11, 2023**: Pre-trial Conference set. at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: __March 16__, 2023

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

283016218

STIPULATION & [~~PROPOSED~~] ORDER
NO. 3:21-CR-353 CRB (JCS)