# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

---

Date: April 27, 2023                  Judge:  Honorable Charles R. Breyer

Court Reporter: Belle Ball
Time: 15 Minutes
Case No.: CR21-0353-1 CRB
Case Name:  USA v. Manish Lachwani (Present) (NC)

Attorney(s) for Government: Ross Weingarten, Noah Stern, Lloyd Farnham
Attorney(s) for Defendant(s): Nanci Clarence, John Hemann

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held.  The defendant was sworn.  Plea Agreement provided to the Court. Defendant plead guilty to Counts 3, 7 and 13 of the Superseding Indictment.  Sentencing hearing set for September 27, 2023 at 10:00 a.m. The Presentence Report shall be due three weeks prior to the sentencing hearing. Counsel shall brief the issue of loss.