```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  LLOYD FARNHAM (CABN 202231)
    NOAH STERN (CABN 297476)
 5  ROSS WEINGARTEN (NYBN 5236401)
    Assistant United States Attorney
 6
         450 Golden Gate Avenue, Box 36055
 7       San Francisco, California 94102-3495
         Telephone: (415) 436-7200
 8       lloyd.farnham @ usdoj.gov

 9  Attorneys for United States of America
```

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )   Case No. 21-CR-00353 CRB
                                         )
14          Plaintiff,                   )
                                         )   STIPULATION TO AMEND PROTECTIVE
15      v.                               )   ORDER AND [PROPOSED] ORDER AMENDING
                                         )   PROTECTIVE ORDER
16  MANISH LACHWANI,                     )
                                         )
17          Defendant.                   )
                                         )

18

19

20          Based on the agreement and stipulation of the parties to the matter, the United States and

21  defendant Manish Lachwani, the Court amends the Protective Order previously entered by the Court

22  dated October 1, 2021 as follows:

23          The amendment of the Protective Order is intended to facilitate the production to the parties of

24  sensitive and confidential financial information of HeadSpin, Inc. that may be relevant to the criminal

25  proceedings in this matter, including the sentencing hearing. Accordingly, the definition of "Protected

26  Information" as used in the October 1, 2021 Protective Order includes, as a third category of

27  information:

28          3.   Confidential and proprietary business information, trade secret information, and other

sensitive business information of HeadSpin or any third party that provided such information to HeadSpin, including information regarding HeadSpin's capitalization, any investment in HeadSpin and the terms thereof, and internal financial information, the disclosure of which could cause significant injury or harm to HeadSpin or its investors if disclosed to an unauthorized person or publicly disseminated ("Confidential Business Information").

All the provisions of the Protective Order applicable to discovery provided by the government, and applicable to "Protected Information," will be applicable to Confidential Business Information. Counsel for HeadSpin may mark as "Confidential" such information provided to the parties after the date the parties enter this stipulation to assist the parties in identifying and handling Confidential Business Information.

The provisions of the Protective Order, and this Amendment to the Protective Order, will apply both to materials provided by the government to the defendant and to materials provided by HeadSpin directly to defendant's counsel in connection with the criminal proceedings in this case.

IT IS SO STIPULATED.

DATED: May 11, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


   /s/
LLOYD FARNHAM
Assistant United States Attorney


COOLEY LLP


   /s/
JOHN HEMANN
Attorneys for Defendant


IT IS SO ORDERED.

DATED:

HONORABLE CHARLES R. BREYER
United States District Judge