Nanci Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415.749.1800
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANISH LACHWANI,<br><br>    Defendant. | CASE NO. 21-cr-00353-CRB<br><br>**NOTICE OF WITHDRAWAL OF JOSH A. COHEN** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Josh A. Cohen of Clarence Dyer & Cohen LLP hereby withdraws his appearance as counsel of record for defendant Manish Lachwani in the above-captioned matter.

Dated:  July 17, 2023                                    Respectfully submitted,


                                                         By _____/s/_____
                                                            Josh A. Cohen
                                                            Attorney for Defendant Manish Lachwani