# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>MANISH LACHWANI | No. 21-CR-00353 |

**EXPERT REPORT OF JEFFREY P. HART**

**Kroll, LLC**

**October 19, 2023**

## TABLE OF CONTENTS

I.     Introduction ........................................................................................................... 1

II.    Qualifications ........................................................................................................ 2

III.   Background ............................................................................................................ 3

IV.    Basis for Opinions and Reasoning ........................................................................ 6

V.     Summary of Opinions ........................................................................................... 7

VI.    Analysis Performed ............................................................................................... 8

     A.   Scenario 1: Amount Invested .......................................................................... 8

     B.   Scenario 2: Amount Invested Minus Estimated Value (Recapitalization Price) ........................... 10

     C.   Scenario 3: Amount Invested Minus Estimated Value (ARR Multiple) ........................................ 12

## I.   Introduction

1.   I have been retained by the U.S. Attorney's Office for the Northern District of California ("USAO") in connection with the matter of United States of America v. Manish Lachwani to provide analyses and calculations of the amount of loss suffered by certain investors ("Loss") as a result of the fraud committed by Mr. Lachwani, as a means to guide sentencing.[1]

2.   This report ("Report") was prepared by me and personnel of Kroll, LLC ("Kroll"), working under my supervision. Kroll is being compensated for the services of its personnel on an hourly basis. The hourly rates for personnel working on this engagement range from $225 to $725 per hour. My hourly rate is $575 per hour and payment to my team and me is not contingent in any way on the outcome of this litigation.

3.   A summary of my opinions and analyses relating to this matter are set forth in this Report. To the extent that additional information is discovered, I may amend or supplement my opinion as necessary. If expert testimony is requested, I will serve as an expert witness.

4.   While my testimony may involve reference to valuation reports, offering memorandums and agreements, accounting records, and other documents, the analysis is not an audit or review in accordance with generally accepted auditing standards ("GAAS") of such reports, financial statements, and records.

5.   This Report has been prepared in connection with the litigation matter referenced on the cover page hereof. This Report is to be used solely for the purposes of the subject litigation

---

[1] Amendment of Solicitation of Contract between the U.S. Attorney's Office for the Northern District of California and Kroll, LLC, dated June 14, 2023.

and is not to be used or relied upon for any other purpose without the express written consent of Kroll.

## II.  Qualifications

6.   I am a Senior Director in the Expert Services practice at Kroll, based in Washington, DC. I have over 16 years of professional experience focused on business valuation, economic damages, forensic accounting, and financial fraud in connection with a wide array of complex financial disputes and investigations. My areas of expertise include business valuation disputes, commercial damages/lost profits analyses, forensic accounting and fraud investigations, financial reporting disputes, and post-acquisition disputes.

7.   Throughout my career, I have performed numerous valuation and economic damages analyses across a variety of industries. These analyses have included business valuations in the context of shareholder disputes, as well as economic damages calculations resulting from breaches of contracts, shareholder disputes, partnership disputes, and buyer/seller post-acquisition disputes. As part of these disputes, I have performed valuations of private businesses, calculations of lost profits damages, unjust enrichment damages, and diminution of business value damages.

8.   Prior to joining Kroll, I was a member of the forensic accounting practice at Veris Consulting, Inc., a national forensic accounting firm.

9.   I am a Certified Public Accountant (CPA) in Virginia. I am also Certified in Financial Forensics (CFF) and Accredited in Business Valuation (ABV) by the American Institute of Certified Public Accountants (AICPA). Lastly, I am a Certified Fraud Examiner (CFE) accredited by the Association of Certified Fraud Examiners (ACFE).

10.   My curriculum vitae is attached as Appendix A of this Report.

## III. Background[2]

11.   In 2015, Manish Lachwani founded Headspin, Inc. ("Headspin") and served as the

company's CEO until May 2020.  Headspin is a software-as-a-service ("SaaS") company

that provides its clients with software tools and access to remote devices around the world

that allow the clients to test mobile applications and browsers on mobile devices, browsers,

and networks in those locations.

12.   Between approximately August and September 2015, Headspin raised approximately $11

million in a Series A preferred stock offering.[3]  Between approximately April 2017 and

May 2018, Headspin raised approximately $24.7 million in a series of issuances of

convertible promissory notes that investors could "convert" to shares in the company.[4]

Between approximately September and October 2018, Headspin raised approximately $20

million in a Series B preferred stock offering.[5] The price of the stock sold to investors in

the Series B stock offering valued Headspin at approximately $500 million.[6] Between

approximately November 2019 and April 2020, Headspin raised approximately $60 million

from investors in a Series C preferred stock offering.[7] The price of the stock sold to

---

[2] Unless otherwise cited, the information referenced in the Background section was obtained from discussions with Counsel and/or the Factual Background and Guidelines Calculation document that I understand Counsel provided to the Probation Office (Headspin Facts for Probation.docx) and I have assumed it to be true for purposes of this report.

[3] Background of Recapitalization of Headspin, Inc. (HS00032026, at 028).

[4] Background of Recapitalization of Headspin, Inc. (HS00032026, at 028).

[5] Headspin, Inc. Series B Stock Certificate Ledger as of October 25, 2018 [HS00010629 at "Series B" tab].

[6] [Redacted] Series B Investment Committee Memorandum, dated October 2018, slide 8 [IC0013838 at -846].

[7] Headspin, Inc. Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS00187253 at -276 to 280].

investors in the Series C stock offering valued Headspin at approximately $1.1 billion.[8] In total, Headspin raised more than $110 million.[9]  In May 2019, between the Series B and C Preferred offerings, Lachwani personally sold some of his Headspin stock to an existing company investor, Redacted , for $2.5 million, at a price that valued Headspin at approximately $750 million.[10]

13.     In connection with these fundraising rounds and the secondary sale, I understand that Lachwani sent or directed Headspin employees to send potential investors financial information that overstated Headspin's revenue and Annual Recurring Revenue ("ARR").

14.     I further understand that beginning no later than October 2017, Lachwani knowingly and intentionally made materially false and misleading statements to investors and failed to disclose material facts.  Specifically, Lachwani (1) caused Headspin to record revenue and include in calculations of ARR amounts from purported customers that had not agreed to purchase Headspin's software and services or to pay for software and services, (2) falsely inflated Headspin's revenue and ARR from real Headspin customers and resellers by, for example, continuing to include in calculation of ARR amounts from customers that previously terminated their Headspin contracts, (3) caused false invoices to be created and sent to Headspin finance staff in order to reduce Headspin's unbilled receivables and conceal the false and inflated revenue Lachwani had caused Headspin to record, (4) communicated false financial and sales information to investors, (5) communicated

---

[8] Redacted Series C Investment Committee Memorandum, dated November 2019, slides 3 and 45 [IC0013873 at -876 and 918].

[9] Comprised of approximately $11 million in Series A preferred stock, $24.7 million in convertible promissory notes, $20 million in Series B preferred stock, and $60 million in Series C preferred stock.

[10] Redacted Secondary Investment Committee Memo, dated May 2019, slides 3 and 9 [IC0013857 at -860, 866].

materially false information about Headspin's product and customer adoption to investors, and (6) used significant amounts of company and investor funds to make unauthorized, high-risk investments in the stock market and failing to disclose the risky investment of company funds to investors, shareholders, and the board of directors.

15.    After the discovery of the fraud, Headspin retained KPMG to analyze Headspin's contracts with customers and calculate Headspin's actual revenues and ARR during the relevant time period.  KPMG's analysis determined that Headspin's revenues and ARR were substantially less than what Lachwani had reported to potential investors.[11] Figure 1 presents a comparison of Headspin's reported ARR and KPMG's recalculation of ARR for a snapshot of the relevant period:

**Figure 1: ARR Calculation Comparison**

| Source | Q2 2018 | 2018 | Q1 2019 | Q2 2019 |
|---|---|---|---|---|
| Original ARR[12] | $ 33,800,000 | $ 43,000,000 | $ 46,400,000 | $ 54,700,000 |
| KPMG ARR[13] | $   5,541,699 | $   7,900,411 | $   9,335,279 | $   9,675,224 |

16.    After the fraud was discovered, and the company's reported ARR and revenue was determined to be significantly overstated, Headspin's board of directors (excluding Lachwani) concluded that the Series B and Series C financings were substantially overpriced.

---

[11] [Redacted] Series B Investment Committee Memorandum, dated October 2018, slide 8 [IC0013838 at -846]; [Redacted] Series C Investment Committee Memorandum, dated November 2019, slide 45 [IC0013873 at -918]; [Redacted] Secondary Investment Committee Memo, dated May 2019, slides 3 and 9 [IC0013857 at -860, 866]; KPMG ARR Analysis MoM.xlsx [HS00195301].

[12] [Redacted] Series B Investment Committee Memorandum, dated October 2018, slide 8 [IC0013838 at -846]; [Redacted] Series C Investment Committee Memorandum, dated November 2019, slide 45 [IC0013873 at -918]; [Redacted] Secondary Investment Committee Memo, dated May 2019, slides 3 and 9 [IC0013857 at -860, 866].

[13] KPMG ARR Analysis MoM.xlsx [HS00195301].

17.  Headspin agreed to allow full-price purchasers of Series B and Series C preferred stock the option to sell back to the company 70% of their preferred stock at the price they had originally purchased the stock for cash and pay the remaining 30% with promissory notes payable in five years, with interest accruing at a rate of 1% annually.[14]

18.  During the negotiated recapitalization process the Series B Preferred Stock was repriced from $26.5296 per share to $7.1508 per share and the Series C Preferred Stock was repriced from $48.6834 per share to $10.3501 per share.[15]  Lachwani also agreed to return $1.9 million to ▮Redacted▮ (and provide ▮Redacted▮ additional stock through the company) to resolve claims relating to Lachwani's secondary sale of stock to ▮Redacted▮.[16]

## IV.  Basis for Opinions and Reasoning

19.  The analysis and opinions in this Report are based upon the information and documentation available to me as of the date of this Report, my education, my experience performing similar financial analyses and economic damage calculations, my own research, and accepted damages methodologies and approaches. In the course of my analysis, I requested and received access to information including, but not limited to, documents provided upon my request by Counsel. In addition to documents produced and created during this case, I considered relevant publicly available information. The documents and information I utilize in my analysis and Report are the types of documents and information upon which experts in my field typically rely when performing such analysis. A list of documents I considered informing my opinions is provided in Appendix B.

---

[14] Background of Recapitalization of Headspin, Inc. (HS00032026, at 033).

[15] Background of Recapitalization of Headspin, Inc. (HS00032026, at 034).

[16] Background of Recapitalization of Headspin, Inc. (HS00032026, at 031).

20. I have been asked to calculate the amount of Loss suffered by Headspin's full-price Series B and C Preferred purchasers ("Headspin Investors") as a result of the fraud perpetrated by Lachwani.  The fraud involved in part overstated financial performance of Headspin in conjunction with the Series B offering, which took place from September through October 2018, and the Series C offering, which took place November 2019 through March 2020 (collectively, the Relevant Timeframe").

21. I calculated the Loss under three scenarios detailed below based on instruction from Counsel regarding the appropriate framework for measuring the Loss as required by the relevant sentencing guidelines. I am not expressing a legal opinion, nor attempting to interpret the relevant sentencing guidelines.

22. I reserve the right to prepare supplemental materials such as summaries, graphical exhibits, or charts, as well as to provide materials in response to any additional expert opinions.

## V.  Summary of Opinions

23. I have calculated the Loss to the Headspin Investors using three different methodologies:

- Scenario #1: Loss to Headspin Investors calculated as the total amount invested by full-price purchasers in the Headspin Series B and Series C Preferred stock offerings. See Section VII.A. below for my calculation.

- Scenario #2: Loss to Headspin Investors calculated as the difference between the total amount invested by full-price purchasers in the Headspin Series B and Series C Preferred stock offerings and the estimated value of shares received by those investors at the time of their investment, using the recapitalization share price as an estimate of value. See Section VII.B. below for my calculation.

- <u>Scenario #3</u>: Loss to Headspin Investors calculated as the difference between the total amount invested by full-price purchasers in the Headspin Series B and Series C Preferred stock offerings and the estimated value of shares received by those investors at the time of their investment based on KPMG's recalculation of ARR for the period applicable to Series B and Series C, respectively. See Section VII.C. below for my calculation.

24.    The calculation of Loss based on each scenario is summarized below:

Figure 2: Summary of Loss Scenarios[17]

| Scenario | Total |
|---|---|
| 1 – Amount Invested | $  79,979,610 |
| 2 – Amount Invested Minus Estimated Value (Recapitalization Price) | $  61,838,284 |
| 3 – Amount Invested Minus Estimated Value (ARR Multiple) | $  59,289,270 |

## VI. Analysis Performed

### A.    Scenario 1: Amount Invested

25.    The Loss calculated under Scenario #1 reflects the total amount invested in Headspin's Series B and C Preferred stock offerings by full-price purchasers. To calculate this amount, I reviewed Headspin Inc.'s Series B Preferred Stock Purchase Agreement, dated September 10, 2018,[18] Series C Preferred Stock Purchase Agreement, dated November 1, 2019,[19] Headspin's Series B Stock Certificate Ledger as of October 25, 2018, and Headspin's

---

[17] See Schedule 1.

[18] Headspin Inc.'s Series B Preferred Stock Purchase Agreement, dated September 10, 2018 [IC0000877].

[19] Headspin Inc.'s Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS000187253].

Series C Stock Certificate Ledger as of April 16, 2021.[20] This measure of Loss is based on the fact that the Headspin Investors invested significant sums of money after receiving false representations about the Company's financial performance and customer growth. I understand that Headspin Investors represented that they would not have invested in those offerings if they knew the true condition of the Company at the time of their investment. Moreover, during the ensuing post-investment period up until the Company attempted to remedy these losses, the Headspin Investors lost access to the entirety of the capital they invested, and all of the invested funds were under the control of Headspin and Lachwani in his capacity as CEO of Headspin.

26.   I observed that 753,108 shares were purchased in the Series B investment at a cash purchase price of $26.53 per share.[21]

27.   Similarly, I observed that 1,232,452 shares were purchased in the Series C investment at a cash purchase price of $48.68 per share.[22]

28.   See Figure 3 for my calculation of Loss based on the total amount invested in Headspin's Series B and C Preferred Stock offering:

---

[20] Headspin, Inc. Series B Stock Certificate Ledger as of October 25, 2018 [HS00010629 at "Series B" tab]; Headspin, Inc. Series B Stock Certificate Ledger as of October 25, 2018 [HS00015380 at "PC Certificate Ledger" tab, filter on "Cash Paid" greater than $0]. For purposes of this loss analysis, I have relied upon Headspin, Inc.'s Series B and Series C Stock Certificate Ledger when calculating the total investment in Headspin's Series B Preferred Stock.

[21] Schedule A to Headspin Inc.'s Series B Preferred Stock Purchase Agreement, dated September 10, 2018 [IC0000877 at -917 to 919]; Schedule 2.

[22] Schedule A to Headspin Inc.'s Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS00187253 at -276 to 280]; Schedule 2.

**Figure 3: Series B and C Preferred Stock Offering[23]**

| Offering | No. of Shares Purchased | Cash Purchase Price | Amount Invested |
|---|---|---|---|
| Series B Offering | 753,108 | $  19,979,656 | $  19,979,656 |
| Series C Offering[24] | 1,232,452 | 59,999,954 | 59,999,954 |
| **Total** | **1,985,560** | **$  79,979,610** | **$  79,979,610** |

**B.    Scenario 2: Amount Invested Minus Estimated Value (Recapitalization Price)**

29.    Scenario #2 is a Loss calculation based on the difference between the amount actually

invested by Headspin Investors and an estimate of the value of the shares received by those

investors at the time of each of the offerings. To arrive at the total amount invested by full-

price purchasers in Headspin's Series B and C Preferred stock offerings I performed the

same calculation as detailed in Scenario #1 above.  I then calculated the Loss incurred as

the difference between the amount Headspin Investors actually invested in conjunction

with each of the stock offerings and an estimate of the value of the shares investors

received at the time of their investment using the adjusted stock price for the

recapitalization transaction as an estimate of fair value.

---

[23] Schedule A to Headspin Inc.'s Series B Preferred Stock Purchase Agreement, dated September 10, 2018 [IC0000877 at -917 to 919]; Schedule A to Headspin Inc.'s Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS00187253 at -276 to 280]; Schedule 2.

[24] I understand that the number of shares purchased in conjunction with the Series C offering varies across different sources of information. For example, the Series C Purchase Agreement shows 1,232,695 shares purchased for $59,999,954 in total proceeds, while HEADSPIN_000153380_CONFIDENTIAL.xlsx shows 1,540,565 shares purchased for $59,999,963. I have not been able to reconcile this difference. However, because the total proceeds are virtually identical across sources, this difference does not have a material impact on my analysis. I also note that the number of shares purchased by the ▮Redacted▮ appears to contain a typo in the Series C Stock Purchase Agreement [HS00187253]. The stock purchase agreement states that 1,270 shares were purchased, whereas the stock certificate ledger [HEADSPIN_00015380 at tab "PC Certificate Ledger] states that 1,027 shares were purchased. I have assumed the stock certificate ledger to be correct, as the implied price per share per the stock certificate ledger is $48.68, consistent with the Series C price paid by the other investors.

30. It is my opinion that the recapitalization share price for each of those offerings (i.e., the Series B and Series C) is a reasonable estimate of the value of shares at the time of the investments.

31. Based on my review of documents from Headspin's recapitalization transaction,[25] the recapitalization share price for the Series B and C Preferred Stock were:

**Figure 4: Series B and C Preferred Stock Pricing[26]**

| Offering | Initial Cash Price | Proposed Recapitalization Price |
|---|---|---|
| Series B Offering | $26.53 | $7.15 |
| Series C Offering | $48.68 | $10.35 |

32. I then calculated the Loss suffered by Headspin Investors as the difference between the amount invested in Headspin's Series B and C Preferred Stock, less the value of the stock investors received, estimating the value as the share prices for each series of stock in the recapitalization transaction.

---

[25] Letter of Transmittal [HEADSPIN_00015385].

[26] See Schedule A to Headspin Inc.'s Series B Preferred Stock Purchase Agreement, dated September 10, 2018 [IC0000877 at -917 to 919]; Schedule A to Headspin Inc.'s Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS00187253 at -276 to 280]; and Schedule 2 for the initial cash and debt cancellation price; see Letter of Transmittal Pursuant to the Offer to Purchase and Exchange Dated October 19, 2020 [HEADSPIN_00015385].

**Figure 5: Series B and C Preferred Stock Adjusted[27]**

| Offering | Total Original Investment | Estimated Value of Stock Received | Loss |
|---|---|---|---|
| Series B Offering | $ 19,979,656 | $ 5,385,325 | $ 14,594,331 |
| Series C Offering | 59,999,954 | 12,756,001 | 47,243,952 |
| **Total** | **$ 79,979,610** | **$ 18,141,326** | **$ 61,838,284** |

### C.   Scenario 3: Amount Invested Minus Estimated Value (ARR Multiple)

33.   Scenario #3 is a Loss calculation based on the difference between the amount actually invested by Headspin Investors and an estimate of the value of the shares received by those investors at the time of each of the offerings. To arrive at the total amount invested in Headspin's Series B and C Preferred stock offerings by full-priced purchasers I performed the same calculation as detailed in Scenario #1 above. I then calculated the Loss incurred as the difference between the amount Headspin Investors actually invested in conjunction with each of the stock offerings and an estimate of the value of the shares investors received at the time of their investment using the ARR metrics calculated by KPMG. Because the valuation of Headspin (which ultimately drove the price per share paid by the Headspin Investors) was analysed as a multiple of the false ARR for the relevant time periods, substituting in KPMG's ARR calculations to perform such multiple analysis is a reasonable estimate of the fair value of Headspin stock at the time of the offerings.

34.   By way of background, investors commonly use multiples to assess the value of a potential investment. Multiples are factors which are multiplied by a fundamental financial variable to calculate an indication of value.[28] Multiples are primarily used when investors employ

---

[27] See Schedule 2 and Figure 3 for the Total Original Investment; see Schedule 3 for the Total Adjusted Investment.

[28] The Market Approach to Valuing Businesses, Second Edition, Shannon Pratt, p. xxxv.

the Market Approach to value an investment. Based on my review of the ▮Redacted▮

investment committee memoranda, I understand that the value of Headspin as determined

based on a multiple of ARR was a factor in ▮Redacted▮'s investment decision.

35. ARR is generally considered to be an important and useful metric for purposes of valuing

SaaS companies.[29]  ARR is generally understood to be the company's monthly subscription

revenue at a particular time, multiplied by twelve months.[30]  ARR thus serves as an

annualized estimate of the recurring revenue the company is generating at a certain point in

time.[31]

36. A multiple is the result of dividing a numerator that represents the value, i.e., the Enterprise

Value of Headspin, by a denominator that represents the financial variable (i.e., Headspin's

ARR).[32] If a variable for an underlying investment is overstated and a multiple is then

applied to that variable in a Market Approach analysis (e.g., Headspin's ARR), the

resulting valuation of the underlying investment will also be overstated. I reviewed the

documentation provided to assess whether investments based on a multiples analysis were

impacted by Headspin's overstatement of ARR.

37. Additionally, investors utilizing a Market Approach analysis would compare their target

company (e.g., Headspin) to a set of comparable companies' or industry's financial

---

[29] "The Right Way to Calculate & Use ARR," Driven Insights, SaaS Metrics Playbook, April 14, 2022 (accessed: https://www.driveninsights.com/small-business-finance-blog/the-right-way-to-calculate-and-use-arr-saas-metrics-playbook). *See also*, Early Stage Valuation, A Fair Value Perspective, First Edition, Antonella Puca, Exhibit 11.8 which details that ARR "signals of the company's progress toward profitability and a sustainable business model."

[30] Early Stage Valuation, A Fair Value Perspective, First Edition, Antonella Puca, Exhibit 8.6.

[31] Early Stage Valuation, A Fair Value Perspective, First Edition, Antonella Puca, Exhibit 8.6.

[32] The Market Approach to Valuing Businesses, Second Edition, Shannon Pratt, p. 4.

variables. These comparable companies would provide an investor a range of potential multiples to apply in valuing the target company.

38. If the target company appears stronger than its comparable peers or industry based on specific financial variables such as size, revenue, or growth, among other variables, then an investor may choose to utilize a multiple at the higher end of the observed range to value their target company.[33] Conversely, if the target company appears weaker than its comparable peers or industry based on the same financial variables, then an investor may choose to utilize a multiple at the lower end of the observed range to value their target company.[34] As such, Headspin's falsely portrayed revenue, ARR, and growth may have led investors to consider a higher multiple than was warranted based on the actual financial performance of the Company.

39. For purposes of this analysis, I have not adjusted the range of multiples utilized in Headspin's Investment Committee Memorandums but note that a downward adjustment to the multiple would compound the loss observed in this scenario.

40. For Scenario #3, I reviewed the initial valuations within the ███Redacted███ Series B and Series C Investment Committee Memorandums.[35] These memorandums included a valuation summary which detailed Headspin's enterprise value and associated ARR multiples for each of the Series B and C Preferred Stock offerings (*see*, for example, Figure 6 and Figure 7):

---

[33] The Market Approach to Valuing Businesses, Second Edition, Shannon Pratt, p. 88-89.

[34] The Market Approach to Valuing Businesses, Second Edition, Shannon Pratt, p. 88-89.

[35] ██Redacted██ Series B Investment Committee Memorandum dated October 2018 [IC0013838]; ██Redacted██ Series C Investment Committee Memorandum, dated November 2019 [IC0013873].

**Figure 6:** Redacted **Series B Investment Memorandum: Valuation Summary[36]**



| Valuation Summary ($M) | | |
|---|---|---|
| Pre-Money Valuation | | $500.0 |
| Primary | | $20.0 |
| **Post-Money Valuation** | | **$520.0** |
| Add: Debt (as of 6/30/18) | | $0.0 |
| Less: Cash (as of 6/30/18) | | ($36.0) |
| **Enterprise Value ($M)** | | **$484.0** |
| 2017A ARR | $23.6 | 20.5x |
| LTM ARR (Q2'18) | $33.8 | 14.3x |
| 2018E ARR | $43.0 | 11.3x |

**Figure 7:** Redacted **Series C Investment Memorandum: Valuation Summary[37]**



| Analysis at Various Prices ($ in M) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Primary Transaction (September 2019)** | | | | | | | | | |
| Pre-Money Equity Value ($M) | | $750.0 | $900.0 | $1,050.0 | $1,150.0 | $1,200.0 | $1,300.0 | $1,400.0 | $1,500.0 |
| Plus: Primary Capital | | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 |
| Post-Money Equity Value ($M) | | $770.0 | $920.0 | $1,070.0 | $1,170.0 | $1,220.0 | $1,320.0 | $1,420.0 | $1,520.0 |
| Less: Primary Capital | | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) |
| Less: Cash & Cash Equivalents (as of August 16, 2019) | | ($58.2) | ($58.2) | ($58.2) | ($58.2) | ($58.2) | ($58.2) | ($58.2) | ($58.2) |
| Enterprise Value ($M) | | $691.8 | $841.8 | $991.8 | $1,091.8 | $1,141.8 | $1,241.8 | $1,341.8 | $1,441.8 |
| **Multiples (x)** | Metric ($M) | Y/Y Growth % | | | | | | | |
| LTM ARR (Q2'19 ending) | $54.7 | 70.6% | 12.7x | 15.4x | 18.1x | 20.0x | 20.9x | 22.7x | 24.5x | 26.4x |
| 2019E ARR - Management | $82.2 | 95.3% | 8.4x | 10.2x | 12.1x | 13.3x | 13.9x | 15.1x | 16.3x | 17.5x |
| 2020E ARR - Management | $123.3 | 50.0% | 5.6x | 6.8x | 8.0x | 8.9x | 9.3x | 10.1x | 10.9x | 11.7x |

41.    The Series B and Series C Investment Committee Memorandums contain various ARR

measurements and ARR multiples of Headpin's Enterprise Value.[38] These ARR

---

[36] Redacted Series B Investment Committee Memorandum, dated October 2018, slide 8 [IC0013838 at -846]. I note that this calculation fails to deduct the primary proceeds received in calculating enterprise value. I have incorporated this additional deduction into my analysis.

[37] Redacted Series C Investment Committee Memorandum dated November 2019, slide 45 [IC0013873 at -918].

[38] Redacted Series B Investment Committee Memorandum dated October 2018 [IC0013838]; Redacted Series C Investment Committee Memorandum, dated November 2019 [IC0013873].

measurements include prior year actual ARR measurements, current period actual ARR
measurements, and expected ARR measurements for future years. For purposes of this
analysis, I have considered the ARR measurements for the month nearest the relevant
offering, which contain the most recently available actual financial data.

42.   I understand that subsequent to the discovery of the fraud, KPMG recalculated Headspin's
ARR on a monthly basis from January 2018 through June 2020.[39] Figure 8 summarizes
KPMG's ARR recalculation compared to the ARR reported to investors as of each of the
Series offerings:

**Figure 8: ARR Calculation Comparison**

| Source | 2018 Q2 | 2018 | 2019 Q1 | 2019 Q2 |
|---|---|---|---|---|
| Original ARR[40] | $ 33,800,000 | $ 43,000,000 | $ 46,400,000 | $ 54,700,000 |
| KPMG ARR[41] | $ 5,541,699 | $ 7,900,411 | $ 9,335,279 | $ 9,675,224 |

43.   To calculate the Loss under Scenario #3, I recalculated the implied valuation of Headspin
utilizing the following steps:

- First, I substituted the ARR utilized in the Series B and C Investment Memorandums
  with KPMG's recast ARR using the actual financial information available within
  each memorandum.[42]

---

[39] KPMG ARR Analysis MoM.xlsx [HS00195301].

[40] LTM ARR as of Q2 2018, Redacted Series B Investment Committee Memorandum, dated October 2018, slide 8
[IC0013838 at -846]; LTM ARR as of Q2 2019, Redacted Series C Investment Committee Memorandum, dated
November 2019, slide 45 [IC0013873 at -918]; Redacted Secondary Investment Committee Memo, dated May 2019,
slides 3 and 9 [IC0013857 at -860, 866].

[41] KPMG ARR Analysis MoM.xlsx [HS00195301].

[42] KPMG's recast ARR as of June 30, 2018 was used for Series B and KPMG's recast ARR as of July 31, 2019 was
used for Series C.

- I then multiplied the ARR multiples utilized for each valuation by the updated ARR amounts from KPMG to calculate an adjusted enterprise value.

- Lastly, I added cash and cash equivalent on the balance sheet at the time of each valuation and the primary proceeds from the series to calculate an adjusted post-money valuation for Headspin. This post-money valuation value is the equity value of Headspin, which is an estimated value of the shares that the Headspin Investors owned after each Series closed.[43]

44.   Following these steps, I arrived at the following adjusted post-money valuations for Headspin (*see* Figure 9):

Figure 9: Series B and C Adjusted Post-Money Valuations[44]

| Calculation | Schematic | Series B | Series C |
|---|---|---|---|
| KPMG Recast ARR | [A] | $    5,541,699 | $    9,675,224 |
| ARR Multiple | [B] | 13.7x | 19.0x |
| Adjusted Enterprise Value | [C]=[A]*[B] | 75,921,282 | 183,829,251 |
| Plus: Cash | [D] | 36,000,000 | 58,200,000 |
| Plus: Primary | [E] | 19,979,656 | 59,999,954 |
| Adjusted Post-Money Valuation | [F]=[C]+[D]+[E] | $ 131,900,938 | $ 302,029,205 |

45.   Next, I calculated the adjusted value of full-price purchasers' stock for each of the Series B and Series C offering assuming that the same percentage ownership would have been offered, but that the amount raised would have been based on the adjusted valuation. (*See* Figure 10 – schematic continued from Figure 9 above)

---

[43] Post-money valuation is defined as "the valuation of a company *after* a new financing round has taken place" and pre-money valuation is defined as "the valuation of a company *before* the new financing round." Early Stage Valuation, A Fair Value Perspective, First Edition, Antonella Puca, Exhibits 4.1 and 4.2.

[44] See Schedule 4.

**Figure 10: Series B and C Adjusted Value[45]**

| Calculation | Schematic | Series B | Series C |
|---|---|---|---|
| Initial Post-Money Valuation | [G] | $ 519,979,656 | $ 1,159,999,954 |
| Value of Ownership Offered | [H] | 19,979,656 | 59,999,954 |
| Ownership Percentage | [I]=[H]/[G] | 4% | 5% |
| Adjusted Post-Money Valuation | [F] | 131,900,938 | 302,029,205 |
| **Adjusted Value of Series** | **[J]=[I]*[F]** | $    5,068,151 | $    15,622,189 |

46.    Lastly, I calculated the Loss as the difference between the amount paid by full-price purchasers for each Series and the value of stock these investors received based on the adjusted valuation of Headspin. Figure 11 presents this calculation:

**Figure 11: Series B and C Post-Money Valuations Comparison (in millions)[46]**

| Calculation | Series B | Series C | Total Loss |
|---|---|---|---|
| Value of Ownership Offered | $    19,979,656 | $    59,999,954 | $    79,979,610 |
| Adjusted Value of Stock | 5,068,151 | 15,622,189 | 20,690,340 |
| **Difference** | **$    14,911,505** | **$    44,377,765** | **$    59,289,270** |

_(signature)_

_____

By: Jeffrey P. Hart, CPA, ABV, CFF, CFE

---

[45] See Schedule 4.

[46] See Schedule 4.

# Appendix A



# Jeffrey P. Hart, CPA, CFF, ABV, CFE

Senior Director – Expert Services Practice

T  +1 202 649 1218
M +1 508 395 9043
E jeffrey.hart@kroll.com



**Jeffrey Hart** is a Senior Director in the Expert Services practice in the Washington, DC office of Kroll. Jeff has over 16 years of experience advising clients and managing engagement teams in the areas of forensic accounting, valuation, economic damages and financial fraud in connection with a wide array of complex financial disputes and investigations. Jeff's areas of expertise include forensic accounting and fraud investigations, post-acquisition disputes, commercial damages analyses, and business valuation disputes.

Prior to joining Kroll, Jeff worked at a national forensic accounting firm on engagements involving compliance with SEC and FINRA regulations, compliance with generally accepted accounting principles, reinsurance disputes, reviews of internal controls, and economic damages analyses.

Jeff holds a B.S. in Business Administration from the University of Richmond.  He is a Certified Public Accountant in Virginia, holds a Certification in Financial Forensics, is Accredited in Business Valuation and is a Certified Fraud Examiner.

## Representative Engagements

### Forensic Accounting and Fraud Investigations

- Performed investigation of publicly traded manufacturing company for allegations of fraudulent financial reporting related to the company's inventory valuation, revenue and expense recognition practices.  Investigation included analysis of company's accounting practices, assisting counsel with interviews of key individuals, and preparation of a report detailing findings.

- Performed a board-led investigation of auto parts manufacturer for allegation of fraudulent financial reporting related to inventory and deferred tax asset write-downs, as well as improper pressure from management. Investigation included analysis of company's accounting practices, assisting counsel with interviews of key individuals, preparation of a report detailing findings, and advising the board on remediation measures.

- Performed a board led financial reporting investigation regarding the accounting treatment of a receivable from an affiliate and extent to which an affiliate should have been consolidated under IFRS and U.S. GAAP.

- Performed investigation of transportation company for allegations of improper payments made to individuals in order to procure contracts. Analysis included tracing vendor payments, assisting counsel with interviews of key individuals, and preparation of a report detailing findings.

- Performed investigation of commercial real estate development joint venture associated with construction-related cost overruns.

- Performed investigation of ambulance transportation company for allegations of overbilling city government for Medicaid funded transportation.

- Assisted bankruptcy trustee in investigation of preference payments and fraudulent transfers associated with the bankruptcy of a real estate development firm. Analysis involved tracing the source and uses of cash and evaluating the economic substance of transactions.

- Performed investigation of the books and records of a non-profit foundation for evidence of asset misappropriation.

- Analyzed the adequacy of due diligence procedures and compliance with SEC and FINRA regulations in connection with a dispute between a pension fund and investment advisor over an investment made in the Madoff Ponzi scheme.

- Performed forensic analysis on the extent to which a mortgage insurer materially increased credit risk profiles of insured residential mortgage-backed securities that subsequently experienced a high rate of default.

- Analyzed accounting judgments made by a technology firm for class action securities lawsuit. Analysis involved evaluation of revenue recognition practices, accounting policies, and the internal control environment, as well as whether there was any misconduct or intent to deceive by the company and/or its management.

- Analyzed financial statement disclosures of an investment bank in response to allegations of securities fraud related to timing of disclosure of losses on assets recorded at fair value and goodwill impairment following the merger of two major banking entities.

**Post-Acquisition Disputes**

- Performed post-acquisition dispute damages analysis of a household products manufacturer related to claims of improper revenue and expense recognition practices of previous ownership. Engagement involved assisting the client in identifying and preserving documentary evidence and preparation of the damages claim. Submitted damages analysis to representation and warranties insurer as part of indemnification claim, as well as part of litigation with seller.

- Performed post-acquisition investigation of the revenue recognition practices of a healthcare company to assist buyers in decision of whether to seek indemnification from sellers.

- Performed post-acquisition damages analysis of the impact of certain revenue and expense items on EBITDA immediately prior to the exercise of an option to purchase 100 percent of the joint venture membership interest from the non-operating partner.

- Provided determination as neutral accountant in working capital dispute in the logistics industry related to whether the selling party was required to accrue for a contingent liability under U.S. GAAP.

- Assisted owners of beverage distribution company in dispute with former owners over the extent to which they were entitled to a clawback of proceeds from a merger transaction. Analysis involved analyzing a third-party valuation and assessing the appropriateness of certain items included in the former owners' clawback calculation.

- Assisted private equity buyers across numerous industries with preparation of representation and warranties claim submissions associated with financial statement misrepresentations, failure to transfer certain asset with the company, and information technology system inefficiency and functionality issues.

- Assisted insurance carriers with evaluation of representation and warranties claim submissions related to alleged financial statement misrepresentations.

- Assisted management of telecommunications company with preparation of working capital dispute claims for submission to neutral accountant for arbitration proceedings.

- Assisted private equity seller of aircraft repair and maintenance services company with preparation of working capital dispute claims for submission to neutral accountant for arbitration proceedings.

- Assisted counsel with preparation of indemnification claim related to failure to disclose material lost customers in a post-acquisition representations and warranties insurance claim submission.

## Commercial Damages/Lost Profits Analyses

- Calculated lost profits and unjust enrichment damages on behalf of a warehouse logistics company related to breach of an employment contract and misappropriation of trade secrets allegation.

- Calculated lost investment opportunity damages on behalf of an investor in an online pharmacy start-up related to the alleged improper early repayment of a bridge loan prior to the loan's conversion into preferred shares.

- Performed rebuttal damages analysis of Plaintiff's claims of lost profits, impairment to enterprise value, lost acquisition opportunities, and business interruption damages associated with an alleged unlawful corporate campaign by union members in the nursing facility industry.

- Performed unjust enrichment damages analysis related to misappropriation of trade secrets by a former employee of a technology company. Damages estimated based on projected future earnings of the individual.

- Calculated lost profits damages for movie theater manufacturing company related to a breach of contract dispute in international arbitration.  Damages calculation involved "but for" analysis of discounted cash flow comparing breach vs. non-breach alternatives.

- Performed damages analysis associated with the lost future earnings of a doctor related to a claim of wrongful termination.

- Calculated "but for" lost profits damages for leather goods manufacturer related claims of misappropriation of confidential information.

- Performed breach of contract damages analysis on behalf of the U.S. Department of Justice for several engagements defending the Department of Energy against breach of contract claims involving hundreds of millions of dollars of costs associated with the storage of spent nuclear fuel.

- Performed numerous other "but for" economic damages analyses related to lost profits, diminution in value, and unjust enrichment commercial disputes in the financial services, technology, energy, logistics, transportation, manufacturing, retail, healthcare and pharmaceuticals industries.

## Business Valuation Disputes

- Testified as valuation and damages expert in partnership dispute regarding to the value of live entertainment business and partner's share of historical partnership distributions.

- Performed valuation of general partner's interest in management fees and carried interest of investments held by private equity firm with $2 billion in assets under management for divorce proceeding.

- Performed valuation of privately held home healthcare franchise business for divorce proceeding.

- Performed valuation of privately held information technology staffing firm for purposes of calculating lost investment opportunity damages.

- Performed valuation of an early-stage Chinese private equity firm to determine the general partner's interest in management fees and carried interest of investments.

- Performed analysis of the allocation of investment proceeds between the general and limit partners of a private equity fund related to allegations of improper distribution of funds.  Analysis included the valuation of a mortgage lender.

- Investigated the books and records of a failing non-profit educational institution to determine the value of the institution if liquidated.

- Performed analysis of the reasonableness of certain valuation methodologies and assumptions applied in a valuation of an oil refiner prepared by third party as part of an ESOP transaction.

- Performed analysis of the reasonableness of certain valuation methodologies and assumptions applied in a valuation of a manufacturing company prepared by third party as part of an ESOP transaction.

## Education and Credentials

- University of Richmond – Bachelor of Science in Business Administration
  - Concentrations in Accounting and Management
- Certified Public Accountant (CPA)
- Certified in Financial Forensics (CFF)
- Accredited in Business Valuation (ABV)
- Certified Fraud Examiner (CFE)

## Professional Associations

- American Institute of Certified Public Accountants
- Virginia Society of Certified Public Accountants
- Association of Certified Fraud Examiners

## Publications

- Seth Fliegler, Lisa Snow and Jeffrey Hart, *4 Ways To Strengthen Deal-Related R&W Insurance Claims*, Law360, February 2021.

## Federal Rule of Civil Procedure Rule 26 – Testimony at Trial/Deposition

- **Dela Yador v. Jason Mowatt,** United States District Court for the Eastern District of New York, Case No. 1:19-cv-04128-EK-RML, Deposition: September 26, 2023.

# Appendix B

### Appendix B: Documents Considered

I have considered the pleadings in this case, as well as documents and other information produced by the parties and gathered during my research.  Accordingly, my Report contains various footnote references and discussions of documents specifically relied upon by me in issuing this Report.  The following documents were considered by me in issuing my opinions in this Report.  Documents and other materials cited in the report are deemed included in this Appendix B if not already expressly identified below.  Documents identified below are to be considered inclusive of any and all exhibits to the particular document.

| **Pleadings and Court Filings** |
| --- |
| Securities and Exchange Commission v. Headpin, Inc. Complaint dated January 28, 2022. |

| **Case Documents** |
| --- |
| Amendment of Solicitation of Contract between the U.S. Attorneys Office for the Norther District of California and Kroll, LLC, dated June 14, 2023. |
| ARR Spreadsheet dated October 25, 2019. |
| HeadSpin Customer Deck October 2017. |
| Headspin Facts for Probation. |
| HEADSPIN_00015379, HEADSPIN_00015380, HEADSPIN_00015381, HEADSPIN_00015382, HEADSPIN_00015383, HEADSPIN_00015384, HEADSPIN_00015385, HEADSPIN_00016085, HEADSPIN_00016229, HEADSPIN_00016229, HEADSPIN_00016339, HEADSPIN_00016789, HEADSPIN_00016790. |
| HS00000033, HS00000036, HS00000047, HS00010629, HS00011959, HS00014988, HS00032026, HS00145959, HS00187253, HS00187253, HS00195301, HS00596284. |
| IC0005236, IC0000877, IC0003631, IC0013838, IC0013857, IC0013873. |
| KPMG ARR Annual Analysis. |
| KPMG ARR Trend Analysis. |
| KPMG_HeadSpin_0000023, KPMG_HeadSpin_0000067. |
| NWC_Headspin_0005190, NWC_Headspin_0013246. |
| SEC-USAO-EPROD-000000814, SEC-USAO-EPROD-000010248, SEC-USAO-EPROD-000051967. |

| **Public Documents** |
| --- |
| "The Right Way to Calculate & Use ARR," Driven Insights, SaaS Metrics Playbook, April 14, 2022 (accessed: https://www.driveninsights.com/small-business-finance-blog/the-right-way-to-calculate-and-use-arr-saas-metrics-playbook). |
| Early Stage Valuation, A Fair Value Perspective, First Edition, Antonella Puca. |
| The Market Approach to Valuing Businesses, Second Edition, Shannon Pratt. |

# Schedules

United States of America, v. MANISH LACHWANI
Schedule 1 - Summary

| Scenario | Series B | Series C | Total | |
|---|---|---|---|---|
| 1 – Amount Invested | $ 19,979,656 | $ 59,999,954 | $ **79,979,610** | [1] |
| 2 – Amount Invested Minus Estimated Value (Recapitalization Price) | $ 14,594,331 | $ 47,243,952 | $ **61,838,284** | [2] |
| 3 – Amount Invested Minus Estimated Value (ARR Multiple) | $ 14,911,505 | $ 44,377,765 | $ **59,289,270** | [3] |

**Notes**

1. See Schedule 2.
2. See Schedule 3.
3. See Schedule 4.

United States of America, v. MANISH LACHWANI
Schedule 2 - Scenario 1 (Amount Invested)

| Series[1] | Name | Number of Shares Purchased | Cash Purchase Price (Amount Invested) | Price per Share |
|---|---|---|---|---|
| Series B | Redacted | 188,468 | $ 4,999,981 | $ 26.53 |
| Series B | | 36,445 | 966,871 | 26.53 |
| Series B | | 38,942 | 1,033,116 | 26.53 |
| Series B | | 37,693 | 999,980 | 26.53 |
| Series B | | 18,846 | 499,977 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series B | | 23,111 | 613,123 | 26.53 |
| Series B | | 23,111 | 613,123 | 26.53 |
| Series B | | 895 | 23,750 | 26.54 |
| Series B | | 37,693 | 999,980 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series B | | 18,846 | 499,977 | 26.53 |
| Series B | | 62,760 | 1,664,998 | 26.53 |
| Series B | | 18,222 | 483,422 | 26.53 |
| Series B | | 19,471 | 516,558 | 26.53 |
| Series B | | 7,538 | 199,980 | 26.53 |
| Series B | | 3,769 | 99,990 | 26.53 |
| Series B | | 1,130 | 29,980 | 26.53 |
| Series B | | 18,846 | 499,977 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series B | | 37,693 | 999,980 | 26.53 |
| Series B | | 7,538 | 199,980 | 26.53 |
| Series B | | 39,013 | 1,034,999 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series B | | 56,540 | 1,499,984 | 26.53 |
| Series B | | 9,423 | 249,988 | 26.53 |
| Series C | | 148,954 | 7,251,587 | 48.68 |
| Series C | | 159,159 | 7,748,401 | 48.68 |
| Series C | | 308,113 | 14,999,988 | 48.68 |
| Series C | | 308,113 | 14,999,988 | 48.68 |
| Series C | | 20,540 | 999,957 | 48.68 |
| Series C | | 2,054 | 99,996 | 48.68 |
| Series C | | 11,475 | 558,642 | 48.68 |
| Series C | | 3,974 | 193,468 | 48.68 |
| Series C | | 10,724 | 522,081 | 48.68 |
| Series C | | 41,081 | 1,999,963 | 48.68 |
| Series C | | 4,200 | 204,470 | 48.68 |
| Series C | | 1,478 | 71,954 | 48.68 |
| Series C | | 20,540 | 999,957 | 48.68 |
| Series C | | 41,081 | 1,999,963 | 48.68 |
| Series C | | 61,622 | 2,999,968 | 48.68 |
| Series C | | 10,270 | 499,979 | 48.68 |
| Series C | | 1,027 | 49,998 | 48.68 |
| Series C | | 513 | 24,975 | 48.68 |
| Series C | | 616 | 29,989 | 48.68 |

United States of America, v. MANISH LACHWANI
Schedule 2 - Scenario 1 (Amount Invested)

| Series[1] | Name | Number of Shares Purchased | Cash Purchase Price (Amount Invested) | Price per Share |
|---|---|---|---|---|
| Series C | Redacted | 308 | 14,994 | 48.68 |
| Series C | | 513 | 24,975 | 48.68 |
| Series C | | 513 | 24,975 | 48.68 |
| Series C | | 1,027 | 49,998 | 48.68 |
| Series C | | 10,270 | 499,979 | 48.68 |
| Series C | | 2,054 | 99,996 | 48.68 |
| Series C | | 205 | 9,980 | 48.68 |
| Series C | | 513 | 24,975 | 48.68 |
| Series C | | 2,054 | 99,996 | 48.68 |
| Series C | | 1,027 | 49,998 | 48.68 |
| Series C | | 205 | 9,980 | 48.68 |
| Series C | | 58,229 | 2,834,786 | 48.68 |
| | Series B Offering | 753,108 | $ 19,979,656 | |
| | Series C Offering | 1,232,452 | $ 59,999,954 | |
| | Total | 1,985,560 | $ 79,979,610 | |

Notes
1. Headspin, Inc. Series B Stock Certificate Ledger as of October 25, 2018 [HS00010629 at "Series B" tab]; Schedule A to Headspin, Inc. Series C Preferred Stock Purchase Agreement, dated November 1, 2019 [HS00187253 at -276 to 280]. For purposes of this loss analysis, I have relied upon Headspin, Inc.'s Series B Stock Certificate Ledger rather than Headspin's Series B Preferred Stock Purchase Agreement [IC0000877] when calculating the total investment in Headspin's Series B Preferred Stock, as I understand the Purchase Agreement is missing some of the share purchased as part of the Series B offering.
2. I note that the number of shares purchased by the Redacted appears to contain a typo in the Series C Stock Purchase Agreement [HS00187253]. The stock purchase agreement states that 1,270 shares were purchased, whereas the stock certificate ledger [HEADSPIN_00015380 at tab "PC Certificate Ledger] states that 1,027 shares were purchased. I have assumed the stock certificate ledger to be correct, as the implied price per share per the stock certificate ledger is $48.68, consistent with the Series C price paid by the other investors.

United States of America, v. MANISH LACHWANI
Schedule 3 - Scenario 2 (Amount Invested Minus Estimated Value (Recapitalization Price))

| Series[1] | Name | Number of Shares Purchased | Cash Purchase Price | Initial Price per Share | Proposed Recapitalization Price[2] | Estimated Value of Stock Received |
|---|---|---|---|---|---|---|
| Series B | Redacted | 188,468 | $  4,999,981 | $  26.53 | $  7 15 | $  1,347,697 |
| Series B | | 36,445 | 966,871 | 26.53 | 7 15 | 260,611 |
| Series B | | 38,942 | 1,033,116 | 26.53 | 7 15 | 278,466 |
| Series B | | 37,693 | 999,980 | 26.53 | 7 15 | 269,535 |
| Series B | | 18,846 | 499,977 | 26.53 | 7 15 | 134,764 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series B | | 23,111 | 613,123 | 26.53 | 7 15 | 165,262 |
| Series B | | 23,111 | 613,123 | 26.53 | 7 15 | 165,262 |
| Series B | | 895 | 23,750 | 26.54 | 7 15 | 6,400 |
| Series B | | 37,693 | 999,980 | 26.53 | 7 15 | 269,535 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series B | | 18,846 | 499,977 | 26.53 | 7 15 | 134,764 |
| Series B | | 62,760 | 1,664,998 | 26.53 | 7 15 | 448,784 |
| Series B | | 18,222 | 483,422 | 26.53 | 7 15 | 130,302 |
| Series B | | 19,471 | 516,558 | 26.53 | 7 15 | 139,233 |
| Series B | | 7,538 | 199,980 | 26.53 | 7 15 | 53,903 |
| Series B | | 3,769 | 99,990 | 26.53 | 7 15 | 26,951 |
| Series B | | 1,130 | 29,980 | 26.53 | 7 15 | 8,080 |
| Series B | | 18,846 | 499,977 | 26.53 | 7 15 | 134,764 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series B | | 37,693 | 999,980 | 26.53 | 7 15 | 269,535 |
| Series B | | 7,538 | 199,980 | 26.53 | 7 15 | 53,903 |
| Series B | | 39,013 | 1,034,999 | 26.53 | 7 15 | 278,974 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series B | | 56,540 | 1,499,984 | 26.53 | 7 15 | 404,306 |
| Series B | | 9,423 | 249,988 | 26.53 | 7 15 | 67,382 |
| Series C | | 148,954 | 7,251,587 | 48.68 | 10 35 | 1,541,689 |
| Series C | | 159,159 | 7,748,401 | 48.68 | 10 35 | 1,647,312 |
| Series C | | 308,113 | 14,999,988 | 48.68 | 10 35 | 3,189,000 |
| Series C | | 308,113 | 14,999,988 | 48.68 | 10 35 | 3,189,000 |
| Series C | | 20,540 | 999,957 | 48.68 | 10 35 | 212,591 |
| Series C | | 2,054 | 99,996 | 48.68 | 10 35 | 21,259 |
| Series C | | 11,475 | 558,642 | 48.68 | 10 35 | 118,767 |
| Series C | | 3,974 | 193,468 | 48.68 | 10 35 | 41,131 |
| Series C | | 10,724 | 522,081 | 48.68 | 10 35 | 110,994 |
| Series C | | 41,081 | 1,999,963 | 48.68 | 10 35 | 425,192 |
| Series C | | 4,200 | 204,470 | 48.68 | 10 35 | 43,470 |
| Series C | | 1,478 | 71,954 | 48.68 | 10 35 | 15,297 |
| Series C | | 20,540 | 999,957 | 48.68 | 10 35 | 212,591 |
| Series C | | 41,081 | 1,999,963 | 48.68 | 10 35 | 425,192 |
| Series C | | 61,622 | 2,999,968 | 48.68 | 10 35 | 637,794 |
| Series C | | 10,270 | 499,979 | 48.68 | 10 35 | 106,296 |
| Series C | | 1,027 | 49,998 | 48.68 | 10 35 | 10,630 |
| Series C | | 513 | 24,975 | 48.68 | 10 35 | 5,310 |
| Series C | | 616 | 29,989 | 48.68 | 10 35 | 6,376 |
| Series C | | 308 | 14,994 | 48.68 | 10 35 | 3,188 |

United States of America, v. MANISH LACHWANI
Schedule 3 - Scenario 2 (Amount Invested Minus Estimated Value (Recapitalization Price))

| Series[1] | Name | Number of Shares Purchased | Cash Purchase Price | Initial Price per Share | Proposed Recapitalization Price[2] | Estimated Value of Stock Received |
|---|---|---|---|---|---|---|
| Series C | | 513 | 24,975 | 48.68 | 10 35 | 5,310 |
| Series C | | 513 | 24,975 | 48.68 | 10 35 | 5,310 |
| Series C | | 1,027 | 49,998 | 48.68 | 10 35 | 10,630 |
| Series C | Redacted | 10,270 | 499,979 | 48.68 | 10 35 | 106,296 |
| Series C | | 2,054 | 99,996 | 48.68 | 10 35 | 21,259 |
| Series C | | 205 | 9,980 | 48.68 | 10 35 | 2,122 |
| Series C | | 513 | 24,975 | 48.68 | 10 35 | 5,310 |
| Series C | | 2,054 | 99,996 | 48.68 | 10 35 | 21,259 |
| Series C | | 1,027 | 49,998 | 48.68 | 10 35 | 10,630 |
| Series C | | 205 | 9,980 | 48.68 | 10 35 | 2,122 |
| Series C | | 58,229 | 2,834,786 | 48.68 | 10 35 | 602,676 |
| | Series B Offering | 753,108 | $ 19,979,656 | | $ | 5,385,325 |
| | Series C Offering | 1,232,452 | $ 59,999,954 | | $ | 12,756,001 |
| | Total Original Investment | 1,985,560 | $ 79,979,610 | Total Estimated Value $ | | 18,141,326 |

|  |  |
|---|---|
| Total Original Investment | $ 79,979,610 |
| Total Estimated Value of Stock Received | $ 18,141,326 |
| Difference | $ 61,838,284 |

Notes
1. Headspin, Inc. Series B Stock Certificate Ledger as of October 25, 2018 [HS00010629 at "Series B" tab]; Schedule A to Headspin, Inc. Series C Preferred Stock Purchase Agreement,
   dated November 1, 2019 [HS00187253 at -276 to 280]. For purposes of this loss analysis, I have relied upon Headspin, Inc.'s Series B Stock Certificate Ledger rather than Headspin's Series C
   Preferred Stock Purchase Agreement [IC0000877] when calculating the total investment in Headspin's Series B Preferred Stock.
2. Letter from Nikesh Arora to Headspin Inc. Shareholders, dated July 29, 2020 [HS00000033 at -034].
3. I note that the number of shares purchased by the Redacted appears to contain a typo in the Series C Stock Purchase Agreement [HS00187253]. The stock purchase agreement states that
   1,270 shares were purchased, whereas the stock certificate ledger [HEADSPIN_00015380 at tab "PC Certificate Ledger] states that 1,027 shares were purchased. I have assumed the stock
   certificate ledger to be correct, as the implied price per share per the stock certificate ledger is $48.68, consistent with the Series C price paid by the other investors.

United States of America, v. MANISH LACHWANI
Schedule 4 - Scenario 3 (Amount Invested Minus Estimated Value (ARR Multiple))

**Initial Series B Valuation[1]**

| | | | |
|---|---|---|---|
| Pre-Money Valuation | $ | 500,000,000 | |
| Plus: Primary[2] | | 19,979,656 | |
| Post-Money Valuation | | 519,979,656 | |
| Less: Primary[3] | | (19,979,656) | |
| Less: Cash as of 6/30/18 | | (36,000,000) | |
| Enterprise Value | $ | 464,000,000 | |

| ARR Multiples | | ARR | Multiple |
|---|---|---|---|
| 2017A ARR | $ | 23,600,000 | 19.7x |
| LTM ARR (Q2'18) | | 33,800,000 | **13.7x** |
| 2018E ARR | | 43,000,000 | 10.8x |
| Average ARR | | 33,466,667 | 13.9x |

**Adjusted Series B Valuation**

| ARR Multiples | | ARR | Multiple |
|---|---|---|---|
| KPMG Recast ARR as of 6/30/18[4] | $ | 5,541,699 | **13.7x** |
| | | | |
| Adjusted Enterprise Value | $ | 75,921,282 | |
| Plus: Cash as of 6/30/18 | | 36,000,000 | |
| Plus: Primary | | 19,979,656 | |
| Adjusted Post-Money Valuation | | 131,900,938 | |
| Less: Primary | | 19,979,656 | |
| Pre-Money Valuation | $ | 111,921,282 | |

**Loss Calculation**

| | | | |
|---|---|---|---|
| Initial Post-Money Valuation | $ | 519,979,656 | |
| Adjusted Post Money Valuation | | 131,900,938 | |
| *Difference* | $ | *388,078,718* | |
| | | | |
| Initial Post-Money Valuation | $ | 519,979,656 | |
| Value of Series B Offered | | 19,979,656 | |
| Series B Ownership (%) | | 4% | |
| | | | |
| Adjusted Post Money Valuation | $ | 131,900,938 | |
| Series B Ownership (%) | | 4% | |
| Series B Adjusted Value | $ | 5,068,151 | |
| | | | |
| Value of Series B Ownership Offered | $ | 19,979,656 | |
| Adjusted Value of Series B | | 5,068,151 | |
| ***Series B Difference*** | $ | ***14,911,505*** | |

**Notes**

1. [Redacted] Series B Investment Committee Memorandum, dated October 2018, slide 8 [IC0013838 at -846].
2. See Schedule 2.
3. I note that the [Redacted] Series B Investment Committee Memorandum does not subtract the primary investment in calculating Enterprise Value. I have made an adjustment to subtract this amount in my analysis.
4. KPMG Monthly ARR Analysis.

United States of America, v. MANISH LACHWANI
Schedule 4 - Scenario 3 (Amount Invested Minus Estimated Value (ARR Multiple))

**Initial Series C Valuation[1]**

| | | |
|---|---|---:|
| Pre-Money Valuation | $ | 1,100,000,000 |
| Plus: Primary[2] | | 59,999,954 |
| Post-Money Valuation | | 1,159,999,954 |
| Less: Primary | | (59,999,954) |
| Less: Cash as of 8/16/19 | | (58,200,000) |
| Enterprise Value | $ | 1,041,800,000 |

| ARR Multiples | | ARR | Multiple |
|---|---|---:|---:|
| LTM ARR (Q2'19) | $ | 54,700,000 | **19.0x** |

**Adjusted Series C Valuation**

| ARR Multiples | | ARR | Multiple |
|---|---|---:|---:|
| KPMG Recast ARR as of 8/31/19[3] | $ | 9,675,224 | **19.0x** |
| Adjusted Enterprise Value | $ | 183,829,251 | |
| Plus: Cash as of 8/16/19 | | 58,200,000 | |
| Plus: Primary | | 59,999,954 | |
| Adjusted Post-Money Valuation | | 302,029,205 | |
| Less: Primary | | 59,999,954 | |
| Pre-Money Valuation | $ | 242,029,251 | |

**Loss Calculation**

| | | |
|---|---|---:|
| Initial Post-Money Valuation | $ | 1,159,999,954 |
| Adjusted Post Money Valuation | | 302,029,205 |
| *Difference* | $ | *857,970,749* |
| | | |
| Initial Post-Money Valuation | $ | 1,159,999,954 |
| Value of Series C Offered | $ | 59,999,954 |
| Series C Ownership (%) | | 5% |
| | | |
| Adjusted Post Money Valuation | $ | 302,029,205 |
| Series C Ownership (%) | | 5% |
| Series C Adjusted Value | | 15,622,189 |
| | | |
| Value of Series C Ownership Offered | | 59,999,954 |
| Adjusted Vale of Series C | | 15,622,189 |
| ***Series C Difference*** | $ | ***44,377,765*** |

**Notes**
1. Redacted Series C Investment Committee Memorandum, dated November 2019, slides 3 and 45 [IC0013873 at -876 and 918].
2. See Schedule 2.
3. KPMG Monthly ARR Analysis.