1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

2

3   THOMAS A. COLTHURST (CABN 99493)
    Chief, Criminal Division

4   LLOYD A. FARNHAM (CABN 202231)
    NOAH STERN (CABN 297476)

5   Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495

7      Telephone: (415) 436-7200
      FAX: (415) 436-7234

8      Noah.Stern@usdoj.gov

9   Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,       )   **CASE NO. CR 21-353-CRB**
                              )

15        Plaintiff,            )   **DECLARATION OF MIHARU WHITE**
                              )

16     v.                         )
                              )

17   MANISH LACHWANI,           )
                              )

18        Defendant.          )
   _____ )

19

20       I, Miharu White, declare and state as follows:

21         1.       I am a Managing Director at KPMG LLP in KPMG's Accounting Advisory Services'

22   Deal Advisory practice.

23         2.       I have been a licensed Certified Public Accountant since 1998. I am a Managing Director

24   at KPMG and have worked here for approximately 12 years. Prior to working for KPMG, I was a

25   Director at Protiviti, Inc., a global consulting firm that helps companies identify, assess, measure, and

26   manage financial, operational, and technology-related risks. I received a Bachelor of Science in

27   Business Administration from the University of California, Berkeley, Haas School of Business.

28         3.       In May 2020, Headspin, Inc. ("Headspin") retained KPMG to perform certain accounting

advisory work.  I was part of the KPMG team providing professional services to Headspin.  KPMG was initially retained to provide assistance to Headspin related to the preparation of financial statements for the fiscal year ending December 31, 2019 and the quarter ending March 31, 2020.

4.      In June 2020, the scope of KPMG's engagement broadened to include assisting Headspin management with recasting Headspin's revenue and other accounts from the inception of Headspin in 2015 to June 2020.  The procedures performed by KPMG included: (1) review and perform an analysis of customer contracts effective from January 2018 through the second quarter of 2020; (2) confirm cash receipts associated with customer invoices with bank statements; (3) reconstruct revenue detail reports in addition to proposing ASC606 adjustments; (4) prepare detailed reports with revenue waterfall schedule, deferred revenue and accounts receivable rollforwards; (5) reconstruct retained earnings, deferred revenue, and accounts receivable for opening balance sheet; (6) reverse previously recognized revenue, costs of goods sold, accounts receivable, deferred revenue, retained earnings and other accounts and record transactions based on contract reviews and cash receipts; (7) true-up commission accruals/expenses based on valid revenue transactions; (8) prepare additional financial statements, including balance sheets, profit and loss statements, and cash flow statements, for the fiscal years ending December 31, 2018 and December 31, 2019, and the first two quarters of calendar year 2020; (9) review and provide observations and recommendations related to Annual Recurring Revenue and Monthly Recurring Revenue; (10) assist Headspin Management's review of the costs of goods sold account, including appropriate classification and determination of gross margin for the periods from the first quarter of fiscal year 2018 through the second quarter of 2020; and (11) assisting Headspin Management in the review of operating expenses and unrecorded accrued liabilities for incorporation in Headspin's recasted financial statement accounts based on the reviewed results.

5.      To enable it to perform this work, KPMG requested that Headspin provide KPMG with information relevant to Headspin's revenue recognition, including contracts with customers, purchase orders, invoices, and bank records.  Headspin provided KPMG with the requested information by uploading the relevant documents to an electronic data room.

6.      KPMG reviewed the documents that Headspin uploaded to the electronic data room and obtained additional information from Headspin management and employees through follow up inquiries

and discussions.

7.    Based on the procedures performed, KPMG recast Headspin's revenue and other accounts from the inception of Headspin in 2015 to June 17, 2020.  KPMG also compared the recasted revenue for Headspin with the original revenue reported by Headspin. During that period, the recasted revenue was $26,305,039 compared to the originally reported revenue of $95,316,199.

8.    In connection with recasting Headspin's revenue, KPMG generated a spreadsheet detailing the revenue Headspin received from customers based on the records Headspin provided KPMG.  A true and correct copy of this spreadsheet is attached as Exhibit A.  The revenue by customer detail is provided on the tab labeled "Sheet1."

9.    In late June 2020, KPMG made a presentation to Headspin management which included a PowerPoint document that, among other things, compared the revenue reported by Headspin with the revenue recast by KPMG from the inception of Headspin in 2015 through June 2020.  A true and correct copy of the PowerPoint document KPMG used during its June 2020 presentation is attached as Exhibit B.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Signed this 13th day of October 2023, in -----.

DATED:       October 13, 2023

MIHARU WHITE

# EXHIBIT A

## NOTICE OF MANUAL FILING UNDER SEAL

Regarding: EXHIBIT A – Excel Workbook

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


The filing was not e-filed for the

following reasons: EXHIBIT A – Excel

Workbook - Under Seal

# Exhibit B



headspin

Revenue recast

**headspin**

# Revenue recast assumptions

**Scope:**

Revenue and related accounts (ie. AR, Unbilled receivables, Deferred Revenue) from inception of HeadSpin (2015) to June 17, 2020.

**Assumptions:**

- (I) Customer contracts – cash received / traced to bank statements:
  - Verified performance obligations performed or ongoing;
  - Verified contract terms, POs, etc.

- (II) Customer contracts - open invoices only recognized when AR aging < 90 days old, and:
  - Customer contract exists;
  - HeadSpin started to deliver on performance obligation;
  - Management assessed customer's collectability;
  - Shown as a separate revenue line: "New Revenue".

- Where above criteria met, revenue recognition pattern determined and recorded in waterfall schedule.
- AR and deferred revenue recorded based on timing of cash receipts and revenue recognized ratably.
- Commissions capitalized and amortized over the contract term; led to true-up of accruals where no cash received.
- COGS recorded as service/support fee were reversed since payments were never paid and recorded against unbilled AR (i.e. grossed-up with revenue).
- No adjustment to cash balance made.

**Out of Scope:**

All other accounts, such as: cost of revenue, operating expenses and tax expense, AP, accrued expenses, fixed assets, other assets, investments, equity accounts including stock compensation and deferred tax assets/liabilities etc.

# Changes in revenue and related accounts    headspin

| Original | Pre-FY18 | FY2018 | | | | FY2019 | | | | FY2020 | | Accumulated Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | |
| Revenue | 21,430,187 | 6,134,096 | 6,134,834 | 6,302,972 | 8,910,222 | 8,795,928 | 11,476,163 | 14,916,208 | 9,231,952 | 1,223,401 | 760,235 | 95,316,199 |
| *Direct* | 21,430,187 | 4,267,429 | 2,550,750 | 2,550,750 | 5,143,610 | 4,859,867 | 5,286,295 | 8,179,799 | 4,947,647 | 1,223,401 | 760,235 | 61,199,970 |
| *Reseller (W/Pro & Telstra)* | 1,866,667 | 3,584,084 | 3,584,084 | 3,752,222 | 3,756,112 | 3,936,061 | 6,189,868 | 6,736,409 | 4,274,306 | | | 34,095,728 |
| COGS | 7,212,076 | 536,164 | 557,988 | 527,398 | 653,054 | 4,802,425 | 5,484,981 | 6,484,532 | 5,443,702 | 618,696 | 440,071 | 62,555,110 |
| GM | 14,218,111 | 5,597,932 | 5,576,846 | 5,775,573 | 8,257,168 | 3,993,503 | 5,991,182 | 8,431,676 | 3,788,250 | 604,706 | 320,164 | 32,761,088 |
| GM% | 66% | 91% | 91% | 92% | 93% | 45% | 52% | 57% | 41% | 49% | 42% | Bal @ 6/30/20 |
| AR | 2,849,955 | 2,361,767 | 957,926 | 655,836 | 5,887,906 | 9,389,260 | 8,805,325 | 7,985,892 | 8,806,448 | 8,138,489 | 6,301,798 | 6,301,798 |
| Unbilled AR | 13,652,011 | 15,332,389 | 15,957,983 | 15,900,172 | 13,260,856 | 13,842,667 | 16,141,810 | 20,813,474 | 19,756,694 | 19,784,106 | 16,909,503 | 16,909,503 |
| Def Rev | (19,167) | 157,500 | 186,375 | 179,438 | 323,261 | 2,481,440 | 3,540,924 | 2,718,328 | 2,045,874 | 2,074,347 | 1,592,629 | 1,592,629 |

| Recast | Pre-FY18 | FY2018 | | | | FY2019 | | | | FY2020 | | Accumulated Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | |
| Revenue | 4,948,438 | 1,300,381 | 1,372,799 | 1,606,954 | 1,852,538 | 2,416,786 | 2,597,342 | 2,458,164 | 2,656,852 | 2,608,231 | 2,486,554 | 26,305,039 |
| *Direct* | 4,640,719 | 1,197,692 | 1,185,846 | 1,389,264 | 1,550,995 | 2,077,439 | 2,177,935 | 1,938,181 | 2,119,937 | 2,138,881 | 2,154,578 | 22,571,468 |
| *Reseller (W/Pro & Telstra)* | 307,719 | 102,689 | 186,953 | 217,690 | 301,543 | 339,347 | 419,407 | 519,983 | 536,915 | 469,350 | 331,976 | 3,733,571 |
| COGS | 7,212,076 | 536,164 | 557,988 | 527,398 | 653,054 | 1,166,069 | 612,451 | 521,621 | 553,401 | 618,696 | 440,071 | 13,398,889 |
| GM | (2,263,638) | 764,217 | 814,811 | 1,079,556 | 1,199,484 | 1,250,717 | 1,984,891 | 1,936,543 | 2,103,451 | 1,989,535 | 2,046,483 | 12,906,050 |
| GM% | -46% | 59% | 59% | 67% | 65% | 52% | 76% | 79% | 79% | 76% | 82% | Bal @ 6/30/20 |
| AR | 2,502,584 | 2,400,890 | 921,593 | 1,299,765 | 1,012,151 | 3,998,177 | 1,585,903 | 2,332,561 | 1,519,691 | 4,290,613 | 81,897 | 81,897 |
| AR - not invoice | - | - | - | - | - | - | - | - | - | 103,824 | 571,314 | 571,314 |
| Unbilled AR | - | - | - | - | - | - | - | - | - | - | - | |
| Def Rev | 2,460,812 | 3,174,662 | 2,466,933 | 3,075,672 | 2,540,936 | 5,141,052 | 4,399,570 | 4,767,068 | 3,599,425 | 5,736,333 | 4,493,404 | 4,493,404 |

- Total revenue, AR, and deferred revenue were reversed and recast based on waterfall schedule.
- Unbilled revenue reversed, including associated COGS.
- Remaining COGS balance not reviewed against vendor invoices.  Still in review by HeadSpin.
- Classification between COGS and operating expenses not in scope.

**headspin**

# Income statements

## Original

| | FY2018 Q1 | Q2 | Q3 | Q4 | FY2019 Q1 | Q2 | Q3 | Q4 | FY2020 Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| New Revenue | | | | | | | | | | |
| Existing Revenue | 6,134,096 | 6,134,834 | 6,302,972 | 8,910,222 | 8,795,928 | 11,476,163 | 14,916,208 | 9,231,952 | 1,223,401 | 760,235 |
| Total Revenue | 6,134,096 | 6,134,834 | 6,302,972 | 8,910,222 | 8,795,928 | 11,476,163 | 14,916,208 | 9,231,952 | 1,223,401 | 760,235 |
| COGS | 536,164 | 557,988 | 527,398 | 653,054 | 4,802,425 | 5,484,981 | 6,484,532 | 5,443,702 | 618,696 | 440,071 |
| Gross Margin | 5,597,932 | 5,576,846 | 5,775,573 | 8,257,168 | 3,993,503 | 5,991,182 | 8,431,676 | 3,788,250 | 604,706 | 320,164 |
| Customer Success | 2,499,140 | 3,926,196 | 3,956,788 | 3,997,935 | 237,501 | 286,143 | 408,786 | 414,920 | 410,309 | 441,485 |
| Operations | 188,060 | 445,424 | 427,607 | 541,021 | 616,358 | 581,747 | 523,979 | 739,442 | 674,718 | 522,323 |
| R&D | 338,898 | 349,001 | 501,866 | 106,829 | 1,131,073 | 1,154,594 | 1,306,174 | 1,287,132 | 1,771,247 | 1,404,559 |
| Sales & Marketing | 684,413 | 1,919,093 | 2,018,475 | 1,844,476 | 2,584,091 | 2,896,883 | 3,456,894 | 2,667,210 | 2,054,547 | 2,201,204 |
| Payroll | 992,029 | 1,141,760 | 1,392,724 | 1,682,995 | - | - | - | 41,025 | 270,416 | 188,762 |
| Other expenses | | | | | | | | | | |
| Total Operating expenses | 4,702,539 | 7,781,475 | 8,297,460 | 8,173,256 | 4,569,023 | 4,919,366 | 5,695,833 | 5,149,729 | 5,181,237 | 4,758,333 |
| Income(loss) from Operation | 895,392 | (2,204,629) | (2,521,887) | 83,912 | (575,520) | 1,071,816 | 2,735,843 | (1,361,478) | (4,576,531) | (4,438,169) |
| Other Income (Expenses) | 968,742 | 494,798 | 316,635 | 774,314 | (829,697) | 256,884 | 2,109,344 | (860,646) | 8,639,504 | (265,851) |
| Net Income (Loss) | 1,864,134 | (1,709,831) | (2,205,252) | 858,227 | (1,405,217) | 1,328,700 | 4,845,186 | (2,222,124) | 4,062,973 | (4,704,020) |

## Recast

| | FY2018 Q1 | Q2 | Q3 | Q4 | FY2019 Q1 | Q2 | Q3 | Q4 | FY2020 Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| New Revenue | | | | | | | | | 103,824 | 467,490 |
| Existing Revenue | 1,300,381 | 1,372,799 | 1,606,954 | 1,852,538 | 2,416,786 | 2,597,342 | 2,458,164 | 2,656,852 | 2,504,407 | 2,019,064 |
| Total Revenue | 1,300,381 | 1,372,799 | 1,606,954 | 1,852,538 | 2,416,786 | 2,597,342 | 2,458,164 | 2,656,852 | 2,608,231 | 2,486,554 |
| COGS | 536,164 | 557,988 | 527,398 | 653,054 | 1,166,069 | 612,451 | 521,621 | 553,401 | 618,696 | 440,071 |
| Gross Margin | 764,217 | 814,811 | 1,079,556 | 1,199,484 | 1,250,717 | 1,984,891 | 1,936,543 | 2,103,451 | 1,989,535 | 2,046,483 |
| Customer Success | 31,493 | 18,832 | 71,425 | 79,572 | 237,501 | 286,143 | 408,786 | 414,920 | 410,309 | 441,485 |
| Operations | 188,035 | 457,424 | 427,582 | 541,001 | 616,303 | 581,718 | 523,916 | 728,105 | 674,663 | 522,323 |
| R&D | 338,898 | 349,001 | 501,866 | 106,829 | 1,131,073 | 1,154,594 | 1,306,174 | 1,287,132 | 1,771,247 | 1,404,559 |
| Sales & Marketing | 430,024 | 690,660 | 483,685 | 655,733 | 915,910 | 685,589 | 608,856 | 1,393,785 | 2,319,119 | 2,385,292 |
| Payroll | 992,029 | 1,141,760 | 1,392,724 | 1,682,995 | - | - | - | 41,025 | 270,416 | 188,762 |
| Other expenses | | | | | | | | | | |
| Total Operating expenses | 1,980,478 | 2,657,678 | 2,877,281 | 3,066,129 | 2,900,787 | 2,708,044 | 2,847,732 | 3,864,966 | 5,445,754 | 4,942,421 |
| Income(loss) from Operation | (1,216,261) | (1,842,867) | (1,797,725) | (1,866,645) | (1,650,070) | (723,152) | (911,190) | (1,761,515) | (3,456,219) | (2,895,938) |
| Other Income (Expenses) | 968,742 | 494,798 | 316,635 | 774,314 | (831,227) | 256,884 | 2,109,344 | (860,646) | 8,639,504 | (265,851) |
| Net Income (Loss) | (247,520) | (1,348,069) | (1,481,090) | (1,092,331) | (2,481,297) | (466,268) | 1,198,154 | (2,622,161) | 5,183,285 | (3,161,788) |

# Balance sheets

headspin

## Original

| | FY2018 | | | | FY2019 | | | | FY2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| Cash | 30,836,213 | 36,041,436 | 46,225,395 | 51,357,790 | 51,970,272 | 53,274,572 | 53,141,585 | 104,299,135 | 102,653,727 | 117,175,985 |
| AR | 2,361,767 | 935,926 | 633,836 | 5,865,906 | 9,367,260 | 8,783,325 | 7,963,892 | 8,784,419 | 8,138,489 | 8,301,798 |
| Unbilled AR | 15,332,389 | 15,957,983 | 15,900,172 | 13,260,856 | 13,842,667 | 16,141,810 | 20,813,474 | 19,755,694 | 19,784,106 | 16,909,503 |
| Other Current Assets | 7,057 | 50,993 | 70,963 | 54,472 | 100,691 | 2,637,508 | 2,624,632 | 2,687,328 | 1,313,733 | 1,266,660 |
| Non-current Assets | 95,549 | 193,493 | 221,428 | 204,280 | 219,187 | 240,089 | 239,860 | 226,551 | 250,241 | 260,302 |
| **Total Assets** | $ 48,632,975 | $ 53,179,831 | $ 63,051,793 | $ 70,743,304 | $ 75,500,077 | $ 81,077,304 | $ 84,783,443 | $ 135,754,128 | $ 132,140,296 | $ 141,914,249 |
| AP | (4,120,571) | (4,227,300) | (4,541,253) | (4,937,876) | (5,501,007) | (5,404,922) | (5,131,728) | (4,745,576) | (4,987,603) | (4,422,155) |
| Deferred Revenue | (157,500) | (186,375) | (179,438) | (323,261) | (2,481,440) | (3,540,924) | (2,718,328) | (2,045,894) | (2,074,347) | (1,592,629) |
| Other Current Liab | (6,641,137) | (8,136,237) | (8,971,590) | (9,474,367) | (9,966,529) | (12,976,358) | (13,463,901) | (13,381,347) | (13,439,843) | (13,110,913) |
| Note Payable | (22,750,000) | (25,750,000) | - | - | - | - | - | - | - | - |
| Non-current Liab | - | - | - | - | - | - | - | - | - | (159,486) |
| **Total Liabilities** | $ (33,669,207) | $ (38,299,913) | $ (13,692,280) | $ (14,735,504) | $ (17,948,976) | $ (21,922,204) | $ (21,313,957) | $ (20,172,797) | $ (20,501,793) | $ (19,285,183) |
| Capital | (11,250,725) | (11,403,757) | (47,636,818) | (57,811,077) | (57,811,077) | (57,841,429) | (58,146,774) | (108,127,075) | (115,892,071) | (118,785,097) |
| Comprehensive gain/(loss) | 1,127,907 | (345,043) | (796,827) | 3,587,371 | 638,853 | 393,905 | 1,230,051 | (3,123,617) | 12,647,179 | (154,378) |
| RE (Deficit) | (4,840,950) | (3,131,119) | (925,867) | (1,784,094) | (378,877) | (1,707,576) | (6,552,763) | (4,330,639) | (8,393,611) | (3,689,591) |
| **Total Liab + Equity** | $ (48,632,975) | $ (53,179,831) | $ (63,051,793) | $ (70,743,304) | $ (75,500,077) | $ (81,077,304) | $ (84,783,443) | $ (135,754,128) | $ (132,140,296) | $ (141,914,249) |

## Recast

| | FY2018 | | | | FY2019 | | | | FY2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| Cash | 30,836,214 | 36,041,437 | 46,225,396 | 51,357,791 | 51,970,272 | 53,274,572 | 53,141,585 | 104,299,135 | 102,653,727 | 117,175,986 |
| AR | 2,400,890 | 921,593 | 1,299,765 | 1,012,151 | 3,998,177 | 1,585,903 | 2,332,561 | 1,519,691 | 4,290,613 | 81,897 |
| AR - Not Invoiced | - | - | - | - | - | - | - | - | 103,824 | 571,314 |
| Other Current Assets | 7,058 | 50,993 | 70,963 | 54,471 | 100,692 | 2,637,508 | 2,624,631 | 2,687,328 | 1,313,733 | 1,266,660 |
| Non-current Assets | 145,305 | 245,349 | 315,499 | 290,756 | 295,767 | 361,618 | 529,108 | 480,128 | 474,948 | 451,055 |
| **Total Assets** | $ 33,389,466 | $ 37,259,372 | $ 47,911,623 | $ 52,715,169 | $ 56,364,908 | $ 57,859,601 | $ 58,627,885 | $ 108,986,282 | $ 108,836,844 | $ 119,546,912 |
| AP | (4,720,571) | (4,827,300) | (5,141,253) | (5,537,876) | (6,101,007) | (6,004,921) | (5,731,727) | (5,345,576) | (5,587,603) | (5,022,155) |
| Deferred Revenue | (3,174,662) | (2,466,933) | (3,075,672) | (2,540,936) | (5,141,052) | (4,399,570) | (4,767,068) | (3,599,425) | (5,736,333) | (4,493,404) |
| Other Current Liab | (2,505,125) | (3,688,117) | (3,963,921) | (4,207,850) | (4,227,120) | (6,750,350) | (6,756,977) | (6,957,360) | (7,251,503) | (7,077,668) |
| Note Payable | (22,750,000) | (25,750,000) | - | - | - | - | - | - | - | - |
| Other Non-current Liab | - | - | - | - | - | - | - | - | - | (159,486) |
| **Total Liabilities** | $ (33,150,358) | $ (36,732,351) | $ (12,180,846) | $ (12,286,661) | $ (15,469,179) | $ (17,154,841) | $ (17,255,773) | $ (15,902,361) | $ (18,575,439) | $ (16,752,712) |
| Capital | (11,230,725) | (11,393,757) | (47,626,818) | (57,801,077) | (57,801,077) | (57,831,429) | (58,136,774) | (108,117,075) | (115,882,071) | (118,775,097) |
| Comprehensive gain/(loss) | 1,127,907 | (345,043) | (796,827) | 3,587,371 | 638,853 | 393,905 | 1,230,051 | (3,123,617) | 12,647,179 | (154,378) |
| RE (Deficit) | 9,863,709 | 11,211,778 | 12,692,868 | 13,785,199 | 16,266,496 | 16,732,765 | 15,534,610 | 18,156,771 | 12,973,486 | 16,135,274 |
| **Total Liab + Equity** | $ (33,389,466) | $ (37,259,372) | $ (47,911,623) | $ (52,715,169) | $ (56,364,908) | $ (57,859,601) | $ (58,627,885) | $ (108,986,282) | $ (108,836,844) | $ (119,546,912) |

# Cash flow statement

headspin

| Recast | FY2018 | | | | FY2019 | | | | FY2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | |
| Net Income/(Loss) | (247,519) | (1,336,069) | (1,481,090) | (1,092,331) | (2,481,297) | (466,268) | 1,198,154 | (2,622,161) | 5,183,285 | (3,161,788) |
| Adjustments: | | | | | | | | | | |
| Unrealized Investment Income/(Loss) | (1,141,109) | 1,472,950 | 451,785 | (4,384,198) | 2,948,518 | 244,948 | (836,146) | 4,353,668 | (15,770,795) | 12,801,556 |
| Accumulated Depreciation | (49,756) | (2,100) | (42,216) | 10,571 | 9,896 | (44,950) | (167,719) | 35,670 | 28,870 | 33,954 |
| Receivables | 101,694 | 1,479,297 | (378,172) | 287,614 | (2,986,026) | 2,412,274 | (746,658) | 812,870 | (2,874,746) | 3,741,226 |
| Other Current Assets | 14,454 | (43,935) | (19,971) | 16,492 | (46,220) | (2,536,816) | 12,876 | (62,697) | 1,373,596 | 47,072 |
| Accounts payable and other current liabilities | 482,698 | 1,289,722 | 589,756 | 640,552 | 582,402 | 2,427,145 | (266,567) | (185,769) | 536,170 | (739,283) |
| Deferred Revenue | 713,850 | (707,729) | 608,739 | (534,736) | 2,600,116 | (741,482) | 367,498 | (1,167,643) | 2,136,908 | (1,242,929) |
| Net Cash Provided by Operating Activities | (125,688) | 2,152,137 | (271,169) | (5,056,036) | 627,389 | 1,294,851 | (438,561) | 1,163,938 | (9,386,713) | 11,479,808 |
| Purchases of property and equipment | (1,349) | (2,945) | (19,934) | (28,642) | (11,057) | (20,901) | - | - | (12,052) | (10,061) |
| Security Deposit | - | (95,000) | (8,000) | 42,814 | (3,850) | - | 229 | 13,309 | (11,638) | - |
| Net Cash used in Investing Activities | (1,349) | (97,945) | (27,934) | 14,172 | (14,907) | (20,901) | 229 | 13,309 | (23,690) | (10,061) |
| Additional Paid in Capital | 7,650 | 163,032 | 259,068 | 195,875 | - | 10,625 | 305,345 | 380,011 | 229,376 | 58,241 |
| Issuance of Common & Preferred Stock | - | - | 35,973,993 | 9,978,384 | - | 19,725 | - | 49,600,292 | 7,535,620 | 2,834,786 |
| Notes Payable | 1,250,000 | 3,000,000 | (25,750,000) | - | - | - | - | - | - | - |
| Deferred Social Security ER portion | - | - | - | - | - | - | - | - | - | 159,486 |
| Net Cash used in Financing Activities | 1,257,650 | 3,163,032 | 10,483,062 | 10,174,259 | - | 30,350 | 305,345 | 49,980,303 | 7,764,995 | 3,052,512 |
| Net increase (decrease) in cash and cash equivalents | 1,130,613 | 5,217,224 | 10,183,959 | 5,132,395 | 612,481 | 1,304,300 | (132,987) | 51,157,550 | (1,645,408) | 14,522,259 |
| Beg. Cash Balance | 29,705,601 | 30,836,214 | 36,053,437 | 46,237,396 | 51,369,791 | 51,982,272 | 53,286,572 | 53,153,585 | 104,311,135 | 102,665,727 |
| Ending Cash Balance | 30,836,214 | 36,053,437 | 46,237,396 | 51,369,791 | 51,982,272 | 53,286,572 | 53,153,585 | 104,311,135 | 102,665,727 | 117,187,986 |

- Reviewed activities for account receivables and deferred revenue
- All non-revenue related accounts are out of scope