ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD A. FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANISH LACHWANI, <br><br> Defendant. | CASE NO. CR 21-353-CRB <br><br> **DECLARATION OF JONATHAN JOLLEY** |

I, Jonathan Jolley, declare and state as follows:

1. In 2020, I was a Director in the Deal Advisory group at KPMG, LLP ("KPMG").

2. I received a Bachelor of Business Administration and a Master of Professional Accounting from the University of Texas at Austin. From approximately 2014 to 2021, I worked in the Deal Advisory group at KPMG. In that role, I advised KPMG's clients on mergers and acquisitions and debt financing. While at KPMG, I advised on approximately 40 merger and acquisition transactions, including many in the software and technology sector.

3. In my experience, Annual Recurring Revenue ("ARR") is a metric commonly used to determine the fair valuation of companies that provide Software as a Service ("SaaS"). One approach in

DECLARATION OF JONATHAN JOLLEY
CR 21-353-CRB

1

1 calculating monthly ARR is multiplying the company's monthly recurring subscription revenue by twelve. In my role at KPMG, I analyzed and calculated ARR for numerous SaaS companies using historical financial records and customer contracts.

4. I was part of the KPMG team that provided services to Headspin, Inc. ("Headspin"). I was asked to use the recasted monthly revenue calculated by KPMG to analyze and calculate Headspin's ARR. I performed this task and generated two spreadsheets that detail my ARR analysis and calculations for Headspin. True and correct copies of these spreadsheets are attached as Exhibits A and B. Exhibit A provides analysis of "month-over-month" ARR retention, which compares a given month's ARR to the previous month. Exhibit B provides analysis of "year-over-year" ARR retention, which compares a given month's ARR to the same month from the previous year.

5. Headspin's ARR at the end of any given month (based on recasted monthly revenue calculated by KPMG) is set forth in Row 15 of the "Customer RF" tabs in both Exhibits A and B.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 20th day of October 2023, in Seattle, WA.

DATED:    October 20, 2023

*/s/ Jonathan Jolley*
JONATHAN JOLLEY

# EXHIBITS A & B

## NOTICE OF MANUAL FILING UNDER SEAL

Regarding: EXHIBITS A & B – Excel Workbooks

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons: EXHIBITS A & B – Excel Workbooks - Under Seal