ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LLOYD A. FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. CR 21-353-CRB** |
| | ) |
| Plaintiff, | ) **DECLARATION OF FBI SPECIAL AGENT** |
| | ) **MICHAEL TOMENO IN SUPPORT OF** |
| v. | ) **UNITED STATES' SENTENCING** |
| | ) **MEMORANDUM** |
| MANISH LACHWANI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

I, Michael Tomeno, declare and state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI"), a position I have

held since May 2019.

2.    The facts set forth in this declaration are based on my personal knowledge or information

I received from other law enforcement personnel.  This declaration does not include everything I know

about the investigation of the defendant.

3.    In or about August 2020, the FBI began a fraud investigation relating to HeadSpin, Inc.'s

business and accounting practices.  During the investigation, Headspin made voluminous document

productions to the government, including documents from Manish Lachwani's Headspin email account.

4. Attached hereto as Exhibit A is a true and correct copy of a document with filename "Invoice INV-0008.pdf" produced by Headspin at Bates HS00162917, which was attached to an email from Headspin Accounts to telsinfo@au1.ibm.com and Manish Lachwani on or about March 25, 2019. According to the metadata for the PDF document is has identical Created and Modified dates: 3/25/2019 10:25:10 PM.

5. Attached hereto as Exhibit B is a true and correct copy of a document with filename "Invoice INV-0009.pdf" produced by Headspin at Bates HS00122457, which was attached to an email from Headspin Accounts to TelstraInvoices@team.telstra.com, Manish Lachwani, and one other individual on or about March 28, 2019. According to the metadata for the PDF document, it has identical Created and Modified dates: 3/28/2019 7:30:29 PM.

6. Attached hereto as Exhibit C is a true and correct copy of a document with filename "Invoice INV-0020.pdf" produced by Headspin at Bates HS00126569, which was attached to an email from Headspin Accounts to TelstraInvoices@team.telstra.com, Manish Lachwani, and one other individual on or about June 10, 2019. According to the metadata for the PDF document, it has identical Created and Modified dates: 6/10/2019 10:20:54 PM.

7. Attached hereto as Exhibit D is a true and correct copy of a document with filename "Invoice INV-0019.pdf" produced by Headspin at Bates HS00162990, which was attached to an email from Headspin Accounts to Manish Lachwani on or about June 10, 2019. According to the metadata for the PDF document, it has identical Created and Modified dates: 6/10/2019 10:23:23 PM.

8. Attached hereto as Exhibit E is a true and correct copy of a document with the filename "Invoice INV-0016.pdf" produced by Headspin at Bates HS00128140, which was attached to an email Manish Lachwani sent to Sana Okmyanskaya on or about June 27, 2019. The metadata for Exhibit E, IN-0016, shows a Created date of 6/19/2019 3:23:21 PM and a Modified date of 6/27/2019 4:42:52 PM.

9. Attached hereto as Exhibits F, G, and H are true and correct copies of documents with the filenames "Invoice INV-0020.pdf," "Invoice INV-0008.pdf," and "Invoice INV-0009.pdf," respectively produced at Bates HS00128153, HS00128154, and HS00128155, all of which were attached to an email from Manish Lachwani to Sana Okmyanskaya sent on or about June 28, 2019.

10. The metadata for Exhibit F, INV-0020, shows a Created date of 6/19/2019 3:23:35 PM

and a Modified date of 6/28/2019 10:30:03 AM.

11.     The metadata for Exhibit G, INV-0008, shows a Created date that is identical to the Created and Modified Dates for Exhibit A.  Exhibit G, however, has a separate Modified date: 6/28/2019 10:30:42 AM.

12.     The metadata for Exhibit H, INV-0009, shows a Created date that is identical to the Created and Modified Dates for Exhibit B.  Exhibit H, however, has a separate Modified date: 6/28/2019 10:27:09 PM.

13.     Attached as Exhibit I is a true and correct copy of a document with the filename "Invoice_UBER2018MAR-001.pdf" produced by Headspin at Bates HS00162132, which was attached to an email from Headspin employee Ameet Suri to ap@uber.com, and copying another Uber employee on or about March 20, 2018.  The metadata for Exhibit I shows a Created date of 3/20/2018 10:54:10 AM and no Modified date.

14.     Attached as Exhibit J is a true and correct copy of the document with the filename "Invoice_UBER2018MAR-002.pdf" produced by Headspin at Bates HS00051189, which was attached to an email from Manish Lachwani to Sana Okmyanskaya on or about May 17, 2018.  The metadata for Exhibit J shows a Created date of 3/20/2018 10:54:10 AM and a Modified date of 5/17/2018 8:31:18 PM.

15.     Attached as Exhibits K and L are true and correct copies of documents with filenames "Invoice-UBERS2018DEC-003.pdf" and "Invoice_UBER2018December-004.pdf" produced by Headspin at Bates HS00122074 and HS00122075, respectively, which were attached to an email from Manish Lachwani to Sana Okmyanskaya on or about March 24, 2019, along with many other invoices. The metadata for Exhibit K shows a Created date of 3/20/2018 10:54:10 AM and a Modified date of 3/24/2019 9:56:36 AM.  The metadata for Exhibit L shows a Created date of 3/20/2018 10:54:10 AM and a Modified date of 3/24/2019 9:57:31 AM.

16.     Attached as Exhibit M is a true and correct redacted copy of an LPL Financial account statement for Headspin's account ending in 0597 for the 4th Quarter 2018, produced by LPL Financial at Bates LPL-005882.

17.     Attached as Exhibit N is a true and correct redacted copy of an LPL Financial account

1    statement for Headspin's account ending in 0597 for the period ending March 31, 2020, produced by

2    LPL Financial at Bates LPL-006300.

3        18.    Attached as Exhibit O is a true and correct redacted copy of emails produced by

4    Headspin at Bates HS00228244 between Manish Lachwani and Karim Faris in November 2015.

5        19.    Attached as Exhibit P is a true and correct redacted copy of an email from Karim Faris to

6    Manish Lachwani on or about January 5, 2018 produced by Karim Faris at FARIS-HSSEC-00000021.

7        20.    Attached as Exhibit Q is a true and correct redacted copy of an email exchange between

8    Karim Faris and Manish Lachwani on or about January 6, 2018 produced by Karim Faris at FARIS-

9    HSSEC-00000022.

10        21.    Attached as Exhibit R is a true and correct redacted copy of an email from Manish

11    Lachwani to Karim Faris on or about January 31, 2018 along with one of its attachments, which purports

12    to be a LPL Financial account statement for a Headspin account ending in 3871.  These documents were

13    produced by Karim Faris at FARIS-HSSEC-00000149 and FARIS-HSSEC-00000231.

14        22.    Attached as Exhibit S is a true and correct redacted copy of an LPL Financial account

15    statement for Headspin's account ending in 3871 for the 4th Quarter 2017, produced by LPL Financial

16    at Bates LPL-004308.

17        23.    Attached as Exhibit T is a true and correct redacted copy of an LPL Financial account

18    statement for Headspin's account ending in 0597 for the 4th Quarter 2017, produced by LPL Financial

19    at Bates LPL-005784.

20        24.    Attached as Exhibit U is a true and correct copy of a document entitled "Background for

21    the Recapitalization of Headspin, Inc." dated October 19, 2020 and produced by Headspin at Bates

22    HS00032026.

23        25.    Attached as Exhibit V is a true and correct copy of a document produced by an entity

24    referred to in the government's sentencing memorandum as Investor 1, an internal email chain within

25    the Investor 1, with the most recent email dated on or about August 2, 2019.

26        26.    Attached as Exhibit W is a true and correct copy of a document produced by Investor 1,

27    an email dated October 15, 2019 attaching Investor 1's Investment Committee memo for its secondary

28    investment in Headspin.

1      27.     Attached as Exhibit X is a true and correct copy of a document produced by an entity

2   referred to in the government's sentencing memorandum as Investor 2, an email dated October 27, 2019

3   attaching a presentation by Investor 2 entitled Headspin-SeriesC-DiligenceUpdate.

4      28.     Attached as Exhibit Y is a true and correct copy of a document produced by Investor 1,

5   an email dated February 24, 2020 attaching Investor 1's Investment Committee memo for its Series C

6   investment in Headspin.

7      29.     Attached as Exhibit Z is a true and correct copy of a document produced by an entity

8   referred to in the government's sentencing memorandum as Investor 3, an email from partner at Investor

9   3 to himself dated January 12, 2018.

10     30.     Attached as Exhibit AA is a true and correct copy of a document produced by Investor 3,

11   an email from a partner at Investor 3 to himself dated November 4, 2019.

12     31.     Attached as Exhibit BB is a true and correct copy of a spreadsheet produced by Headspin

13   at Bates HS00596284.

14      I swear under penalty of perjury that the foregoing is true and correct to the best of my

15   knowledge.  Signed this 6th day of December 2023, in San Jose, California.

16

17   DATED:        December 6, 2023

18                                               MICHAEL TOMENO
                                                 Special Agent
19                                               Federal Bureau of Investigation

20

21

22

23

24

25

26

27

28

# Exhibit A



Accelerating the mobile movement

# INVOICE

Telstra Corporation Limited
BRISBANE QUEENSLAND 4001
AUSTRALIA

**Invoice Date**
Mar 26, 2019

**Invoice Number**
INV-0008

**Reference**
PO: 8300923882

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount AUD |
|---|---|---|---|---|
| HEADSPIN PLATFORM<br>Work Order Number: 000800069315 | 1.00 | 81,600.00 | Tax Exempt | 81,600.00 |
| | | | Subtotal | 81,600.00 |
| | | | **TOTAL AUD** | **81,600.00** |

**Due Date: May 10, 2019**

Our payment details are as follows:



# Exhibit B



*Accelerating the mobile movement*

# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Mar 29, 2019

**Invoice Number**
INV-0009

**Reference**
PO: NI56S002983

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP:Headspin Set-Up Fee\|Once-Off/Opp-00211635/ON01156876/TOK GEN 9484207/NRC | 1.00 | 0.00 | | 0.00 |
| JP:Device Licence Fee\|Annual/Opp-00211635/ON01156876/TOK GEN 9484207/NRC | 4.00 | 4,090.00 | Tax Exempt | 16,360.00 |
| JP:Device Support Fee\|Annual/Opp-00211635/ON01156876/TOK GEN 9484207/NRC | 4.00 | 1,220.00 | Tax Exempt | 4,880.00 |
| | | | Subtotal | 21,240.00 |
| | | | **TOTAL USD** | **21,240.00** |

**Due Date: May 13, 2019**

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

Exhibit C



# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Jun 11, 2019

**Invoice Number**
INV-0020

**Reference**
NI56S003485

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP: Headspin Set up (Yahoo) | 1.00 | 5,000.00 | Tax Exempt | 5,000.00 |
| JP: Device License Fee (1 year) | 10.00 | 4,410.00 | Tax Exempt | 44,100.00 |
| JP : Support Fee (1 year) | 10.00 | 1,500.00 | Tax Exempt | 15,000.00 |
| | | | Subtotal | 64,100.00 |
| | | | **TOTAL USD** | **64,100.00** |

**Due Date: Jul 26, 2019**

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

# Exhibit D



Accelerating the mobile movement

# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Jun 11, 2019

**Invoice Number**
INV-0019

**Reference**
NI56S003487

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP: Headspin Setup Fee | 1.00 | 7,150.00 | Tax Exempt | 7,150.00 |
| JP: Devices & SIMs | 1.00 | 0.00 | | 0.00 |
| JP: Device License Fee (3 years) | 10.00 | 21,450.00 | Tax Exempt | 214,500.00 |
| JP: Support Fee (3 years) | 10.00 | 2,150.00 | Tax Exempt | 21,500.00 |
| | | | Subtotal | 243,150.00 |
| | | | **TOTAL USD** | **243,150.00** |

**Due Date: Jul 26, 2019**

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

Exhibit E



Accelerating the mobile movement

# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Mar 11, 2019

**Invoice Number**
INV-0016

**Reference**
NI56S003487

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP: Headspin Setup Fee | 1.00 | 7,150.00 | Tax Exempt | 7,150.00 |
| JP: Devices & SIMs | 1.00 | 0.00 | | 0.00 |
| JP: Device License Fee (3 years) | 50.00 | 21,450.00 | Tax Exempt | 1,072,500.00 |
| JP: Support Fee (3 years) | 50.00 | 2,150.00 | Tax Exempt | 107,500.00 |

| | | | TOTAL USD | 1,187,150.00 |
|---|---|---|---|---|

Due Date: Jul 26, 2019

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

Exhibit F



*Accelerating the mobile movement*

# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Mar 11, 2019

**Invoice Number**
INV-0020

**Reference**
NI56S003485

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP: Headspin Set up (Yahoo) | 1.00 | 5,000.00 | Tax Exempt | 5,000.00 |
| JP: Device License Fee (1 year) | 50.00 | 4,410.00 | Tax Exempt | 220,500.00 |
| JP : Support Fee (1 year) | 50.00 | 1,500.00 | Tax Exempt | 75,000.00 |

| | |
|---|---|
| **TOTAL USD** | **300,500.00** |

Due Date: Jul 26, 2019

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

Exhibit G



*Accelerating the mobile movement*

# INVOICE

Telstra Corporation Limited
BRISBANE QUEENSLAND 4001
AUSTRALIA

**Invoice Date**
Mar 26, 2019

**Invoice Number**
INV-0008

**Reference**
PO: 8300923882

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| HEADSPIN PLATFORM<br>Work Order Number: 000800069315 | 1.00 | 381,600.00 | Tax Exempt | 381,600.00 |
| | | | Subtotal | 381,600.00 |
| | | | **TOTAL AUD** | **381,600.00** |

**Due Date: Aug 10, 2019**

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

Exhibit H



*Accelerating the mobile movement*

# INVOICE

Telstra Singapore Pte Ltd

**Invoice Date**
Mar 29, 2019

**Invoice Number**
INV-0009

**Reference**
PO: NI56S002983

Headspin Inc
3200 Ash St
PALO ALTO CA 94306
USA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| JP:Headspin Set-Up Fee\|Once-Off/Opp-0021163 5/ON01156876/TOK GEN 9484207/NRC | 1.00 | 0.00 | | 0.00 |
| JP:Device Licence Fee\|Annual/Opp-00211635/ ON01156876/TOK GEN 9484207/NRC | 40.00 | 4,090.00 | Tax Exempt | 163,600.00 |
| JP:Device Support Fee\|Annual/Opp-00211635/ ON01156876/TOK GEN 9484207/NRC | 40.00 | 1,220.00 | Tax Exempt | 48,800.00 |

**TOTAL USD** 212,400.00

Due Date: July 13, 2019

Our payment details are as follows:



Registered Office: 3200 Ash St, Palo Alto, CA, 94306, USA.

# Exhibit I

# headspin

## INVOICE

HeadSpin, INC.
444 Castro Street, # 720
Mountain View, CA 94041
Phone: +1.214.709.6179

| Invoice Number | Invoice Date |
|---|---|
| UBER2018-001 | 19-Mar-2018 |
| **Payment Terms** | **Due Date** |
| Net 30 | 18-Apr-2018 |

**BILL TO:**

Uber Technologies, Inc.
1455 Market Street, 4th Floor, San Fransisco, CA 94103

| PO Number | PO Date |
|---|---|
| 191693 | 5-Mar-2018 |

**Project Details:**

Software License for Headspin Remote Testing

| Invoice Value | Attention |
|---|---|
| $720,000.00 | Sam Kargbo |
| | skargbo@uber.com |

| DESCRIPTION | UNIT PRICE (USD) | DISCOUNTED PRICE (USD) | Discount Offered | TOTAL COST (USD) |
|---|---|---|---|---|
| **A: Total Setup Cost - Per City/Per Year** | | | | |
| ONPREM INSTALLATION: Software License Headspin Remote Testing. This is as per negotiated price in the Agreement/PO. 4 Boxes supporting upto 96 devices. (Includes Setup, Server, Power Supply and Cables cost) | $1,440,000 | $720,000 | 50% | $720,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **INVOICE TOTAL** | $720,000.00 |

**Wire Remitance Details**

Redacted

**CREDIT TO:** LPL Financial

Redacted

**Contact Info**

Address all enquires relaetd to this invoice to
ameet@headspin.io at +1.214.709.████

**THANK YOU FOR YOUR BUSINESS!**

# Exhibit J

# headspin

# INVOICE

**HeadSpin, INC.**
444 Castro Street, # 720
Mountain View, CA 94041
Phone: +1.214.709.6179

| Invoice Number | Invoice Date |
|---|---|
| UBER2018-002 | 28-March-2018 |
| **Payment Terms** | **Due Date** |
| Net 30 | 28-Apr-2018 |

**BILL TO:**
Uber Technologies, Inc.
1455 Market Street, 4th Floor, San Fransisco, CA 94103

| PO Number | PO Date |
|---|---|
| 182918 | 6-Feb-2018 |

**Project Details:**
Software License for Headspin Remote Testing

| Invoice Value | Attention |
|---|---|
| $720,000.00 | Sam Kargbo skargbo@uber.com |

| DESCRIPTION | UNIT PRICE (USD) | DISCOUNTED PRICE (USD) | Discount Offered | TOTAL COST (USD) |
|---|---|---|---|---|
| **A: Total Setup Cost - Per City/Per Year** | | | | |
| ONPREM INSTALLATION: Software License Headspin Remote Testing. This is as per negotiated price in the Agreement/PO. 4 Boxes supporting upto 96 devices. (Includes Setup, Server, Power Supply and Cables cost) | $1,440,000 | $720,000 | 50% | $720,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **INVOICE TOTAL** | | $720,000.00 |

**Wire Remitance Details**

**CREDIT TO:** LPL Financial

**Contact Info**
Address all enquires relaetd to this invoice to
ameet@headspin.io at +1.214.709

**THANK YOU FOR YOUR BUSINESS!**

Exhibit K

# headspin

## INVOICE

**HeadSpin, INC.**
444 Castro Street, # 720
Mountain View, CA 94041
Phone: +1.214.709.6179

| Invoice Number | Invoice Date |
|---|---|
| UBER2018-003 | 19-Dec-2018 |
| **Payment Terms** | **Due Date** |
| Net 90 | 18-Apr-2019 |

| **BILL TO:** |
|---|
| Uber Technologies, Inc. |
| 1455 Market Street, 4th Floor, San Fransisco, CA 94103 |

| PO Number | PO Date |
|---|---|
| 191693 | 5-Mar-2018 |

| **Project Details:** |
|---|
| Software License for Headspin Remote Testing |

| Invoice Value | Attention |
|---|---|
| $720,000.00 | Sam Kargbo |
| | skargbo@uber.com |

| DESCRIPTION | UNIT PRICE (USD) | DISCOUNTED PRICE (USD) | Discount Offered | TOTAL COST (USD) |
|---|---|---|---|---|
| **A: Total Setup Cost - Per City/Per Year** | | | | |
| ONPREM INSTALLATION: Software License Headspin Remote Testing. This is as per negotiated price in the Agreement/PO. 4 Boxes supporting upto 96 devices. (Includes Setup, Server, Power Supply and Cables cost) | $1,440,000 | $720,000 | 50% | $720,000 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **INVOICE TOTAL** | $720,000.00 |

**Wire Remitance Details**



**CREDIT TO:** LPL Financial

**Contact Info**
Address all enquires relaetd to this invoice to
ameet@headspin.io at +1.214.709 Redacted

THANK YOU FOR YOUR BUSINESS!

Exhibit L

# headspin

# INVOICE

**HeadSpin, INC.**
444 Castro Street, # 720
Mountain View, CA 94041
Phone: +1.214.709.6179

| Invoice Number | Invoice Date |
|---|---|
| UBER2018-004 | 28-December-2018 |
| **Payment Terms** | **Due Date** |
| Net 90 | 28-Apr-2019 |

**BILL TO:**
Uber Technologies, Inc.
1455 Market Street, 4th Floor, San Fransisco, CA 94103

| PO Number | PO Date |
|---|---|
| 182918 | 6-Feb-2018 |

**Project Details:**
Software License for Headspin Remote Testing

| Invoice Value | Attention |
|---|---|
| $720,000.00 | Sam Kargbo |
| | skargbo@uber.com |

| DESCRIPTION | UNIT PRICE (USD) | DISCOUNTED PRICE (USD) | Discount Offered | TOTAL COST (USD) |
|---|---|---|---|---|
| **A: Total Setup Cost - Per City/Per Year** | | | | |
| ONPREM INSTALLATION: Software License Headspin Remote Testing. This is as per negotiated price in the Agreement/PO. 4 Boxes supporting upto 96 devices. (Includes Setup, Server, Power Supply and Cables cost) | $1,440,000 | $720,000 | 50% | $720,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **INVOICE TOTAL** | $720,000.00 |

**Wire Remitance Details**

Redacted

**CREDIT TO: LPL Financial**

Redacted

**Contact Info**
Address all enquires relaetd to this invoice to
ameet@headspin.io at +1.214.709 Redacted

**THANK YOU FOR YOUR BUSINESS!**

Exhibit M



# CYPRESS | LPL Financial

# 4th Quarter 2018 Statement

*Values as of December 31, 2018*

HEADSPIN INC
A CORPORATION
COLLATERAL ACCOUNT
P/T TRISTATE CAPITAL BANK
3200 ASH ST
PALO ALTOS CA 94306

**Your Account Manager: Dominick Ruiz**
(408)726-4161
Strategic Wealth Advisors Group, LLC
3031 Tisch Way 110 Plaza West
San Jose, CA 95128

Go Paperless! View your statements and trade confirmations anytime with the click of a button. Going paperless is convenient, secure and environmentally friendly. To go paperless, click on the LPL AccountView link accessible through your financial advisor or institution website.

*Your Investment Advisor Firm:*
*STRATEGIC WEALTH ADVISORS GROUP, LLC*

# Investment Account Strategic Wealth Management II

 0597



**Investment Objective**
Growth

| *Value on* January 1, 2018 | *Value on* December 1, 2018 | *Value on* December 31, 2018 |
|---|---|---|
| **$20,695,470.41** | **$36,473,452.85** | **$35,164,318.45** |
| | *since the last statement* | |

## Account Summary

| | 4th Quarter 10/01 - 12/31/2018 | Year to Date 01/01 - 12/31/2018 |
|---|---|---|
| Starting Value of Assets Held at LPL Financial | $29,856,876.44 | $20,695,470.41 |
| Contributions / Inflows | $9,000,000.00 | $19,293,891.11 |
| Distributions / Outflows | ($616,778.83) | ($5,546,990.42) |
| Increase / Decrease in Market Value[1] | ($3,069,584.01) | $730,507.12 |
| Dividends, Interest, Capital Gains | $18,262.81 | $67,082.47 |
| Fees / Expenses | ($24,457.96) | ($75,642.24) |
| **Total Ending Value (December 31, 2018)** | **$35,164,318.45** | **$35,164,318.45** |
| Total Change in Value of Assets Held at LPL Financial | $5,307,442.01 | $14,468,848.04 |

1   *Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

 LPL Financial
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC



Page 1 of 18

LPL-005882

EXH-300-001



## Gain/Loss Summary

| Realized | 4th Quarter (Realized) 10/01 - 12/31/2018 | Year to Date (Realized) 01/01 - 12/31/2018 | Unrealized | |
|---|---|---|---|---|
| Short Term | $557,510.04 | $3,254,803.86 | Unrealized Gain/Loss | ($3,309,875.44) |
| Long Term | $426,173.57 | $845,905.06 | | |
| Unknown | — | — | | |

## Asset Allocation As of 12/31/2018

| | | | |
|---|---|---|---|
| 1. | Equities and Options | 97.38% | $34,243,597.00 |
| 2. | Cash and Cash Equivalents | 2.62% | $920,721.45 |
| 3. | Fixed Income | — | — |
| 4. | Mutual Funds, ETFs and Closed-End Funds | — | — |



Cash and Cash Equivalents 2

Equities and Options 1

LPL-005883

EXH-300-002

# Account Holdings

As of December 31, 2018

## Cash and Cash Equivalents

| Description | Interest / Dividend Paid in December | Interest / Dividend Rate[3] | Current Balance |
|---|---|---|---|
| Cash | | | $111,807.78 |
| Insured Cash Account [4] | | | |
| Citibank NA | | | $246,569.98 |
| Wells Fargo Bank NA | | | $246,561.33 |
| Bank of Baroda | | | $246,548.18 |
| Florida Community Bank NA | | | $69,193.61 |
| Cadence Bank N.A. | | | $15.56 |
| Sterling National Bank | | | $14.12 |
| Bank of New Hampshire | | | $8.98 |
| First Tennessee Bank NA | | | $1.91 |
| Total Insured Cash Account | $278.23 | 0.650% | $808,913.67 |
| **Total Cash and Cash Equivalents** | | | **$920,721.45** |

## Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **AMD** ADVANCED MICRO DEVICES INC [c] | 145,700 $18.46 | 2,689,622.00 | 3,935,251.92 3,935,251.92 | (1,245,629.92) | — — |
| **AMZN** AMAZON.COM INC [c] | 7,200 $1,501.97 | 10,814,184.00 | 11,690,127.62 11,690,127.62 | (875,943.62) | — — |
| **BAC** BANK OF AMERICA CORP [c] | 100,900 $24.64 | 2,486,176.00 | 2,992,101.53 2,992,101.53 | (505,925.53) | *60,540* *2.44%* |
| **4015306** CALL ADVANCED MICRO DEVI $31      EXP 01/18/19 AMD 190118 C 31.00 Underlying Issue Price:      $18.4600 | (170)[6] $0.01 | (170.00) | (59,159.23) (59,159.23) | 58,989.23 | — — |
| **4055258** CALL ADVANCED MICRO DEVI $28      EXP 01/18/19 AMD 190118 C 28.00 Underlying Issue Price:      $18.4600 | (382)[6] $0.01 | (382.00) | (124,148.38) (124,148.38) | 123,766.38 | — — |

*Equities and Options continued on next page...*

3   Bank Deposit Sweep interest is paid on daily balances at a rate reflecting the weighted average rate during the statement month. Money Market Sweep dividend is a 30-day yield.
4   Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
5   Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a   Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
6   This security was sold short, and was borrowed on margin. The short position must be covered at a future date.


**LPL Financial**

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-005884

EXH-300-003



## Account Holdings *Continued*

As of December 31, 2018

### Equities and Options *Continued*

| Security ID / Description | Quantity<br>Price ($) | Market Value ($) | Cost Basis ($)<br>Purchase Cost ($)⁵ | Unrealized<br>Gain / Loss ($) | Estimated Annual<br>Income ($)ª<br>Est 30-Day Yieldª |
|---|---|---|---|---|---|
| **4100149** CALL ADVANCED<br>MICRO DEVI $35      EXP 01/18/19<br>AMD 190118 C 35.00 Underlying<br>Issue Price:      $18.4600 | (340)⁶<br>$0.01 | (340.00) | (126,818.35)<br>(126,818.35) | 126,478.35 | —<br>— |
| **9619256** CALL ADVANCED<br>MICRO DEVI $19      EXP 01/25/19<br>AMD 190125 C 19.00 Underlying<br>Issue Price:      $18.4600 | (200)⁶<br>$1.22 | (24,400.00) | (23,089.67)<br>(23,089.67) | (1,310.33) | —<br>— |
| **9619364** CALL ADVANCED<br>MICRO DEVI $19.50      EXP<br>01/25/19 AMD 190125 C 19.50<br>Underlying Issue Price:<br>$18.4600 | (365)⁶<br>$1.01 | (36,865.00) | (34,309.55)<br>(34,309.55) | (2,555.45) | —<br>— |
| **4076418** CALL AMAZON COM<br>INC $1525      EXP 01/18/19 AMZN<br>190118 C 1525.00 Underlying Issue<br>Price:    $1,501.9700 | (47)⁶<br>$47.25 | (222,075.00) | (237,816.90)<br>(237,816.90) | 15,741.90 | —<br>— |
| **4092022** CALL AMAZON COM<br>INC $1200      EXP 01/18/19 AMZN<br>190118 C 1200.00 Underlying Issue<br>Price:    $1,501.9700 | (17)⁶<br>$311.35 | (529,295.00) | (191,685.56)<br>(191,685.56) | (337,609.44) | —<br>— |
| **9600499** CALL AMAZON COM<br>INC $1830      EXP 02/15/19 AMZN<br>190215 C 1830.00 Underlying Issue<br>Price:    $1,501.9700 | (8)⁶<br>$10.25 | (8,200.00) | (71,967.06)<br>(71,967.06) | 63,767.06 | —<br>— |
| **4219476** CALL BANK AMER<br>CORP $30      EXP 01/18/19 BAC<br>190118 C 30.00 Underlying Issue<br>Price:    $24.6400 | (360)⁶<br>$0.01 | (360.00) | (74,878.27)<br>(74,878.27) | 74,518.27 | —<br>— |
| **9685840** CALL BANK AMER<br>CORP $25      EXP 01/25/19 BAC<br>190125 C 25.00 Underlying Issue<br>Price:    $24.6400 | (649)⁶<br>$0.71 | (46,079.00) | (60,356.21)<br>(60,356.21) | 14,277.21 | —<br>— |
| **9924407** CALL NVIDIA CORP<br>$140      EXP 01/25/19 NVDA<br>190125 C 140.00 Underlying Issue<br>Price:    $133.5000 | (50)⁶<br>$4.50 | (22,500.00) | (31,899.58)<br>(31,899.58) | 9,399.58 | —<br>— |
| **9950589** CALL SQUARE INC CL A<br>$60      EXP 01/25/19 SQ 190125 C<br>60.00 Underlying Issue Price:<br>$56.0900 | (200)⁶<br>$2.00 | (40,000.00) | (45,599.40)<br>(45,599.40) | 5,599.40 | —<br>— |

*Equities and Options continued on next page...*

---

5    *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*
ª    *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*
6    *This security was sold short, and was borrowed on margin. The short position must be covered at a future date.*

 **LPL Financial**      Securities Offered Through LPL Financial<br>Member FINRA/SIPC<br>4707 Executive Drive, San Diego, CA 92121-3091      Advisory Services Offered Through<br>STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-005885

EXH-300-004



## Account Holdings *Continued*

As of December 31, 2018

### Equities and Options *Continued*

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **4051447** CALL TESLA INC $340 EXP 03/15/19 TSLA 190315 C 340.00 Underlying Issue Price: $332.8000 | (213)[6] $32.15 | (684,795.00) | (705,020.83) (705,020.83) | 20,225.83 | — — |
| **4051499** CALL TESLA INC $360 EXP 03/15/19 TSLA 190315 C 360.00 Underlying Issue Price: $332.8000 | (104)[6] $23.15 | (240,760.00) | (382,715.02) (382,715.02) | 141,955.02 | — — |
| **4054983** CALL TESLA INC $400 EXP 02/15/19 TSLA 190215 C 400.00 Underlying Issue Price: $332.8000 | (57)[6] $7.10 | (40,470.00) | (123,175.39) (123,175.39) | 82,705.39 | — — |
| **4075847** CALL TESLA INC $330 EXP 01/18/19 TSLA 190118 C 330.00 Underlying Issue Price: $332.8000 | (53)[6] $19.15 | (101,495.00) | (169,491.79) (169,491.79) | 67,996.79 | — — |
| **4087843** CALL TWITTER INC $40 EXP 02/15/19 TWTR 190215 C 40.00 Underlying Issue Price: $28.7400 | (272)[6] $0.24 | (6,528.00) | (68,441.08) (68,441.08) | 61,913.08 | — — |
| **4310410** CALL TWITTER INC $35 EXP 01/18/19 TWTR 190118 C 35.00 Underlying Issue Price: $28.7400 | (642)[6] $0.11 | (7,062.00) | (107,715.51) (107,715.51) | 100,653.51 | — — |
| **4370767** CALL TWITTER INC $37 EXP 01/18/19 TWTR 190118 C 37.00 Underlying Issue Price: $28.7400 | (288)[6] $0.04 | (1,152.00) | (52,319.27) (52,319.27) | 51,167.27 | — — |
| **9955502** CALL TWITTER INC $30 EXP 01/25/19 TWTR 190125 C 30.00 Underlying Issue Price: $28.7400 | (295)[6] $1.21 | (35,695.00) | (37,101.47) (37,101.47) | 1,406.47 | — — |
| **NVDA** NVIDIA CORP [c] | 5,000 $133.50 | 667,500.00 | 1,207,895.69 1,207,895.69 | (540,395.69) | **3,197** **0.48%** |
| **SQ** SQUARE INC CL A [c] | 20,000 $56.09 | 1,121,800.00 | 1,547,559.70 1,547,559.70 | (425,759.70) | — — |
| **TSLA** TESLA INC [c] | 42,700 $332.80 | 14,210,560.00 | 13,871,236.51 13,871,236.51 | 339,323.49 | — — |
| **TWTR** TWITTER INC [c] | 149,700 $28.74 | 4,302,378.00 | 5,037,007.99 5,037,007.99 | (734,629.99) | — — |

*Equities and Options continued on next page...*

5    Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a    Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
6    This security was sold short, and was borrowed on margin. The short position must be covered at a future date.



LPL-005886

EXH-300-005



## Account Holdings *Continued*

As of December 31, 2018

### Equities and Options *Continued*

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)ᵇ | Unrealized Gain / Loss ($) | Estimated Annual Income ($)ᵃ Est 30-Day Yieldᵃ |
|---|---|---|---|---|---|
| **Total of Equities and Options** | | 34,243,597.00 | 37,553,472.44 37,553,472.44 | (3,309,875.44) | *63,737* |

C Dividends and/or capital gains distributed by this security will be distributed as cash.

| Total Account Holdings | Market Value ($) | Cost Basis ($) Purchase Cost ($)⁷ | Unrealized Gain / Loss ($) | Estimated Annual Income ($)ᵃ |
|---|---|---|---|---|
| | 35,164,318.45 | 38,474,193.89 38,474,193.89 | (3,309,875.44) | *63,737* |

## Activity Summary

| | Since last statement 12/01 - 12/31/2018 | 4th Quarter 10/01 - 12/31/2018 | Year to Date 01/01 - 12/31/2018 |
|---|---|---|---|
| Securities Purchased | ($2,330,334.02) | ($18,569,676.56) | ($45,504,399.32) |
| Securities Sold | $1,824,266.22 | $10,859,570.55 | $29,663,898.72 |
| Contributions / Inflows | $2,000,000.00 | $9,000,000.00 | $19,293,891.11 |
| Distributions / Outflows | ($616,778.83) | ($616,778.83) | ($5,546,990.42) |
| Dividends, Interest, & Capital Gains | $16,213.23 | $18,262.81 | $67,082.47 |
| Fees / Expenses⁸ | ($15.00) | ($24,457.96) | ($75,642.24) |

## Account Activity

December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|---|---|---|---|---|---|
| 12/03/2018 | Sale | CALL AMAZON COM INC $1830 190215 C 1830.00 | EXP 02/15/19 AMZN | $89.96 (8) | $71,967.06 |

*Account Activity continued on next page...*

5  Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a  Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
7  Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.
8  Fees and expenses include account, custodial and advisory fees assessed during the statement period.

 LPL Financial    Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091    Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC    Page 6 of 18

LPL-005887

EXH-300-006

## Account Activity *Continued*

December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|---|---|---|---|---|---|
| 12/04/2018 | Purchase | TESLA INC TSLA | | $359.1006 2,700 | ($969,571.62) |
| 12/04/2018 | Sweep (Deposit)[9] | INSURED CASH ACCOUNT | | — — | $71,967.06 |
| 12/04/2018 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010008540 HEADSPIN INC | | — — | ($72,000.00) |
| 12/05/2018 | Sweep (Withdrawal)[9] | INSURED CASH ACCOUNT | | — — | ($72,000.00) |
| 12/06/2018 | Sweep (Withdrawal)[9] | INSURED CASH ACCOUNT | | — — | ($27,336.91) |
| 12/10/2018 | Deposit | FUNDS RECD WELLS FARGO #1697 | | — — | $2,000,000.00 |
| 12/10/2018 | Reg-T Fee | REGT EXTENSION FEE | | — | ($15.00) |
| 12/11/2018 | Sweep (Deposit)[9] | INSURED CASH ACCOUNT | | — — | $1,057,750.29 |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.86 11,900 | ($438,634.00) |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.859 4,600 | ($169,551.40) |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.85 4,400 | ($162,140.00) |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.84 4,000 | ($147,360.00) |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.83 2,100 | ($77,343.00) |
| 12/12/2018 | Purchase | TWITTER INC TWTR | | $36.845 200 | ($7,369.00) |
| 12/12/2018 | Sale | CALL TESLA INC $400 400.00 | EXP 02/15/19 TSLA 190215 C | $21.61 (57) | $123,175.39 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (58) | $14,615.81 |

*Account Activity continued on next page...*

9   *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

 **LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 7 of 18

LPL-005888

EXH-300-007



## Account Activity *Continued*
December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|------|------------------|-------------------------|--|-------------------|--------|
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.51 (39) | $9,788.87 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (33) | $8,315.89 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.51 (33) | $8,282.89 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (32) | $8,063.89 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.51 (26) | $6,525.91 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (23) | $5,795.92 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (12) | $3,023.96 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.52 (12) | $3,023.96 |
| 12/12/2018 | Sale | CALL TWITTER INC $40 40.00 | EXP 02/15/19 TWTR 190215 C | $2.51 (4) | $1,003.98 |
| 12/12/2018 | Sweep (Withdrawal)⁹ | INSURED CASH ACCOUNT | | — — | ($191,616.47) |
| 12/12/2018 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010007625 HEADSPIN INC | | — — | ($191,616.47) |
| 12/14/2018 | Sweep (Withdrawal)⁹ | INSURED CASH ACCOUNT | | — — | ($810,780.93) |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | | $32.74 (11,713) | $383,478.63 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | | $32.75 (10,721) | $351,108.18 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | | $32.745 (4,217) | $138,083.87 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | | $32.76 (3,944) | $129,203.76 |

*Account Activity continued on next page...*

⁹    Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.


LPL-005889

EXH-300-008

## Account Activity *Continued*

December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | $32.78 (1,000) | $32,779.57 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | $32.73 (805) | $26,347.30 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | $32.79 (800) | $26,231.65 |
| 12/19/2018 | Sale | MICRON TECHNOLOGY INC SALE VS PURCHASE TRADE MU | $32.77 (100) | $3,276.95 |
| 12/21/2018 | Cash Dividend | NVIDIA CORP 122118    5,000 NVDA | — — | $800.00 |
| 12/21/2018 | Sweep (Deposit)[9] | INSURED CASH ACCOUNT | — — | $1,090,509.91 |
| 12/24/2018 | Expired | CALL TWITTER INC $37    EXP 12/21/18 TWTR 181221 C 37.00 AS OF 12/21/18 | — 295 | — |
| 12/24/2018 | Expired | CALL AMAZON COM INC $1800    EXP 12/21/18 AMZN 181221 C 1800.00 AS OF 12/21/18 | — 15 | — |
| 12/24/2018 | Expired | CALL AMAZON COM INC $1900    EXP 12/21/18 AMZN 181221 C 1900.00 AS OF 12/21/18 | — 28 | — |
| 12/24/2018 | Expired | CALL AMAZON COM INC $1960    EXP 12/21/18 AMZN 181221 C 1960.00 AS OF 12/21/18 | — 4 | — |
| 12/24/2018 | Expired | CALL BANK AMER CORP $31    EXP 12/21/18 BAC 181221 C 31.00 AS OF 12/21/18 | — 649 | — |
| 12/24/2018 | Expired | CALL NVIDIA CORP $265    EXP 12/21/18 NVDA 181221 C 265.00 AS OF 12/21/18 | — 11 | — |
| 12/24/2018 | Expired | CALL SQUARE INC CL A $85    EXP 12/21/18 SQ 181221 C 85.00 AS OF 12/21/18 | — 200 | — |
| 12/24/2018 | Sweep (Deposit)[9] | INSURED CASH ACCOUNT | — — | $800.00 |
| 12/28/2018 | Purchase | ADVANCED MICRO DEVICES INC AMD | $17.92 16,500 | ($295,680.00) |
| 12/28/2018 | Purchase | ADVANCED MICRO DEVICES INC AMD | $17.91 3,500 | ($62,685.00) |

*Account Activity continued on next page...*

9   Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

 **LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego. CA 92121-3091   Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC   Page 9 of 18

LPL-005890

EXH-300-009

## Account Activity *Continued*

December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| 12/28/2018 | Cash Dividend | BANK OF AMERICA CORP 122818    100,900 BAC | —<br>— | $15,135.00 |
| 12/28/2018 | Sale | CALL AMAZON COM INC $1525    EXP 01/18/19 AMZN 190118 C 1525.00 | $50.60<br>(47) | $237,816.90 |
| 12/28/2018 | Sale | CALL ADVANCED MICRO DEVI $19    EXP 01/25/19 AMD 190125 C 19.00 | $1.15<br>(60) | $6,899.91 |
| 12/28/2018 | Sale | CALL ADVANCED MICRO DEVI $19    EXP 01/25/19 AMD 190125 C 19.00 | $1.16<br>(60) | $6,959.90 |
| 12/28/2018 | Sale | CALL ADVANCED MICRO DEVI $19    EXP 01/25/19 AMD 190125 C 19.00 | $1.15<br>(35) | $4,024.94 |
| 12/28/2018 | Sale | CALL ADVANCED MICRO DEVI $19    EXP 01/25/19 AMD 190125 C 19.00 | $1.16<br>(30) | $3,479.95 |
| 12/28/2018 | Sale | CALL ADVANCED MICRO DEVI $19    EXP 01/25/19 AMD 190125 C 19.00 | $1.15<br>(15) | $1,724.97 |
| 12/28/2018 | Sale | CALL BANK AMER CORP $25    EXP 01/25/19 BAC 190125 C 25.00 | $0.93<br>(649) | $60,356.21 |
| 12/28/2018 | Sale | CALL NVIDIA CORP $140    EXP 01/25/19 NVDA 190125 C 140.00 | $6.38<br>(50) | $31,899.58 |
| 12/31/2018 | Sale | CALL ADVANCED MICRO DEVI $19.50    EXP 01/25/19 AMD 190125 C 19.50 | $0.94<br>(365) | $34,309.55 |
| 12/31/2018 | Sale | CALL SQUARE INC CL A $60    EXP 01/25/19 SQ 190125 C 60.00 | $2.28<br>(200) | $45,599.40 |
| 12/31/2018 | Sale | CALL TWITTER INC $30    EXP 01/25/19 TWTR 190125 C 30.00 | $1.25<br>(109) | $13,624.82 |
| 12/31/2018 | Sale | CALL TWITTER INC $30    EXP 01/25/19 TWTR 190125 C 30.00 | $1.26<br>(72) | $9,071.88 |
| 12/31/2018 | Sale | CALL TWITTER INC $30    EXP 01/25/19 TWTR 190125 C 30.00 | $1.25<br>(29) | $3,624.95 |
| 12/31/2018 | Sale | CALL TWITTER INC $30    EXP 01/25/19 TWTR 190125 C 30.00 | $1.25<br>(26) | $3,249.95 |
| 12/31/2018 | Sale | CALL TWITTER INC $30    EXP 01/25/19 TWTR 190125 C 30.00 | $1.30<br>(26) | $3,379.95 |

*Account Activity continued on next page...*



LPL-005891

EXH-300-010



## Account Activity *Continued*

December 1 - December 31, 2018 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|---|---|---|---|---|---|
| 12/31/2018 | Sale | CALL TWITTER INC $30 30.00 | EXP 01/25/19 TWTR 190125 C | $1.26 (16) | $2,015.97 |
| 12/31/2018 | Sale | CALL TWITTER INC $30 30.00 | EXP 01/25/19 TWTR 190125 C | $1.25 (11) | $1,374.98 |
| 12/31/2018 | Sale | CALL TWITTER INC $30 30.00 | EXP 01/25/19 TWTR 190125 C | $1.25 (3) | $374.99 |
| 12/31/2018 | Sale | CALL TWITTER INC $30 30.00 | EXP 01/25/19 TWTR 190125 C | $1.29 (2) | $257.99 |
| 12/31/2018 | Sale | CALL TWITTER INC $30 30.00 | EXP 01/25/19 TWTR 190125 C | $1.26 (1) | $125.99 |
| 12/31/2018 | Interest | INSURED CASH ACCOUNT 123118 808,913 | | — — | $278.23 |
| 12/31/2018 | Sweep (Interest Deposit)[9] | INSURED CASH ACCOUNT | | — — | $278.23 |
| 12/31/2018 | Sweep (Withdrawal)[3] | INSURED CASH ACCOUNT | | — — | ($338,027.36) |
| 12/31/2018 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010009398 HEADSPIN INC | | — — | ($353,162.36) |

## Realized Gain/Loss Year-to-date

January 1 - December 31, 2018

| Security/Description | Quantity Cost Basis ($) | Proceeds ($) | Short-Term Gain / Loss ($) | Long-Term Gain / Loss ($) |
|---|---|---|---|---|
| **AMD** ADVANCED MICRO DEVICES INC | (457,300) 6,558,813.96 | 7,220,454.89 | 229,482.69 | 432,158.24 |
| **AMZN** AMAZON.COM INC | (2,400) 2,372,906.80 | 2,770,370.29 | 216,441.97 | 181,021.52 |

*Realized Gain /Loss continued on next page...*

9   Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

 **LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091   Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC   Page 11 of 18

LPL-005892

EXH-300-011

## Realized Gain/Loss Year-to-date *Continued*

January 1 - December 31, 2018

| Security/Description | Quantity<br>Cost Basis ($) | Proceeds ($) | Short-Term<br>Gain / Loss ($) | Long-Term<br>Gain / Loss ($) |
|---|---|---|---|---|
| **BAC** BANK AMERICA CORP | (42,000)<br>991,602.10 | 1,176,392.87 | 184,790.77 | — |
| **BHC** BAUSCH HEALTH COMPANIES INC | (41,300)<br>997,845.17 | 1,051,484.32 | 53,639.15 | — |
| **AVGO** BROADCOM INC | (3,800)<br>988,293.96 | 1,077,327.38 | 89,033.42 | — |
| **4180462** C AMD 011918 14 AMD 18011 C .00 | 1,080<br>N/A | 208,038.31 | 208,038.31 | — |
| **4009452** C AMD 011918 15 AMD 18011 C .00 | 760<br>N/A | 152,382.64 | 152,382.64 | — |
| **4009538** C AMD 042018 13 AMD 18042 C .00 | 405<br>N/A | 73,303.28 | 73,303.28 | — |
| **4009562** C AMD 042018 15 AMD 18042 C .00 | 420<br>N/A | 74,758.27 | 74,758.27 | — |
| **4378966** C AMZN 101918 1860 AMZN 18101 C .00 | 10<br>N/A | 70,099.08 | 70,099.08 | — |
| **4082101** C AMZN 122118 1800 | 15<br>N/A | 83,833.91 | 83,833.91 | — |
| **4082473** C AMZN 122118 1900 | 28<br>N/A | 289,152.24 | 289,152.24 | — |
| **4082565** C AMZN 122118 1960 | 4<br>N/A | 39,479.48 | 39,479.48 | — |
| **4764856** C AVGO 061518 270 AVGO 18061 C .00 | 2<br>N/A | 3,319.92 | 3,319.92 | — |
| **4107198** C BAC 081718 31 BAC 18081 C .00 | 649<br>N/A | 88,043.96 | 88,043.96 | — |

*Realized Gain /Loss continued on next page...*

 **LPL Financial**

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 12 of 18

LPL-005893

EXH-300-012


## Realized Gain/Loss Year-to-date *Continued*

January 1 - December 31, 2018

| Security/Description | Quantity<br>Cost Basis ($) | Proceeds ($) | Short-Term<br>Gain / Loss ($) | Long-Term<br>Gain / Loss ($) |
|---|---|---|---|---|
| **4110087** C BAC 122118 31 | 649<br>N/A | 91,507.80 | 91,507.80 | — |
| **4054528** C BHC 072018 27 BHC 18072 C .00 | 413<br>N/A | 102,008.64 | 102,008.64 | — |
| **4391147** C MU 101918 65 MU 18101 C .00 | 333<br>N/A | 137,470.15 | 137,470.15 | — |
| **4625461** C NVDA 111618 260 NVDA 18111 C .00 | 39<br>N/A | 61,814.19 | 61,814.19 | — |
| **4625320** C NVDA 122118 265 | 11<br>N/A | 25,959.66 | 25,959.66 | — |
| **4765494** C SQ 122118 85 | 200<br>N/A | 74,199.03 | 74,199.03 | — |
| **4047716** C TSLA 011918 360 TSLA 18011 C .00 | 32<br>N/A | 71,532.43 | 71,532.43 | — |
| **4047805** C TSLA 011918 390 TSLA 18011 C .00 | 20<br>N/A | 66,936.52 | 66,936.52 | — |
| **4090425** C TSLA 061518 365 TSLA 18061 C .00 | 52<br>N/A | 149,912.53 | 149,912.53 | — |
| **4047554** C TSLA 101918 400 TSLA 18101 C .00 | 79<br>N/A | 233,204.96 | 233,204.96 | — |
| **4180915** C TWTR 092118 50 TWTR 18092 C .00 | 215<br>N/A | 77,524.98 | 77,524.98 | — |
| **4015110** C TWTR 122118 37 | 295<br>N/A | 68,913.05 | 68,913.05 | — |
| **CRZO** CARRIZO OIL & GAS INC | (125,100)<br>3,002,030.64 | 3,562,493.20 | 560,462.56 | — |

*Realized Gain /Loss continued on next page...*

 **LPL Financial**

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 13 of 18



## Realized Gain/Loss Year-to-date *Continued*

January 1 - December 31, 2018

| Security/Description | Quantity<br>Cost Basis ($) | Proceeds ($) | Short-Term<br>Gain / Loss ($) | Long-Term<br>Gain / Loss ($) |
|---|---|---|---|---|
| **MU** MICRON TECHNOLOGY INC | (33,300)<br>1,991,755.26 | 1,090,509.91 | (901,245.35) | — |
| **NFLX** NETFLIX INC | (10,518)<br>2,221,938.54 | 2,584,228.15 | 362,289.61 | — |
| **NVDA** NVIDIA CORP | (55)<br>14,298.35 | 13,482.53 | (815.82) | — |
| **SQ** SQUARE INC CL A | (49,900)<br>2,000,530.24 | 2,418,446.49 | 417,916.25 | — |
| **TSLA** TESLA INC | (6,000)<br>1,893,371.76 | 2,207,188.16 | 81,091.10 | 232,725.30 |
| **TWTR** TWITTER INC | (46,000)<br>1,506,968.68 | 1,225,291.16 | (281,677.52) | — |
| **Total** | 24,540,355.46 | 28,641,064.38 | 3,254,803.86 | 845,905.06 |

**LPL Financial** Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 14 of 18

LPL-005895

EXH-300-014


# Messages From LPL Financial

### PAPERLESS STATEMENTS

Go paperless and view your monthly statements and trade confirmations online. Monthly statements are available online within three business days, and trade confirmations are available the next business day after the trade is executed. To go paperless, click on the LPL Account View link accessible through your financial advisor or institution website. Paperless statements are convenient, secure, fast and environmentally friendly. Enjoy the many benefits of free paperless statements and sign up today.

### ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY)

EAI is calculated by taking the indicated annualized dividend and multiplying by the number of shares owned. EY is calculated by taking the EAI and dividing by the aggregate value of the shares owned. If no dividend information is available, no EAI or EY numbers will be generated. EAI and EY for certain types of securities could include a return of principal or capital gains in which case the EAI and EY would be overstated. EAI and EY are estimates and the actual income and yield might be lower or higher than the estimated amounts. Additionally the actual dividend or yield may vary depending on the security issuer's approval of paying the dividends. EY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

### NON-TRANSFERABLE SECURITIES THAT ARE WORTHLESS

As part of our continuing effort to provide exceptional service, please be advised that LPL Financial will remove any non-transferable securities that are worthless from customer accounts. Your account may or may not be affected. Should you have any questions or concerns, please contact your financial advisor.

### SETTLEMENT FEE

LPL passes through certain regulatory fees incurred by LPL as a result of executing the transaction on your behalf. This includes fees charged under Section 31 of the Securities Exchange Act for sell transactions in equities and options.

### CHANGES TO POLICY FOR BENEFICIARY ACCOUNTS

LPL recently updated its policies and procedures relating to distributions upon an account holder's death. Beginning November 6, 2017, beneficiaries will be required to open an account to receive any securities or cash from the deceased client's account. LPL generally will divide all securities and cash proportionately among the designated beneficiaries based on the allocations indicated by the account holder. However, the new policy and procedures address specific situations, such as the treatment of securities remaining after the proportionate division of assets. You may visit lpl.com to learn more.

### ICA INFORMATION

Your balances in the Insured Cash Account (ICA) Program are allocated to each depository institution on the Priority Bank List in increments of $246,500 for individual and trust accounts and $493,000 for joint accounts. As always, you should review your cash positions with various depository institutions to determine whether your cash is within the FDIC insurance coverage limits. For more information about FDIC insurance limits, please contact your financial adviser or go to www.fdic.gov.

Please be advised that the Priority Bank List for the ICA Program may change from time to time. These changes include the order of priority in which banks are listed as well as the addition and removal of banks. Please be sure to consult your financial advisor or LPL.com periodically throughout the month for recent updates and information regarding how these changes may impact your account.

### YEAR-END ACCOUNT STATEMENTS/MULTIPLE FORM 1099s

This statement reflects only business conducted with your financial advisor during the time LPL Financial acted as broker-dealer. If you transferred an account to LPL Financial from another broker-dealer during 2018, your previous firm(s) should send you one or more Form 1099s summarizing any reportable account activity that took place before your account was transferred to LPL Financial. If your account was converted from Pershing or a different clearing firm during 2018, you may also receive one or more Form 1099s from those clearing firms. Please be sure to include all Form 1099s when completing your tax returns.

### DECEMBER DIVIDENDS FOR CERTAIN MUTUAL FUNDS

This statement may not reflect all dividends applied to late December 2018 on certain mutual fund shares that may be held in your account. These dividends will be shown on your next month's statement. For tax purposes, these dividends will be reported on your annual 1099-DIV statement as income earned during 2018. You will not receive a 1099-DIV statement for any dividends paid to a retirement account; as such income is tax-deferred.

 **LPL Financial**
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 15 of 18

LPL-005896

EXH-300-015



## Messages From LPL Financial *(continued)*

**IMPORTANT TAX REMINDER: IRS 1099 MAILING SCHEDULE**

Effective since 2009, Section 6045(b) of the Internal Revenue Code extended the due date to furnish 1099 Consolidated Reporting statements to customers from January 31 to February 15.

LPL Financial plans to begin mailing consolidated 1099s on January 31, on a staggered mailing schedule. In order to minimize corrected forms, holders of securities that do not send final tax distribution information until February (mutual funds, REITs, CMO/REMICs, UITs and certain foreign securities) will have their consolidated forms mailed on February 15, March 1st, or March 15th 2019.

As it is common for investment companies to amend tax information, LPL Financial will request a supplemental mailing extension in the event investment companies do not furnish tax information to LPL Financial in time for its own February 15 mailing deadline. Holders of securities impacted by delayed tax information will have their consolidated 1099 form mailed March 15, 2019.

Ask your Advisor about a preliminary copy of your consolidated 1099 Tax form that will be available in AccountView on February 19 for holders that will not receive a final Consolidated 1099 Tax Statement until March 1 or March 15. This is an advanced draft copy of the 1099 consolidated tax form and will not be mailed or available on Turbo Tax. All pages of the document are informational only and may be used to assist with tax preparation.

**FRACTIONAL SHARE LIQUIDATION**

For information on fractional share transactions, please refer to LPL.com> Disclosures> Fractional Share Transactions.

 LPL Financial

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 16 of 18

LPL-005897

EXH-300-016

## Disclosures and Other Information

**ACCOUNT PROTECTION** LPL Financial is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account up to $500,000, of which $250,000 may be claims for cash, in the unlikely event that LPL fails financially. SIPC protection limits apply to all accounts that you hold in a particular capacity. For example, if you hold two accounts at LPL as a sole account holder and third as a joint account holder, the two individual accounts are protected under SIPC up to a combined limit of $500,000, and the joint account is protected under SIPC separately up to $500,000. LPL Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) are not protected by SIPC. More information on SIPC, including obtaining an explanatory SIPC Brochure, may be obtained by calling SIPC directly at (202) 371-8300 or by visiting www.sipc.org. The account protection applies when an SIPC member firm fails financially and is unable to meet its obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.
**ADJUSTED COST** The cost basis of securities sold, matured, redeemed or exercised is adjusted for return of principal, original issue discount, accrual and partnership distributions for CMO, CDO, REMIC, and MLP transactions. Eligible securities on the Realized Gains and Losses Statement have not been adjusted for bond amortization, return of capital, liquidating distributions, wash sales or similar items. N/A displays when the information is incomplete or missing and is treated as zero when calculating totals.
**ADJUSTMENTS TO OPTION CONTRACTS** As a general rule, corporate actions can result in an adjustment in the number of shares underlying an options contract or the exercise price, or both. Please review any adjustment to an option position. Contact your financial advisor for further information with respect to option contract adjustment or visit the OCC website at http://www.optionsclearing.com/webapps/infomemos.
**AGENCY** If LPL Financial acts as your agent, or as agent for both you and another person in a transaction, the transaction details, including the identity of the seller or buyer and the source and amount of any fees or payments will be supplied upon written request.
**ASSET-BACKED SECURITIES** The actual yield from transactions in asset-backed securities (e.g., CMO, FNMA, FHLMC OR GMNA transactions) may vary according to the rate at which the underlying assets or receivables are repaid. Information about yield factors is available from your financial advisor on request.
**CALLED SECURITIES** In the event of a partial call of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the bulk holdings. A detailed description of the random selection procedure is available upon request.
**CHANGE OF ADDRESS** Please notify your financial advisor/representative or LPL Financial promptly in writing of any change of address.
**COST BASIS** Transactions are automatically paired against holdings on a "First-In/First-Out" basis (unless manually adjusted). Designating liquidations as "versus purchase" on a trade will cause the trade confirmation or other closed tax lot notification to reflect the selected closed tax lots. For assets not purchased in the LPL account, you or the previous broker / dealer upon transfer may have provided the Date Acquired and Purchase Cost of the position. If no such data was submitted, N/A is listed as the Purchase Cost, and is treated as zero when calculating Gain or Loss totals. Since the cost basis on certain securities may have been provided by another source, the cost basis information on your statement may not reflect accurate data or correspond to data on your trade confirmations. This information should not be relied upon for tax reporting purposes. Please refer to your tax reporting statement, if applicable. For accounts electing average cost, the total cost may be computed using a combination of averaged and non-averaged unit prices for eligible securities.
**DISCREPANCIES** Please notify your financial advisor and LPL Financial immediately of any discrepancies on your statement. If your financial advisor is affiliated with another broker/dealer, you must notify them as well. Please contact your financial advisor for the broker/dealer's contact information. Your financial advisor's address and telephone number can be found on the bottom of each page of this statement. LPL Financial's telephone number is (800) 558-7567 and address can be found on the first page of this statement. Additionally, any verbal communications should be re-confirmed in writing to each of the above parties to further protect your rights, including rights under Securities Investor Protection Act (SIPA).
**FREE CREDIT BALANCES** LPL Financial may use your free credit balances subject to the limitations of 17 CFR Section 240 15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us, upon demand in the course of normal business, the delivery of any free credit balances to which you are entitled, any fully paid securities to which you are entitled, and any securities purchased on margin upon full payment of any indebtedness to LPL Financial.
**INVESTMENT RISK** LPL Financial is not a bank, savings and loan, or credit union. Securities and insurance offered through LPL and its affiliates are not FDIC, NCUA or government insured, not endorsed or guaranteed by LPL, its affiliates or any other financial institution, are not a deposit, and involve investment risk including possible loss of principal.
**INVESTMENTS HELD OUTSIDE LPL FINANCIAL** Information on investments Held Outside LPL is provided for informational purposes only. Values for investments not held in your LPL account are based on the market value or priced securities at the end of the statement period. Values for annuities reflect a pricing date approximately three business days prior to the statement date. Values for alternative investments such as Managed Futures and REITs (Real Estate Investment Trusts) reflect a pricing date three to five business days prior to the statement date, depending on the availability of the data. The account registration for investments held outside LPL may not be the same as the registration for the LPL account with which it is affiliated. For example, an outside investment with a joint registration may be reflected on an LPL account with an individual registration.
**LPL INSURED BANK DEPOSIT SWEEP PROGRAMS** Cash in the Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) programs is protected by the Federal Deposit Insurance Corporation (FDIC). LPL Financial allocates your money to the ICA program to banks in the order of the Priority Bank List and to the DCA program to any bank on the Available Bank List in increments up to the programs disclosed amounts until your balance in each of the ICA and DCA programs is allocated to the program max. All banks are FDIC members. FDIC coverage is $250,000 per depositor per bank ($500,000 for joint account

holders). More information on FDIC insurance is available on request, or by visiting the FDIC website at www.fdic.gov. LPL Financial is not a bank. Unless otherwise disclosed, securities and other investments obtained through LPL Financial ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.
**MARGIN ACCOUNT** If you use margin, this statement combines information about your investment account(s) and a special miscellaneous account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account required by Regulation T is available for your inspection upon request.
**MONEY MARKET FUNDS** Money market fund transactions, if any, are displayed chronologically. The 30-day yield for the fund is also reflected as of the statement date.
**MUNICIPAL MATERIAL DISCLOSURE** Copies of any material disclosures for municipal bonds are available at www.emma.msrb.org. To obtain specific municipal bond information, enter the nine-digit CUSIP number in the search field within the EMMA web site. If you do not have access to the internet or would prefer a physical copy of the material disclosure, please contact your financial advisor. Additional municipal bond information that may be available on www.emma.msrb.org includes, but is not limited to advance refunding documents, continuing disclosures, including annual financial statements and notices of material events, real-time and historical trade data, daily market statistics and education material.
**N/A OR "–" DATA** Information that displays as N/A or "–" is unavailable, missing, or incomplete and is treated as zero when calculating account totals, market values and performance.
**OPTION CLIENTS** Information on commissions and other charges incurred in connection with the execution of options transactions has been included in the confirmations of these transactions furnished to you. A summary of this information will be made available upon request. In accordance with the Option Agreement and Approval form you signed, you must promptly advise the firm of any material change in your investment objectives or financial situation.
**ORDER ROUTING** Quarterly Order Routing information for equities and options can be found on LPL.com>Disclosure>SEC Disclosure. This information is also available upon request.
**PAYMENT FOR ORDER FLOW** LPL Financial acts as your agent and does not receive any compensation in the form of payment for order flow.
**PRICING** Securities prices shown on this statement may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. We receive prices from various services, which are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt instruments including, but not limited to, bills, notes, bonds, banker's acceptances, certificates of deposit, or commercial paper, estimated prices may be generated by a matrix system or market driven pricing model, taking various factors into consideration. These prices may not be the actual price you would receive if you sold before the maturity of a certificate of deposit. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, their values have not been included in the Portfolio Summary information at the beginning of this statement.
**PRINCIPAL** If your broker-dealer is acting as principal in a transaction, your broker-dealer has sold to or bought from you the security, and may have received a profit from the transaction.
**PURCHASE COST** Original cost including fees, commissions and less accrued interest of the quantity sold or redeemed. For transferred securities, this could be the purchase amount you or the former institution provided to us. Purchase Cost may be adjusted to reflect corporate actions, such as stock splits, mergers, spinoffs, or other events. N/A is displayed when the information is incomplete or missing and is treated as zero when calculating totals. *Transferred securities may not be included in Purchase Cost.
**REGULATION** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing house, if anywhere the transactions are executed, and of the Financial Industrial Regulation Authority (FINRA).
**REINVESTMENT** The dollar amount of mutual fund distributions, money market fund income, or dividends on other securities on your statement may have been reinvested in additional shares. You will not receive confirmations for these reinvestment transactions. However, you may request information on these transactions by writing to LPL Financial. LPL will also, if requested, furnish you with the time of execution and the name of the person from who your security was purchased.
**REVENUE SHARING** LPL may have a fee arrangement with the investment advisor or distributor ("sponsor") of the mutual fund you have purchased, called revenue-sharing. In such case, the sponsor pays LPL a fee based on the amount of your purchase, and LPL provides marketing support to the sponsor and allows the sponsor to access your financial advisor so that the sponsor can promote such mutual funds. This arrangement gives LPL a financial incentive to have LPL clients invest in participating mutual funds instead of funds whose sponsors do not make such payments to LPL. Although your financial advisor does not share in this compensation, this conflict of interest affects the ability of LPL to provide you with unbiased, objective investment advice concerning the selection of mutual funds for your account. This could mean that other mutual funds, whose sponsors do not make revenue sharing payments, may be more appropriate for your account than the mutual funds whose sponsors make revenue sharing payments to LPL. For a complete list of the participating sponsors, and the range of fee payments, please visit http://lplfinancial.lpl.com/disclosure/legal_disclosures.htm.
**STATEMENT OF FINANCIAL CONDITION** LPL Financial's financial statement is available for inspection at our office. We will mail a copy to you upon written request.
**SWEEP OPTION** Your account may provide for a daily sweep in an insured bank deposit sweep program (either LPL Insured Cash Account—ICA—or LPL Deposit Cash Account— DCA) or a money market mutual fund. The balance in the ICA, DCA or money market mutual fund sweep may be liquidated on the customer's order and the proceeds returned to the securities account or remitted to the customer. If you have any questions about your sweep option, including rates of the depository institutions currently participating in the sweep option, or you would like to change your sweep option, please contact your financial advisor.
**TRADING AWAY POLICY** Additional information regarding trading practices of equity portfolio managers on Manager Select and Manager Access Select is available on lpl.com (see "Third-Party Portfolio Manager Trading Practices" on the "Disclosures" page).
LPL FINANCIAL LLC is an affiliate of LPL Financial Holdings Inc.

81LPLNON - REV 07/17

 LPL Financial — Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLP

Page 17 of 18

LPL-005898

EXH-300-017


LPL-005899

EXH-300-018

# Exhibit N

**CYPRESS** PRIVATE WEALTH | **HASPI Financials**

**Investment Account Strategic Wealth Management II**

Account Number: [Redacted]0597
1st Quarter 2020 Statement

*Values as of March 31, 2020*


**Investment Objective**
**Growth**

HEADSPIN INC
A CORPORATION
COLLATERAL ACCOUNT
P/T TRISTATE CAPITAL BANK
3200 ASH ST
PALO ALTO CA 94306

Your Financial Planner: Dominick Ruiz
(408)726-4161
Strategic Wealth Advisors Group, LLC
3031 Tisch Way 110 Plaza West
San Jose, CA 95128

*Your Investment Advisor Firm: STRATEGIC WEALTH ADVISORS GROUP, LLC*

| *Value on* January 1, 2020 | *Value as of last statement 02/29/2020* | *Value on* March 31, 2020 |
|---|---|---|
| **$49,604,473** .96 | **$48,015,539** .11 | **$54,038,192** .27 |

## Account Summary

| | 1st Quarter 01/01 - 03/31/2020 | Year to Date 01/01 - 03/31/2020 |
|---|---|---|
| **Starting Value** | **$49,604,473.96** | **$49,604,473.96** |
| Total Change in Value of Assets | $4,433,718.31 | $4,433,718.31 |
| *Inflows* | *$10,000,000.00* | *$10,000,000.00* |
| *Outflows* | *($1,028,615.31)* | *($1,028,615.31)* |
| *Dividends, Interest, Capital Gains* | *$2,135.14* | *$2,135.14* |
| *Fees / Expenses[1]* | *($39,030.00)* | *($39,030.00)* |
| *Increase / Decrease in Market Value[2]* | *($4,500,771.52)* | *($4,500,771.52)* |
| **Total Ending Value (March 31, 2020)** | **$54,038,192.27** | **$54,038,192.27** |

## Gain/Loss Summary

| | Realized | | Unrealized |
|---|---|---|---|
| | 1st Quarter 01/01 - 03/31/2020 | Year to Date 01/01 - 03/31/2020 | As of 03/31/2020 |
| Short Term Gain or Loss | $8,461,210.56 | $8,461,210.56 | ($9,795,395.86) |
| Long Term Gain or Loss | — | — | — |
| Unknown Purchase Date | — | — | — |
| **Total** | **$8,461,210.56** | **$8,461,210.56** | **($9,795,395.86)** |

---

1   Total Advisory Fees of $39,000.00 were incurred year-to-date. Your account carries an annualized Advisory Fee of 0.30%.
2   Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.



**LPL Financial**

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 1 of 14

LPL-006300

EXH-302-081


## Asset Allocation As of 03/31/2020



| | | | % | Value |
|---|---|---|---:|---:|
| 1. | Equities & Options | | 93.58% | $50,568,886.00 |
| 2. | Fixed Income | | — | — |
| 3. | ETPs, Mutual, Closed-End & Interval Funds | | — | — |
| 4. | Alternative Investments | | — | — |
| 5. | Annuities | | — | — |
| 6. | Cash & Cash Equivalents | | 6.42% | $3,469,306.27 |
| 7. | Other | | — | — |
| | **Total Ending Value** | | **100.00%** | **$54,038,192.27** |

**LPL Financial**  Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 2 of 14

LPL-006301

EXH-302-082


## Account Holdings As of March 31, 2020

### Cash and Cash Equivalents

| Description | Interest / Dividend Paid in March | Interest / Dividend Rate[4] | Current Balance |
|---|---|---|---|
| Insured Cash Account [5] | | | |
| Wells Fargo Bank NA | | | $2,416,406.20 |
| First Horizon Bank | | | $246,508.63 |
| Truist Bank | | | $246,508.62 |
| Synovus Bank | | | $216,605.28 |
| Bank of Baroda | | | $158,780.07 |
| Mizuho Bank USA | | | $96,792.52 |
| Citibank NA | | | $87,655.57 |
| The Bank of East Asia Ltd | | | $11.00 |
| Sterling National Bank | | | $10.55 |
| Bank Hapoalim BM | | | $10.07 |
| Atlantic Capital Bank | | | $8.09 |
| Bank of New Hampshire | | | $7.41 |
| Morton Community Bank | | | $0.92 |
| Axos Bank | | | $0.67 |
| Cadence Bank N.A. | | | $0.67 |
| Total Insured Cash Account | $178.17 | N/A | $3,469,306.27 |
| **Total Cash and Cash Equivalents** | | | **$3,469,306.27** |

### Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[6] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **AMD** ADVANCED MICRO DEVICES INC [C] | 496,300 $45.48 | 22,571,724.00 | 23,263,647.34 23,263,647.34 | (691,923.34) | — — |
| **4012901** CALL ADVANCED MICRO DEVI $52.50 EXP 04/17/20 AMD 200417 C 52.50 Underlying Issue Price: $45.4800 | (607)[7] $0.45 | (27,315.00) | (177,098.03) (177,098.03) | 149,783.03 | — — |
| **4449567** CALL ADVANCED MICRO DEVI $40 EXP 04/17/20 AMD 200417 C 40.00 Underlying Issue Price: $45.4800 | (2,444)[7] $6.45 | (1,576,380.00) | (865,736.93) (865,736.93) | (710,643.07) | — — |

*Equities and Options continued on next page...*

---

4    Bank Deposit Sweep interest is paid on daily balances at a rate reflecting the weighted average rate during the statement month. Money Market Sweep dividend is a 30-day yield.
5    Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
6    Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a    Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
7    This security was sold short, and was borrowed on margin. The short position must be covered at a future date.



**LPL Financial**    Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091      Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC      Page 3 of 14

LPL-006302

EXH-302-083



# Account Holdings As of March 31, 2020 *Continued*

### Equities and Options *Continued*

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)⁶ | Unrealized Gain / Loss ($) | Estimated Annual Income ($)ª Est 30-Day Yieldª |
|---|---|---|---|---|---|
| **4121661** CALL TESLA INC $550 EXP 05/15/20 TSLA 200515 C 550.00 Underlying Issue Price: $524.0000 | (100)⁷ $57.00 | (570,000.00) | (385,092.02) (385,092.02) | (184,907.98) | — — |
| **4277538** CALL TESLA INC $500 EXP 05/15/20 TSLA 200515 C 500.00 Underlying Issue Price: $524.0000 | (66)⁷ $78.30 | (516,780.00) | (215,835.52) (215,835.52) | (300,944.48) | — — |
| **MSFT** MICROSOFT CORP ᶜ | 26,000 $157.71 | 4,100,460.00 | 3,960,589.75 3,960,589.75 | 139,870.25 | 53,034 1.29% |
| **SHOP** SHOPIFY INC CL A ᶜ | 5,000 $416.93 | 2,084,650.00 | 2,773,368.00 2,773,368.00 | (688,718.00) | — — |
| **SNAP** SNAP INC CL A ᶜ | 298,700 $11.89 | 3,551,543.00 | 3,259,323.98 3,259,323.98 | 292,219.02 | — — |
| **TSLA** TESLA INC ᶜ | 28,300 $524.00 | 14,829,200.00 | 16,944,712.68 16,944,712.68 | (2,115,512.68) | — — |
| **TWTR** TWITTER INC ᶜ | 128,900 $24.56 | 3,165,784.00 | 5,016,169.28 5,016,169.28 | (1,850,385.28) | — — |
| **SPCE** VIRGIN GALACTIC HOLDINGS INC ᶜ | 200,000 $14.78 | 2,956,000.00 | 6,790,233.33 6,790,233.33 | (3,834,233.33) | — — |
| **Total of Equities and Options** | | **50,568,886.00** | **60,364,281.86** **60,364,281.86** | **(9,795,395.86)** | **53,034** |

c Dividends and/or capital gains distributed by this security will be distributed as cash.

| **Total Account Holdings** | Market Value ($) | Cost Basis ($) Purchase Cost ($)⁶ | Unrealized Gain / Loss ($) | Estimated Annual Income ($)ª |
|---|---|---|---|---|
| | **54,038,192.27** | **63,833,588.13** **63,833,588.13** | **(9,795,395.86)** | **53,034** |

6 *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*

a *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

7 *This security was sold short, and was borrowed on margin. The short position must be covered at a future date.*

8 *Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.*



LPL-006303

EXH-302-084



## Cash Activity Summary

|  | Since last statement 03/01 - 03/31/2020 | 1st Quarter 01/01 - 03/31/2020 | Year to Date 01/01 - 03/31/2020 |
|---|---|---|---|
| Securities Purchased | ($13,226,477.91) | ($54,268,622.04) | ($54,268,622.04) |
| Securities Sold | $3,531,023.90 | $41,070,994.52 | $41,070,994.52 |
| Cash Inflows | $10,000,000.00 | $10,000,000.00 | $10,000,000.00 |
| Cash Outflows | — | ($1,028,615.31) | ($1,028,615.31) |
| Dividends, Interest, & Capital Gains | $178.17 | $2,135.14 | $2,135.14 |
| Fees / Expenses[9] | — | ($39,030.00) | ($39,030.00) |

## Account Activity March 1 - March 31, 2020 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|---|---|---|---|---|---|
| 03/02/2020 | Interest | INSURED CASH ACCOUNT 030220  3,164,608 | | —  — | $25.92 |
| 03/02/2020 | Sweep (Interest Deposit)[10] | INSURED CASH ACCOUNT | | —  — | $25.92 |
| 03/04/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | | $49.2375 60,700 | ($2,988,721.11) |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.89 (171) | $49,417.90 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.89 (141) | $40,748.09 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.96 (130) | $38,479.14 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.95 (69) | $20,354.55 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.96 (49) | $14,503.67 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.89 (30) | $8,669.80 |
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50 200417 C 52.50 | EXP 04/17/20 AMD | $2.89 (15) | $4,334.90 |

*Account Activity continued on next page...*

9   Fees and expenses include account, custodial and advisory fees assessed during the statement period.
10  Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

 **LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091   Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC   Page 5 of 14

LPL-006304

EXH-302-085



## Account Activity March 1 - March 31, 2020 *(Since last statement)* *Continued*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 03/04/2020 | Sale | CALL ADVANCED MICRO DEVI $52.50   EXP 04/17/20 AMD 200417 C 52.50 | $2.95 (2) | $589.98 |
| 03/06/2020 | Sweep (Withdrawal)[10] | INSURED CASH ACCOUNT | — — | ($2,811,623.08) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.84 39,356 | ($1,725,367.04) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.77 7,740 | ($338,779.80) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.81 6,970 | ($305,355.70) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.73 6,239 | ($272,831.47) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.74 6,124 | ($267,863.76) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.75 5,424 | ($237,300.00) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.78 4,195 | ($183,657.10) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.80 3,833 | ($167,885.40) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.809 2,400 | ($105,141.60) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.71 2,276 | ($99,483.96) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.76 1,595 | ($69,797.20) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.82 1,310 | ($57,404.20) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.83 1,100 | ($48,213.00) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.8294 1,000 | ($43,829.40) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.79 492 | ($21,544.68) |

*Account Activity continued on next page...*

[10]   *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

 LPL Financial   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091   Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC   Page 6 of 14


## Account Activity March 1 - March 31, 2020 *(Since last statement)* Continued

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.705 400 | ($17,482.00) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.70 300 | ($13,110.00) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.72 167 | ($7,301.24) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.725 100 | ($4,372.50) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.785 100 | ($4,378.50) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.69 50 | ($2,184.50) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.715 25 | ($1,092.88) |
| 03/09/2020 | Purchase | ADVANCED MICRO DEVICES INC AMD | $43.7794 4 | ($175.12) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.42 9,171 | ($1,397,843.82) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.13 2,231 | ($339,402.03) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.37 1,560 | ($237,697.20) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.40 1,500 | ($228,600.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.34 1,340 | ($204,135.60) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.39 1,205 | ($183,629.95) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.41 900 | ($137,169.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.38 705 | ($107,427.90) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.32 700 | ($106,624.00) |

*Account Activity continued on next page...*


LPL-006306
EXH-302-087



## Account Activity March 1 - March 31, 2020 *(Since last statement)*   *Continued*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|------------------------|-------------------|--------|
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.33 690 | ($105,107.70) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.20 532 | ($80,970.40) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.16 528 | ($80,340.48) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.11 500 | ($76,055.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.24 500 | ($76,120.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.28 500 | ($76,140.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.15 402 | ($61,164.30) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.35 402 | ($61,244.70) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.14 400 | ($60,856.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.18 400 | ($60,872.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.17 329 | ($50,063.93) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.19 323 | ($49,157.37) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.26 300 | ($45,678.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.30 203 | ($30,916.90) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.12 200 | ($30,424.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.31 200 | ($30,462.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.23 100 | ($15,223.00) |

*Account Activity continued on next page...*



**LPL Financial**   Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-006307

EXH-302-088



## Account Activity March 1 - March 31, 2020 *(Since last statement)* Continued

| Date | Transaction Type | Description/Security ID | Price($) / Quantity | Amount |
|------|-----------------|------------------------|---------------------|--------|
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.36 / 100 | ($15,236.00) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.25 / 43 | ($6,546.75) |
| 03/09/2020 | Purchase | MICROSOFT CORP MSFT | $152.27 / 36 | ($5,481.72) |
| 03/11/2020 | Sweep (Withdrawal)[10] | INSURED CASH ACCOUNT | — / — | ($352,984.95) |
| 03/13/2020 | ACH Funds | ACH DIRECT WITHDRAWAL TRACE # 021000010012041 HEADSPIN INC | — / — | $10,000,000.00 |
| 03/16/2020 | Sweep (Deposit)[10] | INSURED CASH ACCOUNT | — / — | $2,397,844.15 |
| 03/19/2020 | Purchase | SNAP INC CL A SNAP | $9.5109 / 240,000 | ($2,282,616.00) |
| 03/23/2020 | Sale | TESLA INC SALE VS PURCHASE TRADE TSLA AS OF 03/20/20 | $390.00 / (8,600) | $3,353,925.87 |
| 03/23/2020 | Expired | CALL TESLA INC $680      EXP 03/20/20 TSLA 200320 C 680.00 AS OF 03/20/20 | — / 60 | — |
| 03/23/2020 | Assignment | CALL TESLA INC $390      EXP 03/20/20 TSLA 200320 C 390.00 AS OF 03/20/20 | — / 86 | — |
| 03/23/2020 | Sweep (Withdrawal)[10] | INSURED CASH ACCOUNT | — / — | ($2,282,616.00) |
| 03/24/2020 | Sweep (Deposit)[10] | INSURED CASH ACCOUNT | — / — | $3,353,925.87 |
| 03/27/2020 | Interest | INSURED CASH ACCOUNT 032720   3,469,162 | — / — | $8.29 |
| 03/27/2020 | Sweep (Interest Deposit)[10] | INSURED CASH ACCOUNT | — / — | $8.29 |
| 03/30/2020 | Expired | CALL ADVANCED MICRO DEVI $58      EXP 03/27/20 AMD 200327 C 58.00 AS OF 03/27/20 | — / 500 | — |
| 03/30/2020 | Expired | CALL ADVANCED MICRO DEVI $56      EXP 03/27/20 AMD 200327 C 56.00 AS OF 03/27/20 | — / 500 | — |

*Account Activity continued on next page...*

10   Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

 LPL Financial

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 9 of 14

LPL-006308

EXH-302-089

Investment Account Strategic Wealth Management LLC


## Account Activity March 1 - March 31, 2020 *(Since last statement)*   *Continued*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 03/30/2020 | Expired | CALL TESLA INC $930      EXP 03/27/20 TSLA 200327 C 930.00 AS OF 03/27/20 | — 57 | — |
| 03/30/2020 | Expired | CALL SHOPIFY INC CL A $590      EXP 03/27/20 SHOP 200327 C 590.00 AS OF 03/27/20 | — 50 | — |
| 03/31/2020 | Interest | INSURED CASH ACCOUNT 033120   3,469,306 | — — | $143.96 |
| 03/31/2020 | Sweep (Interest Deposit)[10] | INSURED CASH ACCOUNT | — — | $143.96 |

## Realized Gain/Loss Year-to-date January 1 - March 31, 2020

| Security/Description | Quantity Cost Basis ($) | Proceeds ($) | Short-Term Gain / Loss ($) | Long-Term Gain / Loss ($) |
|----------------------|-------------------------|--------------|----------------------------|---------------------------|
| **AMD** ADVANCED MICRO DEVICES INC | (320,500) 10,997,808.12 | 14,975,113.89 | 3,977,305.77 | — |
| **AMZN** AMAZON.COM INC | (3,000) 5,588,204.10 | 5,850,568.88 | 262,364.78 | — |
| **9680346** C AMD 032720 56 | 500 N/A | 123,791.42 | 123,791.42 | — |
| **9620654** C AMD 032720 58 | 500 N/A | 140,996.85 | 140,996.85 | — |
| **4396408** C ROKU 011720 175 ROKU 200117 C .00 | 379 N/A | 421,800.04 | 421,800.04 | — |
| **9939305** C SHOP 032720 590 SHOP 20032 C 590.00 | 50 N/A | 117,997.55 | 117,997.55 | — |
| **9755955** C SNAP 020720 17 SNAP 20020 C .00 | 1 N/A | 109.99 | 109.99 | — |

*Realized Gain /Loss continued on next page...*

10   *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*



**LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091   Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-006309

EXH-302-090

## Realized Gain/Loss Year-to-date January 1 - March 31, 2020 *Continued*

| Security/Description | Quantity / Cost Basis ($) | Proceeds ($) | Short-Term Gain / Loss ($) | Long-Term Gain / Loss ($) |
|---|---|---|---|---|
| **4808791** C SNAP 022120 17 SNAP 20022 C .00 | 586 / N/A | 61,742.71 | 61,742.71 | — |
| **4073035** C TSLA 032020 680 TSLA 20032 C 680.00 | 60 / N/A | 215,095.54 | 215,095.54 | — |
| **9933593** C TSLA 032720 930 TSLA 20032 C 930.00 | 57 / N/A | 420,080.71 | 420,080.71 | — |
| **ROKU** ROKU INC SER A | (37,900) / 6,091,028.54 | 5,092,242.74 | (998,785.80) | — |
| **SNAP** SNAP INC CL A | (119,900) / 1,868,097.80 | 2,169,146.09 | 301,047.29 | — |
| **TSLA** TESLA INC | (26,400) / 9,021,038.45 | 12,438,702.16 | 3,417,663.71 | — |
| **Total** | 33,566,177.01 | 42,027,387.57 | 8,461,210.56 | — |

LPL Financial — Securities Offered Through LPL Financial, Member FINRA/SIPC, 4707 Executive Drive, San Diego, CA 92121-3091. Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC
LPL-006310 / EXH-302-091

# Messages From LPL Financial

### PAPERLESS STATEMENTS

Go paperless and view your monthly statements and trade confirmations online. Monthly statements are available online within three business days, and trade confirmations are available the next business day after the trade is executed. To go paperless, click on the LPL Account View link accessible through your financial advisor or institution website. Paperless statements are convenient, secure, fast and environmentally friendly. Enjoy the many benefits of free paperless statements and sign up today.

### ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY)

EAI is calculated by taking the indicated annualized dividend and multiplying by the number of shares owned. EY is calculated by taking the EAI and dividing by the aggregate value of the shares owned. If no dividend information is available, no EAI or EY numbers will be generated. EAI and EY for certain types of securities could include a return of principal or capital gains in which case the EAI and EY would be overstated. EAI and EY are estimates and the actual income and yield might be lower or higher than the estimated amounts. Additionally the actual dividend or yield may vary depending on the security issuer's approval of paying the dividends. EY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

### NON-TRANSFERABLE SECURITIES THAT ARE WORTHLESS

As part of our continuing effort to provide exceptional service, please be advised that LPL Financial will remove any non-transferable securities that are worthless from customer accounts. Your account may or may not be affected. Should you have any questions or concerns, please contact your financial advisor.

### SETTLEMENT FEE

LPL passes through certain regulatory fees incurred by LPL as a result of executing the transaction on your behalf. This includes fees charged under Section 31 of the Securities Exchange Act for sell transactions in equities and options.

### POLICY FOR BENEFICIARY ACCOUNTS

Beneficiaries are required to open an account to receive any securities or cash from a deceased client's account. LPL generally will divide all securities and cash proportionately among the designated beneficiaries based on the allocations indicated by the account holder. However, this policy and procedure address specific situations, such as the treatment of securities remaining after the proportionate division of assets. You may visit lpl.com to learn more.

### ICA INFORMATION

Your balances in the Insured Cash Account (ICA) Program are allocated to each depository institution on the Priority Bank List in increments of $246,500 for individual and trust accounts and $493,000 for joint accounts.  As always, you should review your cash positions with various depository institutions to determine whether your cash is within the FDIC insurance coverage limits. For more information about FDIC insurance limits, please contact your financial adviser or go to www.fdic.gov.

Please be advised that the Priority Bank List for the ICA Program may change from time to time. These changes include the order of priority in which banks are listed as well as the addition and removal of banks. Please be sure to consult your financial advisor or LPL.com periodically throughout the month for recent updates and information regarding how these changes may impact your account.

### ADVISORY FEES

The Advisory Fees shown in this report reflect annualized fees charged for the entire year. Because of deposits and withdrawals, tiered fee schedules, pro-ration of fees for new and terminated accounts, changes to fee rates, and fee credits, the Advisory Fee amount shown in this report may be different than a simple calculation of the Fee Rate times the quarter end account value divided by 4.

 LPL Financial

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 12 of 14

LPL-006311

EXH-302-092



# Messages From LPL Financial *(continued)*

**STATEMENT OF FINANCIAL CONDITION NET CAPITAL**

The Company is subject to the SEC's Net Capital Rule (Rule 15c3-1 under the Exchange Act), which requires the maintenance of minimum net capital. The net capital rules also provide that the broker-dealer's capital may not be withdrawn if resulting net capital would be less than minimum requirements. Additionally, certain withdrawals require the approval of the SEC and FINRA to the extent they exceed defined levels, even though such withdrawals would not cause net capital to be less than minimum requirements. Net capital and the related net capital requirement may fluctuate on a daily basis. The Company is a clearing broker-dealer and, as of December 31, 2019, had net capital of $109.7 million with a minimum net capital requirement of $9.3 million. As of December 31, 2019, LPL Financial has met all capital adequacy requirements to which it is subject.

Statement of Financial Condition filed pursuant to Rule 17a-5(e)(3) under the Securities Exchange Act of 1934 is available for inspection at the principal office of the Company and at the Boston Regional Office of the Commission.

You may call the LPL Client Service line at (800) 877-7210 to request a copy of LPL's audited and unaudited financial statements at no cost. These statements are available for inspection at LPL's office or online at www.lpl.com/disclosures.

**REPORTING TO CONSOLIDATED AUDIT TRAIL - EFFECTIVE APRIL 20, 2020**

Starting in April, Securities and Exchange Commission (SEC) Rule 613, the Consolidated Audit Trail, requires LPL and all other broker/dealers to send greater detail about equity and option transactions to our regulators on a daily basis. While at this time no personally identifiable information (e.g. name, address, account number, social security number) will be sent, we will be sending details on your equity and options orders and trades.

**BCCD (BROKERAGE COMPENSATION AND CONFLICTS DISCLOSURE) ADDITIONAL INFORMATION**

For additional information related to LPL Financials platform, compensation structures and conflicts of interest associated with its brokerage, custodial and clearing services please see the relevant disclosures located at lpl.com/disclosures.html.

**NOTICE OF AMENDMENT TO YOUR ACCOUNT AGREEMENT EFFECTIVE MAY 15, 2020**

We wanted to notify you of certain changes to your account agreement. You may instruct your financial professional to combine and mail account statements to a single address, which would share your personal account statement(s) with members of such combined group. Such instructions will be confirmed by LPL upon receipt. Your agreement will be updated to amend the circumstances under which LPL will not be liable for conditions beyond LPL's control. For UTMA or UGMA accounts, your agreement will be updated to reserve the right by LPL to refuse orders or instructions and to terminate or deactivate the account when the beneficiary reaches the age of majority.

The "Arbitration" section of your agreement will also be updated to provide terms of required arbitration in the event of certain controversies between you and LPL and your financial professional. For example, certain controversies must be arbitrated before FINRA and in accordance with FINRA rules. In the event certain controversies are not arbitrable before FINRA, then arbitration shall be conducted by and in accordance with the rules of the Judicial Arbitration and Mediation Services, Inc.

Your account agreement will be updated to reflect that, by default, LPL may accept all advisory fee and billing instructions (including as to amount and frequency) and proxy voting instructions from your financial professional without notice to or confirmation from you. LPL shall have no responsibility or obligation to confirm such fee change instructions or proxy voting with you. To the extent your investment advisory contract is assignable, you also authorize LPL to accept instructions from your financial professional to change the financial professional assigned to service your account.

To view the complete updated Account Agreement, please search "Account Agreements and Account Packets" on lpl.com.

 LPL Financial

Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 13 of 14

LPL-006312

EXH-302-093

## Disclosures and Other Information

**ACCOUNT PROTECTION** LPL Financial is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account up to $500,000, of which $250,000 may be claims for cash, in the unlikely event that LPL fails financially. SIPC protection limits apply to all accounts that you hold in a particular capacity. For example, if you hold two accounts at LPL as a sole account holder and third as a joint account holder, the two individual accounts are protected under SIPC up to a combined limit of $500,000, and the joint account is protected under SIPC separately up to $500,000. LPL Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) are not protected by SIPC. More information on SIPC, including obtaining an explanatory SIPC Brochure, may be obtained by calling SIPC directly or (202) 371-8300 or by visiting www.sipc.org. The account protection applies when an SIPC member firm fails financially and is unable to meet its obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.

**ADJUSTED COST** The cost basis of securities sold, matured, redeemed or exercised is adjusted for return of principal, original issue discount, accrual and partnership distributions for CMO, CDO, REMIC, and MLP transactions. Eligible securities on the Realized Gains and Losses Statement have not been adjusted for bond amortization, return of capital, liquidating distributions, wash sales or similar items. N/A displays when the information is incomplete or missing and is treated as zero when calculating totals.

**ADJUSTMENTS TO OPTION CONTRACTS** As a general rule, corporate actions can result in an adjustment in the number of shares underlying an options contract or the exercise price, or both. Please review any adjustment to an option position. Contact your financial advisor for further information with respect to option contract adjustment or visit the OCC website at http://www.optionsclearing.com/webapps/infomemos.

**AGENCY** If LPL Financial acts as your agent, or as agent for both you and another person in a transaction, the transaction details, including the identity of the seller or buyer and the source and amount of any fees or payments will be supplied upon written request.

**ASSET-BACKED SECURITIES** The actual yield from transactions in asset-backed securities (e.g., CMO, FNMA, FHLMC OR GMNA transactions) may vary according to the rate at which the underlying assets or receivables are repaid. Information about yield factors is available from your financial advisor on request.

**CALLED SECURITIES** In the event of a partial call of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the bulk holdings. A detailed description of the random selection procedure is available upon request.

**CHANGE OF ADDRESS** Please notify your financial advisor/representative or LPL Financial promptly in writing of any change of address.

**COST BASIS** Transactions are automatically paired against holdings on a "First-In/First-Out" basis (unless manually adjusted). Designating liquidations as "versus purchase" on a trade will cause the trade confirmation or other closed tax lot notification to reflect the selected closed tax lots. For assets not purchased in the LPL account, you or the previous broker/dealer upon transfer may have provided the Date Acquired and Purchase Cost of the position. If no such data was submitted, N/A is listed as the Purchase Cost, and is treated as zero when calculating Gain or Loss totals. Since the cost basis on certain securities may have been provided by another source, the cost basis information on your statement may not reflect accurate data or correspond to data on your trade confirmations. This information should not be relied upon for tax reporting purposes. Please refer to your tax reporting statement, if applicable. For accounts electing average cost, the total cost may be computed using a combination of averaged and non-averaged unit prices for eligible securities.

**DISCREPANCIES** Please notify your financial advisor and LPL Financial immediately of any discrepancies on your statement. If your financial advisor is affiliated with another broker/dealer, you must notify them as well. Please contact your financial advisor for the broker/dealer's contact information. Your financial advisor's address and telephone number can be found on the bottom of each page of this statement. LPL Financial's telephone number is (800) 558-7567 and address can be found on the first page of this statement. Additionally, any verbal communications should be re-confirmed in writing to each of the above parties to further protect your rights, including rights under Securities Investor Protection Act (SIPA).

**FRACTIONAL SHARE LIQUIDATION** For information on fractional share transactions, please refer to https://www.lpl.com/disclosures/fractional-share-transactions.html.

**FREE CREDIT BALANCES** LPL Financial may use your free credit balances subject to the limitations of 17 CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us, upon demand in the course of normal business, the delivery of any free credit balances to which you are entitled, any fully paid securities to which you are entitled, and any securities purchased on margin upon full payment of any indebtedness to LPL Financial.

**INVESTMENT RISK** LPL Financial is not a bank, savings and loan, or credit union. Securities and insurance offered through LPL and its affiliates are not FDIC, NCUA or Government insured, not endorsed nor guaranteed by LPL, its affiliates or any other financial institution, are not a deposit, and involve investment risk including possible loss of principal.

**INVESTMENTS HELD OUTSIDE LPL FINANCIAL** Information on investments Held Outside LPL is provided for informational purposes only. Values for investments not held in your LPL account are based on the market value of priced securities at the end of the statement period. Values for annuities reflect a pricing date approximately three business days prior to the statement date. Values for alternative investments such as Managed Futures and REITs (Real Estate Investment Trusts) reflect a pricing date three to five business days prior to the statement date, depending on the availability of the data. The account registration for investments held outside LPL may not be the same as the registration for the LPL account with which it is affiliated. For example, an outside investment with a joint registration may be reflected on an LPL account with an individual registration.

**LPL INSURED BANK DEPOSIT SWEEP PROGRAMS** Cash in the Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) programs is protected by the Federal Deposit Insurance Corporation (FDIC). LPL Financial allocates your money to the ICA program to banks in the order of the Priority Bank List and to the DCA program to any bank on the Available Bank List in increments up to the programs disclosed amounts until your balance in each of the ICA and DCA programs is allocated to the program max. All banks are FDIC members. FDIC coverage is $250,000 per depositor per bank ($500,000 for joint account

holders). More information on FDIC insurance is available on request, or by visiting the FDIC website at www.fdic.gov. LPL Financial is not a bank. Unless otherwise disclosed, securities and other investments obtained through LPL Financial ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

**MARGIN ACCOUNT** If you use margin, this statement combines information about your investment account(s) and a special miscellaneous account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request.

**MONEY MARKET FUNDS** Money market fund transactions, if any, are displayed chronologically. The 30-day yield for the fund is also reflected as of the statement date.

**MUNICIPAL MATERIAL DISCLOSURE** Copies of any material disclosures for municipal bonds are available at www.emma.msrb.org. To obtain specific municipal bond information, enter the nine-digit CUSIP number in the search field within the EMMA web site. If you do not have access to the internet or would prefer a physical copy of the material disclosure, please contact your financial advisor. Additional municipal bond information that may be available on www.emma.msrb.org includes, but is not limited to advance refunding documents, continuing disclosures, including annual financial statements and notices of material events, real-time and historical trade data, daily market statistics and education material.

**N/A OR "–" DATA** Information that displays as N/A or "–" is unavailable, missing, or incomplete and is treated as zero when calculating account totals, market values and performance.

**OPTION CLIENTS** Information on commissions and other charges incurred in connection with the execution of options transactions has been included in the confirmations of these transactions furnished to you. A summary of this information will be made available upon request. In accordance with the Option Agreement and Approval form you signed, you must promptly advise the firm of any material change in your investment objectives or financial situation.

**ORDER ROUTING** Quarterly Order Routing information for equities and options can be found on LPL.com>Disclosure>SEC Disclosure. This information is also available upon request. **PAYMENT FOR ORDER FLOW** LPL Financial acts as your agent and does not receive any compensation in the form of payment for order flow.

**PRICING** Securities prices shown on this statement may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. We receive prices from various services, which are believed to be reliable, particularly on certain timely information. Where pricing sources are not readily available, particularly on certain debt instruments including, but not limited to, bills, notes, bonds, banker's acceptances, certificates of deposit, or commercial paper, estimated prices may be generated by a matrix system or market driven pricing model, taking various factors into consideration. These prices may not be the actual price you would receive if you sold before the maturity of a certificate of deposit. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, their values have not been included in the Portfolio Summary information at the beginning of this statement.

**PRINCIPAL** If your broker-dealer is acting as principal in a transaction, your broker-dealer has sold to or bought from you the security, and may have received a profit from the transaction. **PURCHASE COST** Original cost including fees, commissions and less accrued interest of the quantity sold or redeemed. For transferred securities, this could be the purchase amount you or the former institution provided to us. Purchase Cost may be adjusted to reflect corporate actions, such as stock splits, mergers, spinoffs, or other events. N/A is displayed when the information is incomplete or missing and is treated as zero when calculating totals. *Transferred securities may not be included in Purchase Cost.

**REGULATION** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market-and its clearing house, if any, where the transactions are executed, and of the Financial Industrial Regulation Authority (FINRA).

**REINVESTMENT** The dollar amount of mutual fund distributions, money market fund income, or dividends on other securities on your statement may have been reinvested in additional shares. You will not receive confirmations for these reinvestment transactions. However, you may request information on these transactions by writing to LPL Financial. LPL will also, if requested, furnish you with the time of execution and the name of the person from who you security was purchased.

**REVENUE SHARING** LPL may have a fee arrangement with the investment advisor or distributor ("sponsor") of the mutual fund you have purchased, called revenue-sharing. In such case, the sponsor pays LPL a fee based on the amount of your purchase, and LPL provides marketing support to the sponsor and allows the sponsor to access your financial advisor so that the sponsor can promote such mutual funds. This arrangement gives LPL a financial incentive to have LPL clients invest in participating mutual funds instead of funds whose sponsors do not make such payments to LPL. Although your financial advisor does not share in this compensation, this conflict of interest affects the ability of LPL to provide you with unbiased, objective investment advice concerning the selection of mutual funds for your account. This could mean that other mutual funds, whose sponsors do not make revenue sharing payments, may be more appropriate for your account than the mutual funds whose sponsors make revenue sharing payments to LPL. For a complete list of the participating sponsors, and the range of fee payments, please visit http://lplfinancial.lpl.com/disclosure/legal disclosures.htm.

**STATEMENT OF FINANCIAL CONDITION** You may call the LPL Client Service line at (800) 877-7210 to request a copy of LPL's audited and unaudited financial statements at no cost. These statements are available for inspection at LPL's office or online at https://www.lpl.com/disclosures.html.

**SWEEP OPTION** Your account may provide for a daily sweep in an insured bank deposit sweep program (either LPL Insured Cash Account—ICA—or LPL Deposit Cash Account—DCA) or a money market mutual fund. The balance in the ICA, DCA or money market mutual fund sweep may be liquidated on the customer's order and the proceeds returned to the securities account or remitted to the customer. If you have any questions about your sweep option, including rates of the depository institutions currently participating in the sweep option, or you would like to change your sweep option, please contact your financial advisor.

**TRADING AWAY POLICY** Additional information regarding trading practices of equity portfolio managers on Manager Select and Manager Access Select is available on lpl.com (see "Third-Party Portfolio Manager Trading Practices" on the "Disclosures" page) LPL FINANCIAL LLC is an affiliate of LPL Financial Holdings Inc.

S1LPLHON - REV 01/19

 **LPL Financial**  Securities Offered Through LPL Financial  Member FINRA/SIPC  4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through  STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 14 of 14

LPL-006313

EXH-302-094

Exhibit O

From: Manish Lachwani
Sent: Tue 11/10/2015 12:47 PM (GMT-08:00)
To: Karim Faris
Cc:
Bcc:
Subject: Re: quick question


yup, she did @ Appurify

Already on it. but won't be don't until Jan.


Best,
Manish Lachwani

HeadSpin, Inc.
https://www.headspin.io



On Nov 10, 2015, at 12:40 PM, Karim Faris <Redacted            wrote:

good time to work with her/him to get our 2016 budget in place.  assume she/he have
experience building models/budgets?

On Tue, Nov 10, 2015 at 12:44 PM, Manish Lachwani <Redacted          wrote:
Sana - part time CFO

monthly burn - 180K

# of ppl - 11

# Data centers - 27

Misc - rent, computers, food etc.


Best,
Manish Lachwani

HeadSpin, Inc.
https://www.headspin.io



On Nov 10, 2015, at 12:35 PM, Karim Faris <Redacted         wrote:

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

thx. this also reminds me that we should work on a budget for 2016.   do you have a part time cfo contractor that can help get one together for us?

btw what's our current monthly burn?

k

On Mon, Nov 9, 2015 at 11:53 AM, Manish Lachwani **Redacted** wrote:
just sending this over as i think more about this … in my free time and hammer out with my advisor

Best,
Manish Lachwani

HeadSpin, Inc.
https://www.headspin.io

On Nov 9, 2015, at 8:40 AM, Karim Faris **Redacted** wrote:

yeah,  the code word is 'conservative'  so most just keep it in very conservative and liquid instruments -low rates.   let's keep it there and i'll ask around if there are better alternatives.

On Sat, Nov 7, 2015 at 9:13 AM, Manish Lachwani **Redacted** wrote:
Hi Karim

need some advise here. We have ~ 10.8m in the account.

Is there a recommended fixed deposit or some bonds etc. that we can put the money into and gain some good interest? I dont need more than 1.5m in balance.

It is extremely sad to see money reaping really low interest.

market is also beginning to do extremely well.

Best,
Manish Lachwani

HeadSpin, Inc.

https://www.headspin.io

--

Karim Faris



Google | Ventures

Redacted

--

Karim Faris

Google | Ventures

Redacted

--

Karim Faris



Google | Ventures

Redacted

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

HS00228247
EXH-001-004

# Exhibit P

**From:**  Karim Faris Redacted
**To:**  Manish Lachwani <manish@headspin.io>
**Sent:**  Fri, 5 Jan 2018 08:30:39 -0800

hey manish- was just thinking about our cash balance. if it's nearing $40M, who do we bank with and do we have it in cash and t-bills?
k

--
Karim Faris

Google | Ventures

Redacted

# Exhibit Q

**From:** Manish Lachwani <manish@headspin.io>
**To:** Karim Faris Redacted
**Received:** Sat, 6 Jan 2018 18:10:08 -0800
**Subject:** Re: :) Happy Morning

Yes Karim , will do
Cya

Best Regards,
Manish Lachwani
HeadSpin, Inc.

On 6 Jan 2018 17:52, "Karim Faris" Redacted wrote:

nice, let's keep collecting.  does that mean we have $10M+ in A/R?
can you send me the statement showing our total cash balance?

On Sat, Jan 6, 2018 at 11:03 AM, Manish Lachwani <manish@headspin.io> wrote:

| Date ▾ | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| | Pending Transactions | *Note: Debit card transaction amounts may change.* | |
| 01/08/18 | FACEBOOK INC 392461 382461 | $1,610,540.00 | |
| 01/08/18 | PURCHASE PEET'S #3240 MOUNTAIN VIEW CA CARD2513 | | $3.15 |
| 01/08/18 | PURCHASE DOORDASH-OJS SAN FRANCISCO CA CARD2513 | | $154.19 |
| 01/08/18 | PURCHASE STARBUCKS ST MOUNTAIN VIEW CA CARD2513 | | $4.90 |
| 01/08/18 | PURCHASE STARBUCKS ST MOUNTAIN VIEW CA CARD2513 | | $2.45 |
| | Posted Transactions | | |

And the
unbill
l
ed AR drops by 15% :)

who rocks again? happy weekend

Best,
Manish Lachwani
HeadSpin

--

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

Karim Faris



Google | Ventures

Redacted

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

# Exhibit R

**From:** Manish Lachwani <manish@headspin.io>
**To:** Karim Faris Redacted
**Sent:** Wed, 31 Jan 2018 20:05:17 -0800
**Subject:** Re: Milestones

c35268f4-9947-4905-a2c9-70f4e9586077.pdf
HeadSpin - 2017 12 31 - Draft Report.pdf
LSP - HeadSpin Engagement Letter - Final.pdf
HeadSpin - 2017 12 31 - Draft Exhibits.pdf
LPL Financial Statements_All Selected_12_31_2017.pdf
42327d99-3eef-4690-94b8-4d4c3c22a492.pdf

409A, statements and LSP documents below.


Best,
Manish Lachwani
HeadSpin

On Wed, Jan 31, 2018 at 11:36 AM, Karim Faris Redacted wrote:

thx very much!   just in time for my meeting with david this afternoon.   hope we find a great cfo!
pls also send me the statement of our accounts at wells fargo and that other bank.

good luck w nikesh today!!

On Tue, Jan 30, 2018 at 12:23 PM, Manish Lachwani <manish@headspin.io> wrote:

Hey Karim,

We hit all all milestones in Jan 2018:

Chairman of Board - pls see docs attached below.

CFO Search - Done - please see attached. Deadlines met.

CRO - Hired - Starting March 2018

SVP Marketing, Growth - Q3, 2017

VP, Enterprise Sales - Q1 2018

409A Done - $3.75

Going to your Jan 15th email

" I 've got a lot riding on meeting our end of jan commitment on a cfo and it 's coming up. "

**All work completed**. I met all my commitments as promised :)

Best,
Manish Lachwani
HeadSpin

--
Karim Faris

Google | Ventures



Investment Account

Statement Period
December 1 to December 31, 2017

| HEADSPIN,INC. A CORPORATION | Redacted 871 |
|---|---|
| Investment Objective | Income with Capital Preservation |

HEADSPIN,INC.
A CORPORATION
800 W EL CAMINO REAL
MOUNTAIN VIEW CA
94040

Total Value of Your Account as of December 31, 2017          $28,857,985.59

Your Account Executive:
Dominick Ruiz   (408)726-4161
59 N Santa Cruz Ave Ste O Los
Gatos, CA 95030-5931

|  | Value on December 31, 2017 |
|---|---|
| TOTAL VALUE OF YOUR ACCOUNT | $28,857,985.59 |

LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091 75
State Street, 22nd Floor, Boston, MA 02109-1827

 LPL Financial

Investment Account Redacted 871

COPY

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material          FARIS-HSSEC-00000231

EXH-031-007

## Investment Account

Statement Period
December 1 to December 31, 2017

ACCOUNT INVESTMENT SUMMARY as of December 31, 2017

| Investment Type | Amount | Percent |
|---|---|---|
| Cash and Cash Equivalents | $21,004,104.84 | 72.78% |
| Equities and Options Fixed | — | — |
| Income | 2,094,458.45 | 7.26% |
| Mutual Funds, ETFs and Closed-End Funds | — | — |
| Certificates of Deposit | 5,759,422.30 | 19.96% |
| Total | $28,857,985.59 | 100.00% |

| EARNINGS SUMMARY as of December 31, 2017 | | PURCHASING POWER as of December 31, 2017 | |
|---|---|---|---|
| Estimated Annual Income | $55,325.00 | Available Cash | $21,004,104.84 |
| Estimated Accrued Interest | $7,456.17 | | |



## LPL Financial

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

Account Holdings as of December 31, 2017

CASH AND CASH EQUIVALENTS

| Description | Current Balance |
|---|---|
| Money Market Funds | $21,004,104.84 |
| TOTAL CASH AND CASH EQUIVALENTS | $21,004,104.84 |

CORPORATE BONDS

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Income | Accrued Int./Annual Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/16 | JPMORGAN CHASE FINL CO AUTOCLLB CONTIN INT NOTE·LKD S&P 500 RUSSELL 2000 CPN 0.000% DUE 02/27/18 DTD 11/30/16 46646E4E9 | 1,000,000 | $98.39 | $983,900.00 | $100.0005 | $1,000,004.66 | -$16,104.66 | — | — |
| 12/22/16 | JPMORGAN CHASE FINL CO AUTOCLLB CONTIN NOTE 6%·LKD S&P 500 RUSSELL 2000 CPN 0.000% DUE 03/27/18 DTD 12/28/16 46646QGS8 | 1,150,000 | 96.5703 | 1,110,558.45 | 100.0004 | 1,150,004.97 | -39,446.52 | — | — |
| TOTAL CORPORATE BONDS | | | | $2,094,458.45 | | $2,150,009.63 | -$55,551.18 | — | — |

 LPL Financial

Questions? Contact Dominick Ruiz (408)726-4161

Account Holdings / Investment Account ▮871
COPY

Page 3 of 12
▮871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FARIS-HSSEC-00000233

EXH-031-009

Account Holdings as of December  31, 2017

CERTIFICATES OF DEPOSIT

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Income | Accrued Int./Annual Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 07/05/16 | ALLY BANK MIDVALE UT CD FDIC SEMI CPN 0.750% DUE 01/08/18 DTD 07/07/16 FC 01/07/17 02006LF73 | 250,000 | $99.4906 | $248,726.50 | $100.0020 | $250,003.40 | -$1,276.90 | $1,875 | $912.50 0.75% |
| 07/05/16 | | 250,000 | | 248,726.50 | 100.0000 | 250,000.00 | -1,273.50 | 1,875 | 916.26 |
| Total | | 500,000 | | 497,453.00 | 1.0000 | 500,003.40 | -2,550.40 | 3,750 | 1,828.76 |
| 07/20/16 | CAPAHA BANK TAMMS IL CD FDIC MTHLY CPN 0.850% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 13916SFQ2 | 250,000 | 98.1242 | 245,310.50 | 100.0020 | 250,004.12 | -4,693.62 | 2,125 | 58.22 0.85% |
| 07/18/16 | CAPITAL ONE BANK USA NA GLEN ALLEN VA CD FDIC SEMI CPN 1.000% DUE 07/20/18 DTD 07/20/16 FC 01/20/17 140420ZT0 | 250,000 | 98.9806 | 247,451.50 | 100.0020 | 250,003.89 | -2,552.39 | 2,500 | 1,130.00 1.01% |
| 07/18/16 | | 200,000 | | 197,961.20 | 100.0000 | 200,000.00 | -2,038.80 | 2,000 | 904.25 |
| Total | | 450,000 | | 445,412.70 | 1.0000 | 450,003.89 | -4,591.19 | 4,500 | 2,034.25 |

CERTIFICATES OF DEPOSIT continue on page 5

 LPL Financial

Account Holdings / Investment Account ▓▓▓▓871
COPY

Page 4 of 12
871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FARIS-HSSEC-00000234

EXH-031-010

Account Holdings as of December 31, 2017

CERTIFICATES OF DEPOSIT (continued)

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Income | Accrued Int./Annual Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/16 | FIRST CREDIT BANK LOS ANGELES CA CD FDIC MTHLY CPN 1.000% DUE 07/22/19 DTD 07/22/16 FC 08/22/16 320055BU9 | 250,000 | 97.8786 | 244,696.50 | 100.0020 | 250,004.27 | -5,307.77 | 2,500 | 67.50 1.02% |
| 07/20/16 | | 250,000 | | 244,696.50 | 100.0000 | 250,000.00 | -5,303.50 | 2,500 | 69.49 |
| Total | | 500,000 | | 489,393.00 | 1.0000 | 500,004.27 | -10,611.27 | 5,000 | 136.99 |
| 07/12/16 | JPMORGAN CHASE BANK NA COLUMBUS OH CD FDIC QTRLY CLLB CPN 1.100% DUE 07/15/19 DTD 07/15/16 FC 10/15/16 CALL 07/15/17 @ 100.000 48125Y5L4 | 250,000 | 98.3201 | 245,800.25 | 100.0020 | 250,002.71 | -4,202.46 | 2,750 | 587.50 1.12% |
| 07/12/16 | | 250,000 | | 245,800.25 | 100.0000 | 250,000.00 | -4,199.75 | 2,750 | 587.50 |
| 07/12/16 | | 250,000 | | 245,800.25 | 100.0000 | 250,000.00 | -4,199.75 | 2,750 | 587.50 |
| 07/12/16 | | 250,000 | | 245,800.25 | 100.0000 | 250,000.00 | -4,199.75 | 2,750 | 588.19 |
| Total | | 1,000,000 | | 983,201.00 | 1.0000 | 1,000,002.71 | -16,801.71 | 11,000 | 2,350.69 |

CERTIFICATES OF DEPOSIT continue on page 6


LPL Financial

Questions?   Contact Dominick Ruiz
(408)726-4161

Account Holdings / Investment Account ███████871
COPY

Page 5 of 12
███████871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

Account Holdings as of December 31, 2017

CERTIFICATES OF DEPOSIT (continued)

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Income | Accrued Int./Annual Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 07/14/16 | MARLIN BUSINESS BANK SALT LAKE CITY UT CD FDIC MTHLY CPN 0.900% DUE 10/18/18 DTD 07/18/16 FC 08/18/16 57116AMF2 | 250,000 | 98.5164 | 246,291.00 | 100.0020 | 250,004.00 | -3,713.00 | 2,250 | 85.00 0.91% |
| 07/14/16 | | 250,000 | | 246,291.00 | 100.0000 | 250,000.00 | -3,709.00 | 2,250 | 87.60 |
| Total | | 500,000 | | 492,582.00 | 1.0000 | 500,004.00 | -7,422.00 | 4,500 | 172.60 |
| 07/20/16 | PACIFIC CONTL BANK EUGENE OR CD FDIC MTHLY CPN 0.800% DUE 07/23/18 DTD 07/22/16 FC 08/22/16 69413CFE4 | 200,000 | 98.6769 | 197,353.80 | 100.0025 | 200,003.91 | -2,650.11 | 1,600 | 42.00 0.81% |
| 07/20/16 | | 200,000 | | 197,353.80 | 100.0000 | 200,000.00 | -2,646.20 | 1,600 | 45.67 |
| Total | | 400,000 | | 394,707.60 | 1.0000 | 400,003.91 | -5,296.31 | 3,200 | 87.67 |
| 07/20/16 | PACIFIC CONTL BANK EUGENE OR CD FDIC MTHLY CPN 0.900% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 69413CFF1 | 250,000 | 98.2246 | 245,561.50 | 100.0020 | 250,004.12 | -4,442.62 | 2,250 | 60.00 0.92% |
| 07/20/16 | | 250,000 | | 245,561.50 | 100.0000 | 250,000.00 | -4,438.50 | 2,250 | 63.29 |
| Total | | 500,000 | | 491,123.00 | 1.0000 | 500,004.12 | -8,881.12 | 4,500 | 123.29 |

CERTIFICATES OF DEPOSIT continue on page 7

 LPL Financial

Account Holdings / Investment Account ▓871
COPY

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FARIS-HSSEC-00000236

EXH-031-012

Account Holdings as of December 31, 2017

CERTIFICATES OF DEPOSIT (continued)

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Income | Accrued Int./Annual Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 07/18/16 | PARK STERLING BANK CHARLOTTE NC CD FDIC MTHLY CPN 0.800% DUE 07/20/18 DTD 07/21/16 FC 08/21/16 70086WHN2 | 250,000 | 98.6838 | 246,709.50 | 100.0020 | 250,003.90 | -3,294.40 | 2,000 | 60.00 0.81% |
| 07/18/16 | | 250,000 | | 246,709.50 | 100.0000 | 250,000.00 | -3,290.50 | 2,000 | 60.55 |
| Total | | 500,000 | | 493,419.00 | 1.0000 | 500,003.90 | -6,584.90 | 4,000 | 120.55 |
| 07/27/16 | SILVERGATE BANK LA JOLLA CA CD FDIC MTHLY CLLB CPN 1.100% DUE 07/29/19 DTD 07/29/16 FC 08/29/16 CALL 02/28/17 @ 100.000 82837 3FG0 | 250,000 | 98.2998 | 245,749.50 | 100.0020 | 250,000.79 | -4,251.29 | 2,750 | 22.60 1.12% |
| 07/08/16 | TEXAS EXCHANGE BANK CROWLEY TX CD FDIC MTHLY CPN 1.000% DUE 07/12/19 DTD 07/13/16 FC 08/13/16 88241TAT7 | 250,000 | 98.1071 | 245,267.75 | 100.0020 | 250,004.24 | -4,736.49 | 2,500 | 130.00 1.02% |
| 07/08/16 | | 250,000 | | 245,267.75 | 100.0000 | 250,000.00 | -4,732.25 | 2,500 | 130.00 |
| 07/08/16 | | 250,000 | | 245,267.75 | 100.0000 | 250,000.00 | -4,732.25 | 2,500 | 130.00 |

CERTIFICATES OF DEPOSIT continue on page 8

 LPL Financial

Questions?  Contact Dominick Ruiz
(408)726-4161

Account Holdings / Investment Account [Redacted] 871
COPY

Page 7 of 12
[Redacted] 871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FARIS-HSSEC-00000237

EXH-031-013

Account Holdings as of December 31, 2017

CERTIFICATES OF DEPOSIT (continued)

| Date Acquired | Description/SecurityID | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain or Loss | Estimated Annual Income | Accrued Int./ Est. 30-Day Yld. |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/16 | TEXAS EXCHANGE BANK (continued) | 250,000 | | 245,267.75 | 100.0000 | 250,000.00 | -4,732.25 | 2,500 | 130.55 |
| Total | | 1,000,000 | | 981,071.00 | 1.0000 | 1,000,004.24 | -18,933.24 | 10,000 | 520.55 |
| TOTAL CERTIFICATES OF DEPOSIT | | | | $5,759,422.30 | | $5,850,039.35 | -$90,617.05 | $55,325 | $7,456.17 |

| Value of Your LPL Financial Account | Market Value | Cost Basis/ Purchase Cost[1] | Unrealized Gain or Loss | Estimated Annual Income |
|---|---|---|---|---|
| | $28,857,985.59 | $8,004,153.82 $4,104.84 | -$146,168.23 | $55,325 |

[1]   Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments

 LPL Financial

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

Account Messages  as of December  31,  2017

MESSAGES FROM LPL FINANCIAL

PAPERLESS STATEMENTS

Go paperless and view your monthly statements and trade confirmations online. Monthly statements are available online within three business days, and trade confirmations are available the next business day after the trade is executed. To go paperless, click on the LPL Account View link accessible through your financial advisor or institution website. Paperless statements are convenient, secure, fast and environmentally friendly. Enjoy the many benefits of free paperless statements and sign up today.

ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY)

EAI is calculated by taking the indicated annualized dividend and multiplying by the number of shares owned. EY is calculated by taking the EAI and dividing by the aggregate value of the shares owned. If no dividend information is available, no EAI or EY numbers will be generated. EAI and EY for certain types of securities could include a return of principal or capital gains in which case the EAI and EY would be overstated. EAI and EY are estimates and the actual income and yield might be lower or higher than the estimated amounts. Additionally the actual dividend or yield may vary depending on the security issuer's approval of paying the dividends. EY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

NON-TRANSFERABLE SECURITIES THAT ARE WORTHLESS

As part of our continuing effort to provide exceptional service, please be advised that LPL Financial will remove any non-transferable securities that are worthless from customer accounts. Your account may or may not be affected. Should you have any questions or concerns, please contact your financial advisor.

FINRA BROKERCHECK INFORMATION

The Financial Industry Regulatory Authority (FINRA) requires that we provide the following information concerning FINRA's BrokerCheck program. The BrokerCheck program phone number is (800) 289-9999. The BrokerCheck web site address is http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/index.htm.

Any complaints regarding the handling of your account should be directed to your financial advisor and to LPL's Legal Department at (980) 775-4575 extension 4497.

YEAR-END ACCOUNT STATEMENTS/MULTIPLE FORM 1099s

This statement reflects only business conducted with your financial advisor during the time LPL Financial acted as broker-dealer. If you transferred an account to LPL Financial from another broker-dealer during 2017, your previous firm(s) should send you one or more Form 1099s summarizing any reportable account activity that took place before your account was transferred to LPL Financial. If your account was converted from Pershing or a different clearing firm during 2017, you may also receive one or more Form 1099s from those clearing firms. Please be sure to include all Form 1099s when completing your tax returns.

DECEMBER DIVIDENDS FOR CERTAIN MUTUAL FUNDS

This statement may not reflect all dividends applied to late December 2017 on certain mutual fund shares that may be held in your account. These dividends will be shown on your next month's statement. For tax purposes, these dividends will be reported on your annual 1099-DIV statement as income earned during 2017. You will not receive a 1099-DIV statement for any dividends paid to a retirement account as such income is tax deferred.



**LPL Financial**

Questions?   Contact Dominick Ruiz
(408) 726-4161

Account Messages / Investment Account ▮▮▮871

COPY

Page 9 of 12
▮▮▮871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

FARIS-HSSEC-00000239

EXH-031-015

Account Messages as of December 31, 2017

MESSAGES FROM LPL FINANCIAL (continued)

IMPORTANT TAX REMINDER: IRS 1099 MAILING DEADLINE IS FEBRUARY 15, 2018

Effective since 2009, Section 6045(b) of the Internal Revenue Code extended the due date to furnish 1099 Consolidated Reporting statements to customers from January 31 to February 15.

LPL Financial plans to begin mailing consolidated 1099s on January 31, on a staggered mailing schedule. In order to minimize correction forms, holders of securities that do not send final tax distribution information until February (mutual funds, REITs, CMO/REMICs, UITs and certain foreign securities) will have their consolidated forms mailed starting February 15, 2017.

As it is common for investment companies to amend tax information, LPL Financial will request a supplemental mailing extension in the event investment companies do not furnish tax information to LPL Financial in time for its own February 15 mailing deadline. Holders of securities impacted by delayed tax information will have their consolidated 1099 form mailed March 15, 2017.

Foreign Transaction Tax

A Foreign Transaction Tax is charged by LPL on foreign equity security purchases where the underlying non-U.S. securities are from French or Italian issuers. This tax is levied by the French or Italian governments and the charge offsets the tax incurred by LPL as a result of executing the transaction on your behalf. Currently, the fee is 0.2% of a purchase amount and can be found on the Miscellaneous Account and Service Fees Schedule located at https://lplfinancial.lpl.com/disclosure/fee-schedules.html.



LPL Financial

Account Messages / Investment Account ████871
COPY

Page 10 of 12
████871

EXH-031-016

## Disclosures and Other Information



**LPL Financial**

Questions?   Contact Dominick Ruiz
(408)726-4161

Disclosures and Other Information / Investment Account [Redacted]871

COPY

Page 11 of 12
[Redacted]871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                                    FARIS-HSSEC-00000241

EXH-031-017

 LPL Financial

COPY


Page 12 of 12
871

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

Exhibit S


# 4th Quarter 2017 Statement

*Values as of December 31, 2017*

HEADSPIN,INC.
A CORPORATION
COLLATERAL ACCOUNT PLEDGED TO
TRISTATE CAPITAL BANK
444 CASTRO STREET #720
MOUNTAIN VIEW CA 94041

**Your Account Executive: Dominick Ruiz**
(408)726-4161
3031 Tisch Way 110 Plaza West
San Jose, CA 95128

Go Paperless! View your statements and trade confirmations anytime with the click of a button. Going paperless is convenient, secure and environmentally friendly. To go paperless, click on the LPL AccountView link accessible through your financial advisor or institution website.

*A copy of this statement was sent to: TRISTATE CAPITAL BANK*

## Investment Account

 Redacted 8871



**Investment Objective**
Growth with Income

| *Value on* January 1, 2017 | *Value on* December 1, 2017 | *Value on* December 31, 2017 |
|---|---|---|
| **$7,857,985.59** | **$6,514,053.35** | **$6,547,630.55** |
| | *since the last statement* | |

## Account Summary

| | 4th Quarter 10/01 - 12/31/2017 | Year to Date 01/01 - 12/31/2017 |
|---|---|---|
| Starting Value of Assets Held at LPL Financial | **$8,815,960.14** | **$7,857,985.59** |
| Contributions / Inflows | **$8,000,000.00** | **$19,750,000.00** |
| Distributions / Outflows | **($10,383,203.82)** | **($21,537,302.41)** |
| Increase / Decrease in Market Value[1] | **($18,095.40)** | **$91,498.36** |
| Dividends, Interest, Capital Gains | **$132,969.63** | **$385,449.01** |
| **Total Ending Value (December 31, 2017)** | **$6,547,630.55** | **$6,547,630.55** |
| Total Change in Value of Assets Held at LPL Financial | **($2,268,329.59)** | **($1,310,355.04)** |

---

[1]   *Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*



LPL-004308
EXH-293-001



## Gain/Loss Summary

| Realized | 4th Quarter (Realized) 10/01 - 12/31/2017 | Year to Date (Realized) 01/01 - 12/31/2017 | Unrealized | |
|---|---|---|---|---|
| Short Term | — | ($2,378.28) | Unrealized Gain/Loss | ($52,387.83) |
| Long Term | — | — | | |
| Unknown | — | — | | |

## Asset Allocation As of 12/31/2017

| | | | |
|---|---|---|---|
| 1. | Certificates of Deposit | 77.01% | $5,042,230.55 |
| 2. | Fixed Income | 22.99% | $1,505,400.00 |
| 3. | Cash and Cash Equivalents | — | — |
| 4. | Equities and Options | — | — |
| 5. | Mutual Funds, ETFs and Closed-End Funds | — | — |



**LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Page 2 of 12

LPL-004309

EXH-293-002

# Account Holdings

As of December 31, 2017

## Corporate Bonds

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) | Unrealized Gain / Loss ($) Accrued Int ($) | Estimated Annual Income ($)ᵃ Est 30-Day Yieldᵃ |
|---|---|---|---|---|---|
| **46646QLU7** JPMORGAN CHASE FINL CO CONTIN INT NOTE 10.5% LKD XBI CPN 0.000% DUE 03/05/19 DTD 03/03/17 | 1,500,000 $100.36 | 1,505,400.00 | 1,500,002.94 | 5,397.06 — | — — |
| **Total of Corporate Bonds** | | 1,505,400.00 | 1,500,002.94 | 5,397.06 — | — |

## Certificates of Deposit

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) | Unrealized Gain / Loss ($) Accrued Int ($) | Estimated Annual Income ($)ᵃ Est 30-Day Yieldᵃ |
|---|---|---|---|---|---|
| **13916SFQ2** CAPAHA BANK SB TAMMS IL CD FDIC #17524 CPN 0.850% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 | 250,000 $98.9854 | 247,463.50 | 250,002.13 | (2,538.63) 58.22 | 2,125 0.86% |
| **140420ZT0** CAPITAL ONE BANK USA NA GLEN ALLEN VA CD FDIC #33954 CPN 1.000% DUE 07/20/18 DTD 07/20/16 FC 01/20/17 | 450,000 $99.7029 | 448,663.05 | 450,001.39 | (1,338.34) 2,034.25 | 4,500 1.00% |
| **320055BU9** FIRST CREDIT BANK LOS ANGELES CA CD FDIC #24332 CPN 1.000% DUE 07/22/19 DTD 07/22/16 FC 08/22/16 | 500,000 $98.2141 | 491,070.50 | 500,002.62 | (8,932.12) 136.99 | 5,000 1.02% |
| **48125Y5L4** JPMORGAN CHASE BANK NA COLUMBUS OH CD FDIC #00628 CLLB CPN 1.100% DUE 07/15/19 DTD 07/15/16 FC 10/15/16 CALL 04/15/18 @ 100.000 | 1,000,000 $98.246 | 982,460.00 | 1,000,000.00 | (17,540.00) 2,350.69 | 11,000 1.12% |
| **57116AMF2** MARLIN BUSINESS BANK SALT LAKE CITY UT CD FDIC #58267 CPN 0.900% DUE 10/18/18 DTD 07/18/16 FC 08/18/16 | 500,000 $99.3673 | 496,836.50 | 500,001.78 | (3,165.28) 172.60 | 4,500 0.91% |
| **69413CFE4** PACIFIC CONTL BANK EUGENE OR CD FDIC #20774 CPN 0.800% DUE 07/23/18 DTD 07/22/16 FC 08/22/16 | 400,000 $99.592 | 398,368.00 | 400,001.42 | (1,633.42) 87.67 | 3,200 0.80% |
| **69413CFF1** PACIFIC CONTL BANK EUGENE OR CD FDIC #20774 CPN 0.900% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 | 500,000 $99.0374 | 495,187.00 | 500,002.13 | (4,815.13) 123.29 | 4,500 0.91% |

*Certificates of Deposit continued on next page...*

ᵃ *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

LPL-004310

EXH-293-003

## Account Holdings *Continued*

As of December 31, 2017

### Certificates of Deposit *Continued*

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) | Unrealized Gain / Loss ($) Accrued Int ($) | Estimated Annual Income ($)ᵃ Est 30-Day Yieldᵃ |
|---|---|---|---|---|---|
| **70086WHN2** PARK STERLING BANK CHARLOTTE NC CD FDIC #58408 CPN 0.800% DUE 07/20/18 DTD 07/21/16 FC 08/21/16 | 500,000 $99.598 | 497,990.00 | 500,001.40 | (2,011.40) *120.55* | *4,000* *0.80%* |
| **88241TAT7** TEXAS EXCHANGE BANK SSB CROWLEY TX CD FDIC #20099 CPN 1.000% DUE 07/12/19 DTD 07/13/16 FC 08/13/16 | 1,000,000 $98.4192 | 984,192.00 | 1,000,002.57 | (15,810.57) *520.55* | *10,000* *1.02%* |
| **Total of Certificates of Deposit** | | 5,042,230.55 | 5,100,015.44 | (57,784.89) *5,604.81* | *48,825* |

## Activity Summary

| | Since last statement *12/01 - 12/31/2017* | 4th Quarter *10/01 - 12/31/2017* | Year to Date *01/01 - 12/31/2017* |
|---|---|---|---|
| Securities Purchased | — | — | ($3,500,010.00) |
| Securities Sold | — | $2,000,000.00 | $4,897,758.56 |
| Contributions / Inflows | $6,000,000.00 | $8,000,000.00 | $19,750,000.00 |
| Distributions / Outflows | ($6,042,127.64) | ($10,383,203.82) | ($21,537,302.41) |
| Dividends, Interest, & Capital Gains | $42,114.04 | $132,969.63 | $385,449.01 |

## Account Activity

December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| 12/01/2017 | Interest | JPMORGAN CHASE FINL CO CONTIN INT NOTE 10.5% LKD XBI CPN 0.000% DUE 03/05/19 DTD 03/03/17 120117 1,500,000 46646QLU7 | — — | $39,375.00 |
| 12/04/2017 | Sweep (Withdrawal)² | INSURED CASH ACCOUNT | — — | ($13.60) |

*Account Activity continued on next page...*

ᵃ    Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
²    Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.



LPL-004311

EXH-293-004

## Account Activity *Continued*

December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| 12/04/2017 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010014549 HEADSPIN INC | — — | ($39,388.60) |
| 12/13/2017 | Interest | TEXAS EXCHANGE BANK SSB CROWLEY TX CD FDIC #20099 CPN 1.000% DUE 07/12/19 DTD 07/13/16 FC 08/13/16 121317   1,000,000 88241TAT7 | — — | $821.92 |
| 12/14/2017 | Sweep (Deposit)² | INSURED CASH ACCOUNT | — — | $821.92 |
| 12/15/2017 | Sweep (Withdrawal)² | INSURED CASH ACCOUNT | — — | ($821.92) |
| 12/15/2017 | ACH Funds | INCOME DISTRIBUTION TRACE # 021000010022595 | — — | ($821.92) |
| 12/18/2017 | Interest | MARLIN BUSINESS BANK SALT LAKE CITY UT CD FDIC #58287 CPN 0.900% DUE 10/18/18 DTD 07/18/16 FC 08/18/16 121817   500,000 57116AMF2 | — — | $369.86 |
| 12/19/2017 | Sweep (Deposit)² | INSURED CASH ACCOUNT | — — | $369.86 |
| 12/21/2017 | Interest | PARK STERLING BANK CHARLOTTE NC CD FDIC #58408 CPN 0.800% DUE 07/20/18 DTD 07/21/16 FC 08/21/16 122117 500,000 70086WHN2 | — — | $328.77 |
| 12/22/2017 | Interest | CAPAHA BANK SB TAMMS IL CD FDIC #17524 CPN 0.850% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 122217   250,000 13916SFQ2 | — — | $174.66 |
| 12/22/2017 | Interest | FIRST CREDIT BANK LOS ANGELES CA CD FDIC #24332 CPN 1.000% DUE 07/22/19 DTD 07/22/16 FC 08/22/16 122217 500,000 320055BU9 | — — | $410.96 |
| 12/22/2017 | Interest | PACIFIC CONTL BANK EUGENE OR CD FDIC #20774 CPN 0.800% DUE 07/23/18 DTD 07/22/16 FC 08/22/16 122217 400,000 69413CFE4 | — — | $263.01 |
| 12/22/2017 | Interest | PACIFIC CONTL BANK EUGENE OR CD FDIC #20774 CPN 0.900% DUE 01/22/19 DTD 07/22/16 FC 08/22/16 122217 500,000 69413CFF1 | — — | $369.86 |
| 12/22/2017 | Sweep (Withdrawal)² | INSURED CASH ACCOUNT | — — | ($369.86) |

*Account Activity continued on next page...*

2   *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

 **LPL Financial**  Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

LPL-004312
EXH-293-005

## Account Activity *Continued*

December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 12/22/2017 | ACH Funds | INCOME DISTRIBUTION TRACE # 021000010005060 | —<br>— | ($698.63) |
| 12/26/2017 | Sweep (Deposit)² | INSURED CASH ACCOUNT | —<br>— | $1,218.49 |
| 12/26/2017 | Wire Transfer | FED FUNDS/SILICON VALL | —<br>— | $3,000,000.00 |
| 12/26/2017 | Journal | TO A/C 78270597 | —<br>— | ($3,000,000.00) |
| 12/28/2017 | Wire Transfer | FED FUNDS/SILICON VALL | —<br>— | $3,000,000.00 |
| 12/29/2017 | Sweep (Withdrawal)² | INSURED CASH ACCOUNT | —<br>— | ($1,218.49) |
| 12/29/2017 | ACH Funds | INCOME DISTRIBUTION TRACE # 021000010010792 | —<br>— | ($1,218.49) |
| 12/29/2017 | Journal | TO A/C 78270597 | —<br>— | ($3,000,000.00) |

### Dividends, Interests, Capital Gains, and Other Distributions Not Yet Paid
(Transactions are not final and are subject to change)

| Closing Date | Transaction Type | Description/Security ID | Record Date | Quantity Rate | Amount of Payment ($) |
|--------------|------------------|-------------------------|-------------|---------------|-----------------------|
| 01/15/18 | Interest | JPMORGAN CHASE BANK NA COLUMBUS OH CD FDIC #00628 CLLB CPN 1.100% DUE 07/15/19 DTD 07/15/16 FC 10/15/16 CALL 04/15/18 @ 100.000 48125Y5L4 | 12/31/17 | 1,000,000 $2.7726 | 2,772.60 |
| 01/13/18 | Interest | TEXAS EXCHANGE BANK SSB CROWLEY TX CD FDIC #20099 CPN 1.000% DUE 07/12/19 DTD 07/13/16 FC 08/13/16 88241TAT7 | 12/29/17 | 1,000,000 $0.8493 | 849.32 |

---

2    *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

LPL-004313
EXH-293-006


## Realized Gain/Loss Year-to-date

January 1 - December 31, 2017

| Security/Description | Quantity<br>Cost Basis ($) | Proceeds ($) | Short-Term<br>Gain / Loss ($) | Long-Term<br>Gain / Loss ($) |
|---|---|---|---|---|
| **02006LF73** ALLY BANK MIDVALE UT CD FDIC SEMI CPN 0.750% DUE 01/08/18 DTD 07/07/16 FC 01/07/17 | (500,000)<br>500,003.22 | 497,625.00 | (2,378.22) | — |
| **46646E4E9** JPMORGAN CHASE FINL CO CONTIN INT NOTE 6% LKD S&P 500 RUSSELL 2000 CPN 0.000% DUE 02/27/18 DTD 11/30/16 | (1,000,000)<br>1,000,000.06 | 1,000,000.00 | (0.06) | — |
| **46646QGS8** JPMORGAN CHASE FINL CO AUTOCLLB CONTIN NOTE 6% LKD S&P 500 RUSSELL 2000 CPN  0.000% DUE 03/27/18 DTD 12/28/16 | (1,150,000)<br>1,150,000.00 | 1,150,000.00 | — | — |
| **46646QRD9** JPMORGAN CHASE FINL CO CONTIN INT NOTE LKD XBI XOP GDX CPN  0.000% DUE 04/29/19 DTD 04/24/17 CALL 01/26/18 @ 100.000 | (2,000,000)<br>2,000,000.00 | 2,000,000.00 | — | — |
| **828373FG0** SILVERGATE BANK LA JOLLA CA CD FDIC #27330 CLLB CPN  1.100% DUE 07/29/19 DTD 07/29/16 FC 08/29/16 CALL 10/29/17 @ 100.000 | (250,000)<br>250,000.00 | 250,000.00 | — | — |
| **Total** | | 4,897,625.00 | (2,378.28) | — |

**LPL Financial**  Securities Offered Through LPL Financial<br>Member FINRA/SIPC<br>4707 Executive Drive, San Diego, CA 92121-3091

Page 7 of 12

LPL-004314

EXH-293-007



## Messages From LPL Financial

### TRUSTED CONTACT PERSON (TCP)

We are including this important message to ask you to provide us with contact information for a trusted contact person. The trusted contact person is intended to be a resource for LPL in administering your accounts, protecting your assets, and responding to possible financial exploitation. By providing this information, you give permission to LPL Financial LLC and its associated persons, including your financial advisor (collectively referred to as "LPL"), to use their discretion to contact the trusted contact person and disclose information about you and your account(s) in order to:

- o     address concerns that you might be a victim of financial exploitation which could include fraud, coercion, or unauthorized transactions,
- o     address a temporary hold on a disbursement of funds or securities pertaining to possible financial exploitation or other concerns,
- o     confirm your current contact information,
- o     confirm and address your whereabouts and health status, and/or
- o     confirm the identity of any legal guardian, executor, trustee, holder of a power of attorney, or other person who may be acting on your behalf (such as an attorney or accountant).

Note: Your trusted contact person must be age 18 or older. LPL suggests that the trusted contact person not be someone who is already authorized to transact business on the account, or who is already otherwise able to receive information about the account, such as a joint account holder. This form does not authorize the trusted contact or other persons to conduct transactions in your account.

Name
Address (street, city, state, zip code)
Telephone - Home, Business, Cell Phone
Email Address
Relationship to Account Holder (Spouse, Relative, Friend, Professional Relationship, Other)

This trusted contact person information supersedes any previous trusted contact person information you may have provided for this account.

Acknowledgment
I authorize LPL to contact my trusted contact person listed above. I understand that providing this information is optional and I may withdraw it at any time.

Account holder signature
Account holder name
Date

Please fax the completed form to (858) 202-8325 or mail to LPL Financial, New Accounts, PO Box 509027, San Diego, CA 92150.

### PAPERLESS STATEMENTS

Go paperless and view your monthly statements and trade confirmations online. Monthly statements are available online within three business days, and trade confirmations are available the next business day after the trade is executed. To go paperless, click on the LPL Account View link accessible through your financial advisor or institution website. Paperless statements are convenient, secure, fast and environmentally friendly. Enjoy the many benefits of free paperless statements and sign up today.

### ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY)

EAI is calculated by taking the indicated annualized dividend and multiplying by the number of shares owned. EY is calculated by taking the EAI and dividing by the aggregate value of the shares owned. If no dividend information is available, no EAI or EY numbers will be generated. EAI and EY for certain types of securities could include a return of principal or capital gains in which case the EAI and EY would be overstated. EAI and EY are estimates and the actual income and yield might be lower or higher than the estimated amounts. Additionally, the actual dividend or yield may vary depending on the security issuer's approval of paying the dividends. EY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

### NON-TRANSFERABLE SECURITIES THAT ARE WORTHLESS

As part of our continuing effort to provide exceptional service, please be advised that LPL Financial will remove any non-transferable securities that are worthless from customer accounts. Your account may or may not be affected. Should you have any questions or concerns, please contact your financial advisor.


LPL-004315

EXH-293-008

# Messages From LPL Financial *(continued)*

**SETTLEMENT FEE**

LPL passes through certain regulatory fees incurred by LPL as a result of executing the transaction on your behalf. This includes fees charged under Section 31 of the Securities Exchange Act for sell transactions in equities and options.

**CHANGES TO POLICY FOR BENEFICIARY ACCOUNTS**

LPL recently updated its policies and procedures relating to distributions upon an account holder's death. Beginning November 6, 2017, beneficiaries will be required to open an account to receive any securities or cash from the deceased client's account. LPL generally will divide all securities and cash proportionately among the designated beneficiaries based on the allocations indicated by the account holder. However, the new policy and procedures address specific situations, such as the treatment of securities remaining after the proportionate division of assets. You may visit lpl.com to learn more.

**MSRB INFORMATION**

LPL Financial LLC is registered with the Municipal Securities Rulemaking Board (MSRB) and the U.S. Securities and Exchange Commission. The website address of MSRB is www.msrb.org. An investor brochure that describes the protections that may be provided by MSRB's rules and how to file a complaint with an appropriate regulatory authority can be found at MSRB's website, at http://msrb.org/~/media/Files/Resources/MSRB-Investor-Brochure.ashx?la=en.

**FINRA BROKERCHECK INFORMATION**

The Financial Industry Regulatory Authority (FINRA) requires that we provide the following information concerning its BrokerCheck program. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA. The FINRA BrokerCheck hotline number is (800) 289-9999. The FINRA website address is www.finra.org. Any complaints regarding the handling of your account may be directed to your financial advisor and/or to LPL Financial at 800-558-7567.

**ICA INFORMATION**

The Insured Cash Account (ICA) is a bank deposit sweep program with an extra level of protection. Your balances in the ICA program are allocated to each depository institution on the ICA Priority Bank List in increments of $246,500 for individual and trust accounts and $493,000 for joint accounts. As always, you should review your cash positions with various depository institutions to determine whether your cash is within the FDIC insurance coverage limits. For more information about FDIC insurance limits, please contact your financial advisor or go to http://www.fdic.gov/deposit/deposits/changes.html.

Please be advised that during a given month, the ICA Priority Bank List for the ICA program may have some important additions and/or deletions to the participating banks or the changes to the sequences of participating banks in the ICA program. Please consult your financial advisor or our website periodically throughout the month for recent updates and information regarding how these changes may impact your assigned ICA Priority Bank List rotation. The interest rates paid on ICA program accounts are based on the prevailing interest rate environment and typically change with changes in current interest rates. The most current ICA Priority Bank List, interest rates, and other information on the ICA are available at http://lplfinancial.lpl.com/disclosures/insured-cash-account.html.

**DECEMBER DIVIDENDS FOR CERTAIN MUTUAL FUNDS**

This statement may not reflect all dividends applied to late December 2017 on certain mutual fund shares that may be held in your account. These dividends will be shown on your next month's statement. For tax purposes, these dividends will be reported on your annual 1099-DIV statement as income earned during 2017. You will not receive a 1099-DIV statement for any dividends paid to a retirement account; as such income is tax-deferred.

 **LPL Financial** Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

LPL-004316

EXH-293-009



# Messages From LPL Financial *(continued)*

**IMPORTANT TAX REMINDER: IRS 1099 MAILING SCHEDULE**

Effective since 2009, Section 6045(b) of the Internal Revenue Code extended the due date to furnish 1099 Consolidated Reporting statements to customers from January 31 to February 15.

LPL Financial plans to begin mailing consolidated 1099s on January 31, on a staggered mailing schedule. In order to minimize corrected forms, holders of securities that do not send final tax distribution information until February (mutual funds, REITs, CMO/REMICs, UITs and certain foreign securities) will have their consolidated forms mailed on February 15, March 1st, or March 15th 2018.

As it is common for investment companies to amend tax information, LPL Financial will request a supplemental mailing extension in the event investment companies do not furnish tax information to LPL Financial in time for its own February 15 mailing deadline. Holders of securities impacted by delayed tax information will have their consolidated 1099 form mailed March 15, 2018.

Ask your Advisor about LPL Financials new service offering a preliminary copy of your consolidated 1099 Tax form that will be available in AccountView on February 15 for holders that will not receive a final Consolidated 1099 Tax Statement until March 1 or March 15. This is an advanced draft copy of the 1099 consolidated tax form and will not be mailed or available on Turbo Tax. All pages of the document are informational only and may be used to assist with tax preparation.

**YEAR-END ACCOUNT STATEMENTS/MULTIPLEFORM 1099s**

This statement reflects only business conducted with your financial advisor during the time LPL Financial acted as broker-dealer. If you transferred an account to LPL Financial from another broker-dealer during 2017, your previous firm(s) should send you one or more Form 1099s summarizing any reportable account activity that took place before your account was transferred to LPL Financial. If your account was converted from Pershing or a different clearing firm during 2017, you may also receive one or more Form 1099s from those clearing firms. Please be sure to include all Form 1099s when completing your tax returns.

**NOTICE OF AMENDMENT TO YOUR ACCOUNT AGREEMENT**

Effective February 15, 2018, your account agreement will be amended to allow LPL, its sole discretion, to advocate administratively or judicially on your behalf where LPL suspects exploitation of any kind, dementia and/or undue influence. In addition, LPL will have, at its sole discretion, the authority to pause or refuse to obey any instructions or orders for, including but not limited to, transactions, disbursements, or account transfers. To the extent that substantially similar language exists in your agreement, this language will supersede and replace the existing language.



LPL-004317
EXH-293-010

# Disclosures and Other Information

**ACCOUNT PROTECTION** LPL Financial is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account up to $500,000, of which $250,000 may be claims for cash, in the unlikely event that LPL fails financially. SIPC protection limits apply to all accounts that you hold in a particular capacity. For example, if you hold two accounts at LPL as a sole account holder and third as a joint account holder, the two individual accounts are protected under SIPC up to a combined limit of $500,000, and the joint account is protected under SIPC separately up to $500,000. LPL Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) are not protected by SIPC. More information on SIPC, including obtaining an explanatory SIPC Brochure, may be obtained by calling SIPC directly at (202) 371-8300 or by visiting www.sipc.org. The account protection applies when an SIPC member firm fails financially and is unable to meet its obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.

**ADJUSTED COST** The cost basis of securities sold, matured, redeemed or exercised is adjusted for return of principal, original issue discount, accrual and partnership distributions for CMO, CDO, REMIC, and MLP transactions. Eligible securities on the Realized Gains and Losses Statement have not been adjusted for bond amortization, return of capital, liquidating distributions, wash sales or similar items. N/A displays when the information is incomplete or missing and is treated as zero when calculating totals.

**ADJUSTMENTS TO OPTION CONTRACTS** As a general rule, corporate actions can result in an adjustment in the number of shares underlying an options contract or the exercise price, or both. Please review any adjustment to an option position. Contact your financial advisor for further information with respect to option contract adjustment or visit the OCC website at http://www.optionsclearing.com/webapps/infomemos.

**AGENCY** If LPL Financial acts as your agent, or as agent for both you and another person in a transaction, the transaction details, including the identity of the seller or buyer and the source and amount of any fees or payments will be supplied upon written request.

**ASSET-BACKED SECURITIES** The actual yield from transactions in asset-backed securities (e.g., GMO, FNMA, FHLMC OR GMNA transactions) may vary according to the rate at which the underlying assets or receivables are repaid. Information about yield factors is available from your financial advisor on request.

**CALLED SECURITIES** In the event of a partial call of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the bulk holdings. A detailed description of the random selection procedure is available upon request.

**CHANGE OF ADDRESS** Please notify your financial advisor/representative or LPL Financial promptly in writing of any change of address.

**COST BASIS** Transactions are automatically paired against holdings on a "First-In/First-Out" basis (unless manually adjusted). Designating liquidations as "versus purchase" on a trade will cause the trade confirmation or other closed tax lot notification to reflect the selected closed tax lots. For assets not purchased in the LPL account, you or the previous broker/dealer upon transfer may have provided the Date Acquired and Purchase Cost of the position. If no such data was submitted, N/A is listed as the Purchase Cost, and is treated as zero when calculating Gain or Loss totals. Since the cost basis on certain securities may have been provided by another source, the cost basis information on your statement may not reflect accurate data or correspond to data on your trade confirmations. This information should not be relied upon for tax reporting purposes. Please refer to your tax reporting statement, if applicable. For accounts electing average cost, the total cost may be computed using a combination of averaged and non-averaged unit prices for eligible securities.

**DISCREPANCIES** Please notify your financial advisor and LPL Financial immediately of any discrepancies on your statement. If your financial advisor is affiliated with another broker/dealer, you must notify them as well. Please contact your financial advisor for the broker/dealer's contact information. Your financial advisor's address and telephone number can be found on the bottom of each page of this statement. LPL Financial's telephone number is (800) 558-7567 and address can be found on the first page of this statement. Additionally, any verbal communications should be re-confirmed in writing to each of the above parties to further protect your rights, including rights under Securities Investor Protection Act (SIPA).

**FREE CREDIT BALANCES** LPL Financial may use your free credit balances subject to the limitations of 17 CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us, upon demand in the course of normal business, the delivery of any free credit balances to which you are entitled, any fully paid securities to which you are entitled, and any securities purchased on margin upon full payment of any indebtedness to LPL Financial.

**INVESTMENT RISK** LPL Financial is not a bank, savings and loan, or credit union. Securities and insurance offered through LPL and its affiliates are not FDIC, NCUA or government insured, not endorsed or guaranteed by LPL, its affiliates or any other financial institution, are not a deposit, and involve investment risk including possible loss of principal.

**INVESTMENTS HELD OUTSIDE LPL FINANCIAL** Information on investments Held Outside LPL is provided for informational purposes only. Values for investments not held in your LPL account are based on the market value or priced securities at the end of the statement period. Values for annuities reflect a pricing date approximately three business days prior to the statement date. Values for alternative investments such as Managed Futures and REITs (Real Estate Investment Trusts) reflect a pricing date three to five business days prior to the statement date, depending on the availability of the data. The account registration for investments held outside LPL may not be the same as the registration for the LPL account with which it is affiliated. For example, an outside investment with a joint registration may be reflected on an LPL account with an individual registration.

**LPL INSURED BANK DEPOSIT SWEEP PROGRAMS** Cash in the Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) programs is protected by the Federal Deposit Insurance Corporation (FDIC). LPL Financial allocates your money to the ICA program banks in the order of the Priority Bank List and to the DCA program to any bank on the Available Bank list in increments up to the programs disclosed amounts until your balance in each of the ICA and DCA programs is allocated to the program max. All banks are FDIC members. FDIC coverage is $250,000 per depositor per bank ($500,000 for joint account

holders). More information on FDIC insurance is available on request, or by visiting the FDIC website at www.fdic.gov. LPL Financial is not a bank. Unless otherwise disclosed, securities and other investments obtained through LPL Financial ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

**MARGIN ACCOUNT** If you use margin, this statement combines information about your investment account(s) and a special miscellaneous account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request.

**MONEY MARKET FUNDS** Money market fund transactions, if any, are displayed chronologically. The 30-day yield for the fund is also reflected as of the statement date.

**MUNICIPAL MATERIAL DISCLOSURE** Copies of any material disclosures for municipal bonds are available at www.emma.msrb.org. To obtain specific municipal bond information, enter the nine-digit CUSIP number in the search field within the EMMA web site. If you do not have access to the Internet or would prefer a physical copy of the material disclosure, please contact your financial advisor. Additional municipal bond information that may be available on www.emma.msrb.org includes, but is not limited to advance refunding documents, continuing disclosures, including annual financial statements and notices of material events, real-time and historical trade data, daily market statistics and education material.

**N/A OR "–" DATA** Information that displays as N/A or "–" is unavailable, missing, or incomplete and is treated as zero when calculating account totals, market values and averages.

**OPTION CLIENTS** Information on commissions and other charges incurred in connection with the execution of options transactions has been included in the confirmations of these transactions furnished to you. A summary of this information will be made available upon request. In accordance with the Option Agreement and Approval form you signed, you must promptly advise the firm of any material change in your investment objectives or financial situation.

**ORDER ROUTING** Quarterly Order Routing information for equities and options can be found on LPL.com>Disclosure>SEC Disclosure. This information is also available upon request.

**PAYMENT FOR ORDER FLOW** LPL Financial acts as your agent and does not receive any compensation in the form of payment for order flow.

**PRICING** Securities prices shown on this statement may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. We receive prices from various services, which are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt instruments including, but not limited to, bills, notes, bonds, banker's acceptances, certificates of deposit, or commercial paper, estimated prices may be generated by a matrix system or market driven pricing model, taking various factors into consideration. These prices may not be the actual price you would receive if you sold before the maturity of a certificate of deposit. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, their values have not been included in the Portfolio Summary information at the beginning of this statement.

**PRINCIPAL** If your broker-dealer is acting as principal in a transaction, your broker-dealer has sold to or bought from you the security, and may have received a profit from the transaction.

**PURCHASE COST** Original cost including fees, commissions and less accrued interest of the quantity sold or redeemed. For transferred securities, this could be the purchase amount you or the former institution provided to us. Purchase Cost may be adjusted to reflect corporate actions, such as stock splits, mergers, spinoffs, or other events. N/A is displayed when the information is incomplete or missing and is treated as zero when calculating totals.

"Transferred securities may not be included in Purchase Cost.

**REGULATION** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing house, if any, where the transactions are executed, and of the Financial Industrial Regulation Authority (FINRA).

**REINVESTMENT** The dollar amount of mutual fund distributions, money market fund income, or dividends on other securities on your statement may have been reinvested in additional shares. You will not receive confirmations for those reinvestment transactions. However, you may request information on these transactions by writing to LPL Financial. LPL will also, if requested, furnish you with the time of execution and the name of the person from who your security was purchased.

**REVENUE SHARING** LPL may have a fee arrangement with the investment advisor or distributor ("sponsor") of the mutual fund you have purchased, called revenue-sharing. In such case, the sponsor pays LPL a fee based on the amount of your purchase, and LPL provides marketing support to the sponsor and allows the sponsor to access your financial advisor so that the sponsor can promote such mutual funds. This arrangement gives LPL a financial incentive to have LPL clients invest in participating mutual funds instead of funds whose sponsors do not make such payments to LPL. Although your financial advisor does not share in this compensation, this conflict of interest affects the ability of LPL to provide you with unbiased, objective investment advice concerning the selection of mutual funds for your account. This could mean that other mutual funds, whose sponsors do not make revenue sharing payments, may be more appropriate for your account than the mutual funds whose sponsors make revenue sharing payments to LPL. For a complete list of the participating sponsors, and the range of fee payments, please visit http://lplfinancial.lpl.com/disclosure/legal_disclosures.htm.

**STATEMENT OF FINANCIAL CONDITION** LPL Financial's financial statement is available for inspection at our office. We will mail a copy to you upon written request.

**SWEEP OPTION** Your account may provide for a daily sweep in an insured bank deposit sweep program (either LPL Insured Cash Account—ICA—or LPL Deposit Cash Account—DCA) or a money market mutual fund. The balance in the ICA, DCA or money market mutual fund sweep may be liquidated on the customer's order and the proceeds returned to the securities account or remitted to the customer. If you have any questions about your sweep option, including rates of the depository institutions currently participating in the sweep option, or you would like to change your sweep option, please contact your financial advisor.

**TRADING AWAY POLICY** Additional information regarding trading practices of equity portfolio managers on Manager Select and Manager Access Select is available on lpl.com (see "Third-Party Portfolio Manager Trading Practices" on the "Disclosures" page).

LPL FINANCIAL LLC is an affiliate of LPL Financial Holdings Inc.

81LPLNON - REV 07/17


LPL-004318

EXH-293-011

 **LPL Financial**   Securities Offered Through LPL Financial
Member FINRA/SIPC
4767 Executive Drive, San Diego, CA 92121-3091

Page 12 of 12

LPL-004319

EXH-293-012

# Exhibit T



CYPRESS PRIVATE WEALTH

**LPL Financial**

# 4th Quarter 2017
# Statement

*Values as of December 31, 2017*

HEADSPIN INC
A CORPORATION
COLLATERAL ACCOUNT
P/T TRISTATE CAPITAL BANK
444 CASTRO STREET #720
MOUNTAIN VIEW CA 94041

**Your Account Manager: Dominick Ruiz**
(408)726-4161
Strategic Wealth Advisors Group, LLC
3031 Tisch Way 110 Plaza West
San Jose, CA 95128

Go Paperless! View your statements and trade confirmations anytime with the click of a button. Going paperless is convenient, secure and environmentally friendly. To go paperless, click on the LPL AccountView link accessible through your financial advisor or institution website.

*Your Investment Advisor Firm:*
*STRATEGIC WEALTH ADVISORS GROUP, LLC*

# Investment Account Strategic Wealth Management II


Redacted 0597


**Investment Objective**
Growth

| *Value on* January 1, 2017 | *Value on* December 1, 2017 | *Value on* December 31, 2017 |
|---|---|---|
| $0.00 | $14,987,081.70 | $20,695,470.41 |
| | *since the last statement* | |

## Account Summary

| | 4th Quarter 10/01 - 12/31/2017 | Year to Date 01/01 - 12/31/2017 |
|---|---|---|
| Starting Value of Assets Held at LPL Financial | $9,731,749.81 | — |
| Contributions / Inflows | $12,244,254.80 | $23,102,528.52 |
| Distributions / Outflows | ($957,536.38) | ($2,551,753.32) |
| Increase / Decrease in Market Value[1] | ($324,982.78) | $143,059.36 |
| Dividends, Interest, Capital Gains | $9,475.20 | $17,679.49 |
| Fees / Expenses | ($7,490.24) | ($16,043.64) |
| **Total Ending Value (December 31, 2017)** | $20,695,470.41 | $20,695,470.41 |
| Total Change in Value of Assets Held at LPL Financial | $10,963,720.60 | $20,695,470.41 |

1 *Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

 **LPL Financial**
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC



Page 1 of 14

LPL-005784
EXH-299-001

## Gain/Loss Summary

| Realized | 4th Quarter (Realized) 10/01 - 12/31/2017 | Year to Date (Realized) 01/01 - 12/31/2017 | Unrealized | |
|---|---|---|---|---|
| Short Term | $95,813.91 | $82,733.00 | Unrealized Gain/Loss | $60,326.36 |
| Long Term | — | — | | |
| Unknown | — | — | | |

## Asset Allocation As of 12/31/2017

| | | | |
|---|---|---|---|
| 1. | Equities and Options | 85.39% | $17,672,589.28 |
| 2. | Cash and Cash Equivalents | 14.61% | $3,022,881.13 |
| 3. | Fixed Income | — | — |
| 4. | Mutual Funds, ETFs and Closed-End Funds | — | — |



Cash and Cash Equivalents 2

Equities and Options 1

**LPL Financial**  Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 2 of 14

LPL-005785
EXH-299-002

# Account Holdings

As of December 31, 2017

## Cash and Cash Equivalents

| Description | Interest / Dividend Paid in December | Interest / Dividend Rate[2] | Current Balance |
|---|---|---|---|
| Cash | | | $2,946,364.87 |
| Insured Cash Account [3] | | | |
| *Barclays Bank Delaware* | | | $76,503.63 |
| *Banc of California NA* | | | $1.35 |
| *Bremer Bank NA* | | | $1.35 |
| *Cadence Bank N.A.* | | | $1.35 |
| *Century Bank & Trust Company* | | | $1.35 |
| *First Tennessee Bank NA* | | | $1.35 |
| *Florida Community Bank NA* | | | $1.35 |
| *Mizuho Bank USA* | | | $1.35 |
| *Tristate Capital Bank* | | | $1.35 |
| *Compass Bank* | | | $1.11 |
| *Bank Hapoalim BM* | | | $0.55 |
| *Associated Bank NA* | | | $0.17 |
| Total Insured Cash Account | $16.26 | 0.100% | $76,516.26 |
| **Total Cash and Cash Equivalents** | | | **$3,022,881.13** |

## Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[4] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **AMD** ADVANCED MICRO DEVICES INC [c] | 266,500 $10.28 | 2,739,620.00 | 3,532,022.69 3,532,022.69 | (792,402.69) | — — |
| **AMZN** AMAZON.COM INC [c] | 4,100 $1,169.47 | 4,794,827.00 | 4,355,349.90 4,355,349.90 | 439,477.10 | — — |
| **BAC** BANK AMERICA CORP [c] | 111,800 $29.52 | 3,300,336.00 | 2,986,028.22 2,986,028.22 | 314,307.78 | *53,664* *1.63%* |
| **AVGO** BROADCOM LTD [c] | 3,800 $256.90 | 976,220.00 | 988,293.96 988,293.96 | (12,073.96) | *26,600* *2.72%* |

*Equities and Options continued on next page...*

2    *Bank Deposit Sweep interest is paid on daily balances at a blended rate reflecting the weighted average rate during the statement month. Money Market Sweep dividend is a 30-day yield.*
3    *Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.*
4    *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*
a    *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

 **LPL Financial**    Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 3 of 14

LPL-005786

EXH-299-003


## Account Holdings *Continued*

As of December 31, 2017

### Equities and Options *Continued*

| Security ID / Description | Quantity<br>Price ($) | Market Value ($) | Cost Basis ($)<br>Purchase Cost ($)[4] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a]<br>Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **4009452** CALL ADVANCED MICRO DEVI $15 EXP 01/19/18 AMD 180119 C 15.00 Underlying Issue Price: $10.2800 | (760)[5]<br>$0.01 | (760.00) | (152,382.64)<br>(152,382.64) | 151,622.64 | –<br>– |
| **4009538** CALL ADVANCED MICRO DEVI $13 EXP 04/20/18 AMD 180420 C 13.00 Underlying Issue Price: $10.2800 | (405)[5]<br>$0.33 | (13,365.00) | (73,303.28)<br>(73,303.28) | 59,938.28 | –<br>– |
| **4009562** CALL ADVANCED MICRO DEVI $15 EXP 04/20/18 AMD 180420 C 15.00 Underlying Issue Price: $10.2800 | (420)[5]<br>$0.15 | (6,300.00) | (74,758.27)<br>(74,758.27) | 68,458.27 | –<br>– |
| **4180462** CALL ADVANCED MICRO DEVI $14 EXP 01/19/18 AMD 180119 C 14.00 Underlying Issue Price: $10.2800 | (1,080)[5]<br>$0.02 | (2,160.00) | (208,038.31)<br>(208,038.31) | 205,878.31 | –<br>– |
| **4084380** CALL AMAZON COM INC $1020 EXP 06/15/18 AMZN 180615 C 1020.00 Underlying Issue Price: $1,169.4700 | (5)[5]<br>$184.50 | (92,250.00) | (44,124.03)<br>(44,124.03) | (48,125.97) | –<br>– |
| **4092022** CALL AMAZON COM INC $1200 EXP 01/18/19 AMZN 190118 C 1200.00 Underlying Issue Price: $1,169.4700 | (17)[5]<br>$127.78 | (217,226.00) | (191,685.56)<br>(191,685.56) | (25,540.44) | –<br>– |
| **4092383** CALL AMAZON COM INC $1240 EXP 06/15/18 AMZN 180615 C 1240.00 Underlying Issue Price: $1,169.4700 | (8)[5]<br>$56.00 | (44,800.00) | (63,462.53)<br>(63,462.53) | 18,662.53 | –<br>– |
| **4206499** CALL AMAZON COM INC $1000 EXP 01/19/18 AMZN 180119 C 1000.00 Underlying Issue Price: $1,169.4700 | (11)[5]<br>$171.97 | (189,167.00) | (60,828.67)<br>(60,828.67) | (128,338.33) | –<br>– |
| **4107192** CALL BANK AMER CORP $27 EXP 02/16/18 BAC 180216 C 27.00 Underlying Issue Price: $29.5200 | (420)[5]<br>$2.84 | (119,280.00) | (42,419.07)<br>(42,419.07) | (76,860.93) | –<br>– |
| **4107198** CALL BANK AMER CORP $31 EXP 08/17/18 BAC 180817 C 31.00 Underlying Issue Price: $29.5200 | (338)[5]<br>$1.63 | (55,094.00) | (58,810.64)<br>(58,810.64) | 3,716.64 | –<br>– |

***Equities and Options continued on next page...***

4 *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest*

a *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

5 *This security was sold short, and was borrowed on margin. The short position must be covered at a future date.*

# Account Holdings *Continued*

As of December 31, 2017

## Equities and Options *Continued*

| Security ID / Description | Quantity<br>Price ($) | Market Value ($) | Cost Basis ($)<br>Purchase Cost ($)[4] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a]<br>Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **4219476** CALL BANK AMER CORP $30 EXP 01/18/19 BAC 190118 C 30.00 Underlying Issue Price: $29.5200 | (360)[5]<br>$2.85 | (102,600.00) | (74,878.27)<br>(74,878.27) | (27,721.73) | –<br>– |
| **4764856** CALL BROADCOM LTD $270 EXP 06/15/18 AVGO 180615 C 270.00 Underlying Issue Price: $256.9000 | (38)[5]<br>$15.10 | (57,380.00) | (63,078.54)<br>(63,078.54) | 5,698.54 | –<br>– |
| **4041349** CALL NETFLIX INC $190 EXP 04/20/18 NFLX 180420 C 190.00 Underlying Issue Price: $191.9600 | (38)[5]<br>$16.37 | (62,206.00) | (63,348.53)<br>(63,348.53) | 1,142.53 | –<br>– |
| **4041364** CALL NETFLIX INC $200 EXP 04/20/18 NFLX 180420 C 200.00 Underlying Issue Price: $191.9600 | (29)[5]<br>$11.55 | (33,495.00) | (47,790.89)<br>(47,790.89) | 14,295.89 | –<br>– |
| **4839514** CALL SQUARE INC CL A $50 EXP 06/15/18 SQ 180615 C 50.00 Underlying Issue Price: $34.6700 | (219)[5]<br>$0.85 | (18,615.00) | (113,877.36)<br>(113,877.36) | 95,262.36 | –<br>– |
| **4046810** CALL TESLA MOTORS INC $330 EXP 01/19/18 TSLA 180119 C 330.00 Underlying Issue Price: $311.3500 | (16)[5]<br>$4.65 | (7,440.00) | (46,382.98)<br>(46,382.98) | 38,942.98 | –<br>– |
| **4047716** CALL TESLA MOTORS INC $360 EXP 01/19/18 TSLA 180119 C 360.00 Underlying Issue Price: $311.3500 | (32)[5]<br>$0.88 | (2,816.00) | (71,532.43)<br>(71,532.43) | 68,716.43 | –<br>– |
| **4047805** CALL TESLA MOTORS INC $390 EXP 01/19/18 TSLA 180119 C 390.00 Underlying Issue Price: $311.3500 | (20)[5]<br>$0.21 | (420.00) | (66,936.52)<br>(66,936.52) | 66,516.52 | –<br>– |
| **4090325** CALL TESLA MOTORS INC $340 EXP 06/15/18 TSLA 180615 C 340.00 Underlying Issue Price: $311.3500 | (44)[5]<br>$22.35 | (98,340.00) | (136,836.83)<br>(136,836.83) | 38,496.83 | –<br>– |
| **4011636** CALL TWITTER INC $22 EXP 06/15/18 TWTR 180615 C 22.00 Underlying Issue Price: $24.0100 | (240)[5]<br>$4.07 | (97,680.00) | (50,398.83)<br>(50,398.83) | (47,281.17) | –<br>– |
| **NFLX** NETFLIX INC [C] | 6,718<br>$191.96 | 1,289,587.28 | 1,234,780.08<br>1,234,780.08 | 54,807.20 | –<br>– |

***Equities and Options continued on next page...***

4 *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*
a *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*
5 *This security was sold short, and was borrowed on margin. The short position must be covered at a future date.*

## Account Holdings *Continued*

As of December 31, 2017

### Equities and Options *Continued*

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[6] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **SQ** SQUARE INC CL A [C] | 49,900 $34.67 | 1,730,033.00 | 2,000,530.24 2,000,530.24 | (270,497.24) | — — |
| **TSLA** TESLA INC [C] | 11,200 $311.35 | 3,487,120.00 | 3,730,501.16 3,730,501.16 | (243,381.16) | — — |
| **TWTR** TWITTER INC [C] | 24,000 $24.01 | 576,240.00 | 489,630.85 489,630.85 | 86,609.15 | — — |
| **Total of Equities and Options** | | **17,672,589.28** | **17,612,262.92** **17,612,262.92** | **60,326.36** | **80,264** |

**C** Dividends and/or capital gains distributed by this security will be distributed as cash

| **Total Account Holdings** | Market Value ($) | Cost Basis ($) Purchase Cost ($)[6] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] |
|---|---|---|---|---|
| | **20,695,470.41** | **20,635,144.05** **20,635,144.05** | **60,326.36** | **80,264** |

## Activity Summary

| | Since last statement 12/01 - 12/31/2017 | 4th Quarter 10/01 - 12/31/2017 | Year to Date 01/01 - 12/31/2017 |
|---|---|---|---|
| Securities Purchased | ($2,990,776.89) | ($9,476,004.59) | ($19,722,705.02) |
| Securities Sold | $258,726.01 | $827,786.83 | $2,193,175.10 |
| Contributions / Inflows | $6,000,000.00 | $12,244,254.80 | $23,102,528.52 |
| Distributions / Outflows | ($298,636.38) | ($957,536.38) | ($2,551,753.32) |
| Dividends, Interest, & Capital Gains | $9,381.13 | $9,475.20 | $17,679.49 |
| Fees / Expenses[7] | — | ($7,490.24) | ($16,043.64) |

4   Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a   Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.
6   Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.
7   Fees and expenses include account, custodial and advisory fees assessed during the statement period.

 **LPL Financial**   Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091    Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC    Page 6 of 14

LPL-005789

EXH-299-006


## Account Activity

December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|
| 12/04/2017 | Sweep (Withdrawal)⁸ | INSURED CASH ACCOUNT | — — | ($40,000.00) |
| 12/04/2017 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010014870 HEADSPIN INC | — — | ($40,000.00) |
| 12/18/2017 | Expired | CALL TESLA MOTORS INC $360  EXP 12/15/17 TSLA 171215 C 360.00 AS OF 12/15/17 | — 29 | — |
| 12/22/2017 | Sale | CALL TESLA MOTORS INC $340  EXP 06/15/18 TSLA 180615 C 340.00 | $31.10 (44) | $136,836.83 |
| 12/26/2017 | Sweep (Deposit)⁸ | INSURED CASH ACCOUNT | — — | $136,836.83 |
| 12/26/2017 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010021028 HEADSPIN INC | — — | ($136,836.38) |
| 12/26/2017 | Journal | FR A/C 76843871 | — — | $3,000,000.00 |
| 12/27/2017 | Purchase | BANK AMERICA CORP BAC | $29.6472 33,700 | ($999,111.65) |
| 12/27/2017 | Purchase | BANK AMERICA CORP BAC | $29.645 100 | ($2,964.50) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $260.1499 2,365 | ($615,254.51) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $259.91 200 | ($51,982.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $259.98 180 | ($46,796.40) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $260.06 130 | ($33,807.80) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $259.97 125 | ($32,496.25) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $259.83 100 | ($25,983.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | $259.84 100 | ($25,984.00) |

*Account Activity continued on next page...*

⁸ *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

 **LPL Financial**
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-005790

EXH-299-007



## Account Activity *Continued*
December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | | Price($) Quantity | Amount |
|---|---|---|---|---|---|
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $259.85 100 | ($25,985.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $259.90 100 | ($25,990.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $259.99 100 | ($25,999.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $260.02 100 | ($26,002.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $260.05 100 | ($26,005.00) |
| 12/27/2017 | Purchase | BROADCOM LTD AVGO | | $260.09 100 | ($26,009.00) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.73 7,500 | ($267,975.00) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.72 6,946 | ($248,111.12) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.71 4,300 | ($153,553.00) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.75 3,660 | ($130,845.00) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.74 2,701 | ($96,533.74) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.76 1,888 | ($67,514.88) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.69 796 | ($28,409.24) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.70 109 | ($3,891.30) |
| 12/27/2017 | Purchase | SQUARE INC CL A SQ | | $35.735 100 | ($3,573.50) |
| 12/27/2017 | Sale | CALL BANK AMER CORP $31 C 31.00 | EXP 08/17/18 BAC 180817 | $1.74 (338) | $58,810.64 |

*Account Activity continued on next page...*

 **LPL Financial** Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091 — Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC — Page 8 of 14

LPL-005791

EXH-299-008



## Account Activity *Continued*

December 1 - December 31, 2017 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| 12/27/2017 | Sweep (Deposit)[8] | INSURED CASH ACCOUNT | — — | $2,863,163.62 |
| 12/28/2017 | Sale | CALL BROADCOM LTD $270    EXP 06/15/18 AVGO 180615 C 270.00 | $16.60 (38) | $63,078.54 |
| 12/28/2017 | Sweep (Withdrawal)[8] | INSURED CASH ACCOUNT | — — | ($652,132.39) |
| 12/28/2017 | Sweep (Shares Purchased)[8] | JPMORGAN U S GOVERNMENT | — — | $593,332.39 |
| 12/28/2017 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010008555 HEADSPIN INC | — — | ($58,800.00) |
| 12/29/2017 | Cash Dividend | BANK AMERICA CORP 122917    78,000 BAC | — — | $9,360.00 |
| 12/29/2017 | Interest | INSURED CASH ACCOUNT 122917    76,516 | — — | $16.26 |
| 12/29/2017 | Sweep (Interest Deposit)[8] | INSURED CASH ACCOUNT | — — | $16.26 |
| 12/29/2017 | Sweep (Withdrawal)[8] | INSURED CASH ACCOUNT | — — | ($2,275,555.32) |
| 12/29/2017 | Cash Dividend | JPMORGAN U S GOVERNMENT MONEY MARKET FUND SERVICE SHARES | — — | $4.87 |
| 12/29/2017 | Sweep (Shares Redeemed)[8] | JPMORGAN U S GOVERNMENT | — — | ($593,332.39) |
| 12/29/2017 | ACH Funds | ACH DIRECT DEPOSIT TRACE # 021000010011036 HEADSPIN INC | — — | ($63,000.00) |
| 12/29/2017 | Journal | FR A/C 76843871 | — — | $3,000,000.00 |

---

[8]    *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

**LPL Financial**    Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-005792

EXH-299-009



## Realized Gain/Loss Year-to-date

January 1 - December 31, 2017

| Security/Description | Quantity<br>Cost Basis ($) | Proceeds ($) | Short-Term<br>Gain / Loss ($) | Long-Term<br>Gain / Loss ($) |
|---|---|---|---|---|
| **4082669** C TSLA 121517 360 | 29<br>N/A | 95,813.91 | 95,813.91 | — |
| **REGN** REGENERON PHARMACEUTICALS INC | (800)<br>405,567.92 | 392,487.01 | (13,080.91) | — |
| **Total** | | 488,300.92 | 82,733.00 | — |

**LPL Financial** Securities Offered Through LPL Financial Member FINRA/SIPC 4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 10 of 14

LPL-005793

EXH-299-010



# Messages From LPL Financial

## TRUSTED CONTACT PERSON (TCP)

We are including this important message to ask you to provide us with contact information for a trusted contact person. The trusted contact person is intended to be a resource for LPL in administering your accounts, protecting your assets, and responding to possible financial exploitation. By providing this information, you give permission to LPL Financial LLC and its associated persons, including your financial advisor (collectively referred to as "LPL"), to use their discretion to contact the trusted contact person and disclose information about you and your account(s) in order to:

- o    address concerns that you might be a victim of financial exploitation which could include fraud, coercion, or unauthorized transactions,
- o    address a temporary hold on a disbursement of funds or securities pertaining to possible financial exploitation or other concerns,
- o    confirm your current contact information,
- o    confirm and address your whereabouts and health status, and/or
- o    confirm the identity of any legal guardian, executor, trustee, holder of a power of attorney, or other person who may be acting on your behalf (such as an attorney or accountant).

Note: Your trusted contact person must be age 18 or older. LPL suggests that the trusted contact person not be someone who is already authorized to transact business on the account, or who is already otherwise able to receive information about the account, such as a joint account holder. This form does not authorize the trusted contact or other persons to conduct transactions in your account.

Name
Address (street, city, state, zip code)
Telephone - Home, Business, Cell Phone
Email Address
Relationship to Account Holder (Spouse, Relative, Friend, Professional Relationship, Other)

This trusted contact person information supersedes any previous trusted contact person information you may have provided for this account.

Acknowledgment
I authorize LPL to contact my trusted contact person listed above. I understand that providing this information is optional and I may withdraw it at any time.

Account holder signature
Account holder name
Date

Please fax the completed form to (858) 202-8325 or mail to LPL Financial, New Accounts, PO Box 509027, San Diego, CA 92150.

## PAPERLESS STATEMENTS

Go paperless and view your monthly statements and trade confirmations online. Monthly statements are available online within three business days, and trade confirmations are available the next business day after the trade is executed. To go paperless, click on the LPL Account View link accessible through your financial advisor or institution website. Paperless statements are convenient, secure, fast and environmentally friendly. Enjoy the many benefits of free paperless statements and sign up today.

## ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY)

EAI is calculated by taking the indicated annualized dividend and multiplying by the number of shares owned. EY is calculated by taking the EAI and dividing by the aggregate value of the shares owned. If no dividend information is available, no EAI or EY numbers will be generated. EAI and EY for certain types of securities could include a return of principal or capital gains in which case the EAI and EY would be overstated. EAI and EY are estimates and the actual income and yield might be lower or higher than the estimated amounts. Additionally the actual dividend or yield may vary depending on the security issuer's approval of paying the dividends. EY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

## NON-TRANSFERABLE SECURITIES THAT ARE WORTHLESS

As part of our continuing effort to provide exceptional service, please be advised that LPL Financial will remove any non-transferable securities that are worthless from customer accounts. Your account may or may not be affected. Should you have any questions or concerns, please contact your financial advisor.



LPL Financial
Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

LPL-005794

EXH-299-011


# Messages From LPL Financial *(continued)*

**SETTLEMENT FEE**

LPL passes through certain regulatory fees incurred by LPL as a result of executing the transaction on your behalf. This includes fees charged under Section 31 of the Securities Exchange Act for sell transactions in equities and options.

**CHANGES TO POLICY FOR BENEFICIARY ACCOUNTS**

LPL recently updated its policies and procedures relating to distributions upon an account holder's death. Beginning November 6, 2017, beneficiaries will be required to open an account to receive any securities or cash from the deceased client's account. LPL generally will divide all securities and cash proportionately among the designated beneficiaries based on the allocations indicated by the account holder. However, the new policy and procedures address specific situations, such as the treatment of securities remaining after the proportionate division of assets. You may visit lpl.com to learn more.

**MSRB INFORMATION**

LPL Financial LLC is registered with the Municipal Securities Rulemaking Board (MSRB) and the U.S. Securities and Exchange Commission. The website address of MSRB is www.msrb.org. An investor brochure that describes the protections that may be provided by MSRB's rules and how to file a complaint with an appropriate regulatory authority can be found at MSRB's website, at http://msrb.org/~/media/Files/Resources/MSRB-Investor-Brochure.ashx?la=en.

**FINRA BROKERCHECK INFORMATION**

The Financial Industry Regulatory Authority (FINRA) requires that we provide the following information concerning its BrokerCheck program. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA. The FINRA BrokerCheck hotline number is (800) 289-9999. The FINRA website address is www.finra.org. Any complaints regarding the handling of your account may be directed to your financial advisor and/or to LPL Financial at 800-558-7567.

**ICA INFORMATION**

The Insured Cash Account (ICA) is a bank deposit sweep program with an extra level of protection. Your balances in the ICA program are allocated to each depository institution on the ICA Priority Bank List in increments of $246,500 for individual and trust accounts and $493,000 for joint accounts. As always, you should review your cash positions with various depository institutions to determine whether your cash is within the FDIC insurance coverage limits. For more information about FDIC insurance limits, please contact your financial advisor or go to http://www.fdic.gov/deposit/deposits/changes.html.

Please be advised that during a given month, the ICA Priority Bank List for the ICA program may have some important additions and/or deletions to the participating banks or the changes to the sequences of participating banks in the ICA program. Please consult your financial advisor or our website periodically throughout the month for recent updates and information regarding how these changes may impact your assigned ICA Priority Bank List rotation. The interest rates paid on ICA program accounts are based on the prevailing interest rate environment and typically change with changes in current interest rates. The most current ICA Priority Bank List, interest rates, and other information on the ICA are available at http://lplfinancial.lpl.com/disclosures/insured-cash-account.html.

**DECEMBER DIVIDENDS FOR CERTAIN MUTUAL FUNDS**

This statement may not reflect all dividends applied to late December 2017 on certain mutual fund shares that may be held in your account. These dividends will be shown on your next month's statement. For tax purposes, these dividends will be reported on your annual 1099-DIV statement as income earned during 2017. You will not receive a 1099-DIV statement for any dividends paid to a retirement account; as such income is tax-deferred.

 **LPL Financial**   Securities Offered Through LPL Financial   Member FINRA/SIPC   4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC

Page 12 of 14

LPL-005795

EXH-299-012



# Messages From LPL Financial *(continued)*

### IMPORTANT TAX REMINDER: IRS 1099 MAILING SCHEDULE

Effective since 2009, Section 6045(b) of the Internal Revenue Code extended the due date to furnish 1099 Consolidated Reporting statements to customers from January 31 to February 15.

LPL Financial plans to begin mailing consolidated 1099s on January 31, on a staggered mailing schedule. In order to minimize corrected forms, holders of securities that do not send final tax distribution information until February (mutual funds, REITs, CMO/REMICs, UITs and certain foreign securities) will have their consolidated forms mailed on February 15, March 1st, or March 15th 2018.

As it is common for investment companies to amend tax information, LPL Financial will request a supplemental mailing extension in the event investment companies do not furnish tax information in time for its own February 15 mailing deadline. Holders of securities impacted by delayed tax information will have their consolidated 1099 form mailed March 15, 2018.

Ask your Advisor about LPL Financials new service offering a preliminary copy of your consolidated 1099 Tax form that will be available in AccountView on February 15 for holders that will not receive a final Consolidated 1099 Tax Statement until March 1 or March 15. This is an advanced draft copy of the 1099 consolidated tax form and will not be mailed or available on Turbo Tax. All pages of the document are informational only and may be used to assist with tax preparation

### YEAR-END ACCOUNT STATEMENTS/MULTIPLEFORM 1099s

This statement reflects only business conducted with your financial advisor during the time LPL Financial acted as broker-dealer. If you transferred an account to LPL Financial from another broker-dealer during 2017, your previous firm(s) should send you one or more Form 1099s summarizing any reportable account activity that took place before your account was transferred to LPL Financial. If your account was converted from Pershing or a different clearing firm during 2017, you may also receive one or more Form 1099s from those clearing firms. Please be sure to include all Form 1099s when completing your tax returns.

### NOTICE OF AMENDMENT TO YOUR ACCOUNT AGREEMENT

Effective February 15, 2018, your account agreement will be amended to allow LPL, its sole discretion, to advocate administratively or judicially on your behalf where LPL suspects exploitation of any kind, dementia and/or undue influence. In addition, LPL will have, at its sole discretion, the authority to pause or refuse to obey any instructions or orders for, including but not limited to, transactions, disbursements, or account transfers. To the extent that substantially similar language exists in your agreement, this language will supersede and replace the existing language.

 **LPL Financial**    Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091    Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLC    Page 13 of 14

# Disclosures and Other Information

**ACCOUNT PROTECTION** LPL Financial is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account up to $500,000, of which $250,000 may be claims for cash, in the unlikely event that LPL fails financially. SIPC protection limits apply to all accounts that you hold in a particular capacity. For example, if you hold two accounts at LPL as a sole account holder and third as a joint account holder, the two individual accounts are protected under SIPC up to a combined limit of $500,000, and the joint account is protected under SIPC separately up to $500,000. LPL Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) are not protected by SIPC. More information on SIPC, including obtaining an explanatory SIPC Brochure, may be obtained by calling SIPC directly or (202) 371-8300 or by visiting www.sipc.org. The account protection applies when an SIPC member firm fails financially and is unable to meet its obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.

**ADJUSTED COST** The cost basis of securities sold, matured, redeemed or exercised is adjusted for return of principal, original issue discount, accrual and partnership distributions for CMO, CDO, REMIC, and MLP transactions. Eligible securities on the Realized Gains and Losses Statement have not been adjusted for bond amortization, return of capital, liquidating distributions, wash sales or similar items. N/A displays when the information is incomplete or missing and is treated as zero when calculating totals.

**ADJUSTMENTS TO OPTION CONTRACTS** As a general rule, corporate actions can result in an adjustment in the number of shares underlying an options contract or the exercise price, or both. Please review any adjustment to an option position. Contact your financial advisor for further information with respect to option contract adjustment or visit the OCC website at http://www.optionsclearing.com/webapps/infomemos.

**AGENCY** If LPL Financial acts as your agent, or as agent for both you and another person in a transaction, the transaction details, including the identity of the seller or buyer and the source and amount of any fees or payments will be supplied upon written request.

**ASSET-BACKED SECURITIES** The actual yield from transactions in asset-backed securities (e.g., CMO, FNMA, FHLMC OR GMNA transactions) may vary according to the rate at which the underlying assets or receivables are repaid. Information about yield factors is available from your financial advisor on request.

**CALLED SECURITIES** In the event of a partial call of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the bulk holdings. A detailed description of the random selection procedure is available upon request.

**CHANGE OF ADDRESS** Please notify your financial advisor/representative or LPL Financial promptly in writing of any change of address.

**COST BASIS** Transactions are automatically paired against holdings on a "First-In/First-Out" basis (unless manually adjusted) Designating liquidations as "versus purchase" on a trade will cause the trade confirmation or other closed tax lot notification to reflect the selected closed tax lots. For assets not purchased in the LPL account, you or the previous broker/dealer upon transfer may have provided the Date Acquired and Purchase Cost of the position. If no such data was submitted, N/A is listed as the Purchase Cost, and is treated as zero when calculating Gain or Loss totals. Since the cost basis on certain securities may have been provided by another source, the cost basis information on your statement may not reflect accurate data or correspond to data on your trade confirmations. This information should not be relied upon for tax reporting purposes. Please refer to your tax reporting statement, if applicable. For accounts electing average cost, the total cost may be computed using a combination of averaged and non-averaged unit prices for eligible securities.

**DISCREPANCIES** Please notify your financial advisor and LPL Financial immediately of any discrepancies on your statement. If your financial advisor is affiliated with another broker/dealer, you must notify them as well. Please contact your financial advisor for the broker/dealer's contact information. Your financial advisor's address and telephone number can be found on the bottom of each page of this statement. LPL Financial's telephone number is (800) 558-7567 and address can be found on the first page of this statement. Additionally, any verbal communications should be re-confirmed in writing to each of the above parties to further protect your rights, including rights under Securities Investor Protection Act (SIPA).

**FREE CREDIT BALANCES** LPL Financial may use your free credit balances subject to the limitations of 17 CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us, upon demand in the course of normal business, the delivery of any free credit balances to which you are entitled, any fully paid securities to which you are entitled, and any securities purchased on margin upon full payment of any indebtedness to LPL Financial.

**INVESTMENT RISK** LPL Financial is not a bank, savings and loan, or credit union. Securities and insurance offered through LPL and its affiliates are not FDIC, NCUA or government insured, not endorsed or guaranteed by LPL, its affiliates or any other financial institution, are not a deposit, and involve investment risk including possible loss of principal.

**INVESTMENTS HELD OUTSIDE LPL FINANCIAL** Information on investments Held Outside LPL is provided for informational purposes only. Values for investments not held in your LPL account are based on the market value or priced securities at the end of the statement period. Values for annuities reflect a pricing date approximately three business days prior to the statement date. Values for alternative investments such as Managed Futures and REITs (Real Estate Investment Trusts) reflect a pricing date three to five business days prior to the statement date, depending on the availability of the data. The account registration for investments held outside LPL may not be the same as the registration for the LPL account with which it is affiliated. For example, an outside investment with a joint registration may be reflected on an LPL account with an individual registration.

**LPL INSURED BANK DEPOSIT SWEEP PROGRAMS** Cash in the Insured Cash Account (ICA) and LPL Deposit Cash Account (DCA) programs is protected by the Federal Deposit Insurance Corporation (FDIC). LPL Financial allocates your money to the ICA program to banks in the order of the Priority Bank List and to the DCA program to any bank on the Available Bank list in increments up to the programs disclosed amounts until your balance in each of the ICA and DCA programs is allocated to the program max. All banks are FDIC members. FDIC coverage is $250,000 per depositor per bank ($500,000 for joint account

holders). More information on FDIC insurance is available on request, or by visiting the FDIC website at www.fdic.gov. LPL Financial is not a bank. Unless otherwise disclosed, securities and other investments obtained through LPL Financial ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

**MARGIN ACCOUNT** If you use margin, this statement combines information about your investment account(s) and a special miscellaneous account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System The permanent record of the separate account required by Regulation T is available for your inspection upon request.

**MONEY MARKET FUNDS** Money market fund transactions, if any, are displayed chronologically The 30-day yield for the fund is also reflected as of the statement date.

**MUNICIPAL MATERIAL DISCLOSURE** Copies of any material disclosures for municipal bonds are available at www.emma.msrb.org. To obtain specific municipal bond information, enter the nine-digit CUSIP number in the search field within the EMMA web site. If you do not have access to the internet or would prefer a physical copy of the material disclosure, please contact your financial advisor. Additional municipal bond information that may be available on www.emma.msrb.org includes, but is not limited to advance refunding documents, continuing disclosures, including annual financial statements and notices of material events, real-time and historical trade data, daily market statistics and education material.

**N/A OR "-" DATA** Information that displays as N/A or "-" is unavailable, missing, or incomplete and is treated as zero when calculating account totals, market values and performance.

**OPTION CLIENTS** Information on commissions and other charges incurred in connection with the execution of options transactions has been included in the confirmations of these transactions furnished to you. A summary of this information will be made available upon request. In accordance with the Option Agreement and Approval form you signed, you must promptly advise the firm of any material change in your investment objectives or financial situation.

**ORDER ROUTING** Quarterly Order Routing information for equities and options can be found on LPL.com>Disclosure>SEC Disclosure. This information is also available upon request.

**PAYMENT FOR ORDER FLOW** LPL Financial acts as your agent and does not receive any compensation in the form of payment for order flow.

**PRICING** Securities prices shown on this statement may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. We receive prices from various services, which are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt instruments including, but not limited to, bills, notes, bonds, banker's acceptances, certificates of deposit, or commercial paper, estimated prices may be generated by a matrix system or market driven pricing model, taking various factors into consideration. These prices may not be the actual price you would receive if you sold before the maturity of a certificate of deposit. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, their values have not been included in the Portfolio Summary information at the beginning of this statement.

**PRINCIPAL** If your broker-dealer is acting as principal in a transaction, your broker-dealer has sold to or bought from you the security, and may have received a profit from the transaction.

**PURCHASE COST** Original cost including fees, commissions and less accrued interest of the quantity sold or redeemed. For transferred securities, this could be the purchase amount you or the former institution provided to us. Purchase Cost may be adjusted to reflect corporate actions, such as stock splits, mergers, spinoffs, or other events. N/A is displayed when the information is incomplete or missing and is treated as zero when calculating totals. *Transferred securities may not be included in Purchase Cost.

**REGULATION** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market-and its clearing house, if any-where the transactions are executed, and of the Financial Industrial Regulation Authority (FINRA).

**REINVESTMENT** The dollar amount of mutual fund distributions, money market fund income, or dividends on other securities on your statement may have been reinvested in additional shares. You will not receive confirmations for those reinvestment transactions. However, you may request information on these transactions by writing to LPL Financial. LPL will also, if requested, furnish you with the time of execution and the name of the person from who your security was purchased.

**REVENUE SHARING** LPL may have a fee arrangement with the investment advisor or distributor ("sponsor") of the mutual fund you have purchased, called revenue-sharing. In such case, the sponsor pays LPL a fee based on the amount of your purchase, and LPL provides marketing support to the sponsor and allows the sponsor to access your financial advisor so that the sponsor can promote such mutual funds. This arrangement gives LPL a financial incentive to have LPL clients invest in participating mutual funds instead of funds whose sponsors do not make such payments to LPL. Although your financial advisor does not share in this compensation, this conflict of interest affects the ability of LPL to provide you with unbiased, objective investment advice concerning the selection of mutual funds for your account. This could mean that other mutual funds, whose sponsors do not make revenue sharing payments, may be more appropriate for your account than the mutual funds whose sponsors make revenue sharing payments to LPL. For a complete list of the participating sponsors, and the range of fee payments, please visit http://lplfinancial.lpl.com/disclosure/legal_disclosures.htm.

**STATEMENT OF FINANCIAL CONDITION** LPL Financial's financial statement is available for inspection at our office We will mail a copy to you upon written request.

**SWEEP OPTION** Your account may provide for a daily sweep in an insured bank deposit sweep program (either LPL Insured Cash Account—ICA—or LPL Deposit Cash Account—DCA) or a money market mutual fund. The balance in the ICA, DCA or money market mutual fund sweep may be liquidated on the customer's order and the proceeds returned to the securities account or remitted to the customer. If you have any questions about your sweep option, including rates of the depository institutions currently participating in the sweep option, or you would like to change your sweep option, please contact your financial advisor.

**TRADING AWAY POLICY** Additional information regarding trading practices of equity portfolio managers on Manager Select and Manager Access Select is available on lpl.com (see "Third-Party Portfolio Manager Trading Practices" on the "Disclosures" page).

LPL FINANCIAL LLC is an affiliate of LPL Financial Holdings Inc.

81LPLNON - REV 07/17



Securities Offered Through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Advisory Services Offered Through
STRATEGIC WEALTH ADVISORS GROUP, LLP

Page 14 of 14

LPL-005797

EXH-299-014

Exhibit U

October 19, 2020

## Background for the Recapitalization of Headspin, Inc.

The Board of Directors of Headspin, Inc. (the "**Company**") is recommending a recapitalization of the outstanding equity interests in the Company (the "**Recapitalization**") to adjust for what now appear to have been overstated financial metrics of the Company at the times of its Series B Preferred financing in September and October 2018 and its Series C Preferred financing in November 2019 through March 2020.

On March 14, 2020, a senior executive of the Company, Stefanos Loukakos, brought information to the attention of the two non-employee members of the Board, Nikesh Arora and Karim Faris, concerning potentially irregular transactions and accounting entries at the Company. The principal concerns that were brought to their attention related to overstated reporting of annual recurring revenue ("**ARR**"), direct revenue, customers and the number of devices in the Company's device cloud. On advice of outside legal counsel, a Special Committee of the Board (the "**Committee**") consisting of Mr. Arora and Mr. Faris was formed to investigate these matters and determine what actions, if any, should be taken by the Company. Mr. Loukakos has since left the Company on good terms pursuant to a mutual agreement with the Company. The Committee thanks him for bringing these concerns to their attention.

### Initial Investigation by Guidepost

On March 20, 2020, at the direction of Mr. Faris and Mr. Arora, outside legal counsel to the Company engaged Guidepost Solutions, an independent investigation firm ("**Guidepost**"), working together with Hemming Morse, a forensic accounting firm, to investigate the concerns raised by Mr. Loukakos.

After receiving reports on April 24, 2020 and May 12, 2020 from Guidepost on its investigation, the Committee concluded that the Company had overstated direct revenue during 2019 primarily because the Company included unbilled receivables in its revenue where the Company could not bill the customers because it did not have contracts with the customers. Moreover, because the Company did not have a policy or process for writing down aged receivables, it carried a material amount of revenue that was substantially aged and unlikely to be collectible. The Committee also concluded that the Company had overstated channel revenue by reporting as revenue the amount that the channel partner billed the end customer and not the much lower amount that the channel partner remitted to the Company, reporting the difference as commission expense. Similarly, there was an overstatement of ARR primarily because the Company used a calculation that included channel pipeline--where the Company reported as its ARR the gross amounts that the Company estimated would be received by its channel partners from end users of the Company's services, rather than the much lower amounts that the channel partners would remit to the Company. The Committee then immediately restricted the role and responsibilities of the Company's then-serving Chief Executive Officer, Manish Lachwani.

In addition, the Committee learned that Company management had invested a substantial portion of the cash it had raised from investors in high risk investments, including equities and covered call options. Although these investments produced some significant gains, they also produced losses and were highly volatile. Upon learning this, the Committee took steps to ensure that the Company's cash was promptly moved to more conservative investments. There was no indication that any of the Company's funds had been misappropriated.

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                    HS00032026

The Committee then held multiple meetings with the Company's major investors at which the Committee informed the investors of its findings and introduced them to Rajeev Butani, the then Chief Sales Officer of the Company, who presented his plan for the Company. With a consensus of those investors, the Committee appointed Mr. Butani as Chief Executive Officer of the Company, replacing Mr. Lachwani as CEO effective May 22, 2020. Mr. Butani had joined the Company in February 2020 after nearly 27 years in management positions at Accenture, where he most recently served as Group Technology Officer for Communications, Media and Technology. The Committee asked Mr. Butani to rapidly determine the actual revenues and ARR, to assess customer demand for the Company's products and the health of the business, and to prepare a preliminary business plan for the Company going forward.

### Recast of Financial Statements by KPMG

On May 26, 2020, Mr. Butani engaged KPMG to review and recast the Company's unaudited financial statements for 2018 and 2019 and the first two quarters of 2020. On July 10, 2020, KPMG delivered a report summarizing the recast financial statements of the Company. KPMG did not perform an audit of the financial statements, and, as disclosed in connection with the Company's prior financings, the financial results of the Company have never been audited. KPMG merely recast the revenue and costs of revenue based on certain assumptions specified in its report and did not examine other accounts, such as operating expenses and tax expense, accounts payable, accrued expenses, fixed assets, other assets, investments, equity accounts, stock compensation, and deferred tax assets and liabilities, which were not within the scope of its review. Based on its analysis, KPMG determined that the cumulative revenues of the Company from inception through the first half of 2020 totaled approximately $26.3 million compared to the $95.3 million originally reported by the Company. The Company's originally reported revenues and net income and its revenues and net income as recast by KPMG from inception through the first half of 2020 were as follows:

| REVENUE | 2015-2017 | FY 2018 | FY 2019 | 1H 2020 | TOTAL |
|---|---|---|---|---|---|
| Original | $ 21,430,187 | $ 27,482,124 | $ 44,420,251 | $ 1,983,636 | $ 95,316,198 |
| Recast | $ 4,948,438 | $ 6,132,672 | $ 10,129,144 | $ 5,094,785 | $ 26,305,039 |
| Difference | $ 16,481,749 | $ 21,349,452 | $ 34,291,107 | $ (3,111,149) | $ 69,011,159 |

| NET INCOME | 2015-2017 | FY 2018 | FY 2019 | 1H 2020 | TOTAL |
|---|---|---|---|---|---|
| Original | $ 2,976,694 | $ (1,192,723) | $ 2,546,545 | $ (641,047) | $ 3,689,469 |
| Recast | $ (9,425,013) | $ (4,169,010) | $ (4,371,574) | $ 2,021,496 | $ (15,944,101) |
| Difference | $ 12,401,707 | $ 2,976,287 | $ 6,918,119 | $ (2,662,543) | $ 19,633,570 |

*Note that Net Income results in the third quarter of 2019 and the first quarter of 2020 were benefited by extraordinary investment gains of approximately $2.1 million and $8.6 million in those quarters, respectively.*

Following KPMG's confirmation that the revenues and net income of the Company were significantly overstated during 2018 and 2019, the Committee asked Mr. Lachwani to step down from the Board, which he did in July 2020, and he further agreed to relinquish his right to elect a Board member going forward. Mr. Lachwani was formally terminated as an employee in August 2020, and he no longer has any employment, Board or other role with the Company other than as a stockholder.

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                HS00032027

### Supplemental Investigation by Guidepost

The Committee also asked Guidepost to conduct a supplemental review of the Company's invoices to determine whether there were any irregular financial transactions. Guidepost presented the results of its supplemental investigation to the Committee on August 11, 2020.

In three instances, the Committee determined that invoices submitted by, or journal entry accruals made for payables to, three different vendors to the Company were for services that were not documented or not performed, or they were for amounts in excess of services actually performed. After investigating these matters, the Company recovered from two of those vendors a total of $321,000 in cash. In addition, the Company is in the process of recovering an additional $100,000 from the third vendor and is investigating whether payments of an additional $750,000 to that vendor were for services actually rendered and may be recovered. In the course of this review, the Company eliminated an additional $750,000 of accrued payables to that vendor that were erroneously recorded.

### Investigations by Securities and Exchange Commission and Department of Justice

On August 7, 2020, the Securities and Exchange Commission ("**SEC**") issued a notice to the Company that the SEC is conducting an investigation to determine whether violations of the federal securities laws have occurred with respect to the Company and requested production of a list of categories of documents, and the U.S. Department of Justice ("**DoJ**") notified the Company that it was conducting a parallel investigation and requested a similar list of documents. The Company is cooperating fully with the SEC and DoJ investigations. Members of the Company's outside legal counsel in these investigations, Fenwick & West LLP ("**Fenwick**"), have met with representatives of the SEC and DoJ and have provided them an initial set of requested documents and are in the process of producing additional requested documents. The Company has budgeted for the legal expenses of these investigations but cannot predict the duration of the investigations or their outcome.

### History of the Company's Financings

Headspin was formed by Manish Lachwani and Brien Colwell on July 20, 2015. To date, the Company has raised approximately $117 million from investors as follows:

- _Series A Preferred_: Approximately $11 million were raised in a Series A Preferred Stock financing at a pre-money valuation of $18.7 million, or $1.78 per share, in August and September 2015;

- _Convertible Notes_: Approximately $24.7 million were raised in a series of issuances from April 2017 through May 2018 of convertible promissory notes that were convertible into a future Series B Preferred Stock financing at different discounts based on "pre-money valuation caps" of $200 million, $400 million or approximately $450 million, depending on the timing of the investments in the notes;

- _Series B Preferred_: Approximately $20 million of additional funds were raised in the Series B Preferred Stock financing at a pre-money valuation of $500 million, at the full price of $26.5296 per share, in September and October 2018, and the convertible promissory notes were then converted to Series B Preferred Stock at their respective discounts to that price; and

3

HS00032028

• Series C Preferred: Approximately $60 million were raised in a Series C Preferred Stock financing at a pre-money valuation of $1.1 billion, or $48.6834 per share, from November 2019 through March 2020.

Although the total amount invested in Preferred Stock is approximately $117 million, there is a total of approximately $152 million of Preferred Stock liquidation preferences. Because the $24.7 million of convertible promissory notes converted at various discounts into fully paid shares of Series B Preferred Stock at the time of the Series B financing, the holders of those notes received Series B Preferred shares having a total of $46.4 million in liquidation preferences, resulting in liquidation preferences of approximately $21.7 million more than the cash paid to the Company for those shares (the "**Series B Excess Liquidation Preference**"). In addition, as a result of certain secondary sales by Redacted of some of their Series A and Series B Preferred shares for a total of $15 million at the Series C Preferred price to investment funds affiliated with Redacted the lead investor in the Series C Preferred financing, which was then permitted to exchange those shares for fully paid shares of Series C Preferred Stock from the Company, there are approximately $13 million of Series C Preferred liquidation preferences in excess of the cash received by the Company for those shares (the "**Series C Excess Liquidation Preference**"). In total, there are approximately $34.7 million in excess liquidation preferences.

## Overview of the Recapitalization

On June 13, 2020, the Committee engaged Fenwick to advise the Board with respect to its legal responsibilities and potential alternatives. The alternatives considered included a wind-down of the Company's operations and distribution of its remaining assets to stockholders either privately or through a bankruptcy proceeding, or a recapitalization of the Company in which the Company would return a substantial portion of the cash invested in the Series B and Series C financings and continue to operate the Company for the benefit of the continuing stockholders.

With respect to an orderly wind-down, in the absence of litigation, the Committee initially estimated that, after paying current debt, other liabilities, professional fees and salaries of essential staff during the wind-down, the Company would have a maximum of approximately $96 million remaining to distribute to its preferred stockholders, who had total liquidation preferences of $152 million (assuming no litigation or other legal disputes). That would result in the return of at most 63% of their liquidation preferences, and the holders of common stock and employees holding options would receive nothing. With hindsight, the Committee believes that legal expenses and contingencies would have caused the amount available to distribute to stockholders in a wind-down to have been substantially less. Recognizing the potential risk of litigation by stockholders, which would consume a substantial portion of the Company's cash, the Committee also considered winding the Company down in a formal bankruptcy proceeding, which would stay all litigation. After consulting bankruptcy counsel, the Committee estimated that a bankruptcy proceeding would take two or more years to complete and consume even more of the Company's cash given the disparate preferences and claims of the stockholders, creditors, customers and employees that would be contested.

The Committee also asked Mr. Butani to assess the prospects and product-market fit for the Company to continue its business and asked him to prepare a preliminary business plan for going forward. After reviewing Mr. Butani's assessment and plan, the Committee concluded that the Company has a product and platform that customers value and continue to buy, that the

4

Company's sales have continued to grow, although some customers and partners have delayed engagement as a result of the recent publicity about the Committee's investigation, and that the Company has the potential to scale globally and provide investment returns to the stockholders of the Company. The Company added 9 new customers in the third quarter of 2020 to bring its total to over 65, and it grew ARR from $10.3 million at the end of 2019 to $12.17 million, including $1.18M from new customers, in the third quarter of 2020. It has a goal of reaching $15.4 million of ARR by the end of 2020. See the October 2020 Business Plan Update included with this Background and other materials provided through The NASDAQ Private Market online portal in connection with the Recapitalization.

Mr. Butani, Fenwick and KPMG advised the Committee on the anticipated financial needs of the Company going forward, which the Committee considered in structuring the Recapitalization to provide for the Company's anticipated cash requirements for the foreseeable future. There can be no assurance, however, that the Company's sales will continue to grow or that the Company will generate sufficient revenues to meet its future cash needs. See the "Risk Factors" that accompany the Business Plan Update and other materials provided through The NASDAQ Private Market online portal.

During June and July 2020, the Committee had discussions with the major investors in the Company to advise them of the Committee's findings and listen to their concerns that the Series B and Series C Preferred Stock financings had been overpriced and their views on a potential recapitalization to adjust the investors' equity ownership by repurchasing some shares and repricing other shares that had been purchased by Series B and Series C investors. Based on these discussions, the Committee proposed a potential recapitalization plan in a summary term sheet and distributed it, along with KPMG's recast financial statements and an outline of the Company's preliminary business plan, to nearly all investors on July 30, 2020.

After considering the alternatives, and the perspectives of several of the major stockholders of the Company, the Committee is recommending a slightly revised recapitalization plan, in which the Series C Preferred stockholders, and the Series B Preferred stockholders who did not acquire their shares by converting promissory notes at a discount, would be offered two primary choices: (1) to recover up to all of their investments by having the Company repurchase their shares for cash and promissory notes or (2) to have their shares repriced to reflect a more appropriate valuation at the time they invested. The Series B Preferred stockholders who acquired their shares by converting promissory notes at a discount would have their shares repriced to reflect a more appropriate valuation at the time they invested. As a result of the Recapitalization, a substantial portion of the outstanding liquidation preferences would be eliminated, and the Company would continue operating with the opportunity to create value for the remaining Series A, B and C Preferred stockholders as well as the common stockholders and option holders.

### Purposes of the Recapitalization

The principal purposes of the Recapitalization and ancillary transactions are:

• To address the concerns of investors in the Series C Preferred Stock and Series B Preferred Stock financings by providing the investors who purchased Series C Preferred Stock, and the investors who purchased Series B Preferred Stock at its full original purchase price without a discount, the opportunity to either (a) receive their investments back or (b) have their shares repriced to lower conversion prices that better reflect the pre-money valuations of the Company at

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                                                                 HS00032030

the time of their investments, which have been estimated at $300 million (reducing the conversion price to $10.3501 per share) for the Series C Preferred Stock and $150 million (reducing the conversion price to $7.1508 per share) for the Series B Preferred Stock;

• To address the concerns of the investors who acquired Series B Preferred through conversion of convertible promissory notes at various discounts, by (a) automatically repricing all of their shares of Series B Preferred to a lower conversion price reflecting the value of the Company at the time of their note conversions, which has similarly been determined to be $7.1508 per share, and (b) providing them 50% more shares of common stock upon the conversion of the shares of Series B Preferred Stock they received as a discount, which will be automatically converted to common, thereby eliminating their excess liquidation preferences as described below;

• To position the Company better for future investments from new investors by eliminating the excess liquidation preferences by (a) inducing the Series B investors who acquired Series B Preferred through conversion of convertible promissory notes at discounts to convert the portion of their Series B shares that represents the $21.7 million of Series B Excess Liquidation Preference to common stock and (b) asking Redacted which sold shares of Series A Preferred Stock for approximately $10 million and $2.1 million, respectively, to Redacted at the time of the Series C Preferred Stock financing, to contribute their proceeds to the Company in exchange for the return of their shares of Series A Preferred Stock, thereby eliminating approximately $11.7 million of the $13 million in Series C Excess Liquidation Preference. Redacted have agreed.

• To eliminate approximately $101 million in total liquidation preferences, by repurchasing shares of Series C and Series B Preferred Stock and by eliminating an additional approximately $33.4 million in Series B and Series C Excess Liquidation Preference as described in the preceding paragraph, for the benefit of the holders of Series A Preferred Stock and holders of common stock and options, and to facilitate future financings;

• To resolve potential claims of former stockholders of a company called NimbleDroid, which was acquired by the Company in 2018 in exchange for a total of 213,376 shares of the Company's Class B Common Stock, the Company will pay the former stockholders of NimbleDroid a total $2.3 million in cash and issue to them 485,848 additional shares of common stock to bring their total holdings to 699,224 shares of common stock.

• To resolve potential claims by Redacted with respect to its purchase of secondary shares of common stock from Manish Lachwani, Brien Colwell and eight other employees of the Company for a total of approximately $11.6 million: Mr. Lachwani will pay Redacted $1,905,685 in cash, Mr. Colwell will transfer to ICONIQ 400,354 shares of common stock, and the Company will transfer to Redacted 390,746 shares of common stock that it will recover from Manish Lachwani to resolve potential claims against the eight other employees;

• To resolve potential claims by Redacted with respect to its purchase of secondary shares of stock: Manish Lachwani will transfer 17,994 shares of common stock to Redacted and Brien Colwell will transfer 10,692 shares of common stock to Redacted

• To cancel 90% (4,680,935 shares) of the remaining 5,201,039 shares of Class B Common Stock to be held by Manish Lachwani after his transfer of the 17,994 shares to Redacted The cancelled shares will be used to provide the 485,848 shares to be issued by the Company to the former stockholders of NimbleDroid and the 390,746 shares to be issued by the Company to

6

Redacted as described above, and to provide additional shares for issuance to current and future employees and thereby mitigate the dilution to other stockholders in the Recapitalization. Mr. Lachwani's remaining 520,104 shares will be pledged and held in escrow by the Company to secure the repayment to the Company of defense costs that are advanced to Mr. Lachwani pursuant to his Indemnification Agreement, which he has agreed to cap at $6.4 million. Mr. Lachwani has agreed to cancel 90% of his shares and pledge his remaining shares in return for a full release of all claims against him by the Company and by holders of at least 90 percent of its shares;

• To eliminate all Class B Common Stock, which has 10 votes per share and had given Mr. Lachwani long-term voting control of the Company, by reclassifying all Class B and all Class A Common, which has one vote per share, as "Common Stock," which will also have one vote per share;

• To reprice outstanding option grants to current employees, executives, and other service providers and grant them additional equity awards, subject to future vesting conditions, to adjust for dilution and retain and incentivize them to increase the value of the Company for all equity holders; and

• To position the Company for future operational success by securing releases of claims from substantially all of the investors and other stockholders, thereby reducing the potential for additional reputational harm, legal fees and management distraction that could result from investor and stockholder disputes and lawsuits.

### Initial Non-binding Indications of Interest in the Recapitalization

With the preliminary proposal sent to investors on July 30, 2020, the Committee asked the investors for their non-binding approval of the proposed Recapitalization and, for the holders of Series C and fully paid Series B Preferred shares, asked them to indicate whether they would elect to have their shares repurchased or repriced. Investors holding at least 95% of each of the Series A, fully paid Series B, discounted Series B, and Series C Preferred Stock have indicated support for the proposed Recapitalization, with nearly all eligible Series B and Series C Preferred Stock holders expressing an intent to have their shares repurchased, except for holders of $5 million worth of Series B Preferred Stock who expressed their intent to retain their Series B shares and have them repriced.

Based on the strong stockholder support for the Recapitalization, the Committee is now recommending that the Company implement the Recapitalization both to address the concerns of investors that their shares were overvalued when they were purchased and also to position the Company for growth and success going forward. The terms of the Recapitalization now being proposed are slightly different from the term sheet in the initial proposal that was provided to investors on July 30 requesting their non-binding indications of support, as summarized below.

### Terms of the Currently Proposed Recapitalization

The principal reason for differences between the original proposal and this proposal is that, as a result of the investigations by the SEC and DoJ, the Company expects to incur additional legal expenses in connection with the production of documents and in connection with the Company's obligations to advance legal fees to current and former members of management and the Board with respect to the government investigations, and any resulting legal actions or claims. These

7

additional expenses cannot be estimated with accuracy at this time. Consequently, the Committee has determined that it is necessary to reserve and retain substantially more cash to provide for those potential expenses and obligations than it originally anticipated.

The original proposed Recapitalization contemplated substantially all of the Company's available cash for a tender offer to repurchase up to $95 million worth of Series C and Series B Preferred Stock as follows: (a) up to all the Series C Preferred Stock at its original purchase price of $48.6834 per share for a potential total of approximately $75 million, plus (b) up to all the approximately $20 million of Series B Preferred Stock that was purchased by investors at its full original purchase price of $26.5296 per share without discount.

The original proposal was to pay 85% of the approximately $95 million total repurchase price, or approximately $81 million, in cash, with the remaining 15% of the purchase price, approximately $14 million, to be paid through promissory notes that would bear interest at the rate of 3% per year with principal and accrued interest payable in one lump sum in five years.

**In light of the need to increase the reserves for legal fees and contingent liabilities, and based on the non-binding indications of interest received from investors, the Company is now offering to pay 70% of the repurchase price, up to a maximum of approximately $66.5 million, in cash; and pay the remaining 30%, up to a maximum of approximately $28.5 million, with promissory notes that are payable in five years. In addition, to help to ensure that the Company will meet applicable solvency tests the promissory notes will bear interest at the rate of 1% per year, and interest will be payable annually to avoid imputed interest to the note holders that would be taxable if it were not paid until maturity.**

Based on the non-binding indications of interest received from the investors, the aggregate cash repurchase price is expected to be approximately $63 million instead of $66.5 million because purchasers of $5 million of Series B Preferred have indicated an intent to have their Series B shares repriced instead of repurchased. Furthermore, the total of promissory notes is expected to be $16.6 million instead of $28.5 million because (a) a large holder of Series C Preferred that has indicated its intent to sell 70% of its Series C shares for cash has indicated an intent to have the remaining 30% of its Series C shares repriced in lieu of accepting $9 million in promissory notes for those shares and (b) certain holders who purchased an aggregate of $5 million of Series B shares have indicated an intent to have all their Series B shares repriced. These indications of intent were taken into account by the Committee in determining the maximum amount of cash the Company could prudently and legally pay out and in determining the 70% cash offer to the stockholders who elect to have their shares repurchased. If investors increase their cash elections, the Company may be required to reduce the percentage of cash it can pay out.

The Company had approximately $100.7 million in cash at September 30, 2020. As part of the Recapitalization, Redacted are expected to unwind their secondary sales of Series A Preferred Stock to Redacted at the time of the Series C financing and contribute their approximately $12 million of proceeds to the Company, in exchange for Series A Preferred shares equal to those they sold.[1] After repurchasing the shares of Series B and C Preferred Stock in the tender offer for approximately $63 million in cash as described above, paying transaction costs and settling or reserving for potential contingent liabilities, the Company is expected to have approximately $30 million of working capital, which management believes will be sufficient to operate the business

---

[1] The General Partners of Redacted which also participated in the secondary sale to Redacted will invest approximately $48,000 in the new Series B-1 Preferred Stock described below after the Recapitalization.

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                    HS00032033

based on its current plan for the foreseeable future. To provide additional capital if needed Redacted has agreed to provide the Company a line of credit to borrow up to $6 million at an interest rate of 1% per year, which the Company can draw down between one and three years after the closing of the Recapitalization and must be repaid five years after the closing of the Recapitalization.

The closing of the Recapitalization will be conditioned on, among other things, the receipt of a solvency opinion from a qualified valuation firm, in a form acceptable to the Board, confirming that the Company should have adequate financial resources to pay its obligations as they become due as required by Delaware and California corporate law for stock repurchases. The closing will also be conditioned upon the approval of the Recapitalization by the holders of at least 95% of each of the Common Stock, the Series A Preferred Stock, the full price Series B Preferred Stock, the discounted Series B Preferred Stock and the Series C Preferred Stock, provided that the Board may in its discretion lower the percentage approval required to not less than 90%.

The Company will offer all holders of Series B and Series C Preferred Stock that are eligible to have their shares repurchased in the tender offer the alternative to retain their shares and have them repriced, with the Series C repriced from its initial conversion price of $48.6834 to a new price of $10.3501 (with each share thereby convertible into 4.7 shares of common stock rather than one share), and the Series B repriced to the new conversion price of $7.1508 per share (with each share thereby convertible into 3.71 shares of common stock rather than one share). This repricing will be accomplished by holders exchanging their existing Series B shares for new Series B-1 Preferred Stock that have a conversion price of $7.1508, or by holders exchanging their existing Series C shares for new Series C-1 Preferred Stock that have a conversion price of $10.3501.

The Company will offer the holders of the Series B Preferred who acquired their shares by conversion of promissory notes at a discount, and are therefore not eligible to participate in the repurchase offer, the opportunity reprice their shares by exchanging all of their Series B shares with a conversion price of $26.5296 for new Series B-1 Preferred shares with a conversion price of $7.1508. The effect of this repricing will be that each share of new Series B-1 will be convertible into 3.71 shares of common stock. As a condition of this repricing, the holders will be required to convert to common stock the portion of their new Series B-1 shares that represent the discount they received on the conversion of their promissory notes to eliminate the approximately $21.7 million in excess liquidation preference they received. In return, they will receive 50% more shares of common stock (at a ratio of 5.565 to 1) *upon that conversion of those discount shares*. The Series B-1 shares they receive in exchange for the Series B Preferred they purchased at full price will continue to have a liquidation preference of $26.5296 and a conversion ratio of 3.71.

The Series A Preferred Stock, which was purchased in 2015 at $1.78 per share, will not be repurchased or repriced. The holders of Series A Preferred Stock and holders of common stock will, however, benefit from the elimination of approximately $101 million in liquidation preferences through a combination of the repurchases of Series B and Series C Preferred shares and the elimination of nearly all of the excess liquidation preferences of the shares of Series B and Series C Preferred Stock as discussed above.

Approximately 6.5 million new options will be granted to current employees who hold options and RSUs to provide them incentives to continue to serve the Company. These additional options will vest over the following 48 months. At the closing of the Recapitalization, a total of approximately 8.1 million outstanding options, including these new grants, will be unvested.

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                                    HS00032034

Based on the non-binding indications of interest previously received from investors, the fully diluted shares are expected to increase from approximately 24.8 million to approximately 34.4 million shares. The increase is due primarily to an increase of approximately 6.4 million shares from the repricing of the Series B Preferred, the approximately 6.5 million new options to be granted to employees for future services and a pool of approximately 1.7 million shares (5%) reserved for the grant of new options to employees going forward. These increases are partially offset by the approximately 4.7 million shares cancelled by Manish Lachwani, and the repurchases by the Company of approximately 668,000 shares of C Series Preferred Stock. See the Pro Forma Simplified Cap Table Pre and Post Recapitalization below.

| HEADSPIN, INC. PRO FORMA SIMPLIFIED CAP TABLE -- PRE AND POST RECAPITALIZATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Shareholder** | **Number of Shares** | | **% Fully Diluted** | | **Amount Distributed Cash (70%)** | **Amount Distributed Note (30%)** | **Liquidation Preference** | |
| | 24,791,094 | 34,353,729 | 100.00% | 99.99% | $ 62,985,954 | $16,631,847 | $ 152,293,659 | $ 51,432,816 |
| | Pre | Post (CSE) | Pre | Post (CSE) | | | Pre | Post |
| *Class* | | | | | | | | |
| Series C Preferred | 1,540,565 | 872,155 | 6.21% | 2.54% | $ 52,500,130 | $ 13,472,888 | $ 74,999,942 | $ 9,026,925 |
| Series B Preferred Total | 2,502,049 | 8,894,349 | 10.09% | 25.89% | $ 10,485,824 | $ 3,158,959 | $ 66,378,359 | $ 30,997,264 |
| *Series B Preferred New Money Total* | *753,108* | *885,891* | *3.04%* | *2.58%* | *$ 10,485,824* | *$ 3,158,959* | *$ 19,979,654* | *$ 6,334,871* |
| *Series B Preferred Held by NewMoney* | *753,108* | *238,785* | *3.04%* | *0.70%* | *$ 10,485,824* | *$ 3,158,959* | *$ 19,979,654* | *$ 6,334,871* |
| *Additional CSE from Repricing* | | *647,106* | | *1.88%* | | | | |
| *Series B Preferred Note Holders Total* | *1,748,941* | *8,008,458* | *7.05%* | *23.31%* | | | *$ 46,398,705* | *$ 24,662,394* |
| *Series B Preferred Shares* | *1,748,941* | *929,618* | *7.05%* | *2.71%* | | | *$ 46,398,705* | *$ 24,662,394* |
| *Additional CSE from Repricing* | | *2,519,283* | | *7.33%* | | | | |
| *Common from Conversion of Discount* | | *4,559,557* | | *13.27%* | | | | |
| Series A Preferred | 6,119,846 | 6,369,363 | 24.69% | 18.54% | | | $ 10,915,357 | $ 11,360,396 |
| Series A Warrants | 375,084 | 375,084 | 1.51% | 1.09% | | | | |
| Class B Common (converts to Common) | 9,043,748 | 4,848,661 | 36.48% | 14.11% | | | | |
| Class A Common (converts to Common) | 125,688 | 516,433 | 0.51% | 1.50% | | | | |
| *Outstanding Options* | *4,289,646* | *10,758,180* | *17.30%* | *31.32%* | | | | |
| *Unissued Option Pool* | *794,468* | *1,717,686* | *3.20%* | *5.00%* | | | | |

*This Pro Forma Cap Table is based on the non-binding indications of interest expressed by stockholders with respect to whether they would have their shares of Series B and/or Series C Preferred Stock repurchased or repriced, and if repurchased whether they would elect to receive a note for the 30% of the shares that are not repurchased for cash or have the remaining 30% of their shares repriced. Actual results may be materially different depending on what elections the stockholders actually make.

*CSE = Common Stock Equivalent

## Examples of Results of the Offers to Holders of Series C and Series B Preferred Stock

The following examples illustrate the expected results of the repurchase offers to all holders of Series C Preferred Stock and to holders of Series B Preferred Stock that was purchased at full price, and the results of the exchange offer to holders of Series B discount shares that will be repriced. All post-Recapitalization ownership percentages are estimates based on the non-binding indications of interest previously received from investors. The results may vary significantly based on the actual elections made by the holders of Series B and Series C Preferred Stock.

10

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material

HS00032035

In the following examples, some dollar and share amounts are rounded for simplicity. Actual dollar and share amounts may vary slightly.

**Example 1:  Series C Preferred Stock**.  Holder purchased $1 million of Series C Preferred Stock at $48.6834 per share:

- Holder invested $1 million to purchase 20,540 shares of Series C Preferred Stock
    - Holder's Series C shares have liquidation preference of $1 million
    - Holder's shares are convertible into 20,540 shares of Class B Common Stock
    - These shares represent 0.083% of the fully diluted shares before Recapitalization
- Holder elects to have Company repurchase all 20,540 shares for $1 million (cash + note)
    - Holder sells 70% (14,378 shares) for $700,000 in cash at closing of tender offer
    - Holder sells 30% (6,162 shares) for $300,000 note payable five years after closing
    - Holder no longer holds any shares of Series C Preferred stock
- Holder elects to have Company repurchase 70% of shares and reprice 30% of shares
    - Holder sells 70% (14,378 shares) for $700,000 in cash at closing of tender offer
    - Holder continues to hold 30% (6,162 shares), which are repriced to $10.3501 and are now convertible into 6,162 x ($48.6834/$10.3501) = 28,984 shares of common stock
    - These shares would represent ~0.08% of fully diluted shares post Recapitalization
- Holder elects not to have Company repurchase any shares but reprice all 20,540 shares
    - Holder sells no shares in the tender offer and receives no cash or notes
    - Holder continues to hold 100% (20,540 shares), which are repriced to $10.3501 per share and are now convertible into 20,540 x ($48.6834/$10.3501) = 96,613 shares
    - These shares would represent ~0.28% of fully diluted shares post Recapitalization

**Example 2:  Series B Preferred Stock Purchased at Full Price for Cash**.  Holder purchased $1 million of Series B Preferred Stock at $26.5296 per share, reflecting a $500 million pre-money valuation:

- Holder invested $1 million to purchase 37,693 shares of Series B Preferred Stock
    - Holder's Series B shares have liquidation preference of $1 million
    - Holder's shares are convertible into 37,693 shares of Class B Common Stock
    - These shares represent 0.15% of the fully diluted shares before Recapitalization

11

- Holder elects to have Company repurchase all 37,693 shares for $1 million (cash + note)

  - Holder sells 70% (26,385 shares) for $700,000 in cash at closing of tender offer

  - Holder sells 30% (11,308 shares) for $300,000 note payable five years after closing

  - Holder would no longer hold any shares of Series B Preferred Stock

- Holder elects to have Company repurchase 70% of shares and reprice 30% of shares

  - Holder sells 70% (26,385 shares) for $700,000 in cash at closing of tender offer

  - Holder continues to hold 30% (11,308 shares), which are repriced to $7.1508 and are now convertible into 11,308 x ($26.5296/$7.1508) = 41,952 shares of common stock

  - These shares would represent ~0.12% of fully diluted shares after Recapitalization

- Holder elects not to have Company repurchase any shares but reprice all 37,693 shares

  - Holder sells no shares in the tender offer and receives no cash or notes

  - Holder continues to hold 100% (37,693 shares), which are repriced to $7.1508 per share and are now convertible into 37,693 x ($26.5296/$7.1508) = 139,841 shares

  - These shares would represent ~0.41% of fully diluted shares after Recapitalization

**Example 3:  Series B Preferred Stock Acquired on Conversion of Note at $200M Cap**.  Holder initially invested $1 million in a convertible promissory note that automatically converted into Series B Preferred Stock at a discount based on a $200M pre-money valuation cap

- Holder invested $1 million to acquire 90,108 shares of Series B Preferred Stock, which consist of 37,694 fully paid shares and 52,414 shares issued for free as the "discount"

  - Holder's shares have a total liquidation preference of 90,108 x $26.5296 = $2,390,528, which exceeds Holder's cash investment by $1,390,528

  - Holder's Series B shares are convertible into 90,108 shares of Class B Common

  - Those shares represent 0.36% of the fully diluted shares before Recapitalization

- Holder's shares are automatically repriced to $7.1508 per share in the Recapitalization

  - Holder's fully paid Series B Preferred shares are then convertible into 37,693 x ($26.5296/$7.1508) = 139,844 shares of common stock

  - Holder's "discount" shares of Series B Preferred are then convertible into 52,415 x ($26.5296/$7.1508) = 194,457 shares of common stock

- Holder then automatically converts the 52,415 "discount" shares of Series B Preferred into common stock at an enhanced conversion rate of 1.5 x 194,457 = 291,685 shares of common stock, thereby eliminating the $1,390,528 in excess liquidation preference

12

- Holder owns 37,693 shares of Series B Preferred that are convertible into 139,844 shares of common stock, and Holder also owns 291,685 shares of common stock for a total of 431,529 common stock equivalents ("**CSE**")

- These CSE would represent ~1.26% of the fully diluted shares after Recapitalization

**Example 4: Series B Preferred Stock Acquired on Conversion of Note at $400M Cap**. Holder initially invested $1 million in a convertible promissory note that automatically converted into Series B Preferred Stock at a discount based on a $400 million pre-money cap

- Holder invested $1 million to acquire 45,054 shares of Series B Preferred Stock, which consist of 37,694 fully paid shares and 7,360 shares issued for free as a "discount"

  - Holder's shares have a total liquidation preference of 45,054 x $26.5296 = $1,195,269, which exceeds Holder's cash investment by $195,269.

  - Holder's shares are initially convertible into 45,054 shares of Class B Common Stock

  - Those shares represent 0.18% of the fully diluted shares before Recapitalization

- Holder's shares are automatically repriced to $7.1508 per share in the Recapitalization

  - Holder's fully paid Series B Preferred shares are then convertible into 37,694 x ($26.5296/$7.1508) = 139,844 shares of common stock

  - Holder's "discount" shares of Series B Preferred are then convertible into 7,360 x ($26.5296/$7.1508) = 27,307 shares of common stock

- Holder then automatically converts the 7,360 "discount" shares of Series B Preferred into common stock at an enhanced conversion rate of 1.5 x 27,307 = 40,961 shares of common stock, thereby eliminating the $195,269 excess liquidation preference

  - Holder owns 37,694 shares of Series B Preferred that are convertible into 139,844 shares of common stock, and Holder also owns 40,961 shares of common stock for a total of 180,805 CSE

  - These CSE would represent ~0.52% of the fully diluted shares after Recapitalization.

## Interests of Members of the Special Committee

The members of the Special Committee who have negotiated and recommended the Recapitalization have direct or indirect equity interests in the Company, as described below, that are different from, and could conflict with, the interests of the Series B and Series C Preferred Stock investors in the offers by the Company to repurchase or reprice the investors' shares in the Recapitalization.

Nikesh Arora: Nikesh Arora is the Chief Executive Officer of Palo Alto Networks. Mr. Arora has been a member of the Board of Headspin since February 2018 and has three outstanding grants of options to purchase shares of Class A Common Stock as follows:

13

                          HS00032038

| Date of Grant | # Shares | Price/Share | Vesting Condition |
|---|---|---|---|
| Redacted | | | |

*

Redacted

Karim Faris:  Karim Faris is a General Partner of GV.  GV is a venture capital fund affiliated with Google, which is a significant customer of the Company.  GV was the lead investor in the Series A financing of the Company in 2015. Redacted  Redacted    Mr. Faris has been a member of the Board since August 2015.



Redacted

14

## Governance Matters Going Forward

### Management

The Board has taken and continues to take steps to strengthen the Company's management team. The Board appointed Rajeev Butani as Chief Executive Officer on May 22, 2020. Prior to joining the Company as Chief Sales Officer in February 2020, Mr. Butani spent nearly 27 years in technology management roles at Accenture, where he served most recently as the Group Technology Officer for Communications, Media and Technology. Over the last four months, Mr. Butani has strengthened internal processes and financial controls, stabilized the core employee team and established positive relationships with the customer base. Mr. Butani has recently hired an experienced internal General Counsel and a controller, and he is currently conducting a search for a chief financial officer. He has also engaged an outside audit firm as discussed below. In addition, Co-founder Brien Colwell will continue in his leadership role as Chief Technology Officer of the Company.

### Board of Directors

The Board of Directors currently consists of Nikesh Arora, Karim Faris, and Rajeev Butani, the Chief Executive Officer of the Company. The current Certificate of Incorporation provides for the election of one director by the holders of Common Stock, one director by the holders of Series A Preferred Stock, with any additional directors to be elected by the holders of Common Stock and Preferred Stock voting together. The current Bylaws provide for five members of the Board, which can be changed by the Board at any time or by the stockholders at the annual meeting.

The current Voting Agreement among the Company's stockholders provides for a Board of five directors, where (i) one member is nominated by $\boxed{\text{Redacted}}$ owns at least 1 million shares of Series A Preferred Stock (the "**Series A Director**") and is elected by the holders of Series A Preferred Stock ▓urrently owns a slight majority of the Series A Preferred Stock), (ii) one director is elected by the holders of a majority of the Common Stock, and (iii) the three remaining directors are elected by the holders of Common Stock and Preferred Stock voting together. Of the three remaining directors, one is to be the Chief Executive Officer and the remaining two must be acceptable to the other then serving directors. As part of the Recapitalization ▓ has offered to relinquish its Series A Director seat, and the Company has accepted that offer to give a broader base of stockholders the ability to shape the composition of the Board going forward.

After the Recapitalization, the Board will be a minimum of five members, consisting of: (i) two members who are nominated and elected by a majority of the holders of Preferred Stock voting as a class; and (ii) three or more members who are nominated by the Board of Directors, after consultation with the major stockholders, and elected by holders of a majority of all outstanding shares of Preferred Stock and Common Stock voting as a single class. One of the members nominated by the Board of Directors will be the then sitting Chief Executive Officer of the Company. The other members will be independent of management and at least one of them will be qualified to serve as Chair of the Audit Committee.

The Company will hold a meeting of stockholders within three months after the closing of the Recapitalization to address, among other things, the election of the Board of Directors going forward. Mr. Arora, who has spent a large portion of his time over the last six months speaking with stockholders and working on the Recapitalization, has expressed a desire to step off the Board.

15

However, to provide a smooth transition following the Recapitalization, he will, if requested by the newly constituted Board members, remain on the Board as a sixth member for a maximum of one term of 12 months.

The Committee is in active conversations with major stockholders regarding potential candidates to propose for nomination to the Board. In the meantime, the Committee has identified and begun discussions with highly qualified independent candidates whom it is considering for nomination to the Board following the Recapitalization.

The newly constituted Board will hold regularly scheduled meetings at least quarterly, with additional meetings to be called as appropriate. Meetings will be attended by outside legal counsel selected by the Board, who will take minutes and document all actions of the Board.

### Audit Committee

The Board will form an Audit Committee of at least two independent Board members, whose charter will include, among other responsibilities:

- interviewing and recommending a Chief Financial Officer and other senior members of the finance staff;

- selecting and recommending to the Board the appointment of an independent auditing firm to perform annual audits of the Company's financial statements;

- meeting periodically with the outside auditing firm separately from management to discuss critical accounting policies and practices;

- reviewing the Company's unaudited quarterly and audited annual financial statements;

- reviewing and monitoring the Company's financial risks and internal financial controls;

- establishing the Company's treasury management policies and reviewing investments;

- reviewing the Company's compliance with applicable laws and regulations;

- reviewing cybersecurity, privacy and other enterprise risks;

- reviewing the compliance with such policies, codes of conduct and other formal guidelines for Company personnel as may be approved by the Board; and

- reviewing and establishing the insurance coverage for the directors and officers.

### Independent Financial Auditing Firm

The Company has retained the independent auditing firm Baker Tilly, US, LLP to audit its financial statements beginning with the year ending in December 2020. Baker Tilly has not yet begun its audit process and has not reviewed the Company's financial results that are being provided to investors in connection with the Recapitalization and cannot provide any assurance with respect to their completeness or accuracy.

16

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                                    HS00032041

**Investor Information Rights**

The Investors' Rights Agreement will be expanded to provide investors with greater access to financial and other information. The Company will provide:

(a)    To each investor* who requests a copy the year-end financial statements as audited by the Company's independent public accountants within 120 days after the end of each fiscal year;

(b)    To each investor, at the end of each quarter of the fiscal year, a letter from the Chief Executive Officer describing the current status of the Company and its business;

(c)    To each holder of at least 1,000,000 shares of common stock issued or issuable upon conversion of the preferred stock (a "Major Investor")** within 45 days of the end of each quarter of each fiscal year, an unaudited income statement and statement of cash flows for such quarter and an unaudited balance sheet and a statement of stockholders' equity and detailed cap table as of the end of such quarter;

(d)    To each Major Investor within 30 days after the end of each fiscal year, a budget and business plan for the next fiscal year prepared on a monthly basis, including balance sheets, income statements and statements of cash flows for such quarters;

(e)    To each Major Investor such other information relating to the financial condition, business or corporate affairs of the Company as such holder may from time to time reasonably request; provided, however, that the Company will not be obligated to provide information that (i) it deems in good faith to be a trade secret or similarly highly confidential information or (ii) the disclosure of which would adversely affect the attorney-client privilege between the Company and its counsel; and

(f)    Permit each Major Investor to designate a representative to attend all meetings of the Board in a non-voting observer capacity; provided that the representative shall hold in confidence all information provided, and that the Board may exclude such representative from any meeting or portion thereof if access to such information could adversely affect the attorney-client privilege, result in disclosure of trade secrets, present a conflict of interests or for similar reasons.

_____

\* Under the current Investors' Rights Agreement, the only stockholders entitled to receive audited financial statements and the other information in items (c) through (f) above are "Major Investors" that hold at least 1,500,000 total shares ( Redacted  and the only stockholder entitled to observer rights is Redacted

\*\* After the Recapitalization, all stockholders will receive annual audited financial statements, and the threshold for being a "Major Investor" will be reduced to 1,000,000 shares (representing approximately 3% of the fully diluted shares). The Major Investors after the Recapitalization are expected to be Redacted

17

FOIA Confidential Treatment Requested by HeadSpin/Rule 6(e) Material                                    HS00032042

# Exhibits V-AA

Filed Under Seal

# EXHIBIT BB

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT BB – Excel Workbook

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons: EXHIBIT BB – Excel Workbook