```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  LLOYD FARNHAM (CABN 202231)
    NOAH STERN (CABN 297476)
 5  Assistant United States Attorneys

 6      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 7      Telephone: (415) 436-7200
        FAX: (415) 436-7234
 8      Lloyd.Farnham@usdoj.gov
        Noah.Stern@usdoj.gov
 9
10  Attorneys for United States of America
```

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANISH LACHWANI,<br><br>    Defendant. | CASE NO. CR 21-353 CRB<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT DVD WITH UNDER SEAL EXHIBITS: EXHIBITS A AND B TO DECLARATION OF JONATHAN JOLLEY, EXHIBIT A TO DECLARATION OF MIHARU WHITE, AND EXHIBIT A TO DECLARATION OF INVESTOR 2**<br><br>**[UNDER SEAL]** |

NOTICE OF MANUAL FILING                    1                             v. 03/22/2021
CR 21-353 CRB
[UNDER SEAL]

**MANUAL FILING NOTIFICATION**

<u>Regarding Exhibits</u>: This filing is a CD with multiple excel files that should be maintained in the case file in the Clerk's office UNDER SEAL.  If you are a participant in this case, this filing will be served in hard copy shortly.  For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description):

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

[X] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[X] Other (description):  Excel documents

DATED:  December 11, 2023                                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
NOAH STERN
Assistant United States Attorney

NOTICE OF MANUAL FILING                            2                                      v. 03/22/2021
CR 21-353 CRB
[UNDER SEAL]