| | |
|---|---|
| COOLEY LLP<br>JOHN HEMANN (165823)<br>(jhemann@cooley.com)<br>MAX A. BERNSTEIN (305722)0<br>(mbernstein@cooley.com)<br>ELEANOR W. BARCZAK (329180)<br>(ebarczak@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222<br><br>COOLEY LLP<br>ELIZABETH H. SKEY (267852)<br>(eskey@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone: +1 415 495 5000<br>Facsimile: +1 415 495-7400 | CLARENCE & DYER LLP<br>NANCI L. CLARENCE (122286)<br>(nclarence@clarencedyer.com)<br>899 Ellis Street<br>San Francisco, California 94109<br>Telephone: +1 415 749 1800<br>Facsimile: +1 415 749 1694 |

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>   Defendant. | Case No. 21-cr-00353-CRB (JCS)<br><br>**STIPULATED REQUEST FOR TRAVEL OUTSIDE CALIFORNIA AND [PROPOSED] ORDER** |

The parties stipulate to the following:

Manish Lachwani was released on a $3,000,000 bond secured by Mr. Lachwani's home and cash. The initial conditions of his release include that he not travel outside of the Northern District of California. On May 24, 2022, the Court granted a stipulated request to modify the conditions of Mr. Lachwani's release to allow travel throughout the State of California. (ECF No. 44).

///

Mr. Lachwani requests permission to travel outside of California from San Jose, California to Las Vegas, Nevada on or after December 30, 2023, returning on or before January 3, 2024, for the purpose of a family vacation. The details of this trip have been provided to the government and Pretrial Services.

All other conditions of Mr. Lachwani's pretrial release remain in effect. Mr. Lachwani's release is being supervised by United States Pretrial Services Officer Brad Wilson. Mr. Wilson does not have an objection to Mr. Lachwani's request for this temporary modification of the pretrial release conditions. The government defers to Pretrial Services and does not object to the modification.

**IT IS SO STIPULATED**.

Dated: December 20, 2023     Respectfully Submitted,

COOLEY LLP

 */s/ John Hemann*
John Hemann

Attorneys for Defendant
MANISH LACHWANI

Dated: December 20, 2023     STEPHANIE M. HINDS
Acting United States Attorney

 */s/ Lloyd Farnham*
Lloyd Farnham
Assistant United States Attorney

**ATTESTATION**

I, John Hemann, am the ECF user whose ID and password are being used to file this **Stipulated Request for Travel Outside California and [Proposed] Order**.  Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document. Dated: December 20, 2023.

*/s/ John Hemann*
John Hemann

**[PROPOSED] ORDER**

Defendant Manish Lachwani is allowed to travel outside of California to the state of Nevada on or after December 30, 2023, returning on or before January 3, 2024, for the purpose of taking a family vacation.

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
MAGISTRATE JUDGE
JOSEPH C. SPERO

295771400