COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ELIZABETH H. SKEY (267852)
(eskey@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:  +1 415 495 5000
Facsimile:  +1 415 495-7400

CLARENCE & DYER LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone:  +1 415 749 1800
Facsimile:  +1 415 749 1694

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>          v.<br><br>MANISH LACHWANI,<br><br>                   Defendant. | Case No. 21-cr-00353-CRB<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING HEARING** : ORDER |

WHEREAS, on December 13, 2023, the Court rescheduled the hearing on the Sentencing Guidelines calculation to January 11, 2024 at 9:30 a.m. and the hearing for imposition of sentence is currently scheduled for January 17, 2024 at 10:00 a.m. The defense requests that the second hearing be continued to allow the parties to consider the Court's views on the Guidelines calculation before submitting final briefing on the 18 U.S.C. § 3553(a) factors. The government does not oppose the request and the Court Clerk has informed the parties that the Court is available to conduct a second hearing February 7, 2024 at 10:00 a.m. to impose sentence; and

NOW, THEREFORE, the parties agree and request that the sentencing hearing scheduled for January 17, 2024 at 10:30 a.m. be rescheduled for February 7, 2024, at 10 a.m.

**IT IS SO STIPULATED**.

Dated: January 4, 2024          Respectfully Submitted,

                                COOLEY LLP

                                */s/ John Hemann*
                                John Hemann

                                Attorneys for Defendant
                                MANISH LACHWANI

Dated: January 4, 2024          ISMAIL J. RAMSEY
                                United States Attorney

                                */s/ Lloyd Farnham*
                                Lloyd Farnham
                                Assistant United States Attorney

**ATTESTATION**

I, John Hemann, am the ECF user whose ID and password are being used to file this **Joint Stipulation to Continue Sentencing Hearing**. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: January 4, 2024

            */s/ John Hemann*
            John Hemann

**[PROPOSED] ORDER**

Pursuant to stipulation, the sentencing hearing set for January 17, 2024 at 10:00 a.m. is vacated and rescheduled for February 7, 2024, at 10 a.m..

**IT IS SO ORDERED**.

Dated: ___January 4___, 2024

[DENIED stamp — signed, Judge Charles R. Breyer]

_____
UNITED STATES DISTRICT JUDGE

295366185