1  COOLEY LLP                              CLARENCE & DYER LLP
   JOHN HEMANN (165823)                    NANCI L. CLARENCE (122286)
2  (jhemann@cooley.com)                    (nclarence@clarencedyer.com)
   MAX A. BERNSTEIN (305722)               899 Ellis Street
3  (mbernstein@cooley.com)                 San Francisco, California 94109
   ELEANOR W. BARCZAK (329180)             Telephone:   +1 415 749 1800
4  (ebarczak@cooley.com)                   Facsimile:   +1 415 749 1694
   3 Embarcadero Center, 20th Floor
5  San Francisco, California 94111-4004
   Telephone:   +1 415 693 2000
6  Facsimile:   +1 415 693 2222

7  COOLEY LLP
   ELIZABETH H. SKEY (267852)
8  (eskey@cooley.com)
   3175 Hanover Street
9  Palo Alto, California   94304-1130
   Telephone:   +1 415 495 5000
10 Facsimile:   +1 415 495-7400

11 Attorneys for Defendant
   MANISH LACHWANI
12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,              Case No. 21-cr-00353-CRB

18             Plaintiff,                 **DECLARATION OF MAX A. BERNSTEIN IN
                                          SUPPORT OF DEFENDANT MANISH
19      v.                                LACHWANI'S 3553(A) SENTENCING
                                          MEMORANDUM AND MOTION FOR
20 MANISH LACHWANI,                       DOWNWARD DEPARTURE**

21             Defendant.

22

23      I, Max A. Bernstein, declare as follows:

24      1.     I am an attorney duly licensed to practice law in the State of California and am

25 admitted to practice before this Court.  I am an associate with the law firm of Cooley LLP, attorneys

26 of record for Defendant Manish Lachwani.  I have personal knowledge of the matters set forth

27 herein and, if called as a witness, I could and would competently testify thereto.

28      2.     I submit this declaration in support of Mr. Lachwani's 3553(a) Sentencing

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

BERNSTEIN DECL. ISO
LACHWANI MEMORANDUM
21-CR-00353-CRB

Memorandum and Motion for Downward Departure.

       3.      Attached as **Exhibit A** is true and correct copy of a letter written by Mr. Lachwani to the Court.

       4.      Attached as **Exhibit B** are true and correct copies of letters and certificates of appreciation provided to me by Mr. Lachwani from various charitable organizations to which Mr. Lachwani has donated.

       5.      Attached as **Exhibit C** are true and correct copies of letters of support provided to me by Mr. Lachwani from several of Mr. Lachwani's neighbors, former colleagues and friends.

Dated: January 10, 2024

Respectfully Submitted,

COOLEY LLP

By: _____

Max A. Bernstein

Attorneys for Defendant
MANISH LACHWANI

296650508