# Exhibit A

REDACTED

Dear Judge Breyer,

I am writing to request leniency when you sentence me next week. I would like to address some particular topics in order to provide background for your decision.

I have been a law-abiding person my entire life. This Case is the first time in my life I have ever been accused of doing anything against the law. It has fundamentally unsettled everything about my life, from my personal life and relationships, to my professional life, to the way I perceive myself and my self-worth. I worked extremely hard in my life to add value to the world through my abilities in technology, and I think I was successful – including at HeadSpin. I deeply regret the things that I did wrong. █████████
█████████████████████████ I am constantly trying to make amends to them both.

I was born in India. My parents ████████████████████████████ immigrated to Mumbai before I was born. I think I would describe them as lower middle class by Indian standards, which means that we lived in a small apartment but had almost no money for anything other than food and clothing. My father had a job with the national railways and we lived in a very small, 450 square foot apartment on the outskirts of Mumbai. My mother was very strict, especially about schooling. She would require my brother and me to wake up early in the morning to study and then study again until late after school. We did not participate in activities other than academics. My mother would discipline me harshly if I got any grade other than a perfect A+. She did this out of love for us, in the hopes that we would have a better life. Reflecting on it now, I realize that I never really learned how to "socialize" or communicate like American businesspeople do. I only studied, and then only worked in technology jobs as an adult. As I will talk about more below, my social and communication skills were not suited for management.



I wanted my mother to be proud and I wanted her to see that I had succeeded. I realize now that I learned from my life growing up in India and as an immigrant to America that only being "the best" was acceptable – even when I didn't really know what I was doing, as ended up being the case with certain things at HeadSpin. So, with respect to my conduct described in my Plea Agreement and my performance at HeadSpin generally, I wanted to show nothing but amazing perfection.

I left India in 1997 to go to college at Colorado State. My uncle in New York paid for my travel expenses. I arrived in America with about $50. My first job was with Silicon Graphics, where I earned $25 per hour, which was more than I had ever earned. This allowed me to send money to my family in India.

Before I became the CEO of HeadSpin, I never had any job related to anything other than the research and development of technology, specifically computer hardware. I studied engineering throughout school. I never took any classes in management, finance, accounting, or investor relations. I was

employed as an engineer by a number of companies, including Google and Amazon.  I started a company called Appurify, where I was the Chief Technology Officer.  None of my jobs before HeadSpin involved management, finance, accounting, or investor relations.

Although I was very proficient with developing and improving HeadSpin's technology and product, I was a poor CEO.  I did not have the substantive experience necessary for the job, and I did not have the personal and communications skills for the job.  I was poor at delegating responsibilities.  I was also very reluctant to spend money – which I believe comes from growing up without money – and did not want to hire "back office" employees that I now understand are necessary for large companies to operate.

HeadSpin grew quickly – much faster than I or anyone expected.  We founded HeadSpin in 2015.  By 2018 we had deployed our technology to dozens of customers all over the world and had almost a hundred employees.  I did not understand that we needed to hire people to develop finance and accounting systems to support such a growing and evolving organization.

Beginning in 2018, I was one member of a three-member board of directors for the company, which included a partner from Google Ventures and the CEO of Palo Alto Networks, who was the board chair.  Although I communicated (mostly by WhatsApp) with the other members, we only had one meeting of the board in 2018 and 2019, and at that meeting we only discussed the company's technology.  We did not meet to review the financial statements, investor fundraising presentations, or the company's accounting.  The board chair reviewed the investor presentations (which included Annual Recurring Revenue ("ARR") projections) before they were sent to investors and provided comments, but we did not discuss the page in the presentation that showed ARR.

I did two things that were misleading to investors, both of which I deeply regret.  The first was that I did not really know how to calculate ARR, but I put ARR numbers in the investor presentations anyway.  The company kept a spreadsheet that was available to a number of people (including company executives, the board of directors, and lead investors), that I was responsible for filling in.  The spreadsheet was created in 2017 and was designed to show both new deals in the "pipeline" and finalized deals, and everything in between – it had two tabs that were called "pipeline" and "forecast."  Beginning in 2017, when I or a salesperson had a business understanding with a customer, I put the customer and the financial understanding on the spreadsheet, regardless of where it was in the life-cycle of the deal.  I knew that not all of the direct, "non-channel" deals on the spreadsheet were generating revenue for the company.  However, I used the total amount on the spreadsheet as "ARR" in investor presentations when we started doing those presentations in 2018.  This was misleading.  I should have been transparent that the direct ARR numbers in these presentations included entries related to deals that were "booked" or in the "pipeline" at the time they were added to the ARR spreadsheet, as compared to deals where a contract that required specific payments to HeadSpin had been signed.

The second thing I did wrong relates to how the company kept track of invoiced amounts.  In 2019, one existing investor had raised a concern about the amount of "unbilled receivables" on our balance sheet.  This investor suggested that we reduce the amount of unbilled receivables by sending invoices to customers that had been using HeadSpin's products.  I knew that if we showed revenue as being billed via invoices, it would appear on the balance sheet as "accounts receivables" rather than "unbilled receivables."  I provided invoices to our bookkeeper that had not in fact been sent to customers.  These invoices were then included by the bookkeeper as "accounts receivable," meaning that they appeared as if the invoices had been sent to the customers.  I did this not to inflate revenue, but because I wanted to appease this important and persistent investor and address the concern the investor was raising.  I believe that the impact was to keep "unbilled receivables" from growing on our balance sheet.

I greatly regret doing both of these things, as I should have been honest with HeadSpin's investors in all ways.  During the period I have been under investigation, I have learned that the rules in business go beyond just honesty and transparency.  Just as the legal system has rules, the business world does too.  I did not put enough time and energy into thinking about this when I suddenly found myself running a company and using other people's money to build it. This is a special trust that requires full transparency and I realize that now.  This has been a deep lesson for me.

I understand that what I did was wrong and feel deep remorse for my actions. I fully accept responsibility for my conduct and I feel the weight of that responsibility every waking hour.

I request leniency for a few main reasons. First, I did not intend for any investor to be hurt or to lose money. I was trying as hard as I could every day to make the company successful and profitable for investors. I often worked 20 hours a day. I wanted to build something that would benefit our investors and believe that I did. The company's product and technology is revolutionary and there are over a dozen patents filed/granted.

Second, I did not take investor money for my own uses. I never took more than a ▮▮▮▮▮ salary at HeadSpin, and that was just for the last year. I did not buy luxury goods or spend company money for selfish purposes. I did not use money from HeadSpin to buy anything significant. The money from the secondary sale was put aside for my daughter's education and future. I started HeadSpin with my own funds and my interest in HeadSpin was as an investor who would benefit from the success of the company.

Third, my actions have had terrible consequences for me and my family. I have spent significant time reflecting on my actions, and this introspection, coupled with the remorse that I feel, has caused increased self-awareness, as well as anxiety which has affected my physical and mental health. In addition, because of the notoriety of this case, I have not been able to get a job and have been ostracized in the community. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ It pains me deeply to know that my actions have caused my family to suffer, and I have to live with that pain on a daily basis.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Fifth, I have been advised that I am likely to be ordered deported to India as a result of this conviction. Other than my brother, with whom I am not very close, I have no family or friends in India. I have not lived there since 1997. My childhood experience in India was not good, and I am anxious and fearful about being required to return there. If I am sentenced to prison, I understand I will be delivered from prison to ICE custody and then deported. Not only will I be sent to a place to which I have almost no current connection, my wife and daughter will be left entirely without me unless they go to India with me, which would not be in either of their best interests.

I hope that this letter provides some context for the Court's decision in my Case. I have meant to present my situation to you with humility and gratitude, and I hope that I was able to do that.

Sincerely,

*Manish Lachwani*

Manish Lachwani