# Exhibit B



Manish Lachwani
11765 Winding Way
Los Altos, CA  94024-6331

**SEE THE DIFFERENCE
YOU MADE INSIDE!**

010-005-0036535



Dear Manish,

When you gave your gift all those months ago, I'm sure you didn't realize just how great an impact you would have. You see, when you give through Heifer

International, it's more than just a cow or honeybees — **it's the ability to create a future where the family thrives**.

Since receiving your generous gift, the family has focused on diversifying their farm and selling products like eggs, milk and honey to increase their income. Now, they share their good fortune with others, as you did for them. From the family whose lives you changed and from all of us at Heifer for understanding why we do what we do — *THANK YOU*.

Sincerely,

*Christy Moore*

Christy Moore
Senior Vice President of Marketing

**THE JOURNEY OF
YOUR GIFT**

A family joins a Heifer project and learns how to care for their animals

The family receives their own animal gifts

The family joins a cooperative and grows their farm

The family earns extra income selling products from their farm

The family diversifies their farm and starts a business

The family passes on their gifts to others

YOU ARE HERE!

**THE FAMILY
THRIVES!**

Dear Donors,

Thank you for our heaters in our classroom, because we would be freezing without them. We are nice and warm.

Love, Lyle



Dear Jake

What makes my happy is my friends. My favorit part of is pe. art

Sincerely Amouna



Thank you for supporting our small family business.

We work very hard to satisfy our customers and your orders and reviews are an essential part of our success.

We greatly appreciate you!

Roxy

*Thank you from all the Special Olympics
athletes, their coaches, and their families.*

Dear Generous Friend,

For every family with a child who has intellectual
disabilities, Special Olympics is a symbol of hope.

That's because our year-round program of sports training
and athletic competition gives Special Olympics athletes the
chance to test their courage, show their determination and
build their self-esteem.

But for every athlete taking part in Special Olympics, there
are many more who we haven't reached. They're waiting ...
hoping for a chance. Please help us reach them by sending the
most generous gift you can to our Annual Fund and please
plan to attend one of our local events in your community if
you're able. Thank you so much.

*Mr. Lacheroni, thank you for your support  a
gift to our Annual Fund today would really
help  Thanks so much!*

86771IN

Find comfort, courage and hope by joining us in prayer at stjo.org/prayer.

**St. Joseph's Indian School**
We serve and teach, we receive and learn.
PO Box 326
Chamberlain, SD 57326
1-800-341-2225 • www.stjo.org/oct

*"If you abide in me, and my words abide in you, ask whatever you will, and it shall be done for you."*
— John 15:7



I see God

I SEE

I see God when the sun rises, I see god when I pray, I see god in the clouds, I see god in the wind, I see god in my heart, I see god do you?

By: Hollie





A gift for a
Lakota child
at St. Joseph's
Indian School.

From:

Manish Lachwani

Please detach and return for the children.

Warm Wishes
for 2024

St. Joseph's Indian School
We serve and teach, we receive and learn.
PO Box 326
Chamberlain, SD 57326
1-800-341-2235 • www.stjo.org/oct

Many thanks,
Manish,
from the
Lakota children at
St. Joseph's
Indian School!

A457947

Please detach and display somewhere
special in your home.

86171BB

# 2023

# Certificate of Membership

AWARDED TO

## Mr. Lachwani

**ALOIS SOCIETY MEMBER**

*for extraordinary leadership in the fight against Alzheimer's disease.*

*Donna W. McCullough*
_____
**Donna W. McCullough**
Chief Mission and Field Officer
Alzheimer's Association®

9/6/2023
_____
**DATE**



**ALOIS**
S O C I E T Y
ALZHEIMER'S ASSOCIATION®

02-002-001828

---

# Certificate of Appreciation

With sincere gratitude, this certificate is presented to

## Manish Lachwani

in recognition of your kind and generous support of vulnerable,
hurting children by contributing to our Annual Calendar Appeal.




**YELLOWSTONE**
Boys and Girls Ranch Foundation
*Annual Calendar Appeal*


*August 13, 2022*
_____
Presented on


_____
Bill Hritsco
President, Yellowstone Boys and Girls Ranch Foundation

0168356



*Certification of Appreciation*

V29563

presented to

**Manish Lachwani**

for your prayers and generosity to the Navajo girls
and boys and their families of St. Bonaventure
Indian Mission and School.

February, 2022
*Presented*

*Chris J. Halter, Director*

*Dream only Good Dreams!*



# CERTIFICATION OF APPRECIATION

F44572

presented to

**Manish Lachwani**

for your prayers and generosity to the Navajo girls
and boys and their families of St. Bonaventure
Indian Mission and School.

August, 2022
*Presented*

*Chris J. Halter, Director*

*Dream only Good Dreams!*



**The Gospel** Their first encounter with Jesus Christ



**Nourishment** His first day without hunger



**Education** Their first day concentrating in class

Hello Manish,

**Thank you for choosing to help
children worldwide experience
many "firsts."**

"Whoever has a bountiful eye will be blessed,
for he shares his bread with the poor."

Proverbs 22:9

Thank you and

God bless!

Debra



**Certificate Of Appreciation**

presented to

**Manish Lachwani**

on behalf of every bright young person who will now
be able to attend college, in recognition of a generous
gift to UNCF – the United Negro College Fund.

**UNCF**
A mind is a terrible
thing to waste

*Michael L. Lomax, Ph.D.*
*Michael L. Lomax, Ph.D.*
*President & CEO*



**Special Olympics**

Dear Mr. Lachwani,

I want to personally thank you for your additional gift of $25.00 on September 3, 2021.

We simply could not do what we do without you. Day-by-day, athlete-by-athlete, community-by-community, you are helping create life-changing experiences through Special Olympics. I am so moved that you have chosen to open your heart and give to Special Olympics.

Thank you again for your support. Please feel free to reach out to us if you have any questions about the important work your gift makes possible.

Gratefully,

David L Solo
President & CEO
Special Olympics Northern California

P.S. If you would like to do more and become a monthly Sustaining Partner, please visit our website at specialolympics.org/monthly. Thank you!

No goods or services were provided to the above named donor as a result of this gift.

Special Olympics Northern California • 3480 Buskirk Avenue • Suite 340 • Pleasant Hill, CA  94523
sonc.org
Accredited by Special Olympics International  • SpecialOlympics.org

CN105 03-009296



**Certificate of Recognition**

Presented to:

**Mr. Manish K. Lachwani**

In recognition of your contribution to protect the most incredible and threatened places and species around the world through conservation at this important time.

The Nature Conservancy

Date: October 18, 2022

Director of Membership

AC0-22-11-CERT-CAL-IRID



~ 2022 Certificate of ~

# Appreciation

PRESENTED TO

## Mr. Manish Lachwani

*in recognition of your support
and commitment to protecting
the health of our ocean.*



**Ocean
Conservancy®**

July 1, 2022
Dated

Authorized Signature

OCEAN CONSERVANCY • 1300 19th Street NW, 8th Floor • Washington, DC 20036 • 202.429.5609 Telephone • www.oceanconservancy.org

~ 2023 Certificate of ~

# Appreciation

PRESENTED TO

## Mr. Manish Lachwani

*in recognition of your support
and commitment to protecting
the health of our ocean.*



**Ocean
Conservancy®**

July 3, 2023
Dated

Authorized Signature

OCEAN CONSERVANCY • 1300 19th Street NW, 8th Floor • Washington, DC 20036 • 202.429.5609 Telephone • www.oceanconservancy.org

# *Certificate of Appreciation*

With sincere gratitude, this certificate is presented to

## Manish Lachwani

in recognition of your generosity that ensures a bright
future for all the children at Cal Farley's Boys Ranch.





**ANNUAL APPEAL**
**2023**

Better Dreams. Better Lives.

December 15, 2022

Presented on

Richard Nedelkoff
President and CEO

---

ST. LABRE INDIAN SCHOOL

# SACRED CIRCLE

WE HONOR

*Mr. Manish Lachwani*

AS A MEMBER OF THE

*Century Society*







Curtis Yarlott
CURTIS YARLOTT

Thank You for Keeping the Miracle Alive for Our Native
American Children and Believing that Education Changes Lives.



ST. LABRE INDIAN SCHOOL

# SACRED CIRCLE

WE HONOR

## Mr. Manish Lachwani

AS A MEMBER OF THE

## Century Society

CURTIS YARLOTT

Thank You for Keeping the Miracle Alive for Our Native
American Children and Believing that Education Changes Lives.

# Certificate of Recognition

Presented to:

## Mr. Manish Lachwani

In recognition of your contribution to protect the most incredible and
threatened places and species around the world through conservation at
this important time.

June 3, 2022

Date

Director of Membership



The Nature
Conservancy

ACQ-22-06-CERT-CAL-RRD



# God Bless This House

May the peace of Almighty God rest upon this home. May it be a welcoming place for our Savior – permeated by His Divine Mercy. May all who live here find joy in the meals they share, consolation in their tears, and strength for their labors. And may the peace of God radiate to all who visit here. Amen.

Under the authority of the Marian Fathers of the Immaculate Conception of the Blessed Virgin Mary, and granted to me as director of the Association of Marian Helpers, I hereby grant this house blessing to:

## The Lachwani Family

May God bless you in Jesus and Mary Immaculate,

*Fr. Joseph, MIC*

**Father Joseph, MIC**
**Director**

*January 2023*

03-101-157239



---

Dear Good Friend.

Thank you for all you have done for St. Labre Schools and for Kids like me.

Thank you for helping us have a Good School and for teachers to help Us. I am happy Because now i get more better Grades.

Maybe you could come Vist us sometimes. That will Make me very happy! I Pray For you every day so pray for Me!

LOVE
DUSTiN

P.S. Is your house far from here?



DOING THE
MOST GOOD°

Dear Mr. Lachwani,

We are so grateful that you've joined our family of supporters! Please accept our thanks, and know that your gift will make a difference for neighbors who are struggling.

May God bless you,
Majors Daniel & Doreen Freeman

---

Dear Manish,

Thank you for opening your heart and making a donation to Heifer International.  I am so grateful you chose to support our work!  Because you are not just making a gift ... *you are changing lives.*

With your support, a struggling family in one of the most impoverished corners of the world will be able to lift themselves out of hunger and poverty, forever.  You have truly given them hope for a better tomorrow.

In the coming months, I look forward to sharing updates with you about the impact your gift is making. Nothing makes me prouder than to report back to you on all the good your gift accomplishes.

Manish, thank you again for supporting our work. I'm so honored that you have joined the Heifer family! Together, we will end hunger and poverty — one gift, one family, one community at a time.

Sincerely,

Pierre U. Ferrari

THANK
YOU!

Pierre U. Ferrari
President and CEO

P.S. I encourage you to learn more about the people we serve and the countries where we work by visiting Heifer.org.



HEIFER°
INTERNATIONAL

1 World Avenue
Little Rock, AR 72202
888.548.6437
Heifer.org

Non-Profit
Organization
U.S. Postage
PAID
Heifer
International

WE ARE DEEPLY GRATEFUL
FOR YOUR SUPPORT!

Manish Lachwani
11765 Winding Way
Los Altos, CA 94024-6331

---





# Certificate Of Appreciation

presented to

**Manish Lachwani**

on behalf of every bright young person who will now be able to attend college, in recognition of a generous gift to UNCF – the United Negro College Fund.

UNCF
A mind is a terrible thing to waste®

Michael L. Lomax, Ph.D.
President & CEO

---

Attending St. Labre has been a blessing for me! And because of your donations, I have been given the chance to find my true potential. St. Labre has set me up for success with its amazing teachers and helpful staff.  Thank you for opening doors to multiple opportunities that will allow me to succeed.

Gratefully,
Dreyden
Senior Class President

Greetings Mr. Lachwani,

Your help is urgently needed on behalf of your neighbors with intellectual disabilities in Northern California, including those in Los Altos and many more elsewhere.

Now that we're able to gather together again, our athletes need the Special Olympics community more than ever. You see, the pandemic was especially challenging for them as they stayed inside, disconnected from their communities and essential support systems.

That's why we're conducting our 2021 Annual Fund. We need your help today to give people with intellectual disabilities the chance to train, compete, and experience the joy of Special Olympics once again.

Each of our athletes deserves a chance to show the world what he or she can do when given the opportunity.

We urgently need your support so we can continue to be there for our athletes. Your gift of $33 will help ensure every athlete has a team to join that supports their success, self-confidence, and joy.

Thank you so much,

David L Solo
President & CEO
Special Olympics Northern California

P.S. You can help ensure that our athletes can experience the support and encouragement of Special Olympics. Please step in with your gift today.

Thank you for accepting people as they are.



---

Manish,
Thank you for providing help and hope to neighbors in need. This work is not possible without you and we're grateful for your commitment to restoring lives throughout the Silicon Valley area. God's blessings to you!

Call with prayer requests or questions. See back of card.

Glen Peterson

**Class of 2023**



St. Labre Indian School

THE FACULTY, ADMINISTRATORS AND CLASS OF 2023 OF ST. LABRE INDIAN SCHOOL CORDIALLY INVITE YOU TO CELEBRATE

*St. Labre High School Graduation*

BACCALAUREATE:   SUNDAY, MAY 21, 2023   1:00 P.M.

GRADUATION:   SUNDAY, MAY 21, 2023   3:00 P.M.

GRADUATION TIMES ARE SUBJECT TO CHANGE.   IF YOU WOULD LIKE MORE INFORMATION, PLEASE CALL US AT 1-866-753-5496.



Thank YOU!!!

Dear Donor,

Thank you for your kindness and caring for us. It makes me feel that I'm always being loved and cared for. Thanks for all you do.

Love,
Lilly

I thought of you when I read Lilly's note. This is what your generosity accomplishes!
-Curtis

Dear Donors,

Thank you for the art room I love the art room art makes me happy

Love Tayton

Art



Dear Donors,

Thank you for the books in the library and the fun teacher.

Lovely, Kyle

Dear Donor,

What makes my heart happy is a unicorn. Sincerely,

Carsyn



Dear Donors,

Thank you for our heaters in our classroom, because we would be freezing without them. We are nice and warm.

Love, Lyle

Dear Donors,

Thank you for the books in the library and the fun teacher.

Love, Lyle

9118-76

# alzheimer's association®

## YEAR-END UPDATE

PREPARED FOR:

Mr. Manish Lachwani
Los Altos, CA 94024-6331

September 30, 2021
Alzheimer's Association
Chicago, Illinois

**800.272.3900 | alz.org®**

# INTRODUCTION
## Making dramatic advances in Alzheimer's care and support, research and advocacy

Like a beacon of hope for people living with Alzheimer's disease, your support was felt throughout the year. With your generosity, we helped accelerate global research, advocate for people living with Alzheimer's and promote quality care. Thank you for helping to improve the lives of those affected by Alzheimer's and all other dementia.

## *Supporting research that leads to breakthroughs*

The Alzheimer's Association applauds the U.S. Food and Drug Administration (FDA) for their accelerated approval of aducanumab (Aduhelm™). This new treatment is for patients with mild cognitive impairment (MCI) or in the mild dementia stage of Alzheimer's.

This is the first FDA-approved therapy to address the underlying biology of Alzheimer's — and while it is not a cure, it does have the potential to give people in the early stages of Alzheimer's more time to actively participate in daily life, have sustained independence and hold on to memories longer. Approval of this therapy underscores the importance of early detection and accurate diagnosis.

Thanks to your strong support, our visionary actions established foundations that have accelerated the drug development process and made advancements like this possible. Eliminating barriers to access is our highest priority. The Alzheimer's Association is proud to have played a role in the advancement of this treatment through our ongoing advocacy efforts and continued dedication to increased funding for Alzheimer's and dementia research.

## *Advocating for equity in clinical trials*

Alzheimer's and other dementia disproportionately affect older Black and Hispanic Americans compared to older Whites. However, all too often, the clinical trial staff and participants have not included sufficient numbers of Black, Hispanic, Asian and Native Americans. To address this inequity, the Alzheimer's Association and the Alzheimer's Impact Movement (AIM), a separately incorporated advocacy affiliate of the Association, worked with bipartisan Congressional champions on the Equity in Neuroscience and Alzheimer's Clinical Trials (ENACT) Act. This legislation would increase clinical trial participation among underrepresented populations.

"To ensure future treatments and means of prevention are effective in all populations, Alzheimer's and dementia trials must reflect the U.S. population," said Robert Egge, Alzheimer's Association chief public policy officer and AIM executive director. "We are grateful to the bill's sponsors for their leadership introducing legislation that prioritizes research."

Right now, the lack of diversity in dementia clinical trials means that researchers may be missing critical insights into how potential treatments could impact all people who are affected by Alzheimer's and other dementia. By expanding education and outreach to underrepresented populations, encouraging the diversity of clinical trial staff and reducing participation burden, the ENACT Act will help increase health equity and improve research efforts.

Clinical trials are critically important for informing our understanding of Alzheimer's and other dementia, which will allow us to identify prevention methods, better treatments and, ultimately, a cure for this fatal disease. Thanks to your support, we are able to advance the fight against Alzheimer's by standing behind impactful legislation like the ENACT Act.

## Launching new training to improve care

Personalized, skilled care is essential for improving the quality of life of people living with Alzheimer's and all other dementia. With your generous support, the Alzheimer's Association has launched a new training program with a certification exam aimed at educating care professionals in long-term and community-based care settings — such as nursing homes, assisted living and in-home care — on current evidence-based, person-centered practices to care for people living with dementia.

The Alzheimer's Association Person-Centered Dementia Care Training Program with essentiALZ Exam® is a new way for care professionals to receive high-quality care training and certification based on the Association's nationally recognized Dementia Care Practice Recommendations.

"These recommendations in daily care can transform and enhance the care that professionals are providing to people living with dementia," said Beth Kallmyer, MSW, Alzheimer's Association vice president of Care and Support.

As the number of Americans living with Alzheimer's or another dementia grows, it is more important than ever for care professionals to implement the latest approaches to quality care. With your continued support, we are providing caregivers with the tools they need to help improve the lives of people living with Alzheimer's.

# CONCLUSION

This Year-End Update highlights a small fraction of the work that your support makes possible every day. Our continued success in providing care and support, funding research and advancing advocacy efforts depends upon the support of generous friends and benefactors who embrace opportunities to increase the level of investment in our work. The Alzheimer's Association is grateful for your friendship, and we hope you will consider a gift at this important time.



---

**Manish, you're a champion in our community.**
**Thank you for loving your neighbor!**

---

November 15, 2021

Dear Manish,

Thank you — *thank you* — for your partnership with CityTeam . . . and for <u>loving your neighbor</u>!

**What a blessing to have you stand with us.**

As I write you today with a heart of gratitude, it occurs to me that local ministry only succeeds when you have committed, caring champions standing with you to make the community a better place for all.

That's how I feel about you and other partners who give so generously to bring help, restoration, and hope to our neighbors in need. Through your support, **people who once struggled mightily are finding a path forward.**

Your generosity is already providing food, emergency shelter, clothing, life- and job-skills education, addiction recovery, transitional housing, and — most important — a chance to know the Lord in whose name we reach out. The outcome is transformative for so many: stability, self-sufficiency, and new hope.

Thank you again for your financial support, which is delivered with God's grace to provide the redemptive care that **restores lives, families, and communities.**

With gratitude,

*Glen Peterson*

Glen Peterson, President and CEO

P.S.   Because I believe you truly care about our community, I'm praying you'll join CityTeam again now to help even more struggling families and individuals escape hunger, homelessness, and addiction. Through your generosity, many will **overcome poverty, discover the path to new life, and even find faith in God.** Thanks again!

CityTeam • 2306 Zanker Road, San Jose, CA 95131-1115 • 408.232.5600

# Put your special gift to work even faster!

Give online quickly and securely at:
**CityTeam.org/donate**

Every $1.89 you give now will reach one person in greatest need with HELP and HOPE.



 Gmail

Manish KL <mlachwani@gmail.com>

---

## Thank you for watering the seeds of change in South Sudan!

1 message

**Lynn Malooly** <lynn.malooly@waterforsouthsudan.org>  Sun, Oct 10, 2021 at 3:26 PM
Reply-To: cheri.crist@waterforsouthsudan.org
To: Manish Lachwani <mlachwani@gmail.com>

Dear Manish,

Thank you for your gift of $110.00. As a donor, you are affirming your belief that clean water is a basic need and human right. Your donation will help girls go to school who would otherwise be walking for miles each day to find water—often dirty, contaminated water—for their families. You are helping to build communities in rural South Sudan that are thriving rather than struggling to survive. You are creating hope and a brighter future for one of the poorest countries in the world.

Since 2005, Water for South Sudan has drilled more than 490 wells, providing clean water to hundreds of thousands of people every day. Our vitally important work includes school sanitation projects, hygiene training in villages, and rehabilitation of our older wells. To see success stories, find out how to sponsor a project, and learn more about our day-to-day work, please visit waterforsouthsudan.org.

Thank you for watering the seeds of change in South Sudan. Your gift will make an enormous difference.

Very truly yours,


Lynn Malooly
Executive Director

### Gift details

| | |
|---|---|
| **Amount** | $110.00 |
| **Gift date** | 10/10/2021 |
| **Type** | One-time gift |
| **In support of** | General Fund |
| **Organization gift** | No |
| **Anonymous gift** | No |
| **Transaction ID** | 1e6f09cc-225d-4725-8491-d9fd863552a7 |

### Your information

| | |
|---|---|
| **Name** | Manish Lachwani |
| **Email** | mlachwani@gmail.com |
| **Phone** | (408) 480-0824 |
| **Address** | 11765 Winding Way, Los Altos, CA 94024 |

### Billing information

| | |
|---|---|
| **Address** | 11765 Winding Way, Los Altos, CA 94024 |
| **Payment** | Credit card ending in 4770 |

--------------------------------------------------------------------

Federal U.S. income tax law requires us to inform you that no goods or services were provided to you in return for your gift. Therefore, within the limits prescribed by U.S. law, the full amount of your gift is deductible for federal income tax purposes. Water for South Sudan is an exempt organization as described in Section 501(c)(3) of the Internal Revenue Code; EIN #20-0291592.

--------------------------------------------------------------------

Water for South Sudan, Inc. P.O. Box 25551 Rochester, NY 14625
waterforsouthsudan.org | 585-383-0410 | info@waterforsouthsudan.org

**Keep up with news from Water for South Sudan
by signing up for our email newsletter!**

   

    Manish KL <mlachwani@gmail.com>

## Your Donation Receipt
1 message

**Water For South Sudan** <info@water-for-south-sudan.classy-mail.org>    Sun, Jun 6, 2021 at 9:23 AM
To: Manish Lachwani <mlachwani@gmail.com>

Thank you for your donation!



# Thank You for Your Donation!

During these days of the coronavirus pandemic, your gift is more important than ever. WFSS teams have been providing hygiene awareness education to help slow the spread of the disease. We are also providing clean water to remote Primary Health Care Centers by repairing broken wells and drilling new wells. Please visit our **website** (**waterforsouthsudan.org**) and our social media sites for more updates.

If this gift was in honor of someone, print our **acknowledgment card** to let them know!

You have donated

## $115.72
with fees included to
# Water For South Sudan

| | |
|---|---|
| Charged Amount | $115.72 |
| Donation Date | 06/06/2021 |
| Donation Number | 45357144 |
| Fundraiser | **FS School** |
| Fundraising Team | **FS School** |



| Designation | Our Work in South Sudan |
| --- | --- |

Cell Phone

4084800824

Your official receipt is attached to this email

Manage Your Donation
Login or create an account

Questions?
Contact admin@waterforsouthsudan.org or visit the support center for quick answers

Water For South Sudan
PO Box 25551
Rochester, NY 14625

POWERED BY Classy



**donation-receipt.pdf**
36K

 Gmail

Manish KL <mlachwani@gmail.com>

## Thank you for watering the seeds of change in South Sudan!
1 message

**Lynn Malooly** <lynn.malooly@waterforsouthsudan.org>                    Fri, Sep 9, 2022 at 12:28 PM
Reply-To: cheri.crist@waterforsouthsudan.org
To: Manish Lachwani <mlachwani@gmail.com>

Dear Manish,

Thank you for your gift of $110.00. As a donor, you are affirming your belief that clean water is a basic need and human right. Your donation will help girls go to school who would otherwise be walking for miles each day to find water—often dirty, contaminated water—for their families. You are helping to build communities in rural South Sudan that are thriving rather than struggling to survive. You are creating hope and a brighter future for one of the poorest countries in the world.

Since 2005, Water for South Sudan has drilled more than 500 wells, providing clean water to hundreds of thousands of people every day. Our vitally important work includes school sanitation projects, hygiene training in villages, and rehabilitation of our older wells. To see success stories, find out how to sponsor a project, and learn more about our day-to-day work, please visit waterforsouthsudan.org.

Thank you for watering the seeds of change in South Sudan. Your gift will make an enormous difference.

Very truly yours,

Lynn Malooly
Executive Director

### Gift details

| | |
|---|---|
| **Amount** | $110.00 |
| **Gift date** | 09/09/2022 |
| **Type** | One-time gift |
| **In support of** | General Fund |
| **Organization gift** | No |
| **Comment** | Om Sai Ram, Jai Sai Ram God Bless Everyone! |
| **Anonymous gift** | Yes |
| **Transaction ID** | ced99dd9-a3f6-4957-b430-88fc3a87782c |

### Your information

| | |
|---|---|
| **Name** | Manish Lachwani |
| **Email** | mlachwani@gmail.com |
| **Address** | 11765 Winding Way<br>Los Altos, CA, 94024<br>US |

### Billing information

| | |
|---|---|
| **Name** | Manish Lachwani |
| **Address** | 11765 Winding Way |
| | Los Altos, CA, 94024 |
| | US |
| **Payment** | Credit card ending in 4770 |

------------------------------------------------------------

Federal U.S. income tax law requires us to inform you that no goods or services were provided to you in return for your gift. Therefore, within the limits prescribed by U.S. law, the full amount of your gift is deductible for federal income tax purposes. Water for South Sudan is an exempt organization as described in Section 501(c)(3) of the Internal Revenue Code; EIN #20-0291592.

------------------------------------------------------------

Water for South Sudan, Inc. P.O. Box 25551 Rochester, NY 14625
waterforsouthsudan.org | 585-383-0410 | info@waterforsouthsudan.org

**Keep up with news from Water for South Sudan**
**by signing up for our email newsletter!**

