# Exhibit C

From
Uma Subramanian,
23951 Spalding Ave.,
Los Altos, CA - 94024.
umasub@gmail.com
+1 (650) 492-5878

To
The Honorable Charles R. Breyer,
San Francisco CourtHouse, Court room 6 - 17th floor,
450 Golden Gate Ave.,
San Francisco, CA - 94102.

Sub: Reference for Manish Lachwani

Dear Honorable Judge Breyer,

I am writing to provide a character reference for my dear friend, Manish, who I have had the privilege of knowing since 2014. I am a resident of Los Altos, and Manish is not only my neighbor but also someone I deeply respect and admire.

Throughout the years of our friendship, I have had numerous opportunities to witness different aspects of Manish's personality and actions that I believe make him an exceptional family friend. One of the most remarkable qualities of Manish is his kindness and politeness. He treats everyone he encounters with the utmost respect and consideration. His actions are a testament to his genuine caring nature, and he goes out of his way to assist those in need. I have personally experienced his generosity and willingness to lend a helping hand on numerous occasions.

Manish is a loving uncle to my children - as a parent, I also greatly appreciate the fact that Manish has watched over my children, providing a safe and nurturing environment when I needed assistance. His genuine concern for the welfare of others - is truly commendable.

He has taken on the responsibility of being an emergency contact at our local school, demonstrating his commitment to the safety and well-being of our children. He is actively engaged in our neighborhood events and initiatives that aim to improve the lives of those around us.

I respectfully request that you consider these insights into Manish's character and I have no doubt that he will continue to contribute positively to our community.

Thank you for your time and consideration.

Sincerely,

Uma Subramanian

Honorable Charles R. Breyer
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Charles R. Breyer,

My name is David Bergman, a neighbor of Manish Lachwani and his very nice family. I think they moved into the home next door approximately 9 years ago. I spoke with Manish yesterday and he requested I write to you as a character reference.

On many occasions, I have interacted with Manish and find him to be an honest reliable person of good moral character. I know very little of the charges against him. I am only speaking of my personal experiences and interactions with Manish.

One such interaction was this year during a severe storm, a large redwood tree on his property began to tilt and fall onto a busy road. I was out with him during the high winds, and he was very concerned that the tree may hurt someone. He took quick action to find a service provider during the storm to remove the tree quickly and safely, demonstrating his deep concern for the safety of his neighbors and the community at large.

On many occasions he has watched my home during my travel, including access to the interior of my home. I have no questions as to his honesty and integrity and do not hesitate to give him access to my home while I travel.

This whole series of events has taken quite a health toll on Manish. Over the last few years he and his family have suffered many illnesses, he has lost and gained weight, and I believe because of the stress his daughter has had health issues. I believe he and his family have paid a heavy toll health wise.

Thank you for taking the time to read this. Should you have any questions you can reach me at 650-948-1100.

Regards,

David Bergman

Honorable Charles R. Breyer
San Francisco Courthouse, Courtroom 6 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Charles R. Breyer,

My name is Angela Bergman, I am a neighbor of Manish Lachwani and his family. I have known them for about 9 years.

I find Manish to be an honest, trustworthy, reliable, and caring person. He puts others best interests before his. We are happy to have him and his very kind family as neighbors.

Manish is always concerned for others. An example is if there is any unusual occurrence or situation on the street, he will text us to be sure we are aware and are all ok, especially if my husband is not home. He has on occasion been so concerned about us that he goes out into his yard to be sure all is ok at our home. One such occasion – there was a very large party forming up the street – and he immediately notified us. My husband was already on the phone with the sheriff and quickly 4 patrol cars were on scene. Manish was in front of our home to check on us before going back to his home, in spite of 50+ teenagers running to their vehicles to flee.

I don't know anything specific about the charges filed against him. I do know that for 9 years we have known Manish. He is a good trustworthy person who we have seen suffer with all these charges – health wise. He has at times looked very un-well. We know this situation has dealt a great toll on his family and their health as well. I hope this letter will help you better know him as a neighbor and a person. I was told to keep this letter short as you have lots of letters to read.

Thank you for your service and for taking the time to read this letter.

Best,

Angela Bergman

Sushant Mishra
AWS Solution Architect
+919900129342
Sept 26th 2023

## To Whomsoever it may concern

I am writing this letter to wholeheartedly recommend Manish Lachwani for his outstanding expertise in Generative Artificial Intelligence (AI) and AWS cloud. Manish has consistently demonstrated a deep understanding of this cutting-edge technology, making significant contributions to team and projects.

During Manish's tenure at he consistently exhibited a strong passion for AWS, keeping abreast of the latest AWS developments, best practices. His dedication to staying up-to-date with the ever-evolving AWS ecosystem has proven invaluable to projects.
Also his passion for Generative AI, staying at the forefront of this rapidly evolving field. Their dedication to exploring and applying the latest advancements in Generative AI has proven to be a valuable asset to our team.

**Some of his notable achievements and skills in AWS include**:

Serverless Architecture: Manish has successfully designed and implemented serverless architectures using AWS Lambda, API Gateway, and other serverless services, reducing operational overhead and cost.

Containerization: Manish has expertise in Docker and Kubernetes on AWS, facilitating containerization and orchestration of applications for scalability and reliability.

AWS Security: Manish places a strong emphasis on security best practices within AWS, ensuring that our applications and data remain secure and compliant with industry standards.

**Some of Manish notable achievements and skills in Generative AI include**:

Deep Learning Expertise: Manish possesses an in-depth understanding of deep learning algorithms, including Generative Adversarial Networks (GANs), Variational Autoencoders (VAEs), and Transformers, among others.

Natural Language Processing (NLP): Manish has applied Generative AI techniques to various NLP tasks, such as text generation, sentiment analysis, and language translation, resulting in improved performance and novel solutions.

Computer Vision: Manish has successfully utilized Generative AI models for image generation, style transfer, and object recognition, showcasing their versatility in computer vision applications.

Creative Applications: Manish has demonstrated a keen ability to apply Generative AI in creative contexts, including art generation, music composition, and content creation, pushing the boundaries of what's possible in these fields.

Problem Solving: Manish consistently employs Generative AI as a problem-solving tool, developing innovative solutions to complex challenges across various domains.
Collaboration and Communication: Manish has effectively collaborated with cross-functional teams, communicating technical concepts to non-technical stakeholders, which has been crucial in project success.

Manish is not only technically proficient but also a team player who is always willing to mentor and share their knowledge with colleagues. Their ability to work effectively in fast-paced and high-pressure situations has made him a valuable asset

Should you have any further questions or require additional information, please do not hesitate to reach out to me at Sushant.mishra29@gmail.com. I am more than happy to provide further insights into Manish capabilities.

Sincerely,

Sushant Mishra
9900129342

09/30/2023

From

    Srinivasan Sridharan,
    23951 Spalding Ave.,
    Los Altos, CA - 94024.
    sign.srini@gmail.com
    +1 (650) 492-5878

To

    The Honorable Charles R. Breyer,
    San Francisco Court House, Court room 6 - 17th floor,
    450 Golden Gate Ave.,
    San Francisco, CA - 94102.

Sub: Reference for Manish Lachwani

Dear Honorable Judge Breyer,

I am writing to you today to vouch for the character of my friend, Manish Lachwani, whom I have known since 2008. Our relationship began in a professional setting, where we worked together closely and I was able to witness firsthand his dedication, diligence, and commitment to his work.

Manish was instrumental in the development of the Kindle reader, a product that has brought joy to millions of users worldwide. His work on kernel power management was key to the device's ability to last 30 days on a single charge. This achievement is a testament to his hard work. Another instance I vividly recall is when we were faced with debugging over 400 log files from Kindle device software crashes just before a critical launch. Despite the pressure and intensity of the situation, Manish did not tire. He represented the problem truthfully and worked tirelessly to solve it, demonstrating his unwavering commitment, integrity and work ethic.

After our professional paths diverged, we found ourselves as neighbors in Sunnyvale and now in Los Altos. Living in close proximity has allowed me to get to know Manish on a more personal level. He is always ready to lend a hand when needed. When I needed a wireless router, Manish didn't hesitate to drop one off at my home. He even spoke to a realtor neighbor on his own to find help for me when I was looking to sell my place.

His kindness extends beyond our immediate neighborhood. My father loves meeting Manish during his walks. My children and dog especially enjoy visiting his home as they are always greeted with yummy munchies.

In conclusion, I believe that Manish's character is without question. He is a hardworking, kind, polite, and respectful individual with a kind heart, who consistently demonstrates these qualities in both his personal and professional life. I am confident that he will continue to uphold these values in the future.

Thank you for considering my perspective.

Sincerely,

*[signature]*
Srinivasan Sridharan

To The Honorable Charles R. Breyer

Subject: Testimonial for Outstanding Citizenshipe

I have known Manish Lachwani for the 13 years and I have come to consider him as a close personal friends. Manish's daughter and my daughter went to the same school for elementary studies and that is where I met Manish and his wife Kamini. They were one of the sweetest couples and were very engaged parents. Our daughters quickly took to each other and became very close and as a result I got to spend a lot of time with Manish and Kamini as well.

Manish was always a very engaged parent and very outstanding individual. He always participated in all school activities and was one of the first to volunteer to chaperone the kids on field trips. I saw him guide his daughter to becoming not just a great student but also be well educated about entrepreneurship which he has had great experience with.

I have also seen him be a great son, making the regular trek to India to bring and drop his mom regularly and host her at his home for 6 months at a time just to give her a break from her mundane routine back in India.

My interactions with Manish have slowly changed over the years from that of a fellow parent to those of a friend and I can vouch for his flawless character, helpful nature and personable disposition.

I continue to look forward to my friendship with the Lachwanis for many years to come.

Regards,
Lalita Tadikonda

*Lalita*

From,
Thejus Krishna
D0418 77 Place
Yemlur Bangalore India 560037

To,
The Honourable Charles R Breyer,
USA

Dear Sir,
I met Manish Lachwani in Zynga back in 2011. He led the Quality Engineering team of Zynga as a CTO. He is a very dynamic leader and he had the reputation of working with Amazon Lab126 and he has 20+ patents with them. He is a great inventor and vastly supports and embraces the latest technology which yields the best results. At Zynga, he won the CTO award. He brought down the execution time of automation scripts of various games. Saving time meant faster releases.

Manish soon left Zynga to start his startup named "Appurify" as the company co-founder and CTO in 2012. The main goal was to help the booming market of mobile applications. Manish by then had identified a plethora of common issues that the developers were facing across the world and they at Appurify were building a platform to find and fix all these issues on a mobile device. The company was acquired within 2-3 years by Google and that became Google's firebase devices lab. He worked with Google for a year. He filed 20+ patents with Appurify and Google.

In 2015, he left Google and went on to start his next startup Headspin. He continued to solve the issues around mobile applications on a mobile network level. He understood the network speed in the developing world was very slow and the application developers were unable to understand the issues remotely. His inventions in Headspin brought a platform where mobile developers could seamlessly solve numerous issues by sitting at her/his desk. Manish has got 10+ patents with Headspin as well. His technical knowledge and problem solving mind made him a great Engineer and found solutions to numerous problems in the industry.

Yours truly,

Thejus Krishna
Bangalore, India
26th September 2023