IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>MANISH LACHWANI,<br>Defendant. | Case No. 3:21-cr-00353-CRB-1<br><br>**ORDER REGARDING SENTENCING** |

The parties are notified that the Court is contemplating imposing a fine of $1 million pursuant to U.S.S.G. § 5E1.2(c)(4) and 15 U.S.C. § 78ff.  The Court's view is based on its consideration of the U.S.S.G. § 5E1.2(d) factors and the factors enumerated in 18 U.S.C. §§ 3553(a) and 3572(a).  In particular, the Court believes such a fine may be warranted by (1) the need for general deterrence of similar "fake-it-'til-you-make-it" fraud schemes; (2) the defendant's substantial financial resources; and (3) the lesser burden that a fine would impose on the defendant's ability to personally care for his family, as compared with a lengthier custodial sentence.

**IT IS SO ORDERED.**

Dated: March 12, 2024

CHARLES R. BREYER
United States District Judge