UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: April 19, 2024               Judge:  Honorable Charles R. Breyer

Court Reporter: Kendra Steppler
Time:  56 Minutes
Case No.: CR21-03535-1 CRB
Case Name:  USA v. Manish Lachwani (Present) (NC)

Attorney(s) for Government: Noah Stern, Lloyd Farnham
Attorney(s) for Defendant(s): John Hemann, Nanci Clarence
Probation Officer: Mancia, Melissa Moy

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons to a term of 18 months. This term consists of terms of 18 months on each of Counts Three, Seven, and Thirteen, all counts to be served concurrently. Defendant placed on supervised release for a term of 3 years under the standard and special conditions. This term consists of terms of three years on each of Counts Three, Seven, and Thirteen, all such terms to run concurrently. Defendant shall pay a special assessment of $300. The defendant shall pay a one million dollar fine. Government's motion to dismiss counts 1, 2, 4-6, 8-12, 14-16 – Motion Granted. Defendant shall self-surrender to the designated facility on or before September 2, 2024.  Restitution hearing set for July 31, 2024 at 10:00 a.m.  Refer to Judgment for additional information.