# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** U.S. District Court, Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cr-00353-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: August 20, 2021

Date of judgment or order you are appealing: April 24, 2024

Docket entry number of judgment or order you are appealing: 141

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant, Manish Lachwani

Is this a cross-appeal?   ( ) Yes    (●) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ( ) Yes    (●) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ John H. Hemann            **Date** May 7, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Defendant, Manish Lachwani |

Name(s) of counsel (if any):

| |
|---|
| John H. Hemann (CABN 165823), Max A. Bernstein (CABN 305722), Eleanor W. Barczak (CABN 329180) |

Address: Cooley LLP, 3 Embarcadero Center, 20th Flr, San Francisco, CA 94111

Telephone number(s): 415-693-2000

Email(s): jhemann@cooley.com;mbernstein@cooley.com;ebarczak@cooley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff, United States of America |

Name(s) of counsel (if any):

| |
|---|
| Ismail J. Ramsey (CABN 189820); Martha Boersch (CABN 126569); Lloyd Farnham (CABN 202231); Noah Stern (CABN 297476) |

Address: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102-3495

Telephone number(s): 415-436-7200

Email(s): Lloyd.Farnham@usdoj.gov; Noah.Stern@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                        New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*