ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-353 CRB |
| Plaintiff, | DECLARATION OF AUSA NOAH STERN IN SUPPORT OF UNITED STATES' RESTITUTION MEMORANDUM |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

I, Noah Stern, declare and state as follows:

1.     I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I respectfully submit this Declaration in Support of the United States' Restitution Memorandum.

2.     Attached hereto as Exhibit RR and filed under seal is a true and correct copy of an excerpt of a spreadsheet entitled "Headspin – Allocation Schedule 06.03.24" that was provided to the government by a victim.

3.     Attached hereto as Exhibit SS and filed under seal is a true and correct copy of a Victim

4's Victim Impact Statement, which was provided to the government on January 2, 2024.

4. Attached hereto as Exhibit TT and filed under seal is a true and correct copy of a word document entitled "Project Scale – Structure Overview (5-20-2024)" that was provided to the government by a victim.

5. Attached hereto as Exhibit UU and filed under seal is a true and correct copy of a letter from Victim 1's counsel to me, dated June 27, 2024

6. Attached hereto as Exhibit VV and filed under seal is a true and correct copy of a letter from Victim 2's counsel to me, dated August 6, 2024.

7. Attached hereto as Exhibit WW and filed under seal is a true and correct copy of a letter from Victim 4, dated August 6, 2024.

8. Attached hereto as Exhibit XX and filed under seal is a true and correct copy of an email produced by Headspin at HS00239149, along with its attachment.

9. Attached hereto as Exhibit YY and filed under seal is a true and correct copy of an email produced by Headspin at HS00224942, along with its attachment.

10. Attached hereto as Exhibit ZZ and filed under seal is a true and correct copy of a letter from Victim 5 to me, which was provided to the government on August 7, 2024.

11. Attached hereto as Exhibit AAA and filed under seal is a true and correct copy of a letter from Victim 6 to me, dated August 2, 2024.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 7th day of August 2024, in San Francisco, California.

                                                                                                                   */s/ Noah Stern*
                                                                                                                   NOAH STERN, AUSA

# Exhibits RR - AAA (Filed Under Seal)