RECEIVED

AUG 2 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-353 CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | |
| MANISH LACHWANI, | **ORDER** |
| Defendant. | |

The Court, having received and considered Victim 1's Administrative Motion to File Exhibits A and B of the Declaration of Peter I. Altman Under Seal and good cause having been shown, hereby GRANTS the motion. The following exhibits to the Declaration of Peter I. Altman in Support of Victim 1's Request for Restitution shall be sealed:

- Exhibit A
- Exhibit B

**IT IS SO ORDERED.**

Dated: March 16, 2026

Hon. Charles R. Breyer
United States District Judge